**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| MICHAL BOUSSO, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-01458-MSN-WEF |
| SPIRE GLOBAL, INC., PETER PLATZER, and LEONARDO BASOLA, | **NOTICE OF CORRECTION** |
| Defendants. | |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Michal Bousso by and through his counsel hereby files this Notice of Correction to correct the Certification that he submitted to the Court with his Class Action Complaint (*see* Dkt. No. 1 at 23-24). A corrected Certification is attached hereto as Exhibit A. The correction concerns additional transactions Mr. Bousso made between May 16, 2024 and August 8, 2024.

Respectfully submitted,

Dated:   September 27, 2024

/s/ Paul M. Falabella

**BUTLER CURWOOD PLC**
Paul M. Falabella (VSB No. 81199)
Craig J. Curwood (VSB No. 43975)
140 Virginia Street, Suite 302
Richmond, VA 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: paul@butlercurwood.com
        craig@butlercurwood.com

*Local Counsel for Plaintiff Michal Bousso*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Rebecca Dawson
745 5th Avenue, 5th Floor
New York, NY 10151
Telephone: (212) 935-7400
Facsimile: (212) 884-0988

2

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Telephone: (310) 914-5007

*Counsel for Plaintiff Michal Bousso, Individually*
*and on Behalf of All Others Similarly Situated*

## CERTIFICATE OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On September 27, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Virginia, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 27, 2024, at Richmond, Virginia.

*/s/ Paul M. Falabella*
Paul M. Falabella  (VSB No. 81199)

3