**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| MICHAL BOUSSO, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>SPIRE GLOBAL, INC., PETER PLATZER, and LEONARDO BASOLA,<br><br>     Defendants. | Case No. 1:24-cv-01458-MSN-WEF<br><br>**DECLARATION OF WAYNE G. TRAVELL IN SUPPORT OF MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT KOHEI TAGAWA AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |
| KOHEI TAGAWA, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>SPIRE GLOBAL, INC., PETER PLATZER, THOMAS KRYWE, and LEONARDO BASOLA,<br><br>     Defendants. | Case No. 1:24-cv-01810-MSN-LRV |

I, Wayne G. Travell, declare as follows:

1.    I am a partner at the law firm Hirschler Fleischer, a Professional Corporation ("Hirschler"), liaison counsel for named plaintiff and class member Kohei Tagawa ("Movant").  I am an attorney licensed to practice law in the State of Virginia.  I make this declaration in support of Movant's Motion to Consolidate the Related Actions, Appoint Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on August 20, 2024;

Exhibit B:    Movant's sworn Certification;

Exhibit C:    Charts of Movant's estimated losses;

Exhibit D:     Movant's Declaration;

Exhibit E:    *Tagawa v. Spire Global, Inc.*, complaint;

Exhibit F:    Hagens Berman's firm résumé; and

Exhibit G:    Hirschler Fleischer, P.C. firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of October 2024, at Tysons, Virginia.

By:_____*/s/ Wayne G. Travell*_____
Wayne G. Travell (Bar No. 22400)
**HIRSCHLER FLEISCHER, PC**
1676 International Drive, Suite 1350
Tysons, VA 22102
Telephone: (703) 584-8903
Facsimile: (703) 584-8901
Email: wtravell@hirschlerlaw.com

*Liaison Counsel for Plaintiff and Movant Kohei Tagawa*

-1-