# Exhibit C

**Loss Analysis for Kohei Tagawa - Spire Global, Inc. (SPIR)**
**Class Period 05/11/22 - 08/27/24**

| | Date | Shares | Share Price | | Amount Paid | | Date | Shares | Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **P U R C H A S E S** | | | | | | **S A L E S** | | |
| Pre-Class Held | | | | | | | | | | | |
| Class Period | 08/23/22 | 3,000 | $10.8584 | * | $32,575.20 | | 08/26/22 | 3,000 | $11.0688 | * | $33,206.40 |
| Purchases | 09/02/22 | 5,000 | $10.5440 | * | $52,720.00 | | 09/27/23 | 173 | $4.9700 | | $859.81 |
| | 09/05/22 | 80,000 | $10.9600 | * | $876,800.00 | | 07/08/24 | 2,359 | $10.5000 | | $24,769.50 |
| | 10/13/22 | 3,500 | $8.0800 | * | $28,280.00 | | 07/11/24 | 5,000 | $10.8919 | | $54,459.50 |
| | 09/28/23 | 500 | $5.0000 | | $2,500.00 | | 07/12/24 | 1,000 | $11.1906 | | $11,190.60 |
| | 09/29/23 | 1,000 | $5.0000 | | $5,000.00 | | 07/12/24 | 1,000 | $11.1522 | | $11,152.20 |
| | 10/10/23 | 970 | $4.1461 | | $4,021.72 | | 08/16/24 | 1,000 | $6.4000 | | $6,400.00 |
| | 08/07/24 | 1,000 | $10.9900 | | $10,990.00 | | 08/16/24 | 12,000 | $6.4000 | | $76,800.00 |
| | 08/08/24 | 1,000 | $10.2854 | | $10,285.40 | | | | | | |
| | 08/08/24 | 1,000 | $9.8000 | | $9,800.00 | | | | | | |
| | 08/08/24 | 1,000 | $9.8000 | | $9,800.00 | | | | | | |
| | 08/09/24 | 5,000 | $10.1200 | | $50,600.00 | | | | | | |
| Post Class Purchases | | | | | | Post Class Sales | | | | | |

* Adjusted for 1:8 reverse stock split on August 31, 2023.

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 102,970 | Total Amt. Paid in CP | $1,093,372.32 | Total Shares Sold in CP | 25,532 | Total Amt. Sold in CP | $218,838.01 |

Total Shares Sold in CP **25,532**
Total Amt. Sold in CP $218,838.01
Post CP Shares Sold **0**
Post CP Amount Sold $0.00
Total Shares Sold to Current **25,532** Total Amt. Sold to Current $218,838.01 **ALTERNATIVE**

Actual Net Shares Acquired in CP **77,438** (CP Retained Shares)

Net Amount Paid in CP $874,534.31
Net Amount Paid in CP Minus Sold to Current Date $874,534.31 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares) **77,438** Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date **77,438** Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP **$9.36**

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price $725,064.22
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price $725,064.22 **ALTERNATIVE**
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price $149,470.09 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) $149,470.09
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) $149,470.09 **ALTERNATIVE**