# Exhibit D

**DECLARATION OF KOHEI TAGAWA IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Kohei Tagawa, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of investors in Spire Global, Inc. ("SPIR" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I am 43 years old. I presently reside in Tokyo, Japan. In terms of my educational background, I obtained a Bachelor of Arts degree in Spanish from Kansai Gaidai University in Japan. I then matriculated at Montana State University, completing the accounting related programs required for the United States' Certified Public Accountant (CPA) examination. I have work experience in the accounting industry. Previously, I was employed by Ernst &Young Mexico, where I worked as an auditor in the in the Japan Business Service (JBS) department, conducting the audit and review of financial statements and internal control audits. Additionally, I previously worked in the accounting department at the Embassy of Japan in Venezuela. I have approximately 5 years of experience in managing my own investment portfolio.

3.      As set forth in my certification, during the Class Period I personally purchased a substantial amount of shares of SPIR, retained those shares through disclosures that allegedly caused the share price to drop significantly, and suffered substantial recoverable losses as a result. By virtue of my significant financial interest in the resolution of the Action I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Action, I spoke via phone and email with attorneys at Hagens Berman Sobol Shapiro LLP about the lead plaintiff process, the responsibilities of a lead plaintiff under the PSLRA, and how the case would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest. If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary. I further understand that I am not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member.

-2-

5.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Hagens Berman Sobol Shapiro LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes I signed a retainer agreement with Hagens Berman Sobol Shapiro LLP and authorized the firm to file a lead plaintiff motion on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct. Executed on this 18th day of October, 2024.

Signed by:

*Kohei Tagawa*

54EE310DB3FC478...

KOHEI TAGAWA

000700-00/2755446 V1