# Exhibit G

# +Iirschler

Sound legal advice is only one dimension of the service we provide. Trust is earned and strong working relationships are developed through a shared commitment to achieving the best results.

## Who We Are

Hirschler is a distinguished multispecialty law firm recognized for its expertise in various sophisticated areas of legal practice. Our focus spans across mergers and acquisitions, leveraged finance, capital markets transactions, investment management, intellectual property licensing, commercial real estate, employment law, and construction law. For more than 75 years, Hirschler has been serving clients nationally and internationally. We operate from our headquarters in Richmond and two offices in the Washington, D.C. metropolitan area.

We prioritize a core group of practices tailored to meet the specific needs of our clients and the industries they operate in. As legal professionals with a business mindset, our service model emphasizes collaboration with clients to ensure optimal resource allocation without excessive legal overhead. Each client benefits from a dedicated client service team led by one of our senior partners, ensuring efficient and skilled execution of all assignments with consistent communication and accessibility.

**75+** Years of legal excellence and dedicated client service

**90** Attorneys invested in their client's business and success

**6** Core values that guide everything we do together as a firm

**3** Offices that operate as "one firm" to provide clients the best possible experience, knowledge and value

## Principal Practice Areas

### Real Estate

- Real Estate Development
- Commercial Leasing
- Land Use and Zoning
- Private Investment Funds
- Real Estate Acquisitions and Dispositions
- Real Estate Finance and Investment
- Environmental Law

### Business

- General Counsel Services
- Business Planning and Organization
- Mergers and Acquisitions
- Investment Management
- Financing and Private Capital Formation
- Corporate Compliance
- Government Contracts
- Employment Law (Advice, Counseling & Training)
- Tax

### Litigation & Alternative Dispute Resolution

- Complex Business Litigation
- Healthcare Litigation
- Real Estate Litigation
- Bankruptcy & Creditors' Rights
- Construction
- Employee Benefits and Executive Compensation
- Employment Litigation

### Healthcare

- Healthcare
- Hospitals and Healthcare Systems

hirschlerlaw.com

BUILDING CONFIDENCE. ONE MATTER AT A TIME.



# Key Differentiators



### Multispecialty Expertise

Hirschler offers a comprehensive range of legal services, drawing upon deep and relevant experience in critical areas vital to our client base. Our intentional service model ensures access to the right talent for every client need.



### Agility and Responsiveness

As a midsize firm, we possess the flexibility to swiftly address client concerns regarding rates, billing, and matter management. Our flat fee structure enables timely resolution of issues, free from the bureaucratic hurdles often associated with larger competitors.



### Partner-Level Attention

Our clients benefit from unwavering partner-level attention. Matters are staffed with the appropriate levels of expertise, avoiding unnecessary layers of legal representation.



### Business Efficiency

Recognizing ourselves as a business enterprise akin to many of our clients, we understand the importance of value and efficiency. Hirschler delivers value through a balanced approach to legal excellence and efficiency is reflected in our rate structure and service delivery.

# Recent Recognition

**18** ranked attorneys in *Chambers USA 2024* ranked attorneys

**2** "Lawyers of the Year," *Best Lawyers in America*, 2024

**46** Lawyers named to *Best Lawyers in America*, 2024

**8** "Ones to Watch," *Best Lawyers in America*, 2024



*Chambers USA* 2024 ranked practice areas:

Real Estate

Litigation**:** *General Commercial*

Construction

Corporate/M&A

Bankruptcy/Restructuring



**Wayne G. Travell**

Partner, Tysons
e: wtravell@hirschlerlaw.com
p: 703.584.8903



**Allison P. Klena**

Associate, Tysons
e: aklena@hirschlerlaw.com
p: 703.584.8378