**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MICHAL BOUSSO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SPIRE GLOBAL, INC., PETER PLATZER, and LEONARDO BASOLA,<br><br>    Defendants. | Case No. 1:24-cv-01458-MSN-WEF |
| KOHEI TAGAWA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SPIRE GLOBAL, INC., PETER PLATZER, THOMAS KRYWE, and LEONARDO BASOLA,<br><br>    Defendants. | Case No. 1:24-cv-01810-MSN-LRV |

**[PROPOSED] ORDER**

Having considered Michal Bousso's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Spire Global, Inc. Securities Litigation*, Master File No. 1:24-cv-01458-MSN-WEF;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Michal Bousso as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Butler Curwood PLC as Local Counsel and for the class.

**IT IS SO ORDERED.**

Dated: _____, 2024        _____

                                          HON. MICHAEL S. NACHMANOFF
                                          UNITED STATES DISTRICT JUDGE

1