**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MICHAL BOUSSO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRE GLOBAL, INC., PETER PLATZER, and LEONARDO BASOLA,<br><br>Defendants. | Case No. 1:24-cv-01458-MSN-WEF |
| KOHEI TAGAWA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRE GLOBAL, INC., PETER PLATZER, THOMAS KRYWE, and LEONARDO BASOLA,<br><br>Defendants. | Case No. 1:24-cv-01810-MSN-LRV |

**DECLARATION OF PAUL M. FALABELLA IN SUPPORT OF MICHAL BOUSSO'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Paul M. Falabella, hereby declare as follows:

1.     I am an attorney with the law firm Butler Curwood PLC, counsel for Lead Plaintiff Movant Michal Bousso ("Bousso") and proposed Local Counsel for the class in the above-captioned action. I make this declaration in support of Michal Bousso's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead

1

Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published August 20, 2024 on *Business Wire*, announcing the pendency of the securities class action against the Defendants herein;

Exhibit B:    Analysis of Bousso's financial interest; and

Exhibit C:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge. Executed this 21st day of October 2024.

*/s/ Paul M. Falabella*
Paul M. Falabella

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification to counsel of record.

*/s/ Paul M. Falabella*
Paul M. Falabella (VSB No. 81199)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: paul@butlercurwood.com

2