# EXHIBIT B

## Financial Interest Analysis

**Company Name:** Spire Global, Inc.
**Ticker:** SPIR
**Class Period:** May 11, 2022 - August 27, 2024
**Name:** Michal Bousso

| Date | Shares | Price Bought | Modified LIFO Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/5/2024 | 1 | $9.8400 | -$9.8400 | | $0.0000 | -$9.84 |
| 8/9/2024 | 10,000 | $10.5100 | -$105,100.0000 | | $0.0000 | -$105,100.00 |
| 8/23/2024 | -2,202 | | $0.0000 | $8.1000 | $17,836.2000 | $17,836.20 |
| 8/28/2024 | -2,530 | | $0.0000 | $8.1100 | $20,518.3000 | $20,518.30 |
| 8/28/2024 | -2,652 | | $0.0000 | $8.1700 | $21,666.8400 | $21,666.84 |
| 8/29/2024 | -2,616 | | $0.0000 | $8.3900 | $21,948.2400 | $21,948.24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 1 | | | | **Subtotal:** | -$23,140.26 |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $9.37 |
| | | | $9.3662 | 1 | **Total:** | -$23,130.89 |

Notes

The Modified LIFO calculation uses the Last-In, First-Out ("LIFO") method for matching Class Period sales with Class Period purchases, and includes losses (and gains) only on shares that were held over a corrective disclosure. The 90-Day Average Price used in this loss chart is the average closing price between August 28, 2024 and October 18, 2024. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.