UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MICHAL BOUSSO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPIRE GLOBAL, INC., PETER PLATZER, and LEONARDO BASOLA, <br><br> Defendants. | Case No.  1:24-cv-01458-MSN-WEF |
| KOHEI TAGAWA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPIRE GLOBAL, INC., PETER PLATZER, THOMAS KRYWE, and LEONARDO BASOLA, <br><br> Defendants. | Case No.  1:24-cv-01810-MSN-LRV |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF MOTION OF WOJCIECH SOKOLOWSKI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Steven J. Toll, hereby declare as follows:

1.  I am a partner of the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), Liaison Counsel for Wojciech Sokolowski (a/k/a Voytek Sokolowski) ("Sokolowski"), and have personal knowledge of the facts set forth herein.

2.  I make this Declaration in support of Sokolowski's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Sokolowski's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and Cohen Milstein as Liaison Counsel for the Class.

3.  Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:  Chart setting forth Sokolowski's financial interest in this litigation;

Exhibit B:  Shareholder Certification executed by Sokolowski;

Exhibit C:  Press release published via *Business Wire* on August 20, 2024, announcing the pendency of the first-filed of the Related Actions;

Exhibit D:  Declaration executed by Sokolowski;

Exhibit E:  Firm resume of Pomerantz; and

Exhibit F:  Firm resume of Cohen Milstein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 21, 2024, at Washington, D.C.

/s/ Steven J. Toll
Steven J. Toll

1