# EXHIBIT A

**Spire Global, Inc. (SPIR)**
**Class Period: March 6, 2024 to August 14, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 65-Days* Mean Price $9.0139 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | | |
| Wojciech Sokolowski | Common Stock | | 30,485 | | ($318,198) | | (34,170) | | $319,449 | 8,728 | 0 | $0 | ($34,854) | ($36,748) |
| Wojciech Sokolowski | Options | | 2 | | ($20) | | (2) | | $0 | 0 | 0 | $0 | ($20) | ($20) |
| **Wojciech Sokolowski** | **Common Stock & Options** | | | | **($318,218)** | | | | **$319,449** | | | **$0** | **($34,874)** | **($36,768)** |
| Wojciech Sokolowski | Common Stock | | | | | Preclass | 3,684.922415 | | | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 766 | $10.1500 | ($7,775) | 8/7/2024 | (24) | $9.7100 | $233 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 1,880 | $10.1500 | ($19,077) | 8/7/2024 | (100) | $9.7900 | $979 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 1 | $10.1500 | ($10) | 8/7/2024 | (34) | $9.7100 | $330 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 99 | $10.1500 | ($1,005) | 8/7/2024 | (40) | $9.7100 | $388 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 165 | $10.1000 | ($1,667) | 8/7/2024 | (100) | $9.6900 | $969 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 100 | $10.1500 | ($1,015) | 8/7/2024 | (92) | $9.7300 | $895 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 100 | $10.1500 | ($1,015) | 8/7/2024 | (1) | $9.7000 | $10 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 300 | $10.1000 | ($3,030) | 8/7/2024 | (100) | $9.7900 | $979 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 100 | $10.1000 | ($1,010) | 8/7/2024 | (100) | $9.7400 | $974 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 100 | $10.1000 | ($1,010) | 8/7/2024 | (100) | $9.7200 | $972 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 50 | $10.1000 | ($505) | 8/7/2024 | (2) | $9.6900 | $19 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 5 | $10.1000 | ($51) | 8/7/2024 | (100) | $9.7900 | $979 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 100 | $10.1000 | ($1,010) | 8/7/2024 | (100) | $9.7900 | $979 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 80 | $10.1000 | ($808) | 8/7/2024 | (8) | $9.7300 | $78 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 100 | $10.1000 | ($1,010) | 8/7/2024 | (100) | $9.7900 | $979 | | | | | |
| Wojciech Sokolowski | Common Stock | 5/1/2024 | 0 | $10.0800 | ($3) | 8/7/2024 | (2) | $9.6900 | $19 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/7/2024 | 2,470 | $9.9200 | ($24,500) | 8/7/2024 | (2) | $9.7200 | $19 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 3 | $10.3400 | ($31) | 8/7/2024 | (13) | $9.7100 | $126 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 0 | $10.3400 | ($1) | 8/7/2024 | (5) | $9.7100 | $49 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 629 | $10.2900 | ($6,472) | 8/7/2024 | (100) | $9.8000 | $980 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 48 | $10.3400 | ($496) | 8/7/2024 | (100) | $9.7900 | $979 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3200 | ($1,032) | 8/7/2024 | (14) | $9.8500 | $138 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 235 | $10.3300 | ($2,427) | 8/7/2024 | (400) | $9.8300 | $3,932 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3200 | ($1,032) | 8/7/2024 | (100) | $9.8500 | $985 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 200 | $10.3200 | ($2,064) | 8/7/2024 | (300) | $9.8000 | $2,940 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3200 | ($1,032) | 8/7/2024 | (100) | $9.8000 | $980 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (100) | $9.8200 | $982 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (100) | $9.8200 | $982 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (5) | $9.8300 | $49 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (100) | $9.8000 | $980 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3200 | ($1,032) | 8/7/2024 | (400) | $9.8100 | $3,924 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (100) | $9.8200 | $982 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (100) | $9.7900 | $979 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (200) | $9.8000 | $1,960 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (150) | $9.8100 | $1,472 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (100) | $9.8000 | $980 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (15) | $9.8500 | $148 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 200 | $10.3200 | ($2,064) | 8/7/2024 | (20) | $9.8100 | $196 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (1) | $9.9300 | $10 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (400) | $9.8800 | $3,952 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (2) | $9.9000 | $20 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (97) | $9.9400 | $964 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (1) | $9.9300 | $10 | | | | | |

*Avg Closing Prices from August 15, 2024 to October 18, 2024

**Spire Global, Inc. (SPIR)**
**Class Period: March 6, 2024 to August 14, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 65-Days* Mean Price $9.0139 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (1) | $9.9100 | $10 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (300) | $9.9500 | $2,985 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3000 | ($1,030) | 8/7/2024 | (14) | $9.8500 | $138 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (100) | $9.9400 | $994 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (400) | $9.8500 | $3,940 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (12) | $9.9000 | $119 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (1) | $9.8900 | $10 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (800) | $9.9500 | $7,960 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.3100 | ($1,031) | 8/7/2024 | (400) | $9.9100 | $3,964 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2400 | ($1,024) | 8/7/2024 | (100) | $9.9000 | $990 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2500 | ($1,025) | 8/7/2024 | (63) | $9.9200 | $625 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2400 | ($1,024) | 8/7/2024 | (11) | $9.9100 | $109 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2700 | ($1,027) | 8/7/2024 | (100) | $9.9500 | $995 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2600 | ($1,026) | 8/7/2024 | (500) | $9.9500 | $4,975 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2600 | ($1,026) | 8/7/2024 | (100) | $9.9500 | $995 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2600 | ($1,026) | 8/7/2024 | (100) | $9.9500 | $995 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2600 | ($1,026) | 8/7/2024 | (600) | $9.9500 | $5,970 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2600 | ($1,026) | 8/9/2024 | (700) | $10.4500 | $7,315 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2400 | ($1,024) | 8/9/2024 | (100) | $10.4500 | $1,045 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2300 | ($1,023) | 8/9/2024 | (5,113) | $10.4900 | $53,635 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2400 | ($1,024) | 8/9/2024 | (100) | $10.4500 | $1,045 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 7 | $10.2400 | ($72) | 8/9/2024 | (100) | $10.4600 | $1,046 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2400 | ($1,024) | 8/9/2024 | (100) | $10.4500 | $1,045 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 5 | $10.2500 | ($51) | 8/9/2024 | (100) | $10.4600 | $1,046 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 10 | $10.2400 | ($102) | 8/9/2024 | (100) | $10.4600 | $1,046 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/8/2024 | 100 | $10.2400 | ($1,024) | 8/9/2024 | (6) | $10.4500 | $63 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/9/2024 | 8 | $10.9200 | ($90) | 8/9/2024 | (200) | $10.4500 | $2,090 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/9/2024 | 922 | $10.7400 | ($9,902) | 8/9/2024 | (100) | $10.4500 | $1,045 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/9/2024 | 1 | $10.8400 | ($6) | 8/9/2024 | (94) | $10.4500 | $982 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/12/2024 | 8,874 | $10.5700 | ($93,793) | 8/9/2024 | (100) | $10.4500 | $1,045 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/12/2024 | 1 | $10.5400 | ($7) | 8/9/2024 | (18) | $10.4900 | $189 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 223 | $10.6200 | ($2,368) | 8/9/2024 | (1) | $10.5000 | $11 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 4,273 | $10.6200 | ($45,376) | 8/9/2024 | (1) | $10.5100 | $11 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 100 | $10.7100 | ($1,071) | 8/9/2024 | (28) | $10.5100 | $294 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 19 | $10.7100 | ($203) | 8/9/2024 | (100) | $10.5100 | $1,051 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 100 | $10.7100 | ($1,071) | 8/9/2024 | (5) | $10.5000 | $53 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 4 | $10.7100 | ($43) | 8/9/2024 | (90) | $10.5100 | $946 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 74 | $10.7100 | ($793) | 8/9/2024 | (100) | $10.5100 | $1,051 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 61 | $10.7100 | ($653) | 8/9/2024 | (40) | $10.5100 | $420 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 286 | $10.6800 | ($3,054) | 8/9/2024 | (142) | $10.5100 | $1,492 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 238 | $10.6800 | ($2,542) | 8/9/2024 | (200) | $10.5100 | $2,102 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 42 | $10.7100 | ($450) | 8/9/2024 | (100) | $10.5300 | $1,053 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 14 | $10.6800 | ($150) | 8/9/2024 | (400) | $10.5100 | $4,204 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 119 | $10.6800 | ($1,271) | 8/9/2024 | (100) | $10.5300 | $1,053 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 300 | $10.6800 | ($3,204) | 8/9/2024 | (100) | $10.5300 | $1,053 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 17 | $10.6800 | ($182) | 8/9/2024 | (200) | $10.5100 | $2,102 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 200 | $10.6800 | ($2,136) | 8/9/2024 | (200) | $10.5100 | $2,102 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 88 | $10.6800 | ($940) | 8/9/2024 | (200) | $10.5100 | $2,102 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 200 | $10.6800 | ($2,136) | 8/9/2024 | (0) | $10.5400 | $3 | | | | | |

*Avg Closing Prices from August 15, 2024 to October 18, 2024

**Spire Global, Inc. (SPIR)**
**Class Period: March 6, 2024 to August 14, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 65-Days* Mean Price $9.0139 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 52 | $10.6800 | ($555) | 8/12/2024 | (100) | $10.3000 | $1,030 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 200 | $10.6800 | ($2,136) | 8/12/2024 | (222) | $10.3300 | $2,293 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 233 | $10.6800 | ($2,488) | 8/12/2024 | (150) | $10.3000 | $1,545 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 88 | $10.6800 | ($940) | 8/12/2024 | (500) | $10.3100 | $5,155 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 100 | $10.6800 | ($1,068) | 8/12/2024 | (50) | $10.3000 | $515 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 100 | $10.6800 | ($1,068) | 8/12/2024 | (611) | $10.3100 | $6,299 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 79 | $10.6800 | ($844) | 8/12/2024 | (100) | $10.3100 | $1,031 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 284 | $10.6800 | ($3,033) | 8/12/2024 | (900) | $10.3000 | $9,270 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 100 | $10.6700 | ($1,067) | 8/12/2024 | (2,760) | $10.3100 | $28,456 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 16 | $10.6500 | ($170) | 8/12/2024 | (500) | $10.3100 | $5,155 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 200 | $10.6700 | ($2,134) | 8/12/2024 | (100) | $10.3000 | $1,030 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 150 | $10.6600 | ($1,599) | 8/12/2024 | (100) | $10.3100 | $1,031 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 150 | $10.6600 | ($1,599) | 8/12/2024 | (100) | $10.3100 | $1,031 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 100 | $10.6600 | ($1,066) | 8/12/2024 | (30) | $10.3300 | $310 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 100 | $10.6600 | ($1,066) | 8/12/2024 | (64) | $10.3100 | $660 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 18 | $10.6200 | ($191) | 8/12/2024 | (100) | $10.3100 | $1,031 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 200 | $10.5800 | ($2,116) | 8/12/2024 | (11) | $10.3300 | $114 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 100 | $10.5800 | ($1,058) | 8/12/2024 | (90) | $10.3200 | $929 | | | | | |
| Wojciech Sokolowski | Common Stock | 8/13/2024 | 100 | $10.5800 | ($1,058) | 8/12/2024 | (8) | $10.3300 | $83 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (425) | $10.3100 | $4,382 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (100) | $10.3100 | $1,031 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (100) | $10.3300 | $1,033 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (117) | $10.3300 | $1,209 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (100) | $10.3300 | $1,033 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (1,100) | $10.3300 | $11,363 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (1) | $10.3300 | $10 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (11) | $10.3300 | $114 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (150) | $10.3300 | $1,550 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (100) | $10.3300 | $1,033 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (150) | $10.3300 | $1,550 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (24) | $10.3400 | $248 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/12/2024 | (0) | $10.3400 | $2 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/15/2024 | (1,500) | $6.7500 | $10,125 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/15/2024 | (75) | $6.7500 | $506 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/15/2024 | (4,008) | $6.7500 | $27,054 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/15/2024 | (100) | $6.7500 | $675 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/15/2024 | (2,000) | $6.7500 | $13,500 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/15/2024 | (724) | $6.7500 | $4,887 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/15/2024 | (220) | $6.7500 | $1,485 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/15/2024 | (100) | $6.7500 | $675 | | | | | |
| Wojciech Sokolowski | Common Stock | | | | | 8/15/2024 | (1) | $6.7500 | $5 | | | | | |
| **Wojciech Sokolowski** | **Common Stock** | | **30,485** | | **($318,198)** | | **(34,170)** | | **$319,449** | **8,728** | **0** | **$0** | **($34,854)** | **($36,748)** |
| **Wojciech Sokolowski** | **SPIR 5/17/2024 Call $14** | **5/1/2024** | **2** | **$0.1000** | **($20)** | **5/17/2024** | **(2) expired** | | | **0** | **0** | **$0** | **($20)** | **($20)** |

*Avg Closing Prices from August 15, 2024 to October 18, 2024