UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MICHAL BOUSSO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPIRE GLOBAL, INC., PETER PLATZER, and LEONARDO BASOLA, <br><br> Defendants. | Case No.  1:24-cv-01458-MSN-WEF |
| KOHEI TAGAWA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPIRE GLOBAL, INC., PETER PLATZER, THOMAS KRYWE, and LEONARDO BASOLA, <br><br> Defendants. | Case No.  1:24-cv-01810-MSN-LRV |

**DECLARATION OF STEVEN J. TOLL: (1) IN FURTHER SUPPORT OF MOTION OF WOJCIECH SOKOLOWSKI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL; AND <u>(2) IN OPPOSITION TO COMPETING MOTIONS</u>**

I, Steven J. Toll, hereby declare as follows:

1.      I am a partner of the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), Liaison Counsel for Wojciech Sokolowski (a/k/a Voytek Sokolowski) ("Sokolowski"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Sokolowski's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Sokolowski's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and Cohen Milstein as Liaison Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Kohei Tagawa's financial interest in this litigation with reference to the class period alleged in the first-filed of the Related Actions;

Exhibit B:    Chart setting forth Michal Bousso's financial interest in this litigation with reference to the class period alleged in the first-filed of the Related Actions;

Exhibit C:    Press release published via *Business Wire* on October 15, 2024, announcing the pendency of the second-filed of the Related Actions; and

Exhibit D:    Chart setting forth Kohei Tagawa's potential financial interest in this litigation with reference to the class period alleged in the second-filed of the Related Actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 4, 2024, at Washington, D.C.

*/s/ Steven J. Toll*
Steven J. Toll

1