# EXHIBIT A

**Spire Global, Inc. (SPIR)**
**Class Period: March 6, 2024 to August 14, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**
**August 31, 2023**        1:8 reverse split

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 65-Days* Mean Price $9.0139 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| _Hagens Berman_ | | | | | | | | | | | | | | |
| Kohei Tagawa | Common Stock | | | | | Preclass | 13,360 | | | | | | | |
| Kohei Tagawa | Common Stock | 8/7/2024 | 1,000 | $10 9900 | ($10,990) | 7/8/2024 | (2,359) | $10 5000 | $24,770 | | | | | |
| Kohei Tagawa | Common Stock | 8/8/2024 | 1,000 | $10 2854 | ($10,285) | 7/11/2024 | (5,000) | $10 8919 | $54,460 | | | | | |
| Kohei Tagawa | Common Stock | 8/8/2024 | 1,000 | $9 8000 | ($9,800) | 7/12/2024 | (1,000) | $11 1906 | $11,191 | | | | | |
| Kohei Tagawa | Common Stock | 8/8/2024 | 1,000 | $9 8000 | ($9,800) | 7/12/2024 | (1,000) | $11 1522 | $11,152 | | | | | |
| Kohei Tagawa | Common Stock | 8/9/2024 | 5,000 | $10 1200 | ($50,600) | 8/16/2024 | (1,000) | $6 9100 | $6,910 | | | | | |
| Kohei Tagawa | Common Stock | | | | | 8/16/2024 | (12,000) | $6 9100 | $82,920 | | | | | |
| **Kohei Tagawa** | **Common Stock** | | **9,000** | | **($91,475)** | | **(22,359)** | | **$191,402** | **9,000** | **1** | **$5** | **($29,284)** | **($29,285)** |

*Avg Closing Prices from August 15, 2024 to October 18, 2024