# EXHIBIT B

**Spire Global, Inc. (SPIR)**
**Class Period: March 6, 2024 to August 14, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**
**August 31, 2023**          **1:8 reverse split**

| Plaintiff | Security Type | Purchase or Acquire Date | Purchase or Acquire Shares | Price | Amount | Sales Date | Sales Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 65-Days* Mean Price $9.0139 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Glancy | | | | | | | | | | | | | |
| Michael Bousso | Common Stock | 5/16/2024 | 4,416 | $9 0600 | ($40,009) | 6/5/2024 | (10,000) | $9 9900 | $99,900 | | | | |
| Michael Bousso | Common Stock | 5/16/2024 | 5,584 | $9 0800 | ($50,703) | 6/5/2024 | (10,000) | $9 8900 | $98,900 | | | | |
| Michael Bousso | Common Stock | 6/5/2024 | 10,005 | $9 8400 | ($98,449) | 6/10/2024 | (10,000) | $9 8200 | $98,200 | | | | |
| Michael Bousso | Common Stock | 6/6/2024 | 10,000 | $9 7100 | ($97,100) | 6/13/2024 | (10,000) | $9 9700 | $99,700 | | | | |
| Michael Bousso | Common Stock | 6/6/2024 | 10,000 | $9 8400 | ($98,400) | 6/13/2024 | (10,000) | $9 7500 | $97,500 | | | | |
| Michael Bousso | Common Stock | 6/11/2024 | 10,000 | $9 2900 | ($92,900) | 8/8/2024 | (8,000) | $10 5900 | $84,720 | | | | |
| Michael Bousso | Common Stock | 6/14/2024 | 9,500 | $10 5500 | ($100,225) | 8/8/2024 | (6,962) | $10 5800 | $73,658 | | | | |
| Michael Bousso | Common Stock | 6/20/2024 | 1,100 | $10 1600 | ($11,176) | 8/8/2024 | (327) | $10 6400 | $3,479 | | | | |
| Michael Bousso | Common Stock | 6/20/2024 | 4,685 | $10 1500 | ($47,553) | 8/23/2024 | (2,202) | $8 1000 | $17,836 | | | | |
| Michael Bousso | Common Stock | 8/9/2024 | 10,000 | $10 5100 | ($105,100) | 8/28/2024 | (2,530) | $8 1100 | $20,518 | | | | |
| Michael Bousso | Common Stock | | | | | 8/28/2024 | (2,652) | $8 1700 | $21,667 | | | | |
| Michael Bousso | Common Stock | | | | | 8/29/2024 | (2,616) | $8 3900 | $21,948 | | | | |
| **Michael Bousso** | **Common Stock** | | **75,290** | | **($741,615)** | | **(75,289)** | | **$738,027** | **10,001** | **1** | **$9** | **($3,579)** |

*Avg Closing Prices from August 15, 2024 to October 18, 2024