# EXHIBIT C





# Hagens Berman Files New Securities Class Action Against Spire Global (SPIR) And Its Senior Executives: New Complaint Extends Alleged Fraudulent Period From May 11, 2022 – August 27, 2024, Inclusive

## Lead Plaintiff Filing Deadline Remains October 21, 2024

October 15, 2024 12:18 AM Eastern Daylight Time

SAN FRANCISCO--(BUSINESS WIRE)--Hagens Berman announces that the firm has filed a new class action lawsuit against Spire Global, Inc. **(NYSE: SPIR)** and certain of its senior executives.

The new complaint extends the alleged fraudulent period in the pending litigation against Spire Global, contending that Spire's stock was artificially inflated by Defendants' alleged fraud from **May 11, 2022 through Aug. 27, 2024, inclusive** ("Extended Class Period").

Lead plaintiff motions for the Spire class action litigation must still be filed with the Court no later than **October 21, 2024**. Hagens Berman therefore urges investors who suffered substantial losses on purchases of Spire securities during the Extended Class Period and who wish to serve as lead plaintiff of the Spire litigation to submit your losses now.

| | |
|---|---|
| **Extended Alleged Class Period:** | May 11, 2022 – Aug. 27, 2024 |
| **Lead Plaintiff Deadline:** | Oct. 21, 2024 |
| **Visit:** | www.hbsslaw.com/investor-fraud/SPIR |
| **Contact the Firm Now:** | SPIR@hbsslaw.com |
| | **844-916-0895** |

**Hagens Berman's New Securities Fraud Class Action Alleging Extended Class Period:**

The new class action, filed in the United States District Court for the Eastern District of Virginia, and captioned *Tagawa v. Spire Global, Inc., et al.*, Case No. 1:24-cv-01810, seeks to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

The new class action is related to pending securities class action litigation against Spire in the Eastern District of Virginia, *Bousso v. Spire Global, Inc.*, 1:24-cv-01458 (MSN/WEF), which alleges a class period of Mar. 6, 2024 through Aug. 14, 2024, inclusive.

The new class action, however, alleges a broader class period, as the new case is brought on behalf of all investors who purchased or otherwise acquired Spire securities during the Extended Class Period – between **May 11, 2022 and Aug. 27, 2024, inclusive**.

If you are a shareholder who purchased Spire shares during the Extended Class Period, you have until **October 21, 2024**, to ask the Court to appoint you as Lead Plaintiff for the class in the Spire litigation. A copy of the Complaint can be obtained <u>here</u>. <u>Click here to discuss your legal rights with Hagens Berman</u>.

**CASE ALLEGATIONS:** The new Spire class action lawsuit alleges that defendants throughout the Extended Class Period made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, the Complaint alleges Defendants failed to disclose to investors that, since Spire's quarter ended March 31, 2022, the Company: (1) filed financial statements that were not prepared in conformity with generally accepted accounting principles including, without limitation, principles applicable to proper revenue recognition; (2) filed Sarbanes-Oxley certifications falsely claiming that: (a) Spire's financial statements did not contain untrue statements of material facts or omitted to state material facts necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the periods covered its financial reports; and (b) had disclosure controls and procedures and internal control over financial reporting that did not provide reasonable assurance regarding the reliability of its financial reporting and the preparation of financial statements for external purposes; (3) faced the likelihood of having to restate its financial statements to remove certain previously recorded pre-space mission activity revenue from the period in which pre-space mission activities were performed under certain contracts, and instead, record that revenue over the period in which data is delivered; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

On August 14, 2024, after the market closed, the Company announced it would be unable to timely file its second quarter 2024 financial report as the Company was "reviewing its accounting practices and procedures with respect to revenue recognition" regarding certain Space Services contracts and "related internal control matters." The Company disclosed the "type of Contracts that the Company has identified for re-evaluation resulted in recognized revenue of $10 to $15 million on an annual basis" and "additional financial measures such as gross profit could also be impacted."

On this news, the Company's share price fell $3.41 or 33.56%, to close at $6.75 per share on August 15, 2024, on unusually heavy trading volume.

Then, after the market closed on August 27, 2024, the Company announced that investors should no longer rely on its previously issued financial statements beginning with its financial statements for the quarter ended March 31, 2022, originally released on May 11, 2022. The Company revealed the need to restate its financial statements as of and for (a) the quarters and nine months ended September 30, 2022 and 2023, (b) the quarters and six months ended June 30, 2022 and 2023, (c) the quarters ended March 31, 2022, 2023, and 2024, and (d) the years ended December 31, 2022 and 2023. The Company said that it needed "to remove certain pre-space mission activity revenue," and "record that revenue over the period in which data is delivered."

On this news, the Company's share price fell $0.12 or about 2%.

**THE LEAD PLAINTIFF PROCESS:** The Private Securities Litigation Reform Act of 1995 permits any investor who purchased or acquired **Spire** securities during the Class Period to seek appointment as lead plaintiff of the Spire class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the Spire class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the Spire class action lawsuit. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff of the *Spire* class action lawsuit. **Lead plaintiff motions for the pending Spire class action litigation must be filed with the Court no later than October 21, 2024**.

If you'd like more information and answers to frequently asked questions about the Spire Global case and our investigation, read more »

**Whistleblowers:** Persons with non-public information regarding Spire Global should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email SPIR@hbsslaw.com.

About Hagens Berman

Hagens Berman is a global plaintiffs' rights complex litigation firm focusing on corporate accountability. The firm is home to a robust practice and represents investors as well as whistleblowers, workers, consumers and others in cases achieving real results for those harmed by corporate negligence and other wrongdoings. Hagens Berman's team has secured more than $2.9 billion in this area of law. More about the firm and its successes can be found at hbsslaw.com. Follow the firm for updates and news at @ClassActionLaw.

Contacts

Reed Kathrein, 844-916-0895