# EXHIBIT D

**Spire Global, Inc. (SPIR)**
**Class Period: May 11, 2022 to August 27, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**
**August 31, 2023          1:8 reverse split**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 52-Days* Mean Price $9.3662 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hagens Berman | | | | | | | | | | | | | | |
| Kohei Tagawa | Common Stock | 8/23/2022 | 3,000 | $1 3573 | ($4,072) | 8/26/2022 | (3,000) | $1 3836 | $4,151 | | | | | |
| Kohei Tagawa | Common Stock | 9/2/2022 | 5,000 | $1 3180 | ($6,590) | | | | | | | | | |
| Kohei Tagawa | Common Stock | 9/5/2022 | 80,000 | $1 3700 | ($109,600) | | | | | | | | | |
| Kohei Tagawa | Common Stock | 10/13/2022 | 3,500 | $1 0100 | ($3,535) | | | | | | | | | |
| Kohei Tagawa | Common Stock | 8/31/2023 | 88,500 | | | | | | | | | | | |
| Kohei Tagawa | Common Stock | 8/31/2023 | 11,063 | 1:8 reverse split | | | | | | | | | | |
| Kohei Tagawa | Common Stock | 9/28/2023 | 500 | $5 0000 | ($2,500) | 9/27/2023 | (173) | $4 9700 | $860 | | | | | |
| Kohei Tagawa | Common Stock | 9/29/2023 | 1,000 | $5 0000 | ($5,000) | 7/8/2024 | (2,359) | $10 5000 | $24,770 | | | | | |
| Kohei Tagawa | Common Stock | 10/10/2023 | 970 | $4 1461 | ($4,022) | 7/11/2024 | (5,000) | $10 8919 | $54,460 | | | | | |
| Kohei Tagawa | Common Stock | 8/7/2024 | 1,000 | $10 9900 | ($10,990) | 7/12/2024 | (1,000) | $11 1906 | $11,191 | | | | | |
| Kohei Tagawa | Common Stock | 8/8/2024 | 1,000 | $10 2854 | ($10,285) | 7/12/2024 | (1,000) | $11 1522 | $11,152 | | | | | |
| Kohei Tagawa | Common Stock | 8/8/2024 | 1,000 | $9 8000 | ($9,800) | 8/16/2024 | (1,000) | $6 4000 | $6,400 | | | | | |
| Kohei Tagawa | Common Stock | 8/8/2024 | 1,000 | $9 8000 | ($9,800) | 8/16/2024 | (12,000) | $6 4000 | $76,800 | | | | | |
| Kohei Tagawa | Common Stock | 8/9/2024 | 5,000 | $10 1200 | ($50,600) | | | | | | | | | |
| **Kohei Tagawa** | **Common Stock** | | **102,970** | | **($226,794)** | | **(25,532)** | | **$189,782** | **1** | **1** | **$5** | **($37,007)** | **($37,007)** |

*Avg Closing Prices from August 28, 2024 to October 18, 2024