**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| MICHAL BOUSSO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRE GLOBAL, INC., PETER PLATZER, and LEONARDO BASOLA,<br><br>Defendants. | Case No. 1:24-cv-01458-MSN-WEF<br><br>**DECLARATION OF WAYNE G. TRAVELL IN FURTHER SUPPORT OF MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT KOHEI TAGAWA AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |
| KOHEI TAGAWA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRE GLOBAL, INC., PETER PLATZER, THOMAS KRYWE, and LEONARDO BASOLA,<br><br>Defendants. | Case No. 1:24-cv-01810-MSN-LRV |

I, Wayne G. Travell, declare as follows:

1.      I am a partner at the law firm Hirschler Fleischer, a Professional Corporation ("Hirschler"), liaison counsel for named plaintiff and class member Kohei Tagawa ("Movant"). I am an attorney licensed to practice law in the Commonwealth of Virginia. I make this declaration in further support of Movant's Motion to Consolidate the Related Actions, Appoint Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached is a true and correct copy of the following exhibit:

Exhibit 1:      Movant's corrected loss chart.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of November 2024, at Tysons, Virginia.

By:_____/s/ Wayne G. Travell_____
Wayne G. Travell (Bar No. 22400)
**HIRSCHLER FLEISCHER, PC**
1676 International Drive, Suite 1350
Tysons, VA 22102
Telephone: (703) 584-8903
Facsimile: (703) 584-8901
Email: wtravell@hirschlerlaw.com

*Liaison Counsel for Plaintiff and Movant Kohei Tagawa*

-1-

# EXHIBIT 1

**Loss Analysis for Kohei Tagawa - Spire Global, Inc. (SPIR)**
**Class Period 05/11/23 - 08/27/24**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | | Amount Paid | Date | Shares | Share Price | | Amount Received |
| **Pre-Class Held** | | | | | | | | | | |
| **Class Period** | 08/23/22 | 375 | $10.8584 | * | $4,071.90 | 08/26/22 | 375 | $11.0688 | * | $4,150.80 |
| **Purchases** | 09/02/22 | 625 | $10.5440 | * | $6,590.00 | 09/27/23 | 173 | $4.9700 | | $859.81 |
| | 09/05/22 | 10,000 | $10.9600 | * | $109,600.00 | 07/08/24 | 2,359 | $10.5000 | | $24,769.50 |
| | 10/13/22 | 438 | $8.0800 | * | $3,535.00 | 07/11/24 | 5,000 | $10.8919 | | $54,459.50 |
| | 09/28/23 | 500 | $5.0000 | | $2,500.00 | 07/12/24 | 1,000 | $11.1906 | | $11,190.60 |
| | 09/29/23 | 1,000 | $5.0000 | | $5,000.00 | 07/12/24 | 1,000 | $11.1522 | | $11,152.20 |
| | 10/10/23 | 970 | $4.1461 | | $4,021.72 | 08/16/24 | 1,000 | $6.4000 | | $6,400.00 |
| | 08/07/24 | 1,000 | $10.9900 | | $10,990.00 | 08/16/24 | 12,000 | $6.4000 | | $76,800.00 |
| | 08/08/24 | 1,000 | $10.2854 | | $10,285.40 | | | | | |
| | 08/08/24 | 1,000 | $9.8000 | | $9,800.00 | | | | | |
| | 08/08/24 | 1,000 | $9.8000 | | $9,800.00 | | | | | |
| | 08/09/24 | 5,000 | $10.1200 | | $50,600.00 | | | | | |
| **Post Class** | | | | | | **Post Class** | | | | |
| **Purchases** | | | | | | **Sales** | | | | |

* Adjusted for 1:8 reverse stock split on August 31, 2023.

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 22,908 | Total Amt. Paid in CP | $226,794.02 | Total Shares Sold in CP | 22,907 | Total Amt. Sold in CP | $189,782.41 |

Total Shares Sold in CP: 22,907  Total Amt. Sold in CP: $189,782.41
Post CP Shares Sold: 0  Post CP Amount Sold: $0.00
Total Shares Sold to Current: 22,907  Total Amt. Sold to Current: $189,782.41 **ALTERNATIVE**

Actual Net Shares Acquired in CP: 1 (CP Retained Shares)

Net Amount Paid in CP: $37,011.61
Net Amount Paid in CP Minus Sold to Current Date: $37,011.61 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares): 1 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date: 1 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $9.36

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $4.68
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $4.68 **ALTERNATIVE**
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $37,006.93 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $37,006.93
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $37,006.93 **ALTERNATIVE**