UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MICHAL BOUSSO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRE GLOBAL, INC., PETER PLATZER, and LEONARDO BASOLA,<br><br>Defendants. | Case No. 1:24-cv-01458-MSN-WEF |
| KOHEI TAGAWA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPIRE GLOBAL, INC., PETER PLATZER, THOMAS KRYWE, and LEONARDO BASOLA,<br><br>Defendants. | Case No. 1:24-cv-01810-MSN-LRV |

**REPLY DECLARATION OF STEVEN J. TOLL IN FURTHER SUPPORT OF MOTION OF WOJCIECH SOKOLOWSKI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Steven J. Toll, hereby declare as follows:

1.      I am a partner of the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), Liaison Counsel for Wojciech Sokolowski (a/k/a Voytek Sokolowski) ("Sokolowski"), and have personal knowledge of the facts set forth herein.

2.      I make this reply Declaration in support of Sokolowski's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Sokolowski's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and Cohen Milstein as Liaison Counsel for the Class.

3.      Attached hereto as Exhibit A is a true and correct copy of a schedule of Sokolowski's transactions in Spire Global, Inc. securities during the class period alleged in the second-filed of the Related Actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 12, 2024, at Washington, D.C.

/s/ Steven J. Toll
Steven J. Toll

1