# EXHIBIT A

**Spire Global, Inc. (SPIR)**                                                                    **Wojciech Sokolowski**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 1/26/2023 | 100 | $1.1400 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 5,825.263157 | $1.1400 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 8,000 | $1.1400 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 100 | $1.1400 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 800 | $1.1400 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 200 | $1.1400 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 100 | $1.1400 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 200 | $1.1400 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 200 | $1.1400 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 600 | $1.1400 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 100 | $1.1400 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 300 | $1.1400 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 100 | $1.1300 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 150 | $1.1300 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 100 | $1.1300 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 200 | $1.1300 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 100 | $1.1300 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 100 | $1.1300 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 100 | $1.1300 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 100 | $1.1300 |
| Purchase/Acquisition | Common Stock | 1/26/2023 | 100 | $1.1300 |
| Purchase/Acquisition | Common Stock | 3/9/2023 | 1,190.619348 | $0.8400 |
| Purchase/Acquisition | Common Stock | 6/28/2023 | 235 | $0.4600 |
| Purchase/Acquisition | Common Stock | 6/28/2023 | 2,000 | $0.4600 |
| Purchase/Acquisition | Common Stock | 9/26/2023 | 201.816347 | $4.9600 |
| Purchase/Acquisition | Common Stock | 11/2/2023 | 533.283434 | $3.7400 |
| Purchase/Acquisition | Common Stock | 11/2/2023 | 1.358008 | $3.7200 |
| Purchase/Acquisition | Common Stock | 11/2/2023 | 266.298548 | $3.7500 |
| Purchase/Acquisition | Common Stock | 11/2/2023 | 0.456375 | $3.7200 |
| Purchase/Acquisition | Common Stock | 1/2/2024 | 3.152585 | $7.9300 |
| Purchase/Acquisition | Common Stock | 1/3/2024 | 3.267973 | $7.6500 |
| Purchase/Acquisition | Common Stock | 1/4/2024 | 3.320053 | $7.5300 |
| Purchase/Acquisition | Common Stock | 1/5/2024 | 3.429355 | $7.2900 |
| Purchase/Acquisition | Common Stock | 1/8/2024 | 3.429355 | $7.2900 |
| Purchase/Acquisition | Common Stock | 1/9/2024 | 3.576537 | $6.9900 |
| Purchase/Acquisition | Common Stock | 1/10/2024 | 3.561253 | $7.0200 |
| Purchase/Acquisition | Common Stock | 1/11/2024 | 3.556187 | $7.0300 |
| Purchase/Acquisition | Common Stock | 1/12/2024 | 3.633720 | $6.8800 |
| Purchase/Acquisition | Common Stock | 1/16/2024 | 3.759398 | $6.6500 |
| Purchase/Acquisition | Common Stock | 1/17/2024 | 3.869969 | $6.4600 |
| Purchase/Acquisition | Common Stock | 1/18/2024 | 3.759398 | $6.6500 |
| Purchase/Acquisition | Common Stock | 1/19/2024 | 3.581661 | $6.9800 |
| Purchase/Acquisition | Common Stock | 1/22/2024 | 3.649635 | $6.8500 |
| Purchase/Acquisition | Common Stock | 1/23/2024 | 3.541076 | $7.0600 |
| Purchase/Acquisition | Common Stock | 1/24/2024 | 3.511235 | $7.1200 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 766 | $10.1500 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 1,879.528078 | $10.1500 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 1 | $10.1500 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 99 | $10.1500 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 165 | $10.1000 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 100 | $10.1500 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 100 | $10.1500 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 300 | $10.1000 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 100 | $10.1000 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 100 | $10.1000 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 50 | $10.1000 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 5 | $10.1000 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 100 | $10.1000 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 80 | $10.1000 |
| Purchase/Acquisition | Common Stock | 5/1/2024 | 100 | $10.1000 |

**Spire Global, Inc. (SPIR)**                                                                    **Wojciech Sokolowski**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 5/1/2024 | 0.286564 | $10.0800 |
| Purchase/Acquisition | Common Stock | 8/7/2024 | 2,469.807859 | $9.9200 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 2.985493 | $10.3400 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 0.050504 | $10.3400 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 629 | $10.2900 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 47.982591 | $10.3400 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3200 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 234.914811 | $10.3300 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3200 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 200 | $10.3200 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3200 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3200 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 200 | $10.3200 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3000 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.3100 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2400 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2500 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2400 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2700 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2600 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2600 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2600 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2600 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2600 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2400 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2300 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2400 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 7 | $10.2400 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2400 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 5 | $10.2500 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 10 | $10.2400 |
| Purchase/Acquisition | Common Stock | 8/8/2024 | 100 | $10.2400 |
| Purchase/Acquisition | Common Stock | 8/9/2024 | 8.274725 | $10.9200 |
| Purchase/Acquisition | Common Stock | 8/9/2024 | 922 | $10.7400 |
| Purchase/Acquisition | Common Stock | 8/9/2024 | 0.509225 | $10.8400 |
| Purchase/Acquisition | Common Stock | 8/12/2024 | 8,873.520340 | $10.5700 |
| Purchase/Acquisition | Common Stock | 8/12/2024 | 0.654485 | $10.5400 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 223 | $10.6200 |

**Spire Global, Inc. (SPIR)**                                                                                    **Wojciech Sokolowski**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 8/13/2024 | 4,272.680790 | $10.6200 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 100 | $10.7100 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 19 | $10.7100 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 100 | $10.7100 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 4 | $10.7100 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 74 | $10.7100 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 61 | $10.7100 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 286 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 238 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 42 | $10.7100 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 14 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 119 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 300 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 17 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 200 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 88 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 200 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 52 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 200 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 233 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 88 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 100 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 100 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 79 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 284 | $10.6800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 100 | $10.6700 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 16 | $10.6500 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 200 | $10.6700 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 150 | $10.6600 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 150 | $10.6600 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 100 | $10.6600 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 100 | $10.6600 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 18 | $10.6200 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 200 | $10.5800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 100 | $10.5800 |
| Purchase/Acquisition | Common Stock | 8/13/2024 | 100 | $10.5800 |
| Sale | Common Stock | 8/7/2024 | (24) | $9.7100 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.7900 |
| Sale | Common Stock | 8/7/2024 | (34) | $9.7100 |
| Sale | Common Stock | 8/7/2024 | (40) | $9.7100 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.6900 |
| Sale | Common Stock | 8/7/2024 | (92) | $9.7300 |
| Sale | Common Stock | 8/7/2024 | (1) | $9.7000 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.7900 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.7400 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.7200 |
| Sale | Common Stock | 8/7/2024 | (2) | $9.6900 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.7900 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.7900 |
| Sale | Common Stock | 8/7/2024 | (8) | $9.7300 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.7900 |
| Sale | Common Stock | 8/7/2024 | (2) | $9.6900 |
| Sale | Common Stock | 8/7/2024 | (2) | $9.7200 |
| Sale | Common Stock | 8/7/2024 | (13) | $9.7100 |
| Sale | Common Stock | 8/7/2024 | (5) | $9.7100 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.8000 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.7900 |
| Sale | Common Stock | 8/7/2024 | (14) | $9.8500 |
| Sale | Common Stock | 8/7/2024 | (400) | $9.8300 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.8500 |

**Spire Global, Inc. (SPIR)**                                                                                      **Wojciech Sokolowski**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | Common Stock | 8/7/2024 | (300) | $9.8000 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.8000 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.8200 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.8200 |
| Sale | Common Stock | 8/7/2024 | (5) | $9.8300 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.8000 |
| Sale | Common Stock | 8/7/2024 | (400) | $9.8100 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.8200 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.7900 |
| Sale | Common Stock | 8/7/2024 | (200) | $9.8000 |
| Sale | Common Stock | 8/7/2024 | (150) | $9.8100 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.8000 |
| Sale | Common Stock | 8/7/2024 | (15) | $9.8500 |
| Sale | Common Stock | 8/7/2024 | (20) | $9.8100 |
| Sale | Common Stock | 8/7/2024 | (1) | $9.9300 |
| Sale | Common Stock | 8/7/2024 | (400) | $9.8800 |
| Sale | Common Stock | 8/7/2024 | (2) | $9.9000 |
| Sale | Common Stock | 8/7/2024 | (97) | $9.9400 |
| Sale | Common Stock | 8/7/2024 | (1) | $9.9300 |
| Sale | Common Stock | 8/7/2024 | (1) | $9.9100 |
| Sale | Common Stock | 8/7/2024 | (300) | $9.9500 |
| Sale | Common Stock | 8/7/2024 | (14) | $9.8500 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.9400 |
| Sale | Common Stock | 8/7/2024 | (400) | $9.8500 |
| Sale | Common Stock | 8/7/2024 | (12) | $9.9000 |
| Sale | Common Stock | 8/7/2024 | (1) | $9.8900 |
| Sale | Common Stock | 8/7/2024 | (800) | $9.9500 |
| Sale | Common Stock | 8/7/2024 | (400) | $9.9100 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.9000 |
| Sale | Common Stock | 8/7/2024 | (63) | $9.9200 |
| Sale | Common Stock | 8/7/2024 | (11) | $9.9100 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.9500 |
| Sale | Common Stock | 8/7/2024 | (500) | $9.9500 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.9500 |
| Sale | Common Stock | 8/7/2024 | (100) | $9.9500 |
| Sale | Common Stock | 8/7/2024 | (600) | $9.9500 |
| Sale | Common Stock | 8/9/2024 | (700) | $10.4500 |
| Sale | Common Stock | 8/9/2024 | (100) | $10.4500 |
| Sale | Common Stock | 8/9/2024 | (5,113) | $10.4900 |
| Sale | Common Stock | 8/9/2024 | (100) | $10.4500 |
| Sale | Common Stock | 8/9/2024 | (100) | $10.4600 |
| Sale | Common Stock | 8/9/2024 | (100) | $10.4500 |
| Sale | Common Stock | 8/9/2024 | (100) | $10.4600 |
| Sale | Common Stock | 8/9/2024 | (100) | $10.4600 |
| Sale | Common Stock | 8/9/2024 | (6) | $10.4500 |
| Sale | Common Stock | 8/9/2024 | (200) | $10.4500 |
| Sale | Common Stock | 8/9/2024 | (100) | $10.4500 |
| Sale | Common Stock | 8/9/2024 | (94) | $10.4500 |
| Sale | Common Stock | 8/9/2024 | (100) | $10.4500 |
| Sale | Common Stock | 8/9/2024 | (18) | $10.4900 |
| Sale | Common Stock | 8/9/2024 | (1) | $10.5000 |
| Sale | Common Stock | 8/9/2024 | (1) | $10.5100 |
| Sale | Common Stock | 8/9/2024 | (28) | $10.5100 |
| Sale | Common Stock | 8/9/2024 | (100) | $10.5100 |
| Sale | Common Stock | 8/9/2024 | (5) | $10.5000 |
| Sale | Common Stock | 8/9/2024 | (90) | $10.5100 |
| Sale | Common Stock | 8/9/2024 | (100) | $10.5100 |
| Sale | Common Stock | 8/9/2024 | (40) | $10.5100 |
| Sale | Common Stock | 8/9/2024 | (142) | $10.5100 |
| Sale | Common Stock | 8/9/2024 | (200) | $10.5100 |

**Spire Global, Inc. (SPIR)**                                                                                    **Wojciech Sokolowski**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | Common Stock | 8/9/2024 | (100) | $10.5300 |
| Sale | Common Stock | 8/9/2024 | (400) | $10.5100 |
| Sale | Common Stock | 8/9/2024 | (100) | $10.5300 |
| Sale | Common Stock | 8/9/2024 | (100) | $10.5300 |
| Sale | Common Stock | 8/9/2024 | (200) | $10.5100 |
| Sale | Common Stock | 8/9/2024 | (200) | $10.5100 |
| Sale | Common Stock | 8/9/2024 | (200) | $10.5100 |
| Sale | Common Stock | 8/9/2024 | (0.262265) | $10.5400 |
| Sale | Common Stock | 8/12/2024 | (100) | $10.3000 |
| Sale | Common Stock | 8/12/2024 | (222) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (150) | $10.3000 |
| Sale | Common Stock | 8/12/2024 | (500) | $10.3100 |
| Sale | Common Stock | 8/12/2024 | (50) | $10.3000 |
| Sale | Common Stock | 8/12/2024 | (611) | $10.3100 |
| Sale | Common Stock | 8/12/2024 | (100) | $10.3100 |
| Sale | Common Stock | 8/12/2024 | (900) | $10.3000 |
| Sale | Common Stock | 8/12/2024 | (2,760) | $10.3100 |
| Sale | Common Stock | 8/12/2024 | (500) | $10.3100 |
| Sale | Common Stock | 8/12/2024 | (100) | $10.3000 |
| Sale | Common Stock | 8/12/2024 | (100) | $10.3100 |
| Sale | Common Stock | 8/12/2024 | (100) | $10.3100 |
| Sale | Common Stock | 8/12/2024 | (30) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (64) | $10.3100 |
| Sale | Common Stock | 8/12/2024 | (100) | $10.3100 |
| Sale | Common Stock | 8/12/2024 | (11) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (90) | $10.3200 |
| Sale | Common Stock | 8/12/2024 | (8) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (425) | $10.3100 |
| Sale | Common Stock | 8/12/2024 | (100) | $10.3100 |
| Sale | Common Stock | 8/12/2024 | (100) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (117) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (100) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (1,100) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (1) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (11) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (150) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (100) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (150) | $10.3300 |
| Sale | Common Stock | 8/12/2024 | (24) | $10.3400 |
| Sale | Common Stock | 8/12/2024 | (0.174825) | $10.3400 |
| Sales | Common Stock | 8/15/2024 | (1,500) | $6.4000 |
| Sales | Common Stock | 8/15/2024 | (75) | $6.4000 |
| Sales | Common Stock | 8/15/2024 | (4,008) | $6.4000 |
| Sales | Common Stock | 8/15/2024 | (100) | $6.4000 |
| Sales | Common Stock | 8/15/2024 | (2,000) | $6.4000 |
| Sales | Common Stock | 8/15/2024 | (724) | $6.4000 |
| Sales | Common Stock | 8/15/2024 | (220) | $6.4000 |
| Sales | Common Stock | 8/15/2024 | (100) | $6.4000 |
| Sales | Common Stock | 8/15/2024 | (0.680790) | $6.4800 |
| Purchase/Acquisition | SPIR 5/17/2024 Call $14 | 5/1/2024 | 2 | $0.1000 |