**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE SPIRE GLOBAL, INC. SECURITIES LITIGATION | Master File No. 1:24-cv-1458-MSN-WEF |

**DECLARATION OF JEFFREY P. JUSTMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

I, Jeffrey P. Justman, declare as follows:

1. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint in the above action. The facts set forth herein are based upon my personal knowledge, information, and belief, unless otherwise stated.

2. I am a partner with the law firm of Faegre Drinker Biddle & Reath LLP, and I am counsel of record in this case for Defendants Spire Global, Inc., Peter Platzer, Leonardo Basola, and Thomas Krywe.

3. Attached hereto as the exhibits stated are true and correct copies of the following documents:

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | Spire's annual report for 2023 filed on Form 10-K, dated March 6, 2024 |
| 2. | Spire press release and related Form 8-K, dated December 2, 2024 |
| 3. | Spire's annual report for 2022 filed on Form 10-K, dated March 15, 2023 |
| 4. | Spire's Q1 2022 quarterly report filed on Form 10-Q, dated May 11, 2022 |
| 5. | Spire's Q1 2022 quarterly press release and related Form 8-K, dated May 11, 2022 |
| 6. | Spire's Q1 2022 earning call transcript, dated May 11, 2022 |
| 7. | Spire's Q2 2022 quarterly report filed on Form 10-Q, dated August 10, 2022 |
| 8. | Spire's Q2 2022 quarterly press release and related Form 8-K, dated August 10, 2022 |
| 9. | Spire's Q2 2022 earnings call transcript, dated August 10, 2022 |

| Exhibit Number | Exhibit Description |
|---|---|
| 10. | Spire's Q3 2022 quarterly report filed on Form 10-Q, dated November 9, 2022 |
| 11. | Spire's Q3 2022 quarterly press release and related Form 8-K, dated November 9, 2022 |
| 12. | Spire's Q3 2022 earnings call transcript, dated November 9, 2022 |
| 13. | Spire's Q4 2022 quarterly press release and related Form 8-K, dated March 8, 2023 |
| 14. | Spire's Q4 2022 earnings call transcript, dated March 8, 2023 |
| 15. | Spire's Q1 2023 quarterly report filed on Form 10-Q, dated May 10, 2023 |
| 16. | Spire's Q1 2023 quarterly press release and related Form 8-K, dated May 10, 2023 |
| 17. | Spire's Q1 2023 earnings call transcript, dated May 10, 2023 |
| 18. | Spire's Q2 2023 quarterly report filed on Form 10-Q, dated August 9, 2023 |
| 19. | Spire's Q2 2023 quarterly press release and related Form 8-K, dated August 9, 2023 |
| 20. | Spire's Q2 2023 earnings call transcript, dated August 9, 2023 |
| 21. | Spire's Q3 2023 quarterly report filed on Form 10-Q, dated November 8, 2023 |
| 22. | Spire's Q3 2023 quarterly press release and related Form 8-K, dated November 8, 2023 |
| 23. | Spire's Q3 2023 earnings call transcript, dated November 8, 2023 |
| 24. | Spire's Q4 2023 quarterly press release and related Form 8-K, dated March 6, 2024 |
| 25. | Spire's Q4 2023 earnings call transcript, dated March 6, 2024 |
| 26. | Spire's Q1 2024 quarterly report filed on Form 10-Q, dated May 15, 2024 |
| 27. | Spire's Q1 2024 quarterly press release and related Form 8-K, dated May 15, 2024 |
| 28. | Spire's Q1 2024 earnings call transcript, dated May 15, 2024 |
| 29. | Canaccord Conference Transcript, dated March 27, 2023, |
| 30. | Spire notification of late filing filed on Form 12b-25, dated August 14, 2024 |
| 31. | Craig Hallum Analyst Report, dated August 15, 2024 |
| 32. | Spire Form 8-K, dated August 27, 2024 |
| 33. | Stock Price Chart |
| 34. | Spire notification of late filing filed on Form 12b-25, dated November 4, 2024 |
| 35. | Craig Hallum Analyst Report, dated November 14, 2024 |
| 36. | Emerging Growth Virtual Conference Transcript, dated May 31, 2023 |
| 37. | Spire Form 8-K, dated May 17, 2023 |
| 38. | Spire press release and related Form 8-K, dated December 3, 2024 |
| 39. | Spire Form 8-K, dated December 16, 2024 |

| Exhibit Number | Exhibit Description |
|---|---|
| 40. | Form 4 filed March 6, 2023, related to February 22, 2023, transaction for Thomas Krywe |
| 41. | Form 4 filed March 6, 2023, related to February 23, 2023, transaction for Thomas Krywe |
| 42. | Form 4 filed March 6, 2023, related to February 24, 2023, transaction for Thomas Krywe |
| 43. | Form 4 filed March 6, 2023, related to February 22, 2023, transaction for Peter Platzer |
| 44. | Form 4 filed March 6, 2023, related to February 23, 2023, transaction for Peter Platzer |
| 45. | Form 4 filed March 6, 2023, related to February 24, 2023, transaction for Peter Platzer |
| 46. | Form 4 filed March 6, 2023, related to February 22, 2023, transaction for Peter Platzer and Theresa Condor |
| 47. | Form 4 filed March 6, 2023, related to February 23, 2023, transaction for Peter Platzer and Theresa Condor |
| 48. | Form 4 filed March 6, 2023, related to February 24, 2023, transaction for Peter Platzer and Theresa Condor |
| 49. | Form 4 filed April 18, 2023, related to April 14, 2023, transaction for Thomas Krywe |
| 50. | Form 4 filed April 18, 2023, related to April 14, 2023, transaction for Peter Platzer |
| 51. | Form 4 filed April 18, 2023, related to April 14, 2023, transaction for Peter Platzer and Theresa Condor |
| 52. | Form 4 filed May 30, 2023, related to May 22, 2023, transaction for Thomas Krywe |
| 53. | Form 4 filed May 30, 2023, related to May 23, 2023, transaction for Thomas Krywe |
| 54. | Form 4 filed May 30, 2023, related to May 24, 2023, transaction for Thomas Krywe |
| 55. | Form 4 filed May 30, 2023, related to May 22, 2023, transaction for Peter Platzer |
| 56. | Form 4 filed May 30, 2023, related to May 23, 2023, transaction for Peter Platzer |
| 57. | Form 4 filed May 30, 2023, related to May 24, 2023, transaction for Peter Platzer |
| 58. | Form 4 filed May 30, 2023, related to May 22, 2023, transaction for Peter Platzer and Theresa Condor |
| 59. | Form 4 filed May 30, 2023, related to May 23, 2023, transaction for Peter Platzer and Theresa Condor |
| 60. | Form 4 filed May 30, 2023, related to May 24, 2023, transaction for Peter Platzer and Theresa Condor |

| Exhibit Number | Exhibit Description |
|---|---|
| 61. | Form 4 filed August 24, 2023, related to August 20, 2023, transaction for Peter Platzer |
| 62. | Form 4 filed August 24, 2023, related to August 20, 2023, transaction for Thomas Krywe |
| 63. | Form 4 filed August 24, 2023, related to August 20, 2023, transaction for Peter Platzer and Theresa Condor |
| 64. | Spire press release and related Form 8-K, dated August 30, 2023 |
| 65. | Form 4 filed September 7, 2023, related to September 5, 2023, transaction for Leonardo Basola |
| 66. | Form 4 filed October 4, 2023, related to October 2, 2023, transaction for Peter Platzer |
| 67. | Form 4 filed October 4, 2023, related to October 2, 2023, transaction for Peter Platzer and Theresa Condor |
| 68. | Form 4 filed November 16, 2023, related to November 14, 2023, transaction for Leonardo Basola |
| 69. | Form 4 filed November 16, 2023, related to November 15, 2023, transaction for Leonardo Basola |
| 70. | Form 4 filed November 22, 2023, related to November 21, 2023, transaction for Peter Platzer |
| 71. | Form 4 filed November 22, 2023, related to November 21, 2023, transaction for Peter Platzer and Theresa Condor |
| 72. | Form 4 filed February 23, 2024, related to February 21, 2024, transaction for Peter Platzer |
| 73. | Form 4 filed February 23, 2024, related to February 22, 2024, transaction for Peter Platzer |
| 74. | Form 4 filed February 23, 2024, related to February 21, 2024, transaction for Peter Platzer and Theresa Condor |
| 75. | Form 4 filed February 23, 2024, related to February 22, 2024, transaction for Peter Platzer and Theresa Condor |
| 76. | Form 4 filed March 11, 2024, related to March 7, 2024, transaction for Leonardo Basola |
| 77. | Form 4 filed March 11, 2024, related to March 7, 2024, transaction for Peter Platzer |
| 78. | Form 4 filed March 11, 2024, related to March 7, 2024, transaction for Peter Platzer and Theresa Condor |
| 79. | Form 4 filed August 23, 2024, related to March 15, 2024, transaction for Peter Platzer |
| 80. | Form 4 filed August 23, 2024, related to March 15, 2024, transaction for Leonardo Basola |
| 81. | Form 4 filed August 23, 2024, related to August 12, 2024, transaction for Leonardo Basola |
| 82. | Spire press release and related Form 8-K, dated November 4, 2024 |

| Exhibit Number | Exhibit Description |
| --- | --- |
| 83. | Canaccord Genuity Analyst Report, dated September 27, 2022 |
| 84. | Credit Suisse Analyst Report, dated October 11, 2022 |
| 85. | Credit Suisse Analyst Report, dated November 11, 2022 |
| 86. | Canaccord Genuity Analyst Report, dated March 9, 2023 |
| 87. | Canaccord Genuity Analyst Report, dated August 10, 2023 |
| 88. | Craig Hallum Analyst Report, dated June 5, 2024 |
| 89. | Canaccord Genuity Analyst Report, dated August 27, 2024 |
| 90. | Accounting Standards Codification (ASC) Topic 606 (Revenue from Contracts with Customers) |
| 91. | Accounting Standards Codification (ASC) Topic 730 (Research & Development Costs) |

4.      The following table reflects sales and acquisitions of Spire stock by the

Individual Defendants[1] during the class period, as reflected in Exhibits 40-63 and 65-81,

above. As shown at the bottom of the table, the Individual Defendants acquired more Spire

stock than they sold during the class period.

---

[1] Theresa Condor is not a Defendant. However, Theresa Condor and Defendant Peter Platzer, as husband and wife, share beneficial ownership of the securities held by each other. Therefore, in the interest of completeness, this table reflects sales and acquisitions of Spire stock by Theresa Condor during the class period and includes those transactions as part of the accounting of Peter Platzer's overall net transactions of Spire stock during the class period.

5

| SEC Filing | Filing date | Transaction Date | Reporting Person | Type of Transaction | Amount | Amount Post 8/30/2023 Reverse Stock Split | Price | |
|---|---|---|---|---|---|---|---|---|
| Form 4 | 3/6/2023 | 2/22/2023 | Krywe | Dispose | -19,655 | -2,457 | $ | 1.016 |
| Form 4 | 3/6/2023 | 2/23/2023 | Krywe | Dispose | -24,896 | -3,112 | $ | 1.018 |
| Form 4 | 3/6/2023 | 2/24/2023 | Krywe | Dispose | -22,787 | -2,848 | $ | 1.022 |
| Form 4 | 3/6/2023 | 2/22/2023 | Platzer | Dispose | -77,977 | -9,747 | $ | 1.016 |
| Form 4 | 3/6/2023 | 2/23/2023 | Platzer | Dispose | -98,766 | -12,346 | $ | 1.018 |
| Form 4 | 3/6/2023 | 2/24/2023 | Platzer | Dispose | -90,396 | -11,300 | $ | 1.022 |
| Form 4 | 3/6/2023 | 2/22/2023 | Platzer + Condor | Dispose | -30,294 | -3,787 | $ | 1.016 |
| Form 4 | 3/6/2023 | 2/23/2023 | Platzer + Condor | Dispose | -38,371 | -4,796 | $ | 1.018 |
| Form 4 | 3/6/2023 | 2/24/2023 | Platzer + Condor | Dispose | -35,118 | -4,390 | $ | 1.022 |
| Form 4 | 4/18/2023 | 4/14/2023 | Krywe | Acquire | 558,000 | 69,750 | $ | - |
| Form 4 | 4/18/2023 | 4/14/2023 | Platzer | Acquire | 1,350,000 | 168,750 | $ | - |
| Form 4 | 4/18/2023 | 4/14/2023 | Platzer + Condor | Acquire | 966,000 | 120,750 | $ | - |
| Form 4 | 5/30/2023 | 5/22/2023 | Krywe | Dispose | -14,102 | -1,763 | $ | 0.723 |
| Form 4 | 5/30/2023 | 5/23/2023 | Krywe | Dispose | -12,796 | -1,600 | $ | 0.741 |
| Form 4 | 5/30/2023 | 5/24/2023 | Krywe | Dispose | -14,953 | -1,869 | $ | 0.736 |
| Form 4 | 5/30/2023 | 5/22/2023 | Platzer | Dispose | -52,907 | -6,613 | $ | 0.723 |
| Form 4 | 5/30/2023 | 5/23/2023 | Platzer | Dispose | -48,008 | -6,001 | $ | 0.741 |
| Form 4 | 5/30/2023 | 5/24/2023 | Platzer | Dispose | -56,099 | -7,012 | $ | 0.736 |
| Form 4 | 5/30/2023 | 5/22/2023 | Platzer + Condor | Dispose | -24,692 | -3,087 | $ | 0.723 |
| Form 4 | 5/30/2023 | 5/23/2023 | Platzer + Condor | Dispose | -22,407 | -2,801 | $ | 0.741 |
| Form 4 | 5/30/2023 | 5/24/2023 | Platzer + Condor | Dispose | -26,182 | -3,273 | $ | 0.736 |
| Form 4 | 8/24/2023 | 8/20/2023 | Platzer | Dispose | -159,442 | -19,930 | $ | 0.599 |
| Form 4 | 8/24/2023 | 8/20/2023 | Krywe | Dispose | -40,509 | -5,064 | $ | 0.599 |
| Form 4 | 8/24/2023 | 8/20/2023 | Platzer + Condor | Dispose | -71,454 | -8,932 | $ | 0.599 |
| Form 8-K | 8/30/2023 | 8/30/2023 | All | Reverse Stock Split | - | See Above | | - |
| Form 4 | 9/7/2023 | 9/5/2023 | Basola | Acquire | 93,750 | - | $ | - |
| Form 4 | 10/4/2023 | 10/2/2023 | Platzer | Acquire | 7,402 | - | $ | - |
| Form 4 | 10/4/2023 | 10/2/2023 | Platzer + Condor | Acquire | 4,360 | - | $ | - |
| Form 4 | 11/16/2023 | 11/14/2023 | Basola | Acquire | 5,000 | - | $ | 4.860 |
| Form 4 | 11/16/2023 | 11/15/2023 | Basola | Acquire | 5,000 | - | $ | 4.990 |
| Form 4 | 11/22/2023 | 11/21/2023 | Platzer | Dispose | -22,734 | - | $ | 4.665 |
| Form 4 | 11/22/2023 | 11/21/2023 | Platzer + Condor | Dispose | -10,189 | - | $ | 4.665 |
| Form 4 | 2/23/2024 | 2/21/2024 | Platzer | Dispose | -12,534 | - | $ | 11.388 |
| Form 4 | 2/23/2024 | 2/22/2024 | Platzer | Dispose | -14,640 | - | $ | 10.914 |
| Form 4 | 2/23/2024 | 2/21/2024 | Platzer + Condor | Dispose | -5,870 | - | $ | 11.388 |
| Form 4 | 2/23/2024 | 2/22/2024 | Platzer + Condor | Dispose | -6,858 | - | $ | 10.914 |
| Form 4 | 3/11/2024 | 3/7/2024 | Basola | Acquire | 230,000 | - | $ | - |
| Form 4 | 3/11/2024 | 3/7/2024 | Platzer | Acquire | 525,000 | - | $ | - |
| Form 4 | 3/11/2024 | 3/7/2024 | Platzer + Condor | Acquire | 185,000 | - | $ | - |
| Form 4 | 8/23/2024 | 3/15/2024 | Platzer | Forfeited | -262,500 | - | | |
| Form 4 | 8/23/2024 | 3/15/2024 | Basola | Forfeited | -115,000 | - | | |
| Form 4 | 8/23/2024 | 8/12/2024 | Basola | Acquire | 45,000 | - | | - |

| Reporting Person | Net Securities |
|---|---|
| Basola | 263,750 |
| Krywe | 51,038 |
| Platzer | 315,795 |
| Platzer + Condor* | 571,923 |

*Theresa Condor and Peter Platzer, as husband and wife, share beneficial ownership of the securities held by each other.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 22, 2025.

*/s/ Jeffrey P. Justman*
Jeffrey P. Justman

6