# Exhibit 29

# Spire Global Inc at Canaccord Genuity NewSpace Investor Summit Transcript

Mar 27, 2023 / 03:00PM GMT
Release Date Price: €5.24 (+5.65%)

 ● Transcript

Q & A

Austin Moeller
Canaccord Genuity - Analyst

Hi, good morning, everyone. My name is Austin Moeller. I'm the senior aerospace and defense analyst here at Canaccord Genuity. And today, I'm joined by a special guest, Peter Platzer, the CEO of Spire Global. So thank you for joining us, Peter.

Peter Platzer
Spire Global, Inc. - CEO, President & Director

It's my pleasure, Austin, to be here. Thank you for setting this up. Exciting -- for having this conversation with you.

## Questions & Answers

Austin Moeller
Canaccord Genuity - Analyst

Absolutely. So I think probably a good place to start is this morning's announcement that the company put out about your $59 million IDIQ contract with NOAA for weather data procurement. Maybe if you could just go into some details about that. And does this replace or is this supplemental to the six months contracts that they've been signing over the past year, like the latest one was for $10 million?

Peter Platzer
Spire Global, Inc. - CEO, President & Director

Yeah. So this is an extension and in addition to the programs we have been doing with NOAA for a while. If we take a step back, NOAA has a multibillion-dollar budget overall for their incredibly important mission as well as a multibillion-dollar budget for acquiring the data to serve that mission, which is to protect the lives and safety of people and property, and particularly, in the weather domain in the United States.

And for that, they are running one of the world's single most sophisticated weather prediction environments, so NWP, Numerical Weather Prediction systems, supercomputers. And they are, of course, in ferocious need of data.

Now, that data comes majority from space. Data from space drives about 80% of weather prediction accuracy, in particular for extreme weather events like hurricanes, tornadoes, thunderstorms, extreme cold, extreme heat, and everything that surrounds that. And now, for a number of years, Spire has built an ever-stronger relationship with NOAA to support them with commercial weather data.

Now, there are multiple types of commercial weather data. Radio occultation, the type of data that this particular contract relates to, is taking measurements every few 100 meters in the atmosphere many, many thousands of times a day to give accurate state of the atmosphere at the beginning of the forecast [center].

Case 1:24-cv-01458-MSN-WEF   Document 62-30   Filed 01/22/25   Page 3 of 14 PageID# 1995

And NOAA is really following in the footsteps there of other agencies in the United States government. They have leveraged strong partnership with the private sector to create capabilities to lift what is possible, [and yeah, it sets] government up to the next level.

The first one, of course, was the Commercial Orbital Transportation Services program, and almost a $1 billion program from NASA that created two medium weight launch vehicles, SpaceX and Antares. And then, of course, the other one that we are all very familiar with is a multibillion-dollar program from -- first it was NGA and now NRO, for imagery, where recently they awarded, I believe, it was close to $10 billion over the next 10 years to three commercial companies to provide imagery to the United States government.

And so I think NOAA is here, I believe, at the end of the day, in the early phases of leveraging the incredibly capable sector and innovative sector of the United States to deliver mission-critical data and capabilities to augment the mission of United States government agencies.

In this case, NOAA and Spiro, of course, is very excited to be one of the companies that is part of that program. We're delivering radio occultation data, but we're also delivering data towards microwave sounding, which is moisture of the atmosphere as well as temperature. And we really look at this as a great next step in a program for many, many years to come to lend our capabilities to the incredibly capable women and men of NOAA.

Austin Moeller
Canaccord Genuity - Analyst

Awesome. Great summary there. And for those in the audience that are maybe not as familiar with GPS, radio occultation, and GPS reflectometry, can you talk for a moment at just about how the LEMUR constellation is able to use its instruments to collect precise temperature, pressure, moisture, and sea ice thickness data?

Peter Platzer
Spire Global, Inc. - CEO, President & Director

Yes, absolutely. So as you know, Austin, we always try to help people think about leveraging space to make impact on our Earth to create a better life on our Earth by looking at satellites of -- looking, talking, and listening. Looking being reflections of the sunlight, basically taking pictures; talking being communication satellites; and listening, satellites that use radio waves.

Spire, as you know, is the most deployed, largest and leading provider of listening capabilities, where you use radio waves in all different frequencies from megahertz to gigahertz. And one of the most ubiquitous forms of radio waves that engulf all of us constantly are microwaves. In particular, the microwaves in around of 1.5 gigahertz range that come from the GPS constellation and sister constellation like the Europeans have such a constellation, Indians, Japanese and a whole bunch of other countries. They have constellation that send microwaves towards earth that allow our little mobile devices and others to figure out exactly where we are. GPS originally stands for Global Positioning System, so it allows someone with a receiver off those microwaves to know exactly where they are.

Now, those microwaves as they travel through the atmosphere, they get impacted as they travel through the atmosphere just as lights gets impacted when it travels through water or prism or something like that. Now, it gets a little bit bent. You have, not a straight line, but you have a slightly curved line. And the strength of that curving in the atmosphere from the microwaves really depends on the temperature and the pressure and the moisture in the atmosphere.

Think of it as like, we have built devices that can listen to a rainbow that is created by those microwaves from the GPS satellites. Because that's what the rainbow is, it's like a bending of the light of the sun in our atmosphere when there is just the right amount of rain and moisture in the atmosphere. We've all seen a rainbow. We do exactly the same thing with microwaves by having incredibly sensitive microphones. They are antennas and front-end and back-end, and all is software defined.

They are listening to the sound of a cricket in the middle of a Rolling Stones concert. So they're very, very finely tuned to picking up those small variations. And then from those small derivations, we have built a technology to reverse engineer the temperature, pressure, and moisture in the atmosphere. And that's the information that we deliver here.

But as you mentioned already, the next generation of that, the next evolution of that is not just as those rays go through the atmosphere but also as they get reflected on the ground. Because as those microwaves get reflected on the ground, we can learn something about the ground, in particular, how much water content it has, how moist it is, so to speak, or soil moisture. And that is another highly relevant variable that we can derive with our constellation.

And then over the ocean, something that we recently demonstrated with customers, we can, of course, detect sea ice. But not just whether it's sea ice and whether it's water, but what is particularly relevant for scientists -- for climate scientists to understand how this whole system evolves is how old that ice is. Is it a one-year-old ice or is it two-, three-, four-year-old ice?

Sometimes it's called sea ice, the cornerstone of the triangle around water, atmosphere and land in the climatology. And our data, again, is sensitive enough and precise enough to detect not just where there is ice but how old ice is.

Austin Moeller
Canaccord Genuity - Analyst

Thanks for the overview there. So as you've mentioned when you talked about the NOAA program, NOAA has over a \$2 billion budget for third-party weather data collection. So can you just talk a little bit about the budgets at both NASA and NOAA for collecting weather data? And then also, the associated international data sharing rights that they have to pay a premium for in addition to their own consumption?

Peter Platzer
Spire Global, Inc. - CEO, President & Director

Right. So there are substantial budgets related to the collection of data. And as you know, NOAA and NASA, Space Force, Air Force, Navy, Army, all of those agencies that are in need of data, for example, weather data, climate data, weather prediction data, they generally acquire this data in two forms. I would say the old way is that you buy a satellite from some third party. And you buy that satellite, and that satellite then gives you the data.

And by doing so, nolens volens, not necessarily by design. But as I said, nolens volens, you absorb all the risk and complexity of operating that asset and you absorb all the risk of that asset having a failure mode. As for example, those things sometimes have, something that has happened in the past as well for some of those assets for NOAA, NASA and others.

The other way how they can acquire that crucial data is through commercial data delivery programs. The same thing was the case, as I mentioned earlier, in the Orbital Transportation Services, where NASA and other US government agencies could either buy an asset themselves called a rocket; or they could rent a service, which is now the majority of their transportation services are like a commercial contract where they don't carry the risk of operation. They don't carry the risk of failure because basically their provider only gets paid if they deliver. The same thing in the imaging world where NGA and NRO have increasingly leveraged capabilities from the private sector to procure services.

Now, all of those services, which, by the way, is the same in telecommunication, majority of space-based telecommunication for the United States government is procured as a service from commercial entities. I think in weather, we are at the earlier phases of that, which I think is showcased in this contract that the leaning of the government on commercial providers is increasing as commercial providers, in particular, Spire, have

Case 1:24-cv-01458-MSN-WEF Document 62-30 Filed 01/22/25 Page 5 of 14 PageID# 1997

demonstrated their capabilities.

Now, you mentioned the $2 billion from NOAA for this type of data. There is a multi-billion-dollar budget as well in NASA. But the budgets get even larger when it comes to space-based capabilities for data collection when you move to places like the Space Force, the Air Force, even the Navy and the Army.

So you see increasing the amounts of budgets that are allocated to space-based capabilities where commercial providers like Spire, be that through our data services or be that through our space services, can deliver the speed, innovation, operational efficiency, and cost advantages of the private sector to the ever-increasing need of the United States government, both from a civilian protection as well as from a national security basis -- from a national security purpose perspective.

Austin Moeller
Canaccord Genuity - Analyst

And also, the Air Force procures weather data as well from third parties for its own forecasting purposes. Correct?

Peter Platzer
Spire Global, Inc. - CEO, President & Director

That is correct. The Air Force has, for obvious reasons, a very, very intense program with regards to weather prediction. And they are procuring both data as well as prediction as a service from third parties and have been increasing that program.

Austin Moeller
Canaccord Genuity - Analyst

Awesome. So yeah, I guess to summarize, there's a tremendous TAM there, whether you look at the multibillion-dollar NASA budget or NOAA budget. And the latest contract that Spire's operating under as of the start of January was about a $10 million contract and then there was the $59 million IDIQ that was announced today from NOAA. So definitely, great opportunities there for Spire to expand its share of wallet with both the agencies relative to where it's at today.

Peter Platzer
Spire Global, Inc. - CEO, President & Director

Yeah, we're definitely looking with great optimism towards the continuation and growth of those programs. A few years back, those programs started with $100,000. And then you can see the massive growth in those programs, which is commensurate with the massive amount of growth that Spire has. That contract, that $10 million contract you mentioned, we were delivering a few thousand -- 3,300 data points. It's not quite data points because it's profiles, and every profile has thousands of data points.

So when you look at it as actual individual data points, it's millions of data points. But the unit of (inaudible) is generally a profile through the atmosphere. So 3,300 of those profiles. Scientists have been declaring and clamoring for somewhere of the order of 20,000 to 25,000 of those profiles today. They have also demonstrated that even above 100,000 profiles a day.

There is still clearly an identifiable benefit to the prediction accuracy of weather, and in particularly, extreme weather events. Spire today produces 20,000 of those profiles, and within literally a matter of a few quarters can easily produce 100,000 of those profiles. So I think as humanity tackles those challenges that come from climate all across the world increasingly every single day, Spire is ready and excited to contribute what we can to succeed in that challenge of managing the impact of climate on our weather and the impact that weather has on our daily lives.

Austin Moeller

Case 1:24-cv-01458-MSN-WEF    Document 62-30    Filed 01/22/25    Page 6 of 14 PageID# 1998

Canaccord Genuity - Analyst

And just on the point that you had there about the demand from NOAA and NASA scientists for more RO profiles, what technological improvements have you made to the LEMUR constellation over time to get to 20,000 RO profiles now? And what do you need to do to get up to 100,000?

Peter Platzer

Spire Global, Inc. - CEO, President & Director

That is an excellent question, Austin. And maybe for that, it would be useful to take a step back of how this full new space revolution, in a sense, entered the public eye maybe five years ago. But the leading companies actually were started about 10, 12 years ago. And it all actually started almost 25 years ago.

I have been enamored with space ever since being a teenager and how can we leverage space to improve life on earth. But there never was a time of great dynamic improvements and innovative business models.

And so I had a small software business while getting my graduate degree in physics, and then I worked at the Boston Consulting Group in strategy, in finance in Europe and Asia. And then up the Harvard Business School, where I looked again at space, and it was still much more slow and not really that dynamic. I ended up working on Wall Street as an investment manager for almost a decade.

And it was through that period that more and more movement happened in the space industry. And so I eventually had enough confidence that I felt this is now sitting on an exponential trajectory, something that I gained in an executive program that happened at NASA Ames with people like Ray Kurzweil and Peter Diamandis and Salim Ismail. And I left Wall Street and went one last time to grad school in France for space science and management.

And for the many thesis there, I did a research where I interviewed about 100 people in the space industry asking them what is going to happen in the capabilities of those small satellites? And the answer was a slow but very steady improvement of those capabilities.

But then I went back to the actual data. Small satellites had like this starting point in Cal Poly and Stanford, where the professors Jordi Puig-Suari and Bob Twiggs had this brilliant idea. We have all this rocket launches going up across the planet, one rocket launch every four or five days back then. It is now much more often.

And they fly those large primary payloads, and then to match the thrust of the rocket with the primary payload, they're flying sand and water. What if we replace that sand and water and fly secondary small payloads? Payloads the size of a bottle of wine, the size of a fridge, maybe the size of a nice household fridge. And that really started to create a massive explosion of availability of launch.

I think we also had some reduction of launch costs, but what really was driving it was, coming out of my research, when I looked at the first decade of those small satellite missions. Because what I saw in the data was an acceleration of capabilities faster than Moore's Law. Every 10 years, every 5 years a 10x improvement of capability.

And that, I believe, was very, very stable. I had seen it for over a decade at that point in time. And so I had predicted what those capabilities will be in another five years out -- in another five years out.

Now, since then, the industry has stayed on the trajectory of a steady improvement tenfold every five years of what you can do with, let's say, a 5- or a 10-kilogram satellite. And it really is that exponential improvement faster than Moore's Law that has allowed us to produce that type of data.

It is the sensitivity of the antennas. It is the smartness of the software algorithms. It's the compute power that you have on board. It's the accuracy of steering, the amount of power that you have available, the amount of data downlink capacity that you have.

All of those and a few others combined have created the devices that have allowed us to do what some early of our customers today -- people at NASA said, Peter, you're going to have to break the laws of physics to make that work. I can promise you I didn't break any laws of physics. But it was indeed riding on that 10x every five-year curve that has allowed us to produce devices that today, a single device produces in a single day, more data, more radio occultation data than our first fleet of four satellites was producing in four months altogether.

So you can see the dramatic improvement that happens as we continue to ride that curve of 10x every five years. And we have been able to do that because we are so vertically integrated.

As you know, Austin, all of our technology is developed by Spire, invented by Spire, built by Spire, tested by Spire, and operated by Spire, which means not just the hardware but also the software. And it's that software-defined nature that continues to allow us increasing updates and performance improvement even after a device has been launched. And then, of course, as new and upgraded devices are launched to replenish our fully deployed constellation, we can use that software advantage as well.

Austin Moeller
Canaccord Genuity - Analyst

Awesome. Peter, that was a really great deep dive on what sort of changed in the small sat industry over the past decade. So I guess just the key takeaway from that is, to get from where you are at today with the constellation producing 20,000 profiles to an objective of 100,000, part of it will be accomplished through software upgrades. And then, I assume, a component will be accomplished through launching some of the new LEMURs this year?

Peter Platzer
Spire Global, Inc. - CEO, President & Director

That is correct. Right. So as we continue to follow along that line and fulfill customer demand, it is a combination of the upgraded spacecraft as well as the upgraded software on what is currently on orbit. You're 100% correct.

Austin Moeller
Canaccord Genuity - Analyst

Fantastic. If we pivot for a moment and we talk a little bit about AIS data or maritime vessel tracking for those that aren't familiar with it. Within that industry, can you talk about some of the commercial shipping and fleet broker companies that are paying for AIS data and using that to track fleets and also preparing it with the company's weather data in their API?

Peter Platzer
Spire Global, Inc. - CEO, President & Director

Yes, absolutely. There are companies that are using our tracking data to know where their vessel and where their cargo is. So last year, for example, in the Philippines, we were able to help a shipping company not just protect its people but also its cargo by using a combination of our tracking as well as our weather data avoid some very, very turbulent weather and seas. And by avoiding them, they were able to protect their crew as well as protect their cargo. And it's still out in the ocean, a very, very rough environment where both people's lives and cargo is lost in large numbers every single year.

We also then had a customer where the combination of our data and AI and machine learning allowed them to save tens of millions of dollars on an annual basis from the cost of a trip by finding a route which is maybe not perfectly direct but just a little bit longer but saves tremendously on fuel.

Just like ways sometimes tells you, okay, you can go the shortest route but it's not going to be the most fuel-efficient or time-efficient route. But what if I re-route you over here, it's a little bit longer and (inaudible), but it's actually faster and will consume less fuel because you get to drive in a more smooth way rather than stop and go

traffic.

We have customers that use our tracking and weather data because they operate a harbor. Now, in a harbor, you have a limited number of berths, especially to the point where the ship comes in and then can do its business in the harbor.

Currently, 40% to 50% of a ship's time is spent just waiting around often burning fuel, which can be avoided if the arrival of ships and the allocation of ships to berth can be better planned based by a deeper knowledge of who is coming over the next one, two, three, five days. For which, you need weather prediction out to that distance, Spire gives weather prediction up to 10 days as well as arrival times from those vessels. And Spire tracks all of the oceans' traffic and can deliver information many, many times an hour for those vessels as they approach the harbor starting when they are way out in the ocean.

So those are just a few of the use cases. There are tens of thousands of harbor. There are, of course, thousands and thousands of shipping companies. There's another use case where you combine weather information with so-called reefer ships.

Reefers, they are the refrigerated vessels, and they're like about -- almost 1,000 of those type of companies out there where having the right weather information is even more crucial because of the massive amount of energy consumption for keeping those ships refrigerated. So going somewhere where it's a little bit faster or where it's a little bit cooler can and does make a massive difference from the operational cost of those vessels.

Overall, the maritime economy is like a multi-trillion-dollar economy. There is something like close to $20 trillion of global trade, which happens overwhelmingly, over 90% on ships. And Spire, having its pulse on all of those movements of all of those assets, can serve all the direct players in the market as well as the secondary and tertiary players in the market whose business is dependent on understanding of the movement of goods, the cost of the movement of the goods, the timing of the movements of those goods. And Spire has both the data as well as the analytics to serve those customers and the customers of those customers.

Austin Moeller
Canaccord Genuity - Analyst

Excellent. Definitely sounds like another very large TAM opportunity for Spire to capitalize on. If we talk for a little bit about radio frequency signals intelligence or SIGINT, within the past couple of years, your company has upgraded its constellation to be able to look for signals intelligence, RF signals, and to be able to geolocate them for government customers. So just kind of question from the audience here, do you expect more signals intelligence customers in the future or do governments have what they need in terms of that capability?

Peter Platzer
Spire Global, Inc. - CEO, President & Director

It is an area of explosive growth. That part of our business has been growing in leaps and bounds. It's one of the fastest-growing businesses that we have ever seen inside our offering over the last 10 years. And I think it is driven by A, an increased awareness of global security of how tenuous that piece can be when people violate the international law and order as well as the increased capabilities of companies like Spire. And when we're talking SIGINT, I think, in particular, Spire of providing global massive coverage to help often tip and queue as one of the terms of trade is much, much larger assets to do something.

Spire's constellation today covers all of earth over 100 times a day. That means that every 10, 15 minutes, every single spot on earth, land or sea, is swept over by our antenna beams with the ability to listen to signals that might be emitted from there. And with the large number of satellites that we have, over 100, it then allows us to often triangulate where those signals might be coming from.

And then being able to pass on that information from a triangulation perspective or from a change detection perspective to other agencies to perform their business. That is kind of like the general area of SIGINT. It is

substantially over $10 billion market. I think the real size is hard to know because the United States DoD budget is $1.73 trillion. And many of those space capabilities in the signal intelligence size split inside very, very large budgets that are not necessarily broken down.

And so yes, we have seen a tremendous growth in that area, tremendous demand for the capabilities that we have, and tremendous push for driving those capabilities further. And we're excited to be ready and delivering on those demands and see that business continue to grow as we have seen over the last two, three years.

Austin Moeller

Canaccord Genuity - Analyst

Excellent. Very exciting as a new growth opportunity for the business. If we go back to space services for a moment, over 2,400 satellites were launched last year and 96% of those satellites were small sats with a mass of under 600-kilogram. Just given that Spire's space services business is extensively involved in bespoke satellite constellation, manufacturing and payload hosting capabilities, what are the latest trends you're seeing in small sat production demand in that angle of the market?

Peter Platzer

Spire Global, Inc. - CEO, President & Director

I think if you look at the types of technology that Spire is putting out and then talking about, I think that generally tells us what we see in the market and what we believe the market will want. A couple of years back, we started to deploy supercomputers on orbit. Devices that have, if you do it in a traditional way, 1 to 2 teraflops of compute power. But they are often GPU-based so they align themselves extremely well for AI and machine learning, and to do so on orbit.

Because one of the trends that we see is moving massive compute power on orbit. So that massive amounts of data can be analyzed, categorized, and decided upon right on orbit at the point of collection rather than having to download those massive amounts of data, processing them on the ground, shipping them to a customer, and then making a decision upon.

So that is one trend that we certainly see. But we certainly see also continue, is moving massive compute power on orbit. And when we look at our customers -- you mentioned space services -- we certainly see increasing demand for that being a capability that is available to them.

Another capability that we see, of course, is larger volumes for payloads. That's something that we have reacted to with increasing the size of our available payload mass by almost an order of magnitude for our customers, not quite, but almost. As you know, everything we do is provided as a service. And I think that is the massive differentiator in the sense that our customers don't need to learn, acquire, or understand anything about the complexities of operating in the harsh environment of space.

They can literally just use an API that they receive from us to operate their capabilities in space, just like anyone would operate a little robot next door or that little sensor outside in their garden. It is made very, very simple and very, very easy to use, just like -- services like Azure or AWS have allowed us to build a web-based company, but it's just renting some EC2 instances from Amazon or Google or Microsoft, and doing that in a very, very quick and scalable fashion.

We literally have made launching capabilities into space and operating them for the benefit of some business use case on earth as simple as launching an Internet business through spinning up some instances on a cloud-based service from Google, Amazon, Azure, or whoever might provide it to you.

So those capabilities are rented and made available from Spire. And the next one that we started to deploy because we foresaw and also heard from our customers the need for lower latency data was inter-satellite links. That is when you create a mesh work of those satellites, which create more resilience, more security for the data, and lower latency of the data.

And then there are two ways you can do it. The simpler way is you do it with radio frequencies, and we have deployed that. And then the next generation after that is, of course -- and I always love saying this -- lasers in space. It's when you combine the satellites with optical links, which basically means lasers which give you higher bandwidth, more security, all of which, for the customer, means lower latency of the data with greater security.

So those are kind of two trends that we see for networks of small satellites as the capabilities of small satellites increase and the availability of deploying many, many of payloads in space also continues to increase. And so Spire develops this technology in-house, both for the benefit of our main customers like NOAA, NASA, and a host of commercial companies that we just talked about beforehand, as well as for our space services customers.

That's just rent access in our network, in our deployed capability, and our -- constantly, in deploying capabilities to serve their own needs. And in case that their needs are specific and large enough, we, of course, deploy capabilities just for them but with the same simple use concept.

So for example, something that we did recently for constellation to monitor greenhouse gas emissions, GHGSat. They have a capability, a sensor, and they literally drop off the sensor with us. And then we integrate that sensor, we deploy that sensor on our capabilities.

We use our global ground station network. We use our sophisticated satellite operations system, which actually uses a machine-based learning algorithm to manage their whole constellation of our satellites to deliver the data back to you to a simpler API, which is straightforward for them to integrate into their operations.
Austin Moeller
Canaccord Genuity - Analyst

Spire is one of just a handful of new space satellite operators, but it's completed building out its constellation and is in the replenishment or maintenance CapEx phase. If I looked at the latest date, it's one of approximately four constellations that are built out and are just now in the maintenance phase. So can you talk a bit about Spire's huge competitive moat? Who do you consider to be the key competitors now?

Peter Platzer
Spire Global, Inc. - CEO, President & Director

So I think you are absolutely correct that we are in the fortunate position of having a fully deployed constellation. And there's very few companies that are in that space. In fact, we are actually not aware of a single company with the capabilities that we have deployed in the markets that we have served. But of course, in individual segments, we find generally one competitor that has a somewhat similar capability.

So we are aware of one company in the maritime space, which has a little bit of maritime tracking information. They don't have any analytics capabilities. Their size of their constellation is about an order of magnitude smaller than Spire. The data collection is even more than an order of magnitude smaller than our data collection.

In aviation, we are aware of one other company. In weather data, we are aware of one -- maybe two, it's not entirely clear if that second company is still operational company that is producing similar data. And they are always very different companies, much, much smaller in scale, doing limited amounts of data in a limited segment.

None of them have the ability, for example, to combine the tracking information of aircrafts with the weather information as an airport to allow an airport company to have improved operations. Or we talked about the same thing for -- on maritime [informations], where a shipping company can save tremendous amount of money by not just knowing where its assets are, but also what kind of weather they might be encountering through their travel.

So we certainly do have competitors. And as we continue to move up our business alongside our business plan from the clean data segment to analysis data, which we call smart data, to predictive data and solutions, the number of companies increase that provide services. And we find ourselves an interesting situation of partnering with companies as we build better solutions for the industry, given that they are often also consuming our raw data in certain instances to provide to their customers.

Austin Moeller
Canaccord Genuity - Analyst

I have another question from the audience here, and this might be a good opportunity to explain the difference in your ARR Solution Customer and subscription service models. But the audience asks, what is the share of subscription data, subscriptions versus one-off research-type customer contracts, which I assume are mostly in space services?

Peter Platzer
Spire Global, Inc. - CEO, President & Director

So the overwhelming majority -- I don't know the exact number, but I'm thinking it's in like somewhere between 80% and 95%. And I can get the exact number to you, Austin, of -- all of our business is subscription businesses. Very, very similar how do you find any other kind of subscription company, there's always a little bit of business that happens when customers, for example, buy historical data.

Research-type contracts are a tiny minority of what we do. So that one -- I don't know that there's -- but that's like a very, very tiny portion. But we do have customers take on historical data buys from us, and we have very stringent criteria for what we call a recurring business.

So for example, government customers that do a Phase A, a Phase B, a Phase C, which is generally increasing in size dramatically, we are very careful in how we categorize them as ARR. And we might do like a Phase A not categorized as ARR. But at a later portion when it becomes a true subscription, would categorize as ARR. But again, those one-off type of research deals, that really is a small portion of the business that we do overall.

Austin Moeller
Canaccord Genuity - Analyst

If we just talk about Spire's business for a minute, can you underscore how Spire only expects to have CapEx needs to maintain the LEMUR constellation in that $10 million to $12 million, $10 million to $15 million range every year at this point? And how you expect to be free cash flow positive in, now, what's probably the next 11 to 17 months?

Peter Platzer
Spire Global, Inc. - CEO, President & Director

Yeah, absolutely, Austin. So the nice thing about having a fully deployed constellation is that you're only in maintenance mode, which means you replace a small portion of those satellites on a regular basis just as they reach their -- end of their useful life. Not necessarily the end of the life at which we write them off, sometimes we use them a little bit longer.

But generally, just like computers or cellphones, after about three years, the technology improvement curve makes them not as value add anymore to keep part of your network and replacing them with newer additions is highly beneficial.

So the $10 million to $12 million of CapEx is all that is needed for us to support our maritime, weather, aviation, business constellation needs for -- and quasi-unlimited amount of revenue. So there is no relationship between our constellation size and our revenue book. That is the reason why our margins, operating -- adjusted EBITDA, EBITDA, free cash flow margins have been on such a steep trajectory of improvement.

Now, we talked about our path to profitability way over a year ago. As you've heard me say, I'm fortunately from Austria, you can take the European out of Europe, but you can't take Europe out of the European, we believe companies are supposed to make money. And so we have built and focused on creating a business model that is endowed with exceptional leverage.

And so for us, that fully deployed constellation that supports an almost unlimited amount of revenue is a cornerstone, a pillar of our operational effectiveness. And indeed, we have now -- our search into 17 months out from not just being adjusted EBITDA positive, from not just being operating positive, but being free cash flow positive.

Now, on the space services side, if we have a large demand on a particular capability, we would deploy that capability into orbit. And so that would be, I would say, a variable CapEx that is directly linked to customer demand, but that is only there if there is an actual demand. For us to support our business, it is $10 million to $12 million a year and that creates that clear pathway to profitability, adjusted EBITDA in the short term, operating margin, and then free cash flow in the 13 -- in the 11 to 17 months timeframe.

Austin Moeller
Canaccord Genuity - Analyst

Next one. Thanks for the details on that. I've got one more question here from the audience. It sounds like the person asking the question, they want to better understand how bus or satellite production for a customer within space services is considered a subscription recurring revenue? And they want to understand -- they understand that the rental of payload capacity on a satellite, how that could be considered subscription.

But how much of that revenue is truly subscription based? And basic math says there are 99.4, if, truly subscription yields, versus 24.8% in March guidance of 21.7 to the 23.7.

Peter Platzer
Spire Global, Inc. - CEO, President & Director

I do admit that I'm not fully understanding that last part of the question of the numbers that you mentioned there. I'm not sure that I understood that. But what I can say is that what customers pay us for is the rent of a certain amount of power and data generally, and access to payloads on orbit. They don't pay us for anything else. So their capability might be a software that sits on a piece of hardware from Spire. It could be a piece of hardware that they deliver to us, right? And then we integrate it.

But generally, we don't build something for a customer or give them access to everything around it. Literally, think of it as like Amazon AWS. They might build a data center to serve one or a number of very large customers, but the customer doesn't pay for the data center. The customer still just pays for compute power. They just pay for transportation speed. They just pay for storage.

Same thing with us. We decide to put something on a satellite with another customer, with our customers, with our payload. It depends on the software or hardware. So it really is a subscription to a capability on orbit that is collecting data, and that is what the customer pays us for.

Austin Moeller
Canaccord Genuity - Analyst

Thanks, Peter. I think that was a really good clarification of just how to think about the space services business in terms of hosting capability and how they're subscribing to that. If we think about Spire's LEMUR constellation, which you often describe as a listening constellation, right? How does the weather data that is being collected by the LEMUR constellation compare with or complement what you can see with satellites that feature an electro-optical telescope or an infrared imager?

Peter Platzer
Spire Global, Inc. - CEO, President & Director

Spire Global Inc at Canaccord Genuity Newspace Investor Summit Transcript

So I don't know how honest you want me to be here, but electro-optical satellites in low earth orbit do not provide any -- just about any relevant weather data. I'm always going to be careful to say nothing, because maybe there is something here -- in the [atmosphere]. But basically, you do not observe the atmosphere from low-Earth orbit with electro-optical capabilities. It all happens in the different ranges of the electromagnetic spectrum, radio waves as we do it.

There are some infrared sounders, which, generally, I would not put into the same category. There are some hyperspectral sensors, there are some microwave sensors, and they are in geostationary orbit. There are some optical sensors that come out of -- that provide information on particular clouds that go into weather prediction.

But the overwhelming majority of space-based data actually comes from microwave soundings, infrared soundings, and GPS radio occultation to go into the models. So what you generally think of as EOS satellites, they actually do not provide any relevant weather information to the very best of my knowledge.

Austin Moeller

Canaccord Genuity - Analyst

Great. Definitely good insights there on what types of sensors are most effective for weather data collection. During the earnings call, the company mentioned that you're planning to shift the revenue mix back towards a 50-50 commercial versus government in 2023. And so can you just talk about what you're planning to do operationally to achieve that?

Peter Platzer

Spire Global, Inc. - CEO, President & Director

It is just a focus on hiring marketing and outreach activities both in the United States government as well as the allies across the world and having more structured focus around that. One area of that is certainly going to be around signal intelligence, I mentioned that earlier.

But generally speaking, we have seen an ever-increasing openness and desire and demand from government entities, both on the civil side but also on the defense side, to leverage the nimble, resilient, reliable and high coverage, high temporal resolution capabilities of deployed constellations in particular, but small satellites companies in general.

And so we believe that putting even more emphasis on that this year will start to move us back to that ideal balance of 50-50. It's not that we are unhappy with having a very, very large and quickly growing commercial business. But from a risk mitigation perspective, 50-50 sounds to me that it is going to give the business maximum diversification. And so we like that. And so we're putting some extra emphasis with regards to hiring, marketing and a little bit of product development for government customers, both on the civil and the defense side.

Austin Moeller

Canaccord Genuity - Analyst

Excellent. Thanks for the color on that. So I just have one last question here from the audience. Can you talk a little bit about cash burn this year? And should we expect it to be close to the adjusted EBITDA loss plus the working capital used for LEMUR maintenance? And how should we see that shift over the next 11 to 17 months as you start realizing more customer leverage on the constellation?

Peter Platzer

Spire Global, Inc. - CEO, President & Director

Well, I think we have provided our guidance for this year. I think given that we have provided results now, I believe it's six quarters in a row. Anyone with a ruler can probably extend what has been done in the past into the future and see the realization of our free cash flow profitability in 11 to 17 months.

And so from an operational perspective, I would -- to some degree, I guess it is more of the same. Improving the margin, improving the effectiveness and efficiency of the operation, growing the top line substantially more than our cost base to deliver the profitability target of free cash flow profitability in 11 to 17 months.

It really is a mantra that infuses everything that goes on inside the organization. One of my favorite books is The Goal, which talks about constraints and how you move them and how you create efficiencies. Every one of my senior management received that book at the end of the year. So it is really something that is core to how we think as like the next critical milestone inspires journey.

The first critical milestone was to build the technology that leverages space to solve a massive problem on earth, in particular, as it relates to climate change and global security. The next critical milestone was to go public because the customers for those products are large corporations, international corporations, and governments. And they love that transparency that a public company brings to them. And so it really eases the engagement that you have with those customers.

The next critical milestone then was to reach $100 million of ARR, which we achieved within a period of just about five years. And then, of course, the next one, which is the current critical milestone, is to take the company into profitability.

Following that then, we will drive $100 million ARR in our individual solutions. First, one individual and then eventually all of them providing the growth of the company from $100 million to [$250 million, $500 million] and $1 billion. So we are at the current critical milestone of profitability and are relentlessly and very reliably executing against that.

Austin Moeller
Canaccord Genuity - Analyst

Fantastic. Well, thank you so much, Peter, for your time today just to talk about Spire and the vision for the company and the LEMUR constellation. I look forward to seeing you hit $100 million ARR in all of your core business segments. And I'll have to read The Goal when I get some free time here.

Peter Platzer
Spire Global, Inc. - CEO, President & Director

Excellent. I can only recommend it. It was an honor to be here, Austin. Thank you so much.

Austin Moeller
Canaccord Genuity - Analyst

Thank you, Peter.

## Call Participants

Corporate Participants

Peter Platzer, Spire Global, Inc. - CEO, President & Director

Conference Call Participants

Austin Moeller, Canaccord Genuity - Analyst

Refinitiv StreetEvents Transcript
Spire Global Inc at Canaccord Genuity NewSpace Investor Summit
Mar 27, 2023 / 03:00PM GMT