# Exhibit 31



**Jeff Van Rhee, CFA**
Senior Research Analyst
612-334-6343
jvanrhee@craig-hallum.com

**Daniel Hibshman**
Research Analyst
612-334-6344
daniel.hibshman@craig-hallum.com
**www.craig-hallum.com**

| Changes | Previous | Current |
|---|---|---|
| Rating: | Buy | Hold |
| Fundamental Trend: | -- | Improving |
| Price Target: | $13 | $8 |
| FY23A Rev (MM): | -- | $105.7 |
| FY24E Rev (MM): | $124.0 | $119.0 |
| FY25E Rev (MM): | $152.4 | $136.5 |
| FY23A Adj. EBITDA: | -- | ($11.0) |
| FY24E Adj. EBITDA: | $9.0 | $5.0 |
| FY25E Adj. EBITDA: | $24.6 | $18.5 |

| Profile | |
|---|---|
| Price: | $10.16 |
| 52 Week Range: | $3.27 - $19.40 |
| Avg. Daily Vol. (MM): | 0.45 |
| Diluted Shares Out (MM): | 21.8 |
| Market Cap (MM): | $221 |
| Stated Book Val/Sh.: | $3.91 |
| Net Cash/Sh.: | ($2.34) |
| Insider Ownership: | 19 1% |
| Short Int. / Days to Cover | 5.1M / 11.3 |
| LT EPS Growth | 30% |
| Fiscal Year End | December |

| Rev (M) | 2023A | 2024E | 2025E |
|---|---|---|---|
| Mar | $24.2 | $25.7A | -- |
| Jun | 26.5 | 30.0 | -- |
| Sep | 27.3 | 30.5 | -- |
| Dec | 27.7 | 32.8 | -- |
| FY | $105.7 | $119.0 | $136.5 |
| *y/y* | *32%* | *13%* | *15%* |
| | | | |
| EV/Rev | 2.6x | 2.3x | 2.0x |

| Adjusted EBITDA | 2023A | 2024E | 2025E |
|---|---|---|---|
| Mar | ($6.7) | ($1.1)A | -- |
| Jun | (3.0) | 2.3 | -- |
| Sep | (3.4) | 1.3 | -- |
| Dec | 2.1 | 2.5 | -- |
| FY | ($11.0) | $5.0 | $18.5 |
| EV/EBITDA | N/A | 54.9x | 14.7x |

| Management | |
|---|---|
| CEO | Peter Platzer |
| CFO | Leo Basola |

# ALPHA SELECT LIST

| Spire Global, Inc. | HOLD |
|---|---|
| (SPIR - $10.16) | Price Target: $8 |

**SPIR Unable To File 10-Q On Time – Restatement Likely – Cash Flow Not Affected. Downgrading To HOLD And Lowering Price Target To $8.**

*Spire Global, Inc. builds and operates the world's largest satellite fleet for global radio frequency monitoring of Maritime and Aviation signals (location, ID, heading, etc.), Geolocation/Jamming/Spoofing detection for Defense applications, and a unique set of GNSS Weather measurements including atmospheric moisture, temperature, composition, and wind.*

## OUR CALL

Shortly before the quarterly call was set to start yesterday, Spire notified markets of their inability to file the 10-Q on time. On review in advance of filing, auditors appear to have taken issue with accounting for certain space services contracts, related to $10-15M in annual contracts (more color below). These contracts have been in use since at least 2022 and were previously a non-issue ('22 and '23 audits were clean). Regardless, if these issues go back to 2022 a restatement would likely involve 10+ quarters, which is substantial time and money. Further, the company is now in violation of their credit agreement and likely to pay the price to lenders. Lastly, the company received notice yesterday on one of their larger space services contracts that the buyer had filed suit. Following a Jan'24 launch 1 of the 4 satellites didn't reach orbit and functionality, successfully. The dispute has apparently mushroomed to the point that suit is now filed. Further, the combination of these factors could throw a wrench in the massive contract the company is working on (announced in June) with Thales. All of these have us stepping aside until SPIR cleans up the mess. Lowering price target to $8 and rating to Hold.

| | Q2'24 (Est.) | | | Q3'24 (Est.) | | | FY'24 (Est.) | | | FY'25 (Est.) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rev. | Adj. EBITDA | EPS* | Rev. | Adj. EBITDA | EPS* | Rev. | Adj. EBITDA | EPS* | Rev. | Adj. EBITDA | EPS* |
| **Actuals** | - | - | - | - | - | - | - | - | - | - | - | - |
| **CHLM Prev. Est.** | $30.0 | $2.3 | ($0.28) | $33.0 | $2.3 | ($0.28) | $124.0 | $9.0 | ($1.12) | $152.4 | $24.6 | ($0.29) |
| **Consensus** | $30.4 | $2.8 | ($0.47) | $33.2 | $3.9 | ($0.33) | $124.8 | $10.7 | ($1.90) | $154.8 | $27.0 | ($0.71) |
| **Prev. Guidance** | $29.0-$33.0 | $2.0-$5.0 | ($0.31)-($0.15) | - | - | - | $122.0-$132.0 | $7.0-$15.0 | ($1.11)-($0.70) | - | - | - |
| **Revised Guidance** | - | - | - | - | - | - | - | - | - | - | - | - |
| **CHLM Revised Est.** | $30.0 | $2.3 | ($0.28) | $30.5 | $1.3 | ($0.30) | $119.0 | $5.0 | ($1.34) | $136.5 | $18.5 | ($0.59) |

*EPS is non-GAAP
*Source: Craig-Hallum Capital Group; Spire Global, Inc.*

## OUR POINT OF VIEW

The company was scheduled to report earnings last night (8.14.24), but instead after-market announced that the earnings call was cancelled, and that the 10-Q would not be able to be filed by the deadline which was that night. Instead of the 10-Q, the company filed a form 12b-25, notifying of the late filing, and explaining that this was due to a



reevaluation by the accountants/auditors of the company's accounting for pre-space revenue in the space services segment. More on the accounting specifics further down, but the punchline is that the company may have to restate the income statement back through 2022 over the treatment of pre-space revenue in the amount of $10-15M of contracts under consideration for restating. If a restatement is required, cash balance and cash flows were specifically noted to be unaffected.

The spillover effect of this is violations of the financing agreement with their sole lender Blue Torch, violating the requirements for timely filings as well as the EBITDA covenant, with EBITDA likely not making the needed cutoff for the quarter. These events of default put the company at the mercy of Blue Torch. However, having already previously been forced to renegotiate with Blue Torch on two occasions, the company has thus far been able to negotiate simple adjustments to covenants and nominal one-time fees.

The stock was down -9.2% yesterday (8.14.24), before this was all announced. This may have been driven by the 8.13.24 motion of customer NorthStar bringing a suit against Spire in the Ontario Superior Court. The Ontario Court does not publish these filings online, but from what we have heard this suit is related to NorthStar's 8-figure contract with Spire which began design in Q1'22, and after delays from initial anticipated launch in early 2023, deployed the four planned satellites on 1.18.24. One of the four satellites is stated to have never reached its designated orbit, which lines up with Spire's commentary last quarter that an unnamed customer's satellite couldn't reach its orbit due to a thruster failure. It appears negotiations between the two companies is tense, with NorthStar potentially withholding payment, and Spire Global exercising control over the data source for the four satellites.

Given expectations for a ~$5M receivable collection from NorthStar for Q3'24, which we believe was baked into expectations for the potential Cash Flow positive for Q3'24, it appears the dispute could push out Spire's ambitions to be FCF positive mid-year this year.

Turning back to the restatement, we believe the contracting and related revenue recognition for space services contracts, and specifically the components provided by buyers to be integrated by SPIR, are at issue. We do not believe SPIR has changed their revenue recognition methodology nor changed their contracting on space services. We believe the methodology in question has likely been in place for at least 2022, 2023 and YTD 2024. Notably, this would suggest prior audits (at least 2022 and 2023) have signed off on the rev-rec and contracting disciplines previously. Space services revenue recognition breaks down into two key components, pre-space and post-space. We address this in detail on page 38 of our June 5, 2024 note as it is notably complex, and won't repeat that deeper analysis here. There is considerable complexity around cash payments up front, portions going to fund R&D, portions capitalized, and later amortized. Based on the verbiage of the filing, the disagreement relates to "potential existence of embedded leases of identifiable assets". Cash flow is not in question, but $10-15M of annual revenue/contracts are affected by this issue (likely portions of these contracts related to components provided by buyers rather than the entire contracts).



The filing also states "the company is also considering any related internal control matters associated with the contracts". This typically relates to an identified material weakness in accounting controls/processes.

**Spire Global, Inc.**
**Hypothetical Space Services Contract - Impact To Financials**
**Craig-Hallum Capital Group LLC**

| | | PreSpace 1 | PreSpace 2 | PostSpace 3 | PostSpace 4 | PostSpace 5 | PostSpace 6 | PostSpace 7 |
|---|---|---|---|---|---|---|---|---|
| **Income Statement** | Revenue | 50.0 | 50.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 |
| | Design Expense | 17.5 | 17.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | Depreciation | 0.0 | 0.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 |
| | Gross Profit | 32.5 | 32.5 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 |
| | Gross Margin % | 65% | 65% | 68% | 68% | 68% | 68% | 68% |
| | | | | | | | | |
| **Cash Flows** | Cash Collection | 70.0 | 30.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 |
| | Cash Cost Of Design | 17.5 | 17.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | CapEx | 32.5 | 32.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | Net Cash Flow | 20.0 | -20.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 |
| | | | | | | | | |
| **Balance Sheet** | Contract Liabilities | 20.0 | -20.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | Accounts Receivable | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | Contract Assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

*Source: Craig-Hallum Capital Group; Spire Global, Inc.*

From a modeling perspective, we are taking a total of $5M out of Q3 and Q4 2024 revenue and $16M out of 2025 revenue. We also play through a few hundred basis point impact on gross margins and modest expense reductions from prior estimates. Revenue and EBITDA for FY'25 go from $152.4M/$24.6M to $136.5M / $18.5M. FCF breakeven was on the table for mid-year FY'24 previously, with some substantial working capital benefits from milestone payments by big space services customers. This would seem to push that out a few quarters.

Other observations include:

- The company scheduled their earnings date on the very last date that 10-Qs are due (the scheduled 8.14.24 date is the last day 10-Qs are due for the period ended 6.30.24). This is also notable because the past two years the company has reported earnings August 9th and 10th. This would seem to imply that the company knew they were going to need as much time as they could get, as early as 7.24.24 when they scheduled the Q2 call.
- Regardless of any restatements the EBITDA requirements for the quarter were already steep, requiring $4M of EBITDA for the quarter when guidance was for $2M to $5M of EBITDA. The specifics of the EBITDA covenant are that the company's max TTM EBITDA



leverage ratio is 60 in Q2'24, 15 in Q3'24, and 10 in Q4'24. Assuming a steady debt balance of $105M, these EBITDA covenants imply required TTM EBITDA of $1.75M in Q1'24, $7.0M in Q2'24, and $10.5M in Q3'24.

- The language of a restatement relating to "the potential existence of embedded leases" appears to suggest it may be more appropriate to account for the customer as leasing satellite capacity, or as leasing room on the Spire satellite bus for the customer's payload (as opposed to selling them design services up front followed by a data subscription at the end). The notion of a lease would seem to imply recognizing revenue ratably over a longer future period with less up-front recognition.

- Whatever accounting change may be required, the lack of any material rise in Accounts Receivable and Contract assets over the past year seems to imply that there hasn't been any aggressive accounting in regard to a divergence between rev-rec and cash flow.

- For reference, the ~$115M of Blue Torch debt as of 3.30.24 matures 6.13.26, and is floating at 3-month SOFR + 8.26% (or ~13.5%). The company was previously intending to refinance by late 2024 or early 2025 at the latest.

In sum, the company is likely at the start of a fairly long and ugly road to dig out of this. Restatement appears highly likely and if that is the case, it would appear that 10+ quarters of financials may be in question. This scale of restatement is a very large undertaking and means the company may be non-current on financials for multiple quarters. Creditors will want a pound of flesh and likely leave the company in a weaker state, as opposed to the prior expectation that the debt was about to be refinanced to better terms and duration. This is a material swing for the worse. Discussions have likely already begun with creditors on what this pound of flesh will look like. Beyond that, the very large Thales contract announced in June may also be affected. A contract of this magnitude (likely nine figures) is a substantial vote of confidence by the buyers in the ability of SPIR to deliver. Now, with non-current financials, non-refinanced debt (and presumably worse terms), as well as the NorthStar lawsuit, the buyer at a minimum will do a gut-check as to their ultimate conviction in SPIR's ability to deliver. Our experience with similar situations has found these almost always take longer than expected and have a broader range of knock-on negative effects than most expect. We are lowering our rating to Hold as the company works to clean up this mess.



August 15, 2024

## Annual Guidance Revision History

| Date Guided | Period Guided | Event | Revenue | Non-GAAP Operating Loss | Adjusted EBITDA | ARR | ARR Solution Cust Count |
|---|---|---|---|---|---|---|---|
| 3/1/2021 | FY21 | First SPAC Deck | $54M | ($26M) | ($18M) | - | - |
| 6/4/2021 | FY21 | Second SPAC Deck | $54M | ($31M) | ($19M) | $70M | 258 - 286 |
| 7/29/2021 | FY21 | Preliminary 1H'21 PR | $40.0 - $42.0M | ($48.5) - ($44.4M) | ($37.8) - ($33.8M) | $48.4 - $52.0M | 240 - 252 |
| 11/10/2021 | *FY21 Ex Exact Earth | Q3'21 Earnings Call | $40.0 - $42.0M | ($48.5) - ($44.4M) | ($40.3) - ($37.3M) | $48.4 - $52.0M | 240 - 252 |
| **3/9/2022** | **\*2021 (Actual) Excluding Exact Earth** | | **$41.8M** | **($45.0M)** | **($37.3M)** | **$52.1M** | **255** |
| **3/9/2022** | **2021 (Actual) As Reported** | | **$43.4M** | **($45.5M)** | **($37.5M)** | **$70.6M** | **598** |
| 6/4/2021 | FY22 | 1st & 2nd SPAC Deck | $114M | ($5M) | $6M | - | - |
| 3/9/2022 | FY22 | Q4'21 Earnings Call | $85.0 - $90.0M | ($48.3) - ($43.3M) | ($34.0) - ($29.0M) | $100.0 - $105.0M | 720 - 740 |
| 5/11/2022 | FY22 | Q1'22 Earnings Call | $85.0 - $90.0M | ($47.5) - ($42.5M) | ($34.0) - ($29.0M) | $101.0 - $105.0M | 720 - 740 |
| 8/10/2022 | FY22 | Q2'22 Earnings Call | $80.0 - $83.0M | ($46.5) - ($43.5M) | ($33.0) - ($30.0M) | $101.0 - $105.0M | 735 - 745 |
| 11/8/2022 | FY22 | Q3'22 Earnings Call | $80.0 - $82.0M | ($44.7) - ($42.7M) | ($32.5) - ($30.5M) | $102.0 - $104.0M | 735 - 745 |
| **3/8/2023** | **2022 (Act.) Reported** | | **$80.3M** | **($44.5M)** | **($32.6M)** | **$99.4M** | **733** |
| 6/4/2021 | FY23 | 1st & 2nd SPAC Deck | $227M | $51M | $66M | - | - |
| 3/8/2023 | FY23 | Q4'22 Earnings Call | $104.0 - $109.0M | ($34.0) - ($29.0M) | ($19.0) - ($14.0M) | $129.0 - $135.0M | 835 - 885 |
| 5/10/2023 | FY23 | Q1'23 Earnings Call | $104.0 - $109.0M | ($34.0) - ($29.0M) | ($19.0) - ($14.0M) | $129.0 - $135.0M | 835 - 885 |
| 8/9/2023 | FY23 | Q2'23 Earnings Call | $104.0 - $109.0M | ($32.0) - ($27.0M) | ($18.0) - ($13.0M) | $129.0 - $135.0M | 855 - 875 |
| 11/8/2023 | FY23 | Q3'23 Earnings Call | $105.0 - $109.0M | ($29.7) - ($26.0M) | ($16.1) - ($12.1M) | $125.0 - $135.0M | 800 - 830 |
| **3/6/2024** | **2023 (Act.) Reported** | | **$105.7M** | **($25.8M)** | **($11.0M)** | **$106.8M** | **745** |
| 6/4/2021 | FY24 | 1st and 2nd SPAC Deck | $478M | $175M | $198M | - | - |
| 3/6/2024 | FY24 | Q4'23 Earnings Call | $138.0 - $148.0M | ($5.5) - $2.5M | $13.0 - $19.0M | - | - |
| 5/15/2024 | FY24 | Q1'24 Earnings Call | $122.0 - $132.0M | ($11.0) - ($1.0M) | $7.0 - $15.0M | - | - |

Source: Craig-Hallum Capital Group;   Spire Global, Inc.



**Spire Global, Inc.**
**Revenue Splits Show Growth Drivers Are Space Services, Non-Subscription Revenue, Government Revenue.**
**Craig-Hallum Capital Group LLC**

| Gray = Craig-Hallum Estimates | White = Publicly Disclosed By The Company | Red Bolded Text = Noteworthy Numbers |
|---|---|---|

| | FY'19 | FY'20 | Q1'21 | Q2'21 | Q3'21 | Q4'21 | FY'21 | Q1'22 | Q2'22 | Q3'22 | Q4'22 | FY'22 | Q1'23 | Q2'23 | Q3'23 | Q4'23 | FY'23 | Q1'24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EMEA Revenue** | | 14,213 | 3,839 | 6,064 | 3,514 | 7,145 | 20,562 | 7,935 | 7,300 | 8,178 | 8,549 | 31,962 | 8,703 | 7,992 | 9,511 | 10,720 | 36,926 | 9,264 |
| *seq* | | | -5.5% | 58.0% | -42.1% | 103.3% | | 11.1% | -8.0% | 12.0% | 4.5% | | 1.8% | -8.2% | 19.0% | 12.7% | | -13.6% |
| *y/y* | | | 9.7% | 62.1% | 20.8% | 75.8% | 44.7% | 106.7% | 20.4% | 132.7% | 19.7% | 55.4% | 9.7% | 9.5% | 16.3% | 25.4% | 15.5% | 6.4% |
| **Americas Revenue** | | 10,759 | 3,277 | 2,488 | 4,805 | 5,149 | 15,719 | 7,614 | 8,669 | 9,392 | 11,059 | 36,734 | 12,807 | 15,999 | 15,489 | 14,681 | 58,976 | 14,249 |
| *seq* | | | 20.4% | -24.1% | 93.1% | 7.2% | | 47.9% | 13.9% | 8.3% | 17.7% | | 15.8% | 24.9% | -3.2% | -5.2% | | -2.9% |
| *y/y* | | | 31.1% | -8.4% | 70.2% | 89.2% | 46.1% | 132.3% | 248.4% | 95.5% | 114.8% | 133.7% | 68.2% | 84.6% | 64.9% | 32.8% | 60.5% | 11.3% |
| **APAC Revenue** | | 3,518 | 2,600 | 561 | 1,242 | 2,691 | 7,094 | 1,734 | 3,426 | 2,848 | 3,564 | 11,572 | 2,658 | 2,502 | 2,317 | 2,324 | 9,801 | 2,175 |
| *seq* | | | 437.2% | -78.4% | 121.4% | 116.7% | | -35.6% | 97.6% | -16.9% | 25.1% | | -25.4% | -5.9% | -7.4% | 0.3% | | -6.4% |
| *y/y* | | | 246.7% | -32.6% | -14.5% | 456.0% | 101.6% | -33.3% | 510.7% | 129.3% | 32.4% | 63.1% | 53.3% | -27.0% | -18.6% | -34.8% | -15.3% | -18.2% |
| **Space Services Revenue** | | 4,633 | | | | | 9,691 | | | | | 20,388 | | | | | **30,728** | |
| *seq* | | | | | | | | | | | | | | | | | | |
| *y/y* | | | | | | | 109.2% | | | | | 110.4% | | | | | **50.7%** | |
| **Core Business Revenue** | | 23,857 | | | | | 33,684 | | | | | 59,880 | | | | | **74,975** | |
| *seq* | | | | | | | | | | | | | | | | | | |
| *y/y* | | | | | | | 41.2% | | | | | 77.8% | | | | | **25.2%** | |
| *y/y organic %* | | | | | | | 33.0% | | | | | 15.7% | | | | | | |
| **Commercial Revenue** | | | 4,469 | 4,192 | 3,546 | 7,311 | 19,519 | 12,288 | 12,814 | 13,680 | 14,195 | 52,977 | 13,051 | 15,319 | 16,077 | 16,860 | **61,308** | |
| *seq* | | | | -6.2% | -15.4% | 106.2% | | 68.1% | 4.3% | 6.8% | 3.8% | | -8.1% | 17.4% | 4.9% | 4.9% | | |
| *y/y* | | | | | | | | 174.9% | 205.7% | 285.7% | 94.2% | 171.4% | 6.2% | 19.6% | 17.5% | 18.8% | 15.7% | |
| *y/y organic %* | | | | | | | | 42.5% | 46.8% | 67.6% | 36.6% | 41.0% | | | | | | |
| **Government Revenue** | | | 5,247 | 4,921 | 6,015 | 7,674 | 23,856 | 5,782 | 6,581 | 6,738 | 8,190 | 27,291 | 11,117 | 11,174 | 11,240 | 10,865 | **44,395** | |
| *seq* | | | | -6.2% | 22.2% | 27.6% | | -24.6% | 13.8% | 2.4% | 21.5% | | 35.7% | 0.5% | 0.6% | -3.3% | | |
| *y/y* | | | | | | | | 10.2% | 33.7% | 12.0% | 6.7% | 14.4% | 92.3% | 69.8% | 66.8% | 32.7% | 62.7% | |
| **Subscription Revenue** | | 7,677 | 3,980 | 4,094 | 4,926 | 8,466 | 21,466 | 12,336 | 13,207 | 15,298 | 16,241 | 57,082 | 18,812 | 19,412 | 14,970 | 13,981 | **67,175** | 16,954 |
| *seq* | | | 105.2% | 2.9% | 20.3% | 71.9% | | 45.7% | 7.1% | 15.8% | 6.2% | | 15.8% | 3.2% | -22.9% | -6.6% | | 21.3% |
| *y/y* | | | 99.0% | 85.9% | 220.9% | 336.4% | 179.6% | 209.9% | 222.6% | 210.6% | 91.8% | 165.9% | 52.5% | 47.0% | -2.1% | -13.9% | 17.7% | -9.9% |
| **Non-Subscription Rev** | | 20,813 | 5,736 | 5,019 | 4,635 | 6,519 | 21,909 | 5,734 | 6,188 | 5,120 | 6,144 | 23,186 | 5,356 | 7,081 | 12,347 | 13,744 | **38,528** | 8,734 |
| *seq* | | | 7.6% | -12.5% | -7.7% | 40.6% | | -12.0% | 7.9% | -17.3% | 20.0% | | -12.8% | 32.2% | 74.4% | 11.3% | | -36.5% |
| *y/y* | | | 19.5% | -0.3% | -18.0% | 22.3% | 5.3% | 0.0% | 23.3% | 10.5% | -5.8% | 5.8% | -6.6% | 14.4% | 141.2% | 123.7% | 66.2% | 63.1% |
| **Total Revenue** | 18,491 | 28,490 | 9,716 | 9,113 | 9,561 | 14,985 | 43,375 | 18,070 | 19,395 | 20,418 | 22,385 | 80,268 | 24,168 | 26,493 | 27,317 | 27,725 | **105,703** | 25,688 |
| *seq* | | | 33.7% | -6.2% | 4.9% | 56.7% | | 20.6% | 7.3% | 5.3% | 9.6% | | 8.0% | 9.6% | 3.1% | 1.5% | | -7.3% |
| *y/y* | | 54.1% | 38.4% | 29.8% | 33.1% | 106.1% | 52.2% | 86.0% | 112.8% | 113.6% | 49.4% | 85.1% | 33.7% | 36.6% | 33.8% | 23.9% | 31.7% | 6.3% |
| *y/y organic* | | 54.1% | 38.4% | 29.8% | 33.1% | 71.4% | 44.8% | 30.3% | 42.1% | 44.0% | 23.9% | 30.7% | 33.7% | 36.6% | 33.8% | 23.9% | 31.7% | 6.3% |

Note: Commercial Revenue Q1'24 and Government Revenue Q1'24 marked "Not Given".

*Source: Craig-Hallum Capital Group; Spire Global, Inc.*



**August 15, 2024**

**Spire Global, Inc.**
**Key Metrics & Customer Concentration**
**Craig-Hallum Capital Group LLC**

Light Gray = Craig-Hallum Estimates
White = Publicly Disclosed By The Company

| Key Metrics | FY'19 | Mar'20 | Jun'20 | Sep'20 | Dec'20 | FY'20 | Q1'21 | Q2'21 | Q3'21 | Q4'21 | FY'21 | Q1'22 | Q2'22 | Q3'22 | Q4'22 | FY'22 | Q1'23 | Q2'23 | Q3'23 | Q4'23 | FY'23 | Q1'24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ARR** | | | 29,975 | 36,179 | | | 34,916 | 36,590 | 45,241 | 70,752 | | 81,638 | 85,316 | 98,121 | 99,414 | | 104,763 | 112,818 | 103,063 | 106,827 | | 120,890 |
| seq | | | | 20.7% | | | -3.5% | 4.8% | 23.6% | 56.4% | | 15.4% | 4.5% | 15.0% | 1.3% | | 48.1% | 7.7% | -8.6% | 3.7% | | 21.6% |
| y/y | | | | | | | | | 50.9% | 95.6% | | 133.8% | 133.2% | 116.9% | 40.5% | | 28.3% | 32.2% | 5.0% | 7.5% | | 15.4% |
| y/y organic | | | | | | | | | 31.5% | 29.4% | | 52.8% | 54.9% | 53.9% | 40.5% | | 28.3% | 32.2% | 5.0% | 7.5% | | 15.4% |
| **ARR NRR (3 Months Ended)** | | | 157% | 159% | 145% | | 129% | 103% | 111% | 104% | | 106% | 108% | 135% | 110% | | 108% | 112% | 86% | 98% | | 102% |
| **ARR NRR TTM** | | | | | 154% | | | | 119% | 110% | | 106% | 108% | 115% | 117% | | 116% | 117% | 103% | 98% | | 102% |
| **ARR Customer Count** | 82 | - | 111 | 126 | 144 | | 157 | 187 | 206 | 575 | | 604 | 667 | 690 | 709 | | 755 | 785 | 794 | 712 | | 672 |
| y/y | | | | | | | | 68.5% | 63.5% | 299.3% | | 284.7% | 256.7% | 235.0% | 23.3% | | 25.0% | 17.7% | 15.1% | 0.4% | | -11.0% |
| **ARR Solution Customers** | 85 | - | 117 | 133 | 154 | | 169 | 202 | 225 | 598 | | 627 | 692 | 717 | 733 | | 781 | 813 | 827 | 745 | | 708 |
| seq | | | | 13.7% | 15.8% | | 9.7% | 19.5% | 11.4% | 165.8% | | 4.8% | 10.4% | 3.6% | 2.2% | | 6.5% | 4.1% | 1.7% | -9.9% | | -5.0% |
| y/y | | | | | 81.2% | | | 72.6% | 69.2% | 288.3% | | 271.0% | 242.6% | 218.7% | 22.6% | | 24.6% | 17.5% | 15.3% | 1.6% | | -9.3% |
| y/y Organic | | | | | 81.2% | | | 72.6% | 54.9% | 20.3% | | 22.5% | 27.0% | 26.2% | 22.6% | | 24.6% | 17.5% | 15.3% | 1.6% | | -9.3% |
| **RPO's** | | | | | | | | | 49,506 | 83,171 | | 90,372 | 125,286 | 148,166 | 167,164 | | 164,465 | 191,866 | 201,603 | 198,056 | | 195,678 |
| y/y | | | | | | | | | | | | | | 199.3% | 101.0% | | 82.0% | 53.1% | 36.1% | 18.5% | | 19.0% |
| **NTM RPO's** | | | | | | | | | 34,654 | 44,081 | | 49,705 | 50,114 | 54,821 | 65,194 | | 57,563 | 67,153 | 82,657 | 79,222 | | 82,185 |
| y/y | | | | | | | | | | | | | | 58.2% | 47.9% | | 15.8% | 34.0% | 50.8% | 21.5% | | 42.8% |
| **Billings** | | | | | | | | | | 13,281 | | 15,926 | 24,992 | 22,582 | 23,997 | | 25,756 | 30,903 | 28,226 | 28,127 | | 25,140 |
| y/y | | | | | | | | | | | | | | | 80.7% | | 61.7% | 23.7% | 25.0% | 17.2% | | -2.4% |
| **Space Services CapEx (Forward Indicator Of Space Services Revenue)** | | | | | | 1,614 | | | | | 7,671 | 3,028 | 5,682 | 2,117 | 1,975 | 12,802 | 3,295 | 6,399 | 8,972 | 5,697 | 24,363 | 7,928 |
| y/y | | | | | | | | | | | 375.3% | | | | | 66.9% | 8.8% | 12.6% | 323.8% | 188.5% | 90.3% | 140.6% |
| **LEMUR-2's Launched** | 16 | 0 | 0 | 12 | 6 | 18 | 8 | 8 | 0 | 0 | 16 | 2 | 4 | 0 | 0 | 6 | 6 | 1 | 2 | 3 | 12 | 2 |

| Customer Concentration | | Mar'20 | Jun'20 | Sep'20 | Dec'20 | FY'20 | Q1'21 | Q2'21 | Q3'21 | Q4'21 | FY'21 | Q1'22 | Q2'22 | Q3'22 | Q4'22 | FY'22 | Q1'23 | Q2'23 | Q3'23 | Q4'23 | FY'23 | Q1'23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer A Revenue** | | | | | | 5,413 | 1,749 | 3,900 | 2,017 | 4,046 | 11,711 | 2,349 | 2,147 | 1,871 | 2,462 | 8,829 | 2,658 | Less Than 10% --------> | | | | |
| y/y | | | | | | | | | | | 116.4% | 34.3% | -45.0% | -7.2% | -39.1% | -24.6% | 13.2% | | | | | |
| % of Total | | | | | | 19.0% | 18.0% | 42.8% | 21.1% | 27.0% | 27.0% | 13.0% | 11.1% | 9.2% | 11.0% | 11.0% | 11.0% | | | | | |
| **Customer B Revenue (A Group Of Some Federal Customers)** | | | | | | 4,843 | 2,138 | 1,628 | 1,628 | 1,546 | 6,940 | 3,072 | 3,672 | 3,675 | 4,832 | 15,251 | 7,009 | 9,203 | 4,063 | 7,209 | 27,483 | 7,450 |
| y/y | | | | | | | | | | | 43.3% | 43.7% | 125.5% | 125.7% | 212.6% | 119.8% | 128.2% | 150.6% | 10.5% | 49.2% | 80.2% | 6.3% |
| % of Total | | | | | | 17.0% | 22.0% | 17.9% | 17.0% | 10.3% | 16.0% | 17.0% | 18.9% | 18.0% | 21.6% | 19.0% | 29.0% | 34.7% | 14.9% | 26.0% | 26.0% | 29.0% |
| **Customer C Revenue** | | | | | | 5,413 | 2,235 | 25 | 863 | 1,215 | 4,338 | Less Than 10% --------> | | | | | | | | | | |
| y/y | | | | | | | | | | | -19.9% | | | | | | | | | | | |
| % of Total | | | | | | 19.0% | 23.0% | 0.3% | 9.0% | 8.1% | 10.0% | | | | | | | | | | | |
| **Rev Ex Customer B** | | | | | | 23,647 | 7,578 | 7,485 | 7,933 | 13,439 | 36,435 | 14,998 | 15,723 | 16,743 | 17,553 | 65,017 | 17,159 | 17,290 | 23,254 | 20,517 | 78,220 | 18,238 |
| y/y | | | | | | | | | | | 54.1% | 97.9% | 110.1% | 111.1% | 30.6% | 78.4% | 14.4% | 10.0% | 38.9% | 16.9% | 20.3% | 6.3% |
| **Top 3 Government Customers** | | | | | | | | | 4,455 | 4,818 | | 3,759 | 4,649 | 4,391 | 6,033 | 18,831 | 7,782 | 8,713 | 4,964 | 6,509 | 27,969 | |
| y/y | | | | | | | | | | | | | | | 25.2% | | 107.0% | 87.4% | 13.1% | 7.9% | 48.5% | |
| % of Total | | | | | | | | | 46.6% | 32.2% | | 20.8% | 24.0% | 21.5% | 27.0% | 23.5% | 32.2% | 32.9% | 18.2% | 23.5% | 26.5% | |
| **NOAA + NASA Rev Estimate** | 5,370 | 1,375 | 1,375 | 1,375 | 1,618 | 5,743 | 1,618 | 1,375 | 1,667 | 2,500 | 7,160 | 2,733 | 3,900 | 4,425 | 5,138 | 16,196 | 7,463 | 7,675 | 4,508 | 4,903 | 24,548 | 6,271 |
| y/y | | | | | | 6.9% | 17.7% | 0.0% | 21.2% | 54.5% | 24.7% | 68.9% | 183.6% | 165.5% | 105.5% | 126.2% | 173.0% | 96.8% | 1.9% | -4.6% | 51.6% | -16.0% |
| % of Total | 29.0% | 19.6% | 19.6% | 19.1% | 22.3% | 20.2% | 16.7% | 15.1% | 17.4% | 16.7% | 16.5% | 15.1% | 20.1% | 21.7% | 23.0% | 20.2% | 30.9% | 29.0% | 16.5% | 17.7% | 23.2% | 24.4% |

*Source: Craig-Hallum Capital Group; Spire Global, Inc.*

**Spire Global, Inc.**
**Institutional Research**



## STOCK OPPORTUNITY

We are lowering our rating to Hold and our price target to $8, based on a 1.9x EV/'24 Revenue multiple (currently trading at 2.3x EV/'24 Revenue). This compares to a NewSpace comp group trading 2.6x revenues, legacy satellite & defense stocks trading 3.6x revenues, and upper teens growth software names trading 6.2x revenues. We believe that due to the current overhang of non-current numbers as well as related spillover effects that Spire deserves a discount to peers.

## RISKS

We believe an investment in Spire involves the following risks:

- Space is a challenging environment, and investors often underestimate the regular risks of space including loss of communications, orbital decay, loss at launch, and military action. Should Spire's systems unexpectedly degrade, this could have a material impact on the company's ability to service customer contracts.
- The AIS, ADS-B, and RO satellite data markets have shown a few signs of limited pricing power. Should pricing dynamics continue to evolve or additional entrants enter the market, Spire's markets could become commoditized.
- Space operation is subject to regulatory oversight and a wide array of licenses, the loss of any of which could hinder Spire's ability to operate.
- CEO Peter Platzer has Class B super-voting shares worth 9 votes apiece, which could hinder any future shareholder activism.
- Should Spire continue to see elevated churn or were their business to not pick up as anticipated, their net debt and negative FCF position could pose challenges to refinancing.

## CRAIG-HALLUM ALPHA SELECT LIST

The Alpha Select list is an actively researched collection of small, under-followed public companies that we believe have the potential to become much larger. The Alpha Select List will typically consist of sub-$500M market cap companies with attractive business models, above average growth trends, favorable macro/secular themes and management teams that we believe have the ability to take the business to the next level.



August 15, 2024

# Spire Global Inc.
### (SPIR)
### Income Statement

Acquisition History     Exact Earth - 11.30.21, $129M ($109.6M Cash, $22.3M Common Stock)

| (data in thousands, except per share) | Fiscal 2019 | Fiscal 2020 | Fiscal 2021 | Fiscal 2022 | Mar 1Q23 | Jun 2Q23 | Sep 3Q23 | Dec 4Q23 | Fiscal 2023 | Mar 1Q24 | Jun 2Q24E | Sep 3Q24E | Dec 4Q24E | Fiscal 2024E | Fiscal 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **18,491** | **28,490** | **43,375** | **80,268** | **24,168** | **26,493** | **27,317** | **27,725** | **105,703** | **25,688** | **30,000** | **30,500** | **32,800** | **118,988** | **136,497** |
| Cost of Sales | 14,839 | 10,259 | 17,924 | 35,722 | 9,258 | 8,541 | 8,462 | 11,817 | 38,078 | 11,447 | 10,800 | 10,065 | 10,332 | 42,644 | 44,180 |
| **Gross Profit** | **3,652** | **18,231** | **25,451** | **44,546** | **14,910** | **17,952** | **18,855** | **15,908** | **67,625** | **14,241** | **19,200** | **20,435** | **22,468** | **76,344** | **92,316** |
| R&D | 14,244 | 20,083 | 28,756 | 31,722 | 9,012 | 8,850 | 9,581 | 8,006 | 35,449 | 8,891 | 9,000 | 9,050 | 9,100 | 36,041 | 35,200 |
| S&M | 5,059 | 10,060 | 17,811 | 22,507 | 6,413 | 6,110 | 6,320 | 4,204 | 23,047 | 4,443 | 4,390 | 5,165 | 5,510 | 19,508 | 18,676 |
| G&A | 9,534 | 11,982 | 24,338 | 34,858 | 9,274 | 9,128 | 9,197 | 7,280 | 34,879 | 7,944 | 8,000 | 8,300 | 8,300 | 32,544 | 33,600 |
| Operating Expenses | 28,837 | 42,125 | 70,905 | 89,087 | 24,699 | 24,088 | 25,098 | 19,490 | 93,375 | 21,278 | 21,390 | 22,515 | 22,910 | 88,093 | 87,476 |
| **Operating Profit** | **(25,185)** | **(23,894)** | **(45,454)** | **(44,541)** | **(9,789)** | **(6,136)** | **(6,243)** | **(3,582)** | **(25,750)** | **(7,037)** | **(2,190)** | **(2,080)** | **(442)** | **(11,749)** | **4,841** |
| **Adjusted EBITDA (ex. SBC)** | **(14,971)** | **(18,348)** | **(37,518)** | **(32,644)** | **(6,732)** | **(3,043)** | **(3,357)** | **2,131** | **(11,001)** | **(1,068)** | **2,260** | **1,270** | **2,508** | **4,970** | **18,491** |
| Other income (expense) net | (3,128) | (6,719) | (11,394) | (13,007) | (4,013) | (4,073) | (4,188) | (4,430) | (16,704) | (4,599) | (5,000) | (5,000) | (5,000) | (19,599) | (20,000) |
| **Pre-Tax Income** | **(28,313)** | **(30,613)** | **(56,848)** | **(57,548)** | **(13,802)** | **(10,209)** | **(10,431)** | **(8,012)** | **(42,454)** | **(11,636)** | **(7,190)** | **(7,080)** | **(5,442)** | **(31,348)** | **(15,159)** |
| Tax (refund) | 334 | 400 | 497 | 322 | 269 | 213 | 78 | (488) | 72 | 41 | 100 | 100 | 100 | 341 | 400 |
| **Net Income** | **(28,647)** | **(31,013)** | **(57,345)** | **(57,870)** | **(14,071)** | **(10,422)** | **(10,509)** | **(7,524)** | **(42,526)** | **(11,677)** | **(7,290)** | **(7,180)** | **(5,542)** | **(31,689)** | **(15,559)** |
| | | | | | | | | | | | | | | | |
| **Diluted EPS** | | **($14.09)** | **($13.91)** | **($3.31)** | **($0.78)** | **($0.56)** | **($0.51)** | **($0.36)** | **($2.21)** | **($0.54)** | **($0.30)** | **($0.29)** | **($0.22)** | **($1.34)** | **($0.59)** |
| *Diluted Shares* | | *2,201* | *8,120* | *17,484* | *18,096* | *18,469* | *20,756* | *20,954* | *19,569* | *21,813* | *24,655* | *24,955* | *25,255* | *24,170* | *26,300* |
| **Diluted GAAP EPS** | | **($14.77)** | **($23.76)** | **($5.12)** | **($0.98)** | **($0.88)** | **($0.86)** | **($0.58)** | **($3.30)** | **($1.16)** | **($0.62)** | **($0.47)** | **($0.40)** | **($2.65)** | **($1.28)** |
| *GAAP Diluted Shares* | | *2,201* | *8,120* | *17,484* | *18,096* | *18,469* | *20,756* | *20,954* | *19,569* | *21,813* | *24,655* | *24,955* | *25,255* | *24,170* | *26,300* |

### Margin Analysis

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Margin** | **19.8%** | **64.0%** | **58.7%** | **55.5%** | **61.7%** | **67.8%** | **69.0%** | **57.4%** | **64.0%** | **55.4%** | **64.0%** | **67.0%** | **68.5%** | **64.2%** | **67.6%** |
| R&D | 77.0% | 70.5% | 66.3% | 39.5% | 37.3% | 33.4% | 35.1% | 28.9% | 33.5% | 34.6% | 30.0% | 29.7% | 27.7% | 30.3% | 25.8% |
| S&M | 27.4% | 35.3% | 41.1% | 28.0% | 26.5% | 23.1% | 23.1% | 15.2% | 21.8% | 17.3% | 14.6% | 16.9% | 16.8% | 16.4% | 13.7% |
| G&A | 51.6% | 42.1% | 56.1% | 43.4% | 38.4% | 34.5% | 33.7% | 26.3% | 33.0% | 30.9% | 26.7% | 27.2% | 25.3% | 27.4% | 24.6% |
| Operating Expenses | 156.0% | 147.9% | 163.5% | 111.0% | 102.2% | 90.9% | 91.9% | 70.3% | 88.3% | 82.8% | 71.3% | 73.8% | 69.8% | 74.0% | 64.1% |
| **Operating Margin** | **(136.2%)** | **(83.9%)** | **(104.8%)** | **(55.5%)** | **(40.5%)** | **(23.2%)** | **(22.9%)** | **(12.9%)** | **(24.4%)** | **(27.4%)** | **(7.3%)** | **(6.8%)** | **(1.3%)** | **(9.9%)** | **3.5%** |
| **Adjusted EBITDA (ex. SBC)** | **(81.0%)** | **(64.4%)** | **(86.5%)** | **(40.7%)** | **(27.9%)** | **(11.5%)** | **(12.3%)** | **7.7%** | **(10.4%)** | **(4.2%)** | **7.5%** | **4.2%** | **7.6%** | **4.2%** | **13.5%** |
| Pre Tax Margin | (153.1%) | (107.5%) | (131.1%) | (71.7%) | (57.1%) | (38.5%) | (38.2%) | (28.9%) | (40.2%) | (45.3%) | (24.0%) | (23.2%) | (16.6%) | (26.3%) | (11.1%) |
| Tax Rate | (1.2%) | (1.3%) | (0.9%) | (0.6%) | (1.9%) | (2.1%) | (0.7%) | 6.1% | (0.2%) | (0.4%) | (1.4%) | (1.4%) | (1.8%) | (1.1%) | (2.6%) |
| **Net Margin** | **(154.9%)** | **(108.9%)** | **(132.2%)** | **(72.1%)** | **(58.2%)** | **(39.3%)** | **(38.5%)** | **(27.1%)** | **(40.2%)** | **(45.5%)** | **(24.3%)** | **(23.5%)** | **(16.9%)** | **(26.6%)** | **(11.4%)** |

### Y/Y Growth Rates

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue Growth** | | 54% | 52% | 85% | 34% | 37% | 34% | 24% | 32% | 6% | 13% | 12% | 18% | 13% | 15% |
| Operating Expenses | | 46% | 68% | 26% | 11% | 14% | 10% | -15% | 5% | -14% | -11% | -10% | 18% | -6% | -1% |
| **Operating Profit** | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Adjusted EBITDA (ex. SBC)** | | - | - | - | - | - | - | - | - | - | - | - | 18% | - | 272% |
| Pre-Tax Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non-GAAP EPS** | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

\* All figures are Non-GAAP unless otherwise noted.

August 15, 2024

**Spire Global, Inc.**
**Institutional Research**



August 15, 2024

# Spire Global Inc.
## (SPIR)
### Balance Sheet & Cash Flows

(data in thousands, except NOLs)

| | Fiscal 2019 | Fiscal 2020 | Fiscal 2021 | Fiscal 2022 | Mar 1Q23 | Jun 2Q23 | Sep 3Q23 | Dec 4Q23 | Fiscal 2023 | Mar 1Q24 | Jun 2Q24E | Sep 3Q24E | Dec 4Q24E | Fiscal 2024E | Fiscal 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | | | | | | | | | |
| **Cash & Equivalents** | | 15,571 | 109,256 | 47,196 | 46,952 | 43,144 | 29,936 | 29,144 | | 51,985 | | | | | |
| **A/R** | | 3,738 | 10,163 | 13,864 | 13,855 | 20,462 | 18,660 | 9,911 | | 12,346 | | | | | |
| Other | | 2,965 | 12,155 | 35,716 | 38,822 | 34,158 | 33,047 | 30,281 | | 29,449 | | | | | |
| CURRENT ASSETS | | 22,274 | 131,574 | 96,776 | 99,629 | 97,764 | 81,643 | 69,336 | | 93,780 | | | | | |
| PPE | | 20,458 | 48,704 | 53,752 | 58,147 | 62,964 | 69,610 | 71,209 | | 71,853 | | | | | |
| Goodwill & Intangible Assets | | 0 | 73,392 | 63,921 | 63,629 | 64,606 | 62,671 | 63,815 | | 62,045 | | | | | |
| Operating Lease ROU Assets | | | | | 12,549 | 13,614 | 14,317 | 14,921 | | 14,324 | | | | | |
| Other | | 1,690 | 36,524 | 30,376 | 29,548 | 29,415 | 27,768 | 27,544 | | 25,970 | | | | | |
| TOTAL ASSETS | | 44,422 | 290,194 | 256,512 | 263,502 | 268,363 | 256,009 | 246,825 | | 267,972 | | | | | |
| | | | | | | | | | | | | | | | |
| A/P & Accrued Expenses | | 5,178 | 16,351 | 17,512 | 18,974 | 18,593 | 19,996 | 18,381 | | 19,325 | | | | | |
| **Contract Liabilities** | | 8,110 | 8,627 | 15,856 | 17,444 | 21,854 | 22,763 | 23,165 | | 22,617 | | | | | |
| Other | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | | | | | |
| CURRENT LIABILITIES | | 13,288 | 24,978 | 33,368 | 36,418 | 40,447 | 42,759 | 41,546 | | 41,942 | | | | | |
| Note Payable | | 26,645 | 51,124 | 98,475 | 119,035 | 119,790 | 117,635 | 114,113 | | 115,016 | | | | | |
| Operating Lease Liabilities | | 0 | 0 | 10,815 | 11,523 | 12,509 | 13,049 | 13,079 | | 12,488 | | | | | |
| Other | | 53,225 | 25,228 | 3,731 | 2,689 | 2,084 | 5,080 | 7,549 | | 13,216 | | | | | |
| TOTAL LIABILITIES | | 93,158 | 101,330 | 146,389 | 169,665 | 174,830 | 178,523 | 176,287 | | 182,662 | | | | | |
| Owners Equity | | -48,736 | 188,864 | 110,123 | 93,837 | 93,533 | 77,486 | 70,538 | | 85,310 | | | | | |
| TOTAL LIAB. & EQUITY | | 44,422 | 290,194 | 256,512 | 263,502 | 268,363 | 256,009 | 246,825 | | 267,972 | | | | | |
| | | | | | | | | | | | | | | | |
| **Cash Flows** | | | | | | | | | | | | | | | |
| **Cash From Operations** | | (14,773) | (57,986) | (47,820) | (11,290) | (11,301) | (5,142) | 4,111 | | (7,345) | | | | | |
| less: Cap-Ex. | | (10,314) | (15,421) | (18,915) | (4,649) | (8,028) | (11,017) | (6,343) | | (8,564) | | | | | |
| **Free Cash Flow** | | (25,087) | (73,407) | (66,735) | (15,939) | (19,329) | (16,159) | (2,232) | | (15,909) | | | | | |
| FCF Margin | | -88.1% | -169.2% | -83.1% | -66.0% | -73.0% | -59.2% | -8.1% | | -61.9% | | | | | |
| | | | | | | | | | | | | | | | |
| **Cash From Investing** | | (10,415) | (119,479) | (41,828) | (6,957) | (3,165) | (9,824) | 2,293 | | (8,684) | | | | | |
| **Cash From Financing** | | 16,624 | 270,534 | 26,373 | 19,886 | 8,288 | 0 | (4,267) | | 38,148 | | | | | |
| | | | | | | | | | | | | | | | |
| DSOs | | | | | 52 | 70 | 62 | 33 | | 44 | | | | | |

August 15, 2024

August 15, 2024

---

# REQUIRED DISCLOSURES



Source: FactSet

**Ratings definitions:**

**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price. **Hold** rated stocks generally have twelve month price targets near the current price. **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**

**Improving** means growth rates of key business metrics are generally accelerating. **Stable** means growth rates of key business metrics are generally steady. **Mixed** means growth rates of some key business metrics are positive but others are negative. **Declining** means growth rates of key business metrics are generally decelerating.

### Ratings Distribution (6/30/2024)

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 80% | 12% |
| Hold | 20% | 8% |
| Sell | 0% | NA |
| Total | 100% | 12% |

## Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.

CHLM makes a market in this security.

CHLM has performed investment banking services for the subject company in the last 12 months. CHLM has received investment banking revenue from the subject company in the last 12 months. CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business. Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein. The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Jeff Van Rhee, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.

---