# Exhibit 33

EXHIBIT 33

**Spire Stock Price from January 1, 2022 to January 17, 2025**[1]



\* Red lines denote the beginning and end of Class Period.[2]

\*\* Black dotted line denotes the date Spire's stock price recovered from its August 14, 2024 closing price.[3]

---

[1] Chart created on https://www.wsj.com/market-data/quotes/SPIR/advanced-chart, on January 21, 2025.

[2] *See* Am. Compl. (ECF No. 57) ¶ 1.

[3] *See* Memorandum in Support of Motion to Dismiss at 10.

***Wall Street Journal* Daily Stock Price From May 11, 2022 to January 17, 2025**[4]

| Date | Open | Close |
|---|---|---|
| 5/11/2022 | 10.96 | 10.56 |
| 5/12/2022 | 10.56 | 10.64 |
| 5/13/2022 | 10.72 | 11.44 |
| 5/16/2022 | 11.4 | 10.56 |
| 5/17/2022 | 10.72 | 11.28 |
| 5/18/2022 | 10.72 | 11.44 |
| 5/19/2022 | 11.04 | 11.92 |
| 5/20/2022 | 11.92 | 11.6 |
| 5/23/2022 | 11.44 | 11.36 |
| 5/24/2022 | 11.36 | 10.16 |
| 5/25/2022 | 10.32 | 12.24 |
| 5/26/2022 | 12 | 12 |
| 5/27/2022 | 12.24 | 12.08 |
| 5/31/2022 | 12.24 | 12.24 |
| 6/1/2022 | 12.48 | 12.8 |
| 6/2/2022 | 12.48 | 13.92 |
| 6/3/2022 | 13.84 | 13.76 |
| 6/6/2022 | 14.4 | 15.2 |
| 6/7/2022 | 14.64 | 13.6 |
| 6/8/2022 | 14.32 | 13.6 |
| 6/9/2022 | 13.44 | 12.64 |
| 6/10/2022 | 12.32 | 12 |
| 6/13/2022 | 11.44 | 10.72 |
| 6/14/2022 | 10.96 | 11.36 |
| 6/15/2022 | 11.6 | 12.48 |
| 6/16/2022 | 11.84 | 11.52 |
| 6/17/2022 | 11.36 | 11.76 |
| 6/21/2022 | 12.24 | 11.36 |
| 6/22/2022 | 11.2 | 11.36 |
| 6/23/2022 | 11.6 | 11.6 |
| 6/24/2022 | 11.68 | 11.2 |
| 6/27/2022 | 11.2 | 10.24 |
| 6/28/2022 | 10.4 | 10.08 |
| 6/29/2022 | 9.92 | 9.36 |
| 6/30/2022 | 9.52 | 9.28 |
| 7/1/2022 | 9.36 | 9.92 |
| 7/5/2022 | 9.84 | 10.32 |

[4] Chart created on https://www.wsj.com/market-data/quotes/SPIR/historical-prices, on January 17, 2025.

| | | |
|---|---|---|
| 7/6/2022 | 10.16 | 10.08 |
| 7/7/2022 | 10.08 | 10.4 |
| 7/8/2022 | 10.32 | 10.16 |
| 7/11/2022 | 9.92 | 9.68 |
| 7/12/2022 | 9.6 | 9.84 |
| 7/13/2022 | 9.68 | 9.76 |
| 7/14/2022 | 9.68 | 9.52 |
| 7/15/2022 | 9.84 | 9.36 |
| 7/18/2022 | 9.68 | 9.44 |
| 7/19/2022 | 9.76 | 10.08 |
| 7/20/2022 | 10.08 | 10.96 |
| 7/21/2022 | 11.2 | 10.8 |
| 7/22/2022 | 10.72 | 10.24 |
| 7/25/2022 | 10.08 | 10.56 |
| 7/26/2022 | 10.4 | 9.92 |
| 7/27/2022 | 10.08 | 11.6 |
| 7/28/2022 | 11.6 | 12 |
| 7/29/2022 | 12.08 | 12 |
| 8/1/2022 | 12 | 12.56 |
| 8/2/2022 | 12.64 | 12.8 |
| 8/3/2022 | 12.8 | 11.92 |
| 8/4/2022 | 12.16 | 12.08 |
| 8/5/2022 | 12 | 12.48 |
| 8/8/2022 | 12.48 | 12.24 |
| 8/9/2022 | 12.16 | 11.52 |
| 8/10/2022 | 12.08 | 12.24 |
| 8/11/2022 | 12.64 | 12.16 |
| 8/12/2022 | 12.4 | 13.52 |
| 8/15/2022 | 13.28 | 13.04 |
| 8/16/2022 | 13.04 | 12.72 |
| 8/17/2022 | 12.64 | 11.84 |
| 8/18/2022 | 11.84 | 12.24 |
| 8/19/2022 | 11.92 | 11.04 |
| 8/22/2022 | 10.88 | 11.04 |
| 8/23/2022 | 11.12 | 10.56 |
| 8/24/2022 | 10.56 | 10.64 |
| 8/25/2022 | 10.88 | 12.4 |
| 8/26/2022 | 12.4 | 11.76 |
| 8/29/2022 | 11.36 | 11.12 |
| 8/30/2022 | 11.52 | 10.88 |
| 8/31/2022 | 10.96 | 10.8 |

| Date | | |
|---|---|---|
| 9/1/2022 | 10.72 | 10.64 |
| 9/2/2022 | 11.04 | 10.48 |
| 9/6/2022 | 10.48 | 11.84 |
| 9/7/2022 | 11.6 | 12 |
| 9/8/2022 | 11.44 | 11.84 |
| 9/9/2022 | 11.84 | 12.16 |
| 9/12/2022 | 12.48 | 12.16 |
| 9/13/2022 | 11.76 | 10.96 |
| 9/14/2022 | 10.88 | 10.72 |
| 9/15/2022 | 10.96 | 9.36 |
| 9/16/2022 | 9.52 | 10.08 |
| 9/19/2022 | 9.92 | 9.68 |
| 9/20/2022 | 9.6 | 9.52 |
| 9/21/2022 | 9.44 | 9.12 |
| 9/22/2022 | 9.2 | 9.04 |
| 9/23/2022 | 8.88 | 8.56 |
| 9/26/2022 | 8.64 | 9.2 |
| 9/27/2022 | 9.36 | 9.36 |
| 9/28/2022 | 9.52 | 9.12 |
| 9/29/2022 | 9.12 | 9.12 |
| 9/30/2022 | 9.04 | 8.64 |
| 10/3/2022 | 8.88 | 8.8 |
| 10/4/2022 | 9.12 | 9.12 |
| 10/5/2022 | 9.28 | 8.96 |
| 10/6/2022 | 8.96 | 8.88 |
| 10/7/2022 | 8.72 | 8.56 |
| 10/10/2022 | 8.4 | 8.48 |
| 10/11/2022 | 8.48 | 8.16 |
| 10/12/2022 | 8.08 | 8.24 |
| 10/13/2022 | 8 | 8.64 |
| 10/14/2022 | 8.8 | 8.64 |
| 10/17/2022 | 9.12 | 9.52 |
| 10/18/2022 | 9.68 | 8.96 |
| 10/19/2022 | 8.96 | 8.8 |
| 10/20/2022 | 8.8 | 9.44 |
| 10/21/2022 | 9.6 | 9.84 |
| 10/24/2022 | 9.68 | 9.68 |
| 10/25/2022 | 9.84 | 10.32 |
| 10/26/2022 | 10.08 | 9.84 |
| 10/27/2022 | 9.84 | 10.48 |
| 10/28/2022 | 10.4 | 11.44 |

| | | |
|---|---|---|
| 10/31/2022 | 11.36 | 11.52 |
| 11/1/2022 | 11.76 | 11.92 |
| 11/2/2022 | 11.68 | 10.72 |
| 11/3/2022 | 10.64 | 10.8 |
| 11/4/2022 | 11.12 | 10.96 |
| 11/7/2022 | 11.28 | 10.16 |
| 11/8/2022 | 10.08 | 10.4 |
| 11/9/2022 | 10.48 | 9.92 |
| 11/10/2022 | 10.64 | 11.76 |
| 11/11/2022 | 11.6 | 11.92 |
| 11/14/2022 | 11.84 | 11.12 |
| 11/15/2022 | 11.44 | 11.52 |
| 11/16/2022 | 11.44 | 11.6 |
| 11/17/2022 | 10.72 | 10.88 |
| 11/18/2022 | 10.88 | 10.64 |
| 11/21/2022 | 10.32 | 10.4 |
| 11/22/2022 | 10.4 | 10.48 |
| 11/23/2022 | 10.24 | 11.12 |
| 11/25/2022 | 10.88 | 10.96 |
| 11/28/2022 | 10.56 | 10.08 |
| 11/29/2022 | 10.08 | 10.16 |
| 11/30/2022 | 10.4 | 10.08 |
| 12/1/2022 | 10 | 10.64 |
| 12/2/2022 | 10.32 | 10.96 |
| 12/5/2022 | 10.88 | 10.56 |
| 12/6/2022 | 10.56 | 9.92 |
| 12/7/2022 | 9.6 | 9.52 |
| 12/8/2022 | 9.44 | 9.84 |
| 12/9/2022 | 9.84 | 9.68 |
| 12/12/2022 | 9.44 | 9.6 |
| 12/13/2022 | 10.16 | 10 |
| 12/14/2022 | 10.32 | 10.16 |
| 12/15/2022 | 10 | 9.6 |
| 12/16/2022 | 9.84 | 8.88 |
| 12/19/2022 | 9.28 | 8.64 |
| 12/20/2022 | 8.56 | 8.8 |
| 12/21/2022 | 8.8 | 8.64 |
| 12/22/2022 | 8.48 | 8.24 |
| 12/23/2022 | 8.32 | 8.08 |
| 12/27/2022 | 8.16 | 7.6872 |
| 12/28/2022 | 7.84 | 7.3016 |

| | | |
|---|---|---|
| 12/29/2022 | 7.3656 | 7.3584 |
| 12/30/2022 | 7.28 | 7.68 |
| 1/3/2023 | 8.16 | 7.9984 |
| 1/4/2023 | 8.24 | 8.24 |
| 1/5/2023 | 8.16 | 7.5328 |
| 1/6/2023 | 7.8392 | 7.88 |
| 1/9/2023 | 7.9992 | 8.24 |
| 1/10/2023 | 8.16 | 8.88 |
| 1/11/2023 | 9.2 | 9.12 |
| 1/12/2023 | 9.12 | 9.76 |
| 1/13/2023 | 10 | 10.08 |
| 1/17/2023 | 10.24 | 10.64 |
| 1/18/2023 | 10.72 | 10.08 |
| 1/19/2023 | 9.76 | 9.52 |
| 1/20/2023 | 9.68 | 9.6 |
| 1/23/2023 | 9.6 | 9.76 |
| 1/24/2023 | 9.52 | 8.96 |
| 1/25/2023 | 9.12 | 9.2 |
| 1/26/2023 | 9.44 | 9.2 |
| 1/27/2023 | 9.12 | 9.12 |
| 1/30/2023 | 9.04 | 8.8 |
| 1/31/2023 | 8.8 | 9.52 |
| 2/1/2023 | 9.44 | 9.6 |
| 2/2/2023 | 10 | 9.76 |
| 2/3/2023 | 9.68 | 9.84 |
| 2/6/2023 | 9.76 | 9.2 |
| 2/7/2023 | 9.2 | 8.8 |
| 2/8/2023 | 8.72 | 8.32 |
| 2/9/2023 | 8.48 | 8.24 |
| 2/10/2023 | 8.08 | 8.4 |
| 2/13/2023 | 8.4 | 8.24 |
| 2/14/2023 | 8.16 | 8.4 |
| 2/15/2023 | 8.4 | 8.72 |
| 2/16/2023 | 8.4 | 8.64 |
| 2/17/2023 | 9.04 | 8.48 |
| 2/21/2023 | 8.32 | 8.08 |
| 2/22/2023 | 8.24 | 8.08 |
| 2/23/2023 | 8.24 | 8.24 |
| 2/24/2023 | 8.16 | 8.16 |
| 2/27/2023 | 8.32 | 8.08 |
| 2/28/2023 | 8.08 | 8.24 |

| | | |
|---|---|---|
| 3/1/2023 | 8.24 | 8.4 |
| 3/2/2023 | 8.4 | 8.56 |
| 3/3/2023 | 8.64 | 8.8 |
| 3/6/2023 | 8.96 | 8.08 |
| 3/7/2023 | 8.08 | 7.8408 |
| 3/8/2023 | 7.92 | 7.4816 |
| 3/9/2023 | 7.6408 | 6.64 |
| 3/10/2023 | 7.04 | 6.64 |
| 3/13/2023 | 6.7544 | 6.3192 |
| 3/14/2023 | 6.64 | 6.5104 |
| 3/15/2023 | 6.4 | 6.4072 |
| 3/16/2023 | 6.32 | 6.5376 |
| 3/17/2023 | 6.5464 | 6.416 |
| 3/20/2023 | 6.7368 | 5.8688 |
| 3/21/2023 | 6 | 6.0872 |
| 3/22/2023 | 6.24 | 5.68 |
| 3/23/2023 | 5.8 | 5.512 |
| 3/24/2023 | 5.52 | 5.52 |
| 3/27/2023 | 6 | 5.48 |
| 3/28/2023 | 5.44 | 5.1808 |
| 3/29/2023 | 5.4616 | 5.128 |
| 3/30/2023 | 4.976 | 5.12 |
| 3/31/2023 | 5.12 | 5.344 |
| 4/3/2023 | 5.6 | 5.12 |
| 4/4/2023 | 5.28 | 4.8208 |
| 4/5/2023 | 4.8008 | 5.14 |
| 4/6/2023 | 5.132 | 5.4352 |
| 4/10/2023 | 5.44 | 5.0232 |
| 4/11/2023 | 5.0144 | 5.032 |
| 4/12/2023 | 5.04 | 4.7296 |
| 4/13/2023 | 4.8568 | 4.8376 |
| 4/14/2023 | 4.808 | 4.864 |
| 4/17/2023 | 4.9848 | 5.3568 |
| 4/18/2023 | 5.4672 | 5.7856 |
| 4/19/2023 | 5.7856 | 5.6488 |
| 4/20/2023 | 5.6 | 5.7016 |
| 4/21/2023 | 5.6216 | 5.632 |
| 4/24/2023 | 5.76 | 5.6016 |
| 4/25/2023 | 5.5128 | 5.5256 |
| 4/26/2023 | 5.52 | 5.448 |
| 4/27/2023 | 5.5752 | 5.3232 |

| | | |
|---|---|---|
| 4/28/2023 | 5.3328 | 5.6 |
| 5/1/2023 | 5.44 | 5.3096 |
| 5/2/2023 | 5.36 | 5.2688 |
| 5/3/2023 | 5.6 | 5.1992 |
| 5/4/2023 | 5.176 | 4.8536 |
| 5/5/2023 | 5.1088 | 4.9712 |
| 5/8/2023 | 4.9736 | 5.4072 |
| 5/9/2023 | 5.5632 | 5.1592 |
| 5/10/2023 | 5.1592 | 5.7192 |
| 5/11/2023 | 5.68 | 5.7176 |
| 5/12/2023 | 5.6 | 5.7504 |
| 5/15/2023 | 5.88 | 5.7608 |
| 5/16/2023 | 5.8104 | 5.5992 |
| 5/17/2023 | 5.68 | 5.6248 |
| 5/18/2023 | 5.44 | 5.9784 |
| 5/19/2023 | 6.008 | 6.0184 |
| 5/22/2023 | 5.9936 | 5.724 |
| 5/23/2023 | 6.1968 | 5.8424 |
| 5/24/2023 | 5.768 | 5.7088 |
| 5/25/2023 | 5.92 | 5.8352 |
| 5/26/2023 | 6.16 | 5.848 |
| 5/30/2023 | 5.964 | 5.9656 |
| 5/31/2023 | 5.84 | 5.9288 |
| 6/1/2023 | 5.6968 | 5.5528 |
| 6/2/2023 | 5.6 | 5.6752 |
| 6/5/2023 | 5.6744 | 5.7056 |
| 6/6/2023 | 5.7544 | 5.9632 |
| 6/7/2023 | 6.0952 | 5.7336 |
| 6/8/2023 | 5.7208 | 5.7264 |
| 6/9/2023 | 5.68 | 5.7872 |
| 6/12/2023 | 5.68 | 5.36 |
| 6/13/2023 | 5.6008 | 5.5152 |
| 6/14/2023 | 5.628 | 5.368 |
| 6/15/2023 | 5.28 | 5.308 |
| 6/16/2023 | 5.44 | 5.5048 |
| 6/20/2023 | 5.5184 | 5.2312 |
| 6/21/2023 | 5.28 | 5.4768 |
| 6/22/2023 | 5.268 | 5.7016 |
| 6/23/2023 | 5.84 | 3.6904 |
| 6/26/2023 | 4.06 | 3.3384 |
| 6/27/2023 | 3.44 | 3.592 |

| | | |
|---|---|---|
| 6/28/2023 | 3.78 | 3.6 |
| 6/29/2023 | 3.84 | 4.3984 |
| 6/30/2023 | 4.792 | 4.12 |
| 7/3/2023 | 4.32 | 4.4312 |
| 7/5/2023 | 4.6272 | 4.24 |
| 7/6/2023 | 4.284 | 4.2272 |
| 7/7/2023 | 4.32 | 4.408 |
| 7/10/2023 | 4.4 | 4.7648 |
| 7/11/2023 | 4.8 | 4.9112 |
| 7/12/2023 | 4.96 | 5.5256 |
| 7/13/2023 | 5.76 | 5.7792 |
| 7/14/2023 | 5.84 | 5.2456 |
| 7/17/2023 | 5.304 | 5.6 |
| 7/18/2023 | 5.84 | 5.644 |
| 7/19/2023 | 5.6528 | 5.704 |
| 7/20/2023 | 5.56 | 5.6 |
| 7/21/2023 | 5.68 | 5.192 |
| 7/24/2023 | 5.28 | 5.032 |
| 7/25/2023 | 5.52 | 5.408 |
| 7/26/2023 | 5.224 | 5.264 |
| 7/27/2023 | 5.36 | 5.0248 |
| 7/28/2023 | 5.12 | 5.3344 |
| 7/31/2023 | 5.52 | 5.6984 |
| 8/1/2023 | 5.6608 | 5.52 |
| 8/2/2023 | 5.28 | 5.248 |
| 8/3/2023 | 5.424 | 5.4408 |
| 8/4/2023 | 5.2592 | 5.44 |
| 8/7/2023 | 5.912 | 5.4568 |
| 8/8/2023 | 5.44 | 5.6456 |
| 8/9/2023 | 5.672 | 5.3416 |
| 8/10/2023 | 5.5032 | 4.808 |
| 8/11/2023 | 4.7992 | 5.12 |
| 8/14/2023 | 5.12 | 5.44 |
| 8/15/2023 | 5.2496 | 5.3232 |
| 8/16/2023 | 5.36 | 5.2664 |
| 8/17/2023 | 5.2 | 5.28 |
| 8/18/2023 | 5.28 | 5.0688 |
| 8/21/2023 | 5.2 | 5.16 |
| 8/22/2023 | 4.96 | 4.76 |
| 8/23/2023 | 5 | 4.9248 |
| 8/24/2023 | 4.808 | 4.72 |

| | | |
|---|---|---|
| 8/25/2023 | 4.8368 | 4.7528 |
| 8/28/2023 | 4.8 | 4.772 |
| 8/29/2023 | 4.856 | 4.56 |
| 8/30/2023 | 4.48 | 4.52 |
| 8/31/2023 | 4.45 | 5.26 |
| 9/1/2023 | 5.39 | 5.48 |
| 9/5/2023 | 5.32 | 5.54 |
| 9/6/2023 | 5.44 | 5.52 |
| 9/7/2023 | 5.45 | 5.47 |
| 9/8/2023 | 5.44 | 5.4 |
| 9/11/2023 | 5.39 | 5.55 |
| 9/12/2023 | 5.54 | 5.74 |
| 9/13/2023 | 5.74 | 5.76 |
| 9/14/2023 | 5.79 | 5.66 |
| 9/15/2023 | 5.62 | 5.53 |
| 9/18/2023 | 5.54 | 5.32 |
| 9/19/2023 | 5.3 | 5.26 |
| 9/20/2023 | 5.42 | 5.12 |
| 9/21/2023 | 5.06 | 5.14 |
| 9/22/2023 | 5.12 | 5.01 |
| 9/25/2023 | 4.97 | 4.98 |
| 9/26/2023 | 4.93 | 4.95 |
| 9/27/2023 | 5.03 | 5.06 |
| 9/28/2023 | 5.07 | 4.91 |
| 9/29/2023 | 4.98 | 4.89 |
| 10/2/2023 | 4.86 | 4.69 |
| 10/3/2023 | 4.65 | 4.23 |
| 10/4/2023 | 4.23 | 4.41 |
| 10/5/2023 | 4.81 | 4.28 |
| 10/6/2023 | 4.24 | 4.12 |
| 10/9/2023 | 4.1 | 4.07 |
| 10/10/2023 | 4.09 | 4.14 |
| 10/11/2023 | 4.18 | 4.09 |
| 10/12/2023 | 4.17 | 3.87 |
| 10/13/2023 | 3.9 | 3.75 |
| 10/16/2023 | 3.81 | 3.76 |
| 10/17/2023 | 3.7 | 3.71 |
| 10/18/2023 | 3.67 | 3.72 |
| 10/19/2023 | 3.69 | 3.72 |
| 10/20/2023 | 3.75 | 3.59 |
| 10/23/2023 | 3.59 | 3.43 |

| | | |
|---|---|---|
| 10/24/2023 | 3.5 | 3.72 |
| 10/25/2023 | 3.65 | 3.53 |
| 10/26/2023 | 3.54 | 3.4 |
| 10/27/2023 | 3.41 | 3.42 |
| 10/30/2023 | 3.46 | 3.48 |
| 10/31/2023 | 3.46 | 3.63 |
| 11/1/2023 | 3.59 | 3.59 |
| 11/2/2023 | 3.66 | 3.82 |
| 11/3/2023 | 3.91 | 4.14 |
| 11/6/2023 | 4.19 | 4.06 |
| 11/7/2023 | 4.09 | 4.09 |
| 11/8/2023 | 4.09 | 4.68 |
| 11/9/2023 | 4.71 | 4.67 |
| 11/10/2023 | 4.65 | 4.6 |
| 11/13/2023 | 4.57 | 4.69 |
| 11/14/2023 | 4.86 | 4.88 |
| 11/15/2023 | 4.99 | 4.94 |
| 11/16/2023 | 4.96 | 4.88 |
| 11/17/2023 | 5.04 | 5.04 |
| 11/20/2023 | 5.11 | 5.02 |
| 11/21/2023 | 4.9 | 4.64 |
| 11/22/2023 | 4.66 | 4.98 |
| 11/24/2023 | 4.98 | 5.05 |
| 11/27/2023 | 5.01 | 4.98 |
| 11/28/2023 | 4.91 | 4.96 |
| 11/29/2023 | 5 | 5.11 |
| 11/30/2023 | 5.1 | 5.08 |
| 12/1/2023 | 5.02 | 5.45 |
| 12/4/2023 | 5.35 | 5.72 |
| 12/5/2023 | 5.77 | 5.46 |
| 12/6/2023 | 5.52 | 5.81 |
| 12/7/2023 | 5.85 | 6.15 |
| 12/8/2023 | 6.18 | 7.09 |
| 12/11/2023 | 7.08 | 6.8 |
| 12/12/2023 | 6.73 | 7.16 |
| 12/13/2023 | 7.14 | 7.57 |
| 12/14/2023 | 7.68 | 7.34 |
| 12/15/2023 | 7.5 | 7.17 |
| 12/18/2023 | 7.23 | 7.15 |
| 12/19/2023 | 7.25 | 7.38 |
| 12/20/2023 | 7.38 | 7.06 |

| | | |
|---|---|---|
| 12/21/2023 | 7.19 | 7.11 |
| 12/22/2023 | 7.19 | 7.26 |
| 12/26/2023 | 7.19 | 7.91 |
| 12/27/2023 | 7.81 | 8.02 |
| 12/28/2023 | 8.06 | 8.02 |
| 12/29/2023 | 8.06 | 7.82 |
| 1/2/2024 | 7.77 | 7.74 |
| 1/3/2024 | 7.59 | 7.47 |
| 1/4/2024 | 7.46 | 7.53 |
| 1/5/2024 | 7.63 | 7.15 |
| 1/8/2024 | 7.31 | 7.18 |
| 1/9/2024 | 7.05 | 7.02 |
| 1/10/2024 | 7.01 | 7.06 |
| 1/11/2024 | 7.01 | 6.81 |
| 1/12/2024 | 6.85 | 6.89 |
| 1/16/2024 | 6.82 | 6.65 |
| 1/17/2024 | 6.52 | 6.58 |
| 1/18/2024 | 6.76 | 6.66 |
| 1/19/2024 | 6.68 | 6.98 |
| 1/22/2024 | 7.14 | 6.97 |
| 1/23/2024 | 6.95 | 7.39 |
| 1/24/2024 | 7.48 | 6.96 |
| 1/25/2024 | 7 | 6.98 |
| 1/26/2024 | 7.1 | 7.06 |
| 1/29/2024 | 7.04 | 7.55 |
| 1/30/2024 | 7.49 | 7.17 |
| 1/31/2024 | 7.13 | 7.11 |
| 2/1/2024 | 7.16 | 7.26 |
| 2/2/2024 | 7.15 | 7.02 |
| 2/5/2024 | 6.97 | 7.25 |
| 2/6/2024 | 7.27 | 7.35 |
| 2/7/2024 | 7.35 | 7.4 |
| 2/8/2024 | 7.48 | 8.15 |
| 2/9/2024 | 8.5 | 10.44 |
| 2/12/2024 | 10.55 | 11.29 |
| 2/13/2024 | 10.66 | 10.87 |
| 2/14/2024 | 11.03 | 11.3 |
| 2/15/2024 | 11.34 | 11.9 |
| 2/16/2024 | 11.72 | 11.74 |
| 2/20/2024 | 11.7 | 12.28 |
| 2/21/2024 | 12.06 | 11.42 |

| | | |
|---|---|---|
| 2/22/2024 | 11.5 | 10.81 |
| 2/23/2024 | 10.8 | 10.85 |
| 2/26/2024 | 10.79 | 11.31 |
| 2/27/2024 | 11.5 | 12.06 |
| 2/28/2024 | 11.83 | 11.31 |
| 2/29/2024 | 11.48 | 12.4 |
| 3/1/2024 | 12.26 | 12.48 |
| 3/4/2024 | 12.62 | 12.01 |
| 3/5/2024 | 11.74 | 11.97 |
| 3/6/2024 | 12.21 | 12.5 |
| 3/7/2024 | 12.5 | 13.62 |
| 3/8/2024 | 13.66 | 12.68 |
| 3/11/2024 | 12.65 | 11.95 |
| 3/12/2024 | 11.84 | 11.84 |
| 3/13/2024 | 11.8 | 12.17 |
| 3/14/2024 | 12.2 | 11.82 |
| 3/15/2024 | 11.67 | 11.95 |
| 3/18/2024 | 12.06 | 12.28 |
| 3/19/2024 | 14.285 | 16.01 |
| 3/20/2024 | 15.99 | 17.47 |
| 3/21/2024 | 15.19 | 11.39 |
| 3/22/2024 | 11.69 | 12.03 |
| 3/25/2024 | 11.85 | 12.43 |
| 3/26/2024 | 12.5 | 11.64 |
| 3/27/2024 | 11.86 | 12.05 |
| 3/28/2024 | 12.04 | 12 |
| 4/1/2024 | 12.21 | 11.6 |
| 4/2/2024 | 11.37 | 11.97 |
| 4/3/2024 | 11.86 | 11.64 |
| 4/4/2024 | 11.83 | 11.81 |
| 4/5/2024 | 11.77 | 11.94 |
| 4/8/2024 | 12.07 | 12.59 |
| 4/9/2024 | 12.57 | 12.17 |
| 4/10/2024 | 11.71 | 11.39 |
| 4/11/2024 | 11.49 | 11.65 |
| 4/12/2024 | 11.55 | 10.91 |
| 4/15/2024 | 10.97 | 10.17 |
| 4/16/2024 | 10.17 | 10.58 |
| 4/17/2024 | 10.71 | 10.13 |
| 4/18/2024 | 10.39 | 9.83 |
| 4/19/2024 | 9.64 | 9.98 |

| | | |
|---|---|---|
| 4/22/2024 | 10.07 | 9.81 |
| 4/23/2024 | 9.85 | 10.29 |
| 4/24/2024 | 10.37 | 10.2 |
| 4/25/2024 | 9.97 | 9.74 |
| 4/26/2024 | 9.78 | 9.9 |
| 4/29/2024 | 9.99 | 10.38 |
| 4/30/2024 | 10.25 | 10.44 |
| 5/1/2024 | 10.34 | 10.2 |
| 5/2/2024 | 10.44 | 10.24 |
| 5/3/2024 | 10.53 | 10.72 |
| 5/6/2024 | 10.95 | 11.14 |
| 5/7/2024 | 11.19 | 10.88 |
| 5/8/2024 | 10.68 | 10.79 |
| 5/9/2024 | 10.81 | 11.31 |
| 5/10/2024 | 11.8 | 11.8 |
| 5/13/2024 | 11.97 | 11.54 |
| 5/14/2024 | 11.82 | 12.17 |
| 5/15/2024 | 12.28 | 11.34 |
| 5/16/2024 | 8.5 | 9.91 |
| 5/17/2024 | 9.51 | 9.88 |
| 5/20/2024 | 9.94 | 9.29 |
| 5/21/2024 | 9.13 | 8.97 |
| 5/22/2024 | 8.96 | 8.45 |
| 5/23/2024 | 8.44 | 8.15 |
| 5/24/2024 | 8.24 | 9 |
| 5/28/2024 | 9.07 | 9.19 |
| 5/29/2024 | 9.06 | 9.53 |
| 5/30/2024 | 9.53 | 9.36 |
| 5/31/2024 | 9.45 | 9.15 |
| 6/3/2024 | 9.35 | 9.23 |
| 6/4/2024 | 9.16 | 9.33 |
| 6/5/2024 | 9.82 | 10.17 |
| 6/6/2024 | 10.11 | 9.62 |
| 6/7/2024 | 9.5 | 9.21 |
| 6/10/2024 | 9.13 | 9.72 |
| 6/11/2024 | 9.63 | 9.33 |
| 6/12/2024 | 9.7 | 9.44 |
| 6/13/2024 | 9.44 | 10.47 |
| 6/14/2024 | 10.21 | 10.52 |
| 6/17/2024 | 10.59 | 10.46 |
| 6/18/2024 | 10.43 | 10.41 |

| | | |
|---|---|---|
| 6/20/2024 | 10.39 | 9.91 |
| 6/21/2024 | 10.245 | 9.88 |
| 6/24/2024 | 9.79 | 9.9 |
| 6/25/2024 | 9.9 | 9.82 |
| 6/26/2024 | 9.83 | 10.61 |
| 6/27/2024 | 10.56 | 10.8 |
| 6/28/2024 | 10.82 | 10.84 |
| 7/1/2024 | 10.84 | 10.32 |
| 7/2/2024 | 10.21 | 10.19 |
| 7/3/2024 | 10.19 | 10.52 |
| 7/5/2024 | 10.5 | 10.42 |
| 7/8/2024 | 10.5 | 10.72 |
| 7/9/2024 | 10.65 | 10.87 |
| 7/10/2024 | 10.96 | 10.79 |
| 7/11/2024 | 11.2 | 11.48 |
| 7/12/2024 | 11.61 | 12.14 |
| 7/15/2024 | 12.1 | 12.96 |
| 7/16/2024 | 12.98 | 14.12 |
| 7/17/2024 | 14 | 14.25 |
| 7/18/2024 | 14.31 | 13.77 |
| 7/19/2024 | 13.74 | 14.01 |
| 7/22/2024 | 14.2 | 14.65 |
| 7/23/2024 | 14.68 | 14.25 |
| 7/24/2024 | 14.09 | 13.47 |
| 7/25/2024 | 13.46 | 13.85 |
| 7/26/2024 | 14.13 | 14.32 |
| 7/29/2024 | 14.34 | 13.86 |
| 7/30/2024 | 13.91 | 13.71 |
| 7/31/2024 | 13.96 | 13.94 |
| 8/1/2024 | 13.95 | 12.52 |
| 8/2/2024 | 11.93 | 12.03 |
| 8/5/2024 | 10.91 | 10.76 |
| 8/6/2024 | 10.88 | 11.05 |
| 8/7/2024 | 11.42 | 9.76 |
| 8/8/2024 | 10.12 | 10.71 |
| 8/9/2024 | 10.81 | 10.55 |
| 8/12/2024 | 10.48 | 10.24 |
| 8/13/2024 | 10.36 | 11.18 |
| 8/14/2024 | 11.21 | 10.16 |
| 8/15/2024 | 6.55 | 6.75 |
| 8/16/2024 | 6.92 | 7.07 |

| | | |
|---|---|---|
| 8/19/2024 | 7.33 | 7.63 |
| 8/20/2024 | 7.68 | 7.57 |
| 8/21/2024 | 7.75 | 7.25 |
| 8/22/2024 | 7.2 | 7.41 |
| 8/23/2024 | 7.45 | 8.07 |
| 8/26/2024 | 8.07 | 8.15 |
| 8/27/2024 | 8.06 | 8.19 |
| 8/28/2024 | 7.93 | 8.07 |
| 8/29/2024 | 8.2 | 8.48 |
| 8/30/2024 | 8.56 | 8.58 |
| 9/3/2024 | 8.49 | 8.3 |
| 9/4/2024 | 8.29 | 8.18 |
| 9/5/2024 | 8.22 | 8.24 |
| 9/6/2024 | 8.3 | 8.01 |
| 9/9/2024 | 8.1 | 7.87 |
| 9/10/2024 | 8.12 | 8.19 |
| 9/11/2024 | 8.16 | 8.91 |
| 9/12/2024 | 8.9 | 8.56 |
| 9/13/2024 | 8.69 | 9.3 |
| 9/16/2024 | 9.23 | 9.33 |
| 9/17/2024 | 9.49 | 10.34 |
| 9/18/2024 | 10.35 | 10.41 |
| 9/19/2024 | 10.81 | 10.92 |
| 9/20/2024 | 10.98 | 10.28 |
| 9/23/2024 | 10.25 | 10.19 |
| 9/24/2024 | 10.11 | 10.65 |
| 9/25/2024 | 10.75 | 10.06 |
| 9/26/2024 | 10.4 | 9.76 |
| 9/27/2024 | 9.84 | 9.8 |
| 9/30/2024 | 9.75 | 9.99 |
| 10/1/2024 | 9.94 | 9.99 |
| 10/2/2024 | 9.95 | 9.73 |
| 10/3/2024 | 9.68 | 9.95 |
| 10/4/2024 | 10.13 | 9.91 |
| 10/7/2024 | 9.87 | 9.44 |
| 10/8/2024 | 9.43 | 9.42 |
| 10/9/2024 | 9.39 | 9.26 |
| 10/10/2024 | 9.18 | 9.02 |
| 10/11/2024 | 9.02 | 9.45 |
| 10/14/2024 | 9.45 | 9.39 |
| 10/15/2024 | 9.39 | 9.7 |

| | | |
|---|---|---|
| 10/16/2024 | 9.85 | 9.77 |
| 10/17/2024 | 9.76 | 9.7 |
| 10/18/2024 | 9.75 | 9.4 |
| 10/21/2024 | 9.4 | 9.25 |
| 10/22/2024 | 9.18 | 9.17 |
| 10/23/2024 | 9.18 | 9 |
| 10/24/2024 | 9 | 9.02 |
| 10/25/2024 | 9.22 | 9.05 |
| 10/28/2024 | 9.19 | 9.6 |
| 10/29/2024 | 9.55 | 9.43 |
| 10/30/2024 | 9.38 | 9.63 |
| 10/31/2024 | 9.63 | 9.9 |
| 11/1/2024 | 10 | 10.7 |
| 11/4/2024 | 10.69 | 10.91 |
| 11/5/2024 | 10.7 | 10.8 |
| 11/6/2024 | 11.81 | 11.42 |
| 11/7/2024 | 11.28 | 10.5 |
| 11/8/2024 | 10.4 | 10.68 |
| 11/11/2024 | 10.82 | 11.5 |
| 11/12/2024 | 11.43 | 11.79 |
| 11/13/2024 | 13.79 | 13.45 |
| 11/14/2024 | 14.26 | 13.34 |
| 11/15/2024 | 13.47 | 13.48 |
| 11/18/2024 | 13.48 | 13.59 |
| 11/19/2024 | 13.43 | 14.59 |
| 11/20/2024 | 14.51 | 14.42 |
| 11/21/2024 | 14.69 | 15.59 |
| 11/22/2024 | 15.73 | 15.98 |
| 11/25/2024 | 15.74 | 16.62 |
| 11/26/2024 | 16.28 | 16.01 |
| 11/27/2024 | 16 | 16.17 |
| 11/29/2024 | 16.34 | 16.34 |
| 12/2/2024 | 16.05 | 15.57 |
| 12/3/2024 | 15.4 | 14.77 |
| 12/4/2024 | 14.65 | 14.98 |
| 12/5/2024 | 14.97 | 14.45 |
| 12/6/2024 | 14.61 | 14.76 |
| 12/9/2024 | 15.09 | 14.55 |
| 12/10/2024 | 14.52 | 14.16 |
| 12/11/2024 | 14.37 | 13.81 |
| 12/12/2024 | 13.61 | 13.69 |

| | | |
|---|---|---|
| 12/13/2024 | 13.41 | 13.51 |
| 12/16/2024 | 13.51 | 13.77 |
| 12/17/2024 | 13.7 | 13.54 |
| 12/18/2024 | 13.69 | 12.51 |
| 12/19/2024 | 12.63 | 12.53 |
| 12/20/2024 | 12.2 | 13.24 |
| 12/23/2024 | 13.24 | 13.51 |
| 12/24/2024 | 13.57 | 14.33 |
| 12/26/2024 | 14.2 | 14.94 |
| 12/27/2024 | 14.82 | 14.51 |
| 12/30/2024 | 14.32 | 14.32 |
| 12/31/2024 | 14.55 | 14.07 |
| 1/2/2025 | 14.15 | 14.49 |
| 1/3/2025 | 14.59 | 15.55 |
| 1/6/2025 | 15.74 | 15.19 |
| 1/7/2025 | 15.39 | 13.85 |
| 1/8/2025 | 13.81 | 13.56 |
| 1/10/2025 | 13.31 | 13.12 |
| 1/13/2025 | 12.96 | 13.05 |
| 1/14/2025 | 13.16 | 13.06 |
| 1/15/2025 | 13.69 | 13.82 |
| 1/16/2025 | 14.7 | 16.64 |
| 1/17/2025 | 17.12 | 17.98 |