# Exhibit 35



**Jeff Van Rhee, CFA**
Senior Research Analyst
612-334-6343
jvanrhee@craig-hallum.com

**Daniel Hibshman, CFA**
Research Analyst
612-334-6344
daniel.hibshman@craig-hallum.com
**www.craig-hallum.com**

| Changes | Previous | Current |
|---|---|---|
| Rating: | Hold | Buy |
| Fundamental Trend: | -- | Improving |
| Price Target: | $8 | $20 |
| FY23A Rev (MM): | -- | $105.7 |
| FY24E Rev (MM): | -- | $119.0 |
| FY25E Rev (MM): | -- | $136.5 |
| FY23A Adj. EBITDA: | -- | ($11.0) |
| FY24E Adj. EBITDA: | -- | $5.0 |
| FY25E Adj. EBITDA: | -- | $18.5 |

| Profile | |
|---|---|
| Price: | $13.45 |
| 52 Week Range: | $4.56 - $19.40 |
| Avg. Daily Vol. (MM): | 0.18 |
| Diluted Shares Out (MM): | 21.8 |
| Market Cap (MM): | $293 |
| Stated Book Val/Sh.: | $3.91 |
| Net Cash/Sh.: | ($2.34) |
| Insider Ownership: | 24 3% |
| Short Int. / Days to Cover | 3.7M / 20.8 |
| LT EPS Growth | 30% |
| Fiscal Year End | December |

| Rev (M) | 2023A | 2024E | 2025E |
|---|---|---|---|
| Mar | $24.2 | $25.7A | -- |
| Jun | 26.5 | 30.0 | -- |
| Sep | 27.3 | 30.5 | -- |
| Dec | 27.7 | 32.8 | -- |
| FY | $105.7 | $119.0 | $136.5 |
| *y/y* | *32%* | *13%* | *15%* |
| | | | |
| EV/Rev | 3.3x | 2.9x | 2.5x |

| Adjusted EBITDA | 2023A | 2024E | 2025E |
|---|---|---|---|
| Mar | ($6.7) | ($1.1)A | -- |
| Jun | (3.0) | 2.3 | -- |
| Sep | (3.4) | 1.3 | -- |
| Dec | 2.1 | 2.5 | -- |
| FY | ($11.0) | $5.0 | $18.5 |
| EV/EBITDA | N/A | 69.3x | 18.6x |

| Management | |
|---|---|
| CEO | Peter Platzer |
| CFO | Leo Basola |

# ALPHA SELECT LIST

## Spire Global, Inc.                    HOLD
(SPIR - $13.45)                    Price Target: $20

**Transformational Sale, Strong FCF Results And Bookings Have Us Upgrading To A BUY Rating And Raising Our Price Target To $20.**

*Spire Global, Inc. builds and operates the world's largest satellite fleet for global radio frequency monitoring of Maritime and Aviation signals (location, ID, heading, etc.), Geolocation/Jamming/Spoofing detection for Defense applications, and a unique set of GNSS Weather measurements including atmospheric moisture, temperature, composition, and wind.*

## OUR CALL

Spire closed the day at a $293M market cap and a ~$367M EV, despite just announcing a $241M deal selling off a business unit comprising only 35% of revenue, and a proportional portion of profitability. If the deal closed today, it is hard to avoid the conclusion that the remaining ~$88M of '25 revenue growing ~20%+, on track for ~$27M in '26 EBITDA, is worth far more than a $127M enterprise value (4.7x '26 EBITDA or 1.4x '25 revenue. These pro forma numbers bake in divestiture of the business, and do not reflect any restatement assumptions). Clearly the sale of the Maritime business is a tremendous positive, both due to the pricepoint as well as the pending elimination of the debt overhang and pivot of focus/investment toward the higher-growth segments. We were Hold rated due to the non-current financials / ongoing restatement, but given this sale, as well as the announcement of $40M ACV in Q3 Bookings, and announced cash balances giving a very encouraging sneak peek at results and the progress on FCF goals, we are upgrading to a Buy rating. Raising Price Target to $20. For clarity, we are not updating historical or forward estimates for either the pending restatement or the divestiture. We scope them roughly, to enable valuation understanding but full updates will come when there is greater clarity on restate and/or closure of the divestiture.

*Management of SPIR will be meeting with investors at the Craig-Hallum Alpha Select Conference on November 19, 2024.*

## OUR POINT OF VIEW

**Details Of The Deal.** Pre-market 11.13.24 Spire announced they had signed a deal to sell the Maritime business to commodity intelligence and fleet management platform Kpler. Spire's satellite-based ship-tracking capabilities ("AIS") will complement Kpler's terrestrial-based AIS ship-tracking capabilities. The maritime related software/analytics, customer contracts/relationships, and maritime employee base will all be passing over to Kpler. The sale is expected to close Q1'25 for $233.5M, plus $7.5M for transition services over a twelve-month period following the transaction. The maritime segment is $40M in TTM revenue and was noted to have a similar profitability profile to the rest of the business.

**The Carve-Out Should Be Natural To Execute.** It has long been known that Spire maintains totally separate GTM functions, and somewhat separate product functions, for the four product divisions of

---

Maritime, Space Services, Weather, and Aviation. This makes the carve-out much easier and we expect relatively undisruptive to sales. Maritime is a particularly independent division since it was based on the acquisition of ExactEarth for $129M in Q4'21. What's better, the AIS satellite capabilities used to service the maritime business were actually data purchased exclusively from L3Harris, not from the company's own LEMUR satellites, leaving the company's satellite fleet undisturbed in the carve-out (see more on this at the bottom of this page). Some small tweaks to G&A/overhead we see as the biggest operational adjustments to make.

**The Deal Is Highly Attractive, Maritime Was Slower-Growth, Improved Focus And Clean Balance Sheet Will Play Very Well.** Our view on Maritime as previously noted has been of the TAM as being limited in size with limited pricing power and a weaker value prop / competitive position than Spire's other key segments. The 5.8x revenue multiple Spire is fetching for this segment is incredibly compelling on an absolute basis, relative to our view of the segment, and relative to Spire themselves trading 2.9x EV/'24 Revenue. The divestiture pushes forward the company's strategic vision, as Maritime was not the future of the company either in terms of the growth rate or TAM.

While the company does not publish any segment breakouts, we had previously estimated that Maritime was 34% of revenue, which appears to have been extremely accurate. Not wanting to overstate the differences in growth between the segments, our FY'23 estimates were for 51% growth in Space Services, 37% in Weather/RFGL, 20% in Maritime, and 10% in Aviation. We suspect even this may overstate Maritime growth, but the punchline is that Maritime is one of the slower growing divisions and that the key growth drivers our thesis is built on are Space Services and Weather/RFGL (as you can see from Maritime not being meaningfully discussed until Page 22 of our initiation). Divesting Maritime to free up the balance sheet and better focus investment on those higher growth segments is an ideal move in our view.

For Kpler, what they are inheriting is a dominant position in satellite-based AIS data collection that strategically complements their terrestrial AIS, fleet management, and commodity intelligence platforms. With ExactEarth buying out the access to the L3Harris AIS payloads, and Spire buying out ExactEarth, the top 3 capabilities in the niche AIS data market were all consolidated under Spire. The only other player remaining is Orbcomm with a much smaller capability, and with another big step down two AIS satellites manufactured by AAC Clyde Space Systems.

For Spire, $115M in debt compared to $36.6M in cash was weighing on shares, and we see removal of this overhang as warranting an expansion in multiple. Removal of $16M in annual interest will also be meaningful to numbers.

**Explaining The Confusion Around What Satellites Spire Is Keeping: Spire Keeps All Their Core Satellites.** Most investors are unaware that Spire's primary AIS capability which was used to power Maritime was not in-house, and that thus to give up their AIS capabilities they are not giving up any of their core satellites. AIS data was primarily obtained through an exclusive license with L3Harris lasting through 2031 for ~$5M a year, who was producing real-time AIS data from 58 "AppStar" payloads hosted on the

IridiumNEXT constellation operated by Iridium. This is what is being given up. Spire will still have their separately developed in-house AIS payload operated on some of their satellites, although following the acquisition of the L3Harris capability in 2021, Spire had stopped putting AIS payloads on most of their satellites. The cluster of Spire satellites still equipped with AIS payloads Spire will be keeping, and will use to continue servicing a handful of maritime government contracts that Spire is not giving over to Kpler, as well as in fulfilling the $7.5M transition agreement.

**Easily Overlooked, One Of The Biggest Comments On The Acquisition Conference Call Was $40M In ACV In Q3'24 Bookings.** The company had previously mentioned $40M in Q3'24 bookings in a press release, but had not specified this was ACV as opposed to the TCV we had assumed it was. This was noted to be record quarterly bookings, and bodes very well for FY'25. We estimate the $40M of bookings was roughly comprised of:

- Four known contracts totaling $15.5M in ACV:
  - $14M 4-year space services deal with the Air Force to build a satellite cluster for tracking moving objects. This would appear to be yet another contract tapping Spire's expertise in radio-frequency geo-location (RFGL).
  - £3.5M 3-year space services deal from the UK Space Agency for OHMS-Sat, a hyperspectral microwave sounder (which Spire specializes in, having built these a number of previously).
  - $6.7M renewal from NASA under the CSDA, essentially flat from prior $6.5M contract. These are typically roughly annual contracts; this one was 8.12.24 through 6.7.25.
  - $3.8M renewal from NOAA under the CWDP, a downsell from $9.4M, additional color on this at the bottom of page 4.
- The ~August signing of Phase A with Thales for a 100-satellite constellation. We believe this is upper 7-figures or low 8-figures with a 9-12 month performance period.
- A remaining ~$10M of ACV from unknown wins/renewals.

**Excellent FCF Reflects Well On Results, Coming In Ahead Of Our Already Ambitious Hopes.** Our best glimpse into the unreported Q2'24 and Q3'24 results is the company's cash balance, which is the only number that has been reported for the recent periods. The cash results are very strong and we think underappreciated by the street in their significance. Q1'24 cash and marketable securities balance of $64.0M dipped to $45.8M as of 6.30.24, and to $36.6M as of 9.30.24. However, these declines were driven by a $10M repayment on the debt to Blue Torch on 4.8.24 and another required $10M payment on 8.31.24. Excluding these prepayments, cash dipped only $7.4M, compared to our modeling of $10.1M in FCF burn. We felt only modeling $10.1M in burn for Q2'24/Q3'24 was ambitious at the time, given the background of rising CapEx and $53.7M of FCF burn in FY'23. Again, we believe six-month cash burn coming in at $7.4M reflects very well on results / operating cash flow. We doubt the strong showing was a favorable delta in CapEx or working capital because:

1. Our model already baked in $16.5M of working capital benefits for Q2'24/Q3'24, pressing the upper bounds of plausibility.
2. "Voluntary" CapEx on the company's own satellites, that the company could choose to scale back, is minimal at $6M a year. The bulk of CapEx is on Space Services customers, which has little flex in timing. Given the growing space services, announced space services wins, and expectations the related capex was going to be increasing accordingly, we have difficulty in seeing much lower CapEx than we had modeled.

**We Expect Restatement Will Reduce FY'24 Revenue By ~$10M.** The company announced 8.14.24 that they would be delayed in filing their Q2 results, and would likely need to restate the Q's/K's from '22 through '24 for adjustments in space services recognition. PwC raised concerns around the treatment of embedded leases and concluded that in many cases customers did not have an embedded lease on satellites under design in what the company calls "pre-space". As such, for many customers the company will not be able to recognize revenue during design/construction, with data provision after satellite launch determined to be the "only distinct performance obligation". The company previously did recognize some revenue ratably over the period of operating satellites for space services customers, however now all the space services revenue will have to be recognized ratably during this typically 3-5 year period after launch.

This does not affect cash flow, but will result in significant amounts of revenue recognition pushing out. We had previously modeled the flow of revenue from pre-space to post-space revenue in a comprehensive waterfall going back to the beginning of space services in 2018, based on the disclosed CapEx numbers which are a fairly direct proxy for activity in the business unit, as well as PPE and Depreciation. In our view, FY'24 was on track for ~$25M in pre-space revenue, of which we believe a substantive portion after restatement will not be able to recognized. Somewhat offsetting this, increased post-space revenue recognition from the prior ~4 years of activity will be layering in ratably, which we believe could be anywhere from $5-13M of incremental post-space revenue, depending on the amount restated. The company noted the amount of recognized revenue identified for re-evaluation was estimated to be $10-15M on an annual basis, however we have some unresolved questions on what this means. Acknowledging meaningful uncertainty, there is clearly a multi-million headwind here, leading us to expect restatements will be in the ballpark of a ~$10M headwind to FY'24 revenue and a ~$6M headwind to the bottom line.

The other factor at play in this restatement is a change in recognition of funded R&D contracts, with the company's costs on those contracts being shifted from R&D to COGS, which is of unknown magnitude but we see as being likely several hundred bps headwind to Gross Margins.

We leave our estimates unchanged, modeling pre-restatement numbers. Adjusting our numbers for a prospective restatement would be incomplete without also changing historicals to keep relevant compares, which is beyond our visibility. Nonetheless we believe investors should expect the company to not attain their previous guided ranges. This may be a headwind to the name if not fully baked into investor expectations.



**Discussing The Risks To FY'24 Numbers: NOAA & NorthStar.** Above and beyond the restatements, we see two headwinds to results in FY'24:

1. A seemingly unanticipated downsell from NOAA.
2. Lawsuit with customer NorthStar, including NorthStar's initial success 9.10.24 in winning relief from Spire in the Ontario Superior Court of Justice.

The NorthStar events are beyond our ability to fully discuss here, but suffice it to say that after a disagreement over whether Spire had reached certain obligations of the master services agreement, and how to remedy this, NorthStar has won initial relief from the courts. This was a $14.4M multi-year contract for four satellites that began Q1'22, and while some minor problems were discussed on the Q1'24 call, it is unclear to us whether or not the contract has been fully derisked from numbers. It also appears there is some possibility that Spire may have to produce replacement satellites at their own cost.

The second issue of concern is the NOAA downsell briefly described on page 3. Spire had won $9.4M for eight months of service under the CWDP 1.4.24, however with some performance issues this was renegotiated mid-contract in the spring, and we believe the contract was roughly halved. More recently, at renewal 9.5.24, the contract is being downsized additionally, albeit at a higher price per RO profile. We believe this downsell may not have been anticipated in guidance and presents a few-million headwind to FY'24 numbers, which has been one of our reasons for caution around the name.

Both of these headwinds acknowledged, given the strong bookings, strong FCF, momentum in radio-frequency geo-location, and signing of Thales, we believe there are multiple reasons to believe FY'24 will be a strong year. At bottom we see some lumpiness in near-term results but a very strong fundamental setup for FY'25.

**The Spire Upside: A 30%+ Growth Business, Showing 85% Incremental EBITDA Margins, And Near To Signing 3-Year Multi-Hundred $Million Deal Which Is Now In The First Phases.** At 2.5x revenues, we see very little priced in for this name which has grown 30%+ organically the past four years, demonstrated 85% incremental EBITDA margins in FY'23, and on a very fixed cost structure is set up for similar scaling into FY'24 and beyond. After a choppy '24 we see Spire as well prepared to resume high growth in '25 and beyond, as all the secular tailwinds we discussed in our initiation could well drive continued 50%+ space services growth. The DoD has several pilots with Spire for radio-frequency geo-location, that have shown the possibility to turn into ~$4M quarterly task orders, in short order. Most notably, with Phase A signed with Thales for a 100-satellite constellation that could ultimately turn into a 300-satellite constellation in association with the signed EURIALO pilot, Spire is very close to a multi-hundred million opportunity designing and operating an ADS-B satellite constellation (Spire is one of only two providers operating such a fleet, and the only of the two to have a space services offering, have a European presence, the inside track on EURIALO, etc). We see this as presenting outsized upside potential to shares.

**In sum,** the time to own SPIR is here. The $241M sale announced, should it close as expected Q1'25, is transformational. Balance Sheet (largely as a result

---

of being an underfunded SPAC) has historically been a gating factor to many who considered owning the name and just as the company was about to go FCF positive, they announced intentions to restate (around accounting for space services contracts). Now with many of the details around the restate known (application of accounting principles around embedded leases are at the core of the restated numbers, expected to be completed 2/19/25) and with the surprising amount of cash about to hit the Balance Sheet as a result of this sale, the company can focus on the go-forward growth opportunities. The Thales contract is of shocking magnitude and meaning and the fact that there are many other "significant" contracts (likely 8-figure, possibly 9) working through the pipe, paints a picture of meaningful top line acceleration and a transformation of the company to much greater scale. With very high incremental gross margins (93% in '23), earnings are also likely to lever much faster than expected as well. With top line growth very likely to exceed 25% sustainable over the next several years, shares trading 8x '26 EBITDA (2.5x '25 revenues), near FCF positive and a cash rich Balance Sheet, we see shares heading materially higher. We are upgrading to Buy and raising our target to $20.

November 14, 2024



**Spire Global, Inc.**
**Revenue Splits Show Growth Drivers Are Space Services, Non-Subscription Revenue, Government Revenue.**
**Craig-Hallum Capital Group LLC**

| Gray = Craig-Hallum Estimates | White = Publicly Disclosed By The Company | Red Bolded Text = Noteworthy Numbers |
|---|---|---|

| | FY'19 | FY'20 | Q1'21 | Q2'21 | Q3'21 | Q4'21 | FY'21 | Q1'22 | Q2'22 | Q3'22 | Q4'22 | FY'22 | Q1'23 | Q2'23 | Q3'23 | Q4'23 | FY'23 | Q1'24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EMEA Revenue** | 14,213 | | 3,839 | 6,064 | 3,514 | 7,145 | 20,562 | 7,935 | 7,300 | 8,178 | 8,549 | 31,962 | 8,703 | 7,992 | 9,511 | 10,720 | 36,926 | 9,264 |
| *seq* | | | -5.5% | 58.0% | -42.1% | 103.3% | | 11.1% | -8.0% | 12.0% | 4.5% | | 1.8% | -8.2% | 19.0% | 12.7% | | -13.6% |
| *y/y* | | | 9.7% | 62.1% | 20.8% | 75.8% | 44.7% | 106.7% | 20.4% | 132.7% | 19.7% | 55.4% | 9.7% | 9.5% | 16.3% | 25.4% | 15.5% | 6.4% |
| **Americas Revenue** | 10,759 | | 3,277 | 2,488 | 4,805 | 5,149 | 15,719 | 7,614 | 8,669 | 9,392 | 11,059 | 36,734 | 12,807 | 15,999 | 15,489 | 14,681 | 58,976 | 14,249 |
| *seq* | | | 20.4% | -24.1% | 93.1% | 7.2% | | 47.9% | 13.9% | 8.3% | 17.7% | | 15.8% | 24.9% | -3.2% | -5.2% | | -2.9% |
| *y/y* | | | 31.1% | -8.4% | 70.2% | 89.2% | 46.1% | 132.3% | 248.4% | 95.5% | 114.8% | 133.7% | 68.2% | 84.6% | 64.9% | 32.8% | 60.5% | 11.3% |
| **APAC Revenue** | 3,518 | | 2,600 | 561 | 1,242 | 2,691 | 7,094 | 1,734 | 3,426 | 2,848 | 3,564 | 11,572 | 2,658 | 2,502 | 2,317 | 2,324 | 9,801 | 2,175 |
| *seq* | | | 437.2% | -78.4% | 121.4% | 116.7% | | -35.6% | 97.6% | -16.9% | 25.1% | | -25.4% | -5.9% | -7.4% | 0.3% | | -6.4% |
| *y/y* | | | 246.7% | -32.6% | -14.5% | 456.0% | 101.6% | -33.3% | 510.7% | 129.3% | 32.4% | 63.1% | 53.3% | -27.0% | -18.6% | -34.8% | -15.3% | -18.2% |
| **Space Services Revenue** | | 4,633 | | | | | 9,691 | | | | | 20,388 | | | | | **30,728** | |
| *seq* | | | | | | | | | | | | | | | | | | |
| *y/y* | | | | | | | 109.2% | | | | | 110.4% | | | | | 50.7% | |
| **Core Business Revenue** | | 23,857 | | | | | 33,684 | | | | | 59,880 | | | | | **74,975** | |
| *seq* | | | | | | | | | | | | | | | | | | |
| *y/y* | | | | | | | 41.2% | | | | | 77.8% | | | | | 25.2% | |
| *y/y organic %* | | | | | | | 33.0% | | | | | 15.7% | | | | | | |
| **Commercial Revenue** | | | 4,469 | 4,192 | 3,546 | 7,311 | 19,519 | 12,288 | 12,814 | 13,680 | 14,195 | 52,977 | 13,051 | 15,319 | 16,077 | 16,860 | **61,308** | |
| *seq* | | | | -6.2% | -15.4% | 106.2% | | 68.1% | 4.3% | 6.8% | 3.8% | | -8.1% | 17.4% | 4.9% | 4.9% | | |
| *y/y* | | | | | | | | 174.9% | 205.7% | 285.7% | 94.2% | 171.4% | 6.2% | 19.6% | 17.5% | 18.8% | 15.7% | |
| *y/y organic %* | | | | | | | | 42.5% | 46.8% | 67.6% | 36.6% | 41.0% | | | | | | |
| **Government Revenue** | | | 5,247 | 4,921 | 6,015 | 7,674 | 23,856 | 5,782 | 6,581 | 6,738 | 8,190 | 27,291 | 11,117 | 11,174 | 11,240 | 10,865 | **44,395** | Not Given |
| *seq* | | | | -6.2% | 22.2% | 27.6% | | -24.6% | 13.8% | 2.4% | 21.5% | | 35.7% | 0.5% | 0.6% | -3.3% | | |
| *y/y* | | | | | | | | 10.2% | 33.7% | 12.0% | 6.7% | 14.4% | 92.3% | 69.8% | 66.8% | 32.7% | 62.7% | |
| **Subscription Revenue** | | 7,677 | 3,980 | 4,094 | 4,926 | 8,466 | 21,466 | 12,336 | 13,207 | 15,298 | 16,241 | 57,082 | 18,812 | 19,412 | 14,970 | 13,981 | **67,175** | 16,954 |
| *seq* | | | 105.2% | 2.9% | 20.3% | 71.9% | | 45.7% | 7.1% | 15.8% | 6.2% | | 15.8% | 3.2% | -22.9% | -6.6% | | 21.3% |
| *y/y* | | | 99.0% | 85.9% | 220.9% | 336.4% | 179.6% | 209.9% | 222.6% | 210.6% | 91.8% | 165.9% | 52.5% | 47.0% | -2.1% | -13.9% | 17.7% | -9.9% |
| **Non-Subscription Rev** | | 20,813 | 5,736 | 5,019 | 4,635 | 6,519 | 21,909 | 5,734 | 6,188 | 5,120 | 6,144 | 23,186 | 5,356 | 7,081 | 12,347 | 13,744 | **38,528** | 8,734 |
| *seq* | | | 7.6% | -12.5% | -7.7% | 40.6% | | -12.0% | 7.9% | -17.3% | 20.0% | | -12.8% | 32.2% | 74.4% | 11.3% | | -36.5% |
| *y/y* | | | 19.5% | -0.3% | -18.0% | 22.3% | 5.3% | 0.0% | 23.3% | 10.5% | -5.8% | 5.8% | -6.6% | 14.4% | 141.2% | 123.7% | 66.2% | 63.1% |
| **Total Revenue** | 18,491 | 28,490 | 9,716 | 9,113 | 9,561 | 14,985 | 43,375 | 18,070 | 19,395 | 20,418 | 22,385 | 80,268 | 24,168 | 26,493 | 27,317 | 27,725 | **105,703** | 25,688 |
| *seq* | | | 33.7% | -6.2% | 4.9% | 56.7% | | 20.6% | 7.3% | 5.3% | 9.6% | | 8.0% | 9.6% | 3.1% | 1.5% | | -7.3% |
| *y/y* | | 54.1% | 38.4% | 29.8% | 33.1% | 106.1% | 52.2% | 86.0% | 112.8% | 113.6% | 49.4% | 85.1% | 33.7% | 36.6% | 33.8% | 23.9% | 31.7% | 6.3% |
| *y/y organic* | | 54.1% | 38.4% | 29.8% | 33.1% | 71.4% | 44.8% | 30.3% | 42.1% | 44.0% | 23.9% | 30.7% | 33.7% | 36.6% | 33.8% | 23.9% | 31.7% | 6.3% |

*Source: Craig-Hallum Capital Group; Spire Global, Inc.*

**Spire Global, Inc.**
**Institutional Research**



**November 14, 2024**

**Spire Global, Inc.**
**Key Metrics & Customer Concentration**
**Craig-Hallum Capital Group LLC**

Light Gray = Craig-Hallum Estimates
White = Publicly Disclosed By The Company

| Key Metrics | FY'19 | Mar'20 | Jun'20 | Sep'20 | Dec'20 | FY'20 | Q1'21 | Q2'21 | Q3'21 | Q4'21 | FY'21 | Q1'22 | Q2'22 | Q3'22 | Q4'22 | FY'22 | Q1'23 | Q2'23 | Q3'23 | Q4'23 | FY'23 | Q1'24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ARR** | | | 29,975 | 36,179 | | | 34,916 | 36,590 | 45,241 | 70,752 | | 81,638 | 85,316 | 98,121 | 99,414 | | 104,763 | 112,818 | 103,063 | 106,827 | | 120,890 |
| *seq* | | | | 20.7% | | | -3.5% | 4.8% | 23.6% | 56.4% | | 15.4% | 4.5% | 15.0% | 1.3% | | 48.1% | 7.7% | -8.6% | 3.7% | | 21.6% |
| *y/y* | | | | | | | | | 50.9% | 95.6% | | 133.8% | 133.2% | 116.9% | 40.5% | | 28.3% | 32.2% | 5.0% | 7.5% | | 15.4% |
| *y/y organic* | | | | | | | | | 31.5% | 29.4% | | 52.8% | 54.9% | 53.9% | 40.5% | | 28.3% | 32.2% | 5.0% | 7.5% | | 15.4% |
| **ARR NRR (3 Months Ended)** | | | 157% | 159% | 145% | | 129% | 103% | 111% | 104% | | 106% | 108% | 135% | 110% | | 108% | 112% | 86% | 98% | | 102% |
| **ARR NRR TTM** | | | | | 154% | | | | 119% | 110% | | 106% | 108% | 115% | 117% | | 116% | 117% | 103% | 98% | | 102% |
| **ARR Customer Count** | 82 | - | 111 | 126 | 144 | | 157 | 187 | 206 | 575 | | 604 | 667 | 690 | 709 | | 755 | 785 | 794 | 712 | | 672 |
| *y/y* | | | | | | | | 68.5% | 63.5% | 299.3% | | 284.7% | 256.7% | 235.0% | 23.3% | | 25.0% | 17.7% | 15.1% | 0.4% | | -11.0% |
| **ARR Solution Customers** | 85 | - | 117 | 133 | 154 | | 169 | 202 | 225 | 598 | | 627 | 692 | 717 | 733 | | 781 | 813 | 827 | 745 | | 708 |
| *seq* | | | | 13.7% | 15.8% | | 9.7% | 19.5% | 11.4% | 165.8% | | 4.8% | 10.4% | 3.6% | 2.2% | | 6.5% | 4.1% | 1.7% | -9.9% | | -5.0% |
| *y/y* | | | | | 81.2% | | | 72.6% | 69.2% | 288.3% | | 271.0% | 242.6% | 218.7% | 22.6% | | 24.6% | 17.5% | 15.3% | 1.6% | | -9.3% |
| *y/y Organic* | | | | | 81.2% | | | 72.6% | 54.9% | 20.3% | | 22.5% | 27.0% | 26.2% | 22.6% | | 24.6% | 17.5% | 15.3% | 1.6% | | -9.3% |
| **RPO's** | | | | | | | | | 49,506 | 83,171 | | 90,372 | 125,286 | 148,166 | 167,164 | | 164,465 | 191,866 | 201,603 | 198,056 | | 195,678 |
| *y/y* | | | | | | | | | | | | | | 199.3% | 101.0% | | 82.0% | 53.1% | 36.1% | 18.5% | | 19.0% |
| **NTM RPO's** | | | | | | | | | 34,654 | 44,081 | | 49,705 | 50,114 | 54,821 | 65,194 | | 57,563 | 67,153 | 82,657 | 79,222 | | 82,185 |
| *y/y* | | | | | | | | | | | | | | 58.2% | 47.9% | | 15.8% | 34.0% | 50.8% | 21.5% | | 42.8% |
| **Billings** | | | | | | | | | | 13,281 | | 15,926 | 24,992 | 22,582 | 23,997 | | 25,756 | 30,903 | 28,226 | 28,127 | | 25,140 |
| *y/y* | | | | | | | | | | | | | | | 80.7% | | 61.7% | 23.7% | 25.0% | 17.2% | | -2.4% |
| **Space Services CapEx (Forward Indicator Of Space Services Revenue)** | | | | | | 1,614 | | | | | 7,671 | 3,028 | 5,682 | 2,117 | 1,975 | 12,802 | 3,295 | 6,399 | 8,972 | 5,697 | 24,363 | 7,928 |
| *y/y* | | | | | | | | | | | 375.3% | | | | | 66.9% | 8.8% | 12.6% | 323.8% | 188.5% | 90.3% | 140.6% |
| **LEMUR-2's Launched** | 16 | 0 | 0 | 12 | 6 | 18 | 8 | 8 | 0 | 0 | 16 | 2 | 4 | 0 | 0 | 6 | 6 | 1 | 2 | 3 | 12 | 2 |

| Customer Concentration | Mar'20 | Jun'20 | Sep'20 | Dec'20 | FY'20 | Q1'21 | Q2'21 | Q3'21 | Q4'21 | FY'21 | Q1'22 | Q2'22 | Q3'22 | Q4'22 | FY'22 | Q1'23 | Q2'23 | Q3'23 | Q4'23 | FY'23 | Q1'23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer A Revenue** | | | | | 5,413 | 1,749 | 3,900 | 2,017 | 4,046 | 11,711 | 2,349 | 2,147 | 1,871 | 2,462 | 8,829 | 2,658 Less Than 10% --------> | | | | | |
| *y/y* | | | | | | | | | | 116.4% | 34.3% | -45.0% | -7.2% | -39.1% | -24.6% | 13.2% | | | | | |
| *% of Total* | | | | | 19.0% | 18.0% | 42.8% | 21.1% | 27.0% | 27.0% | 13.0% | 11.1% | 9.2% | 11.0% | 11.0% | 11.0% | | | | | |
| **Customer B Revenue (A Group Of Some Federal Customers)** | | | | | 4,843 | 2,138 | 1,628 | 1,628 | 1,546 | 6,940 | 3,072 | 3,672 | 3,675 | 4,832 | 15,251 | 7,009 | 9,203 | 4,063 | 7,209 | 27,483 | 7,450 |
| *y/y* | | | | | | | | | | 43.3% | 43.7% | 125.5% | 125.7% | 212.6% | 119.8% | 128.2% | 150.6% | 10.5% | 49.2% | 80.2% | 6.3% |
| *% of Total* | | | | | 17.0% | 22.0% | 17.9% | 17.0% | 10.3% | 16.0% | 17.0% | 18.9% | 18.0% | 21.6% | 19.0% | 29.0% | 34.7% | 14.9% | 26.0% | 26.0% | 29.0% |
| **Customer C Revenue** | | | | | 5,413 | 2,235 | 25 | 863 | 1,215 | 4,338 Less Than 10% --------> | | | | | | | | | | | |
| *y/y* | | | | | | | | | | -19.9% | | | | | | | | | | | |
| *% of Total* | | | | | 19.0% | 23.0% | 0.3% | 9.0% | 8.1% | 10.0% | | | | | | | | | | | |
| **Rev Ex Customer B** | | | | | 23,647 | 7,578 | 7,485 | 7,933 | 13,439 | 36,435 | 14,998 | 15,723 | 16,743 | 17,553 | 65,017 | 17,159 | 17,290 | 23,254 | 20,517 | 78,220 | 18,238 |
| *y/y* | | | | | | | | | | 54.1% | 97.9% | 110.1% | 111.1% | 30.6% | 78.4% | 14.4% | 10.0% | 38.9% | 16.9% | 20.3% | 6.3% |
| **Top 3 Government Customers** | | | | | | | | 4,455 | 4,818 | | 3,759 | 4,649 | 4,391 | 6,033 | 18,831 | 7,782 | 8,713 | 4,964 | 6,509 | 27,969 | |
| *y/y* | | | | | | | | | | | | | -1.4% | 25.2% | | 107.0% | 87.4% | 13.1% | 7.9% | 48.5% | |
| *% of Total* | | | | | | | | 46.6% | 32.2% | | 20.8% | 24.0% | 21.5% | 27.0% | 23.5% | 32.2% | 32.9% | 18.2% | 23.5% | 26.5% | |
| **NOAA + NASA Rev Estimate** | 5,370 | 1,375 | 1,375 | 1,375 | 1,618 | 5,743 | 1,618 | 1,375 | 1,667 | 2,500 | 7,160 | 2,733 | 3,900 | 4,425 | 5,138 | 16,196 | 7,463 | 7,675 | 4,508 | 4,903 | 24,548 | 6,271 |
| *y/y* | | | | | | 6.9% | 17.7% | 0.0% | 21.2% | 54.5% | 24.7% | 68.9% | 183.6% | 165.5% | 105.5% | 126.2% | 173.0% | 96.8% | 1.9% | -4.6% | 51.6% | -16.0% |
| *% of Total* | 29.0% | 19.6% | 19.6% | 19.1% | 22.3% | 20.2% | 16.7% | 15.1% | 17.4% | 16.7% | 16.5% | 15.1% | 20.1% | 21.7% | 23.0% | 20.2% | 30.9% | 29.0% | 16.5% | 17.7% | 23.2% | 24.4% |

*Source: Craig-Hallum Capital Group; Spire Global, Inc.*

## STOCK OPPORTUNITY

We are upgrading to a Buy rating and our price target to $20, based on a 3.6x EV/'25 Revenue multiple or 11.6x EV/'26 consensus EBITDA (currently trading at 2.5x EV/'25 Revenue). This compares to a NewSpace comp group trading 3.9x '25 revenues, legacy satellite & defense stocks trading 3.6x revenues, and upper teens growth software names trading 7.1x revenues. We believe that based on growth opportunities and the scaling potential, as counterbalanced by the non-current financials, restatement, NorthStar lawsuit, and risk of not completing the sale transaction, that Spire deserves a small discount to peers.

## RISKS

We believe an investment in Spire involves the following risks:

- Space is a challenging environment, and investors often underestimate the regular risks of space including loss of communications, orbital decay, loss at launch, and military action. Should Spire's systems unexpectedly degrade, this could have a material impact on the company's ability to service customer contracts.
- The AIS, ADS-B, and RO satellite data markets have shown a few signs of limited pricing power. Should pricing dynamics continue to evolve or additional entrants enter the market, Spire's markets could become commoditized.
- Space operation is subject to regulatory oversight and a wide array of licenses, the loss of any of which could hinder Spire's ability to operate.
- CEO Peter Platzer has Class B super-voting shares worth 9 votes apiece, which could hinder any future shareholder activism.
- Should Spire continue to see elevated churn or were their business to not pick up as anticipated, their net debt and negative FCF position could pose challenges to refinancing.

## CRAIG-HALLUM ALPHA SELECT LIST

The Alpha Select list is an actively researched collection of small, under-followed public companies that we believe have the potential to become much larger. The Alpha Select List will typically consist of sub-$500M market cap companies with attractive business models, above average growth trends, favorable macro/secular themes and management teams that we believe have the ability to take the business to the next level.



**November 14, 2024**

# Spire Global Inc.
## (SPIR)
### Income Statement

Acquisition History                    Exact Earth - 11.30.21, $129M ($109.6M Cash, $22.3M Common Stock)

| (data in thousands, except per share) | Fiscal 2019 | Fiscal 2020 | Fiscal 2021 | Fiscal 2022 | Mar 1Q23 | Jun 2Q23 | Sep 3Q23 | Dec 4Q23 | Fiscal 2023 | Mar 1Q24 | Jun 2Q24E | Sep 3Q24E | Dec 4Q24E | Fiscal 2024E | Fiscal 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | 18,491 | 28,490 | 43,375 | 80,268 | 24,168 | 26,493 | 27,317 | 27,725 | 105,703 | 25,688 | 30,000 | 30,500 | 32,800 | 118,988 | 136,497 |
| Cost of Sales | 14,839 | 10,259 | 17,924 | 35,722 | 9,258 | 8,541 | 8,462 | 11,817 | 38,078 | 11,447 | 10,800 | 10,065 | 10,332 | 42,644 | 44,180 |
| **Gross Profit** | 3,652 | 18,231 | 25,451 | 44,546 | 14,910 | 17,952 | 18,855 | 15,908 | 67,625 | 14,241 | 19,200 | 20,435 | 22,468 | 76,344 | 92,316 |
| R&D | 14,244 | 20,083 | 28,756 | 31,722 | 9,012 | 8,850 | 9,581 | 8,006 | 35,449 | 8,891 | 9,000 | 9,050 | 9,100 | 36,041 | 35,200 |
| S&M | 5,059 | 10,060 | 17,811 | 22,507 | 6,413 | 6,110 | 6,320 | 4,204 | 23,047 | 4,443 | 4,390 | 5,165 | 5,510 | 19,508 | 18,676 |
| G&A | 9,534 | 11,982 | 24,338 | 34,858 | 9,274 | 9,128 | 9,197 | 7,280 | 34,879 | 7,944 | 8,000 | 8,300 | 8,300 | 32,544 | 33,600 |
| Operating Expenses | 28,837 | 42,125 | 70,905 | 89,087 | 24,699 | 24,088 | 25,098 | 19,490 | 93,375 | 21,278 | 21,390 | 22,515 | 22,910 | 88,093 | 87,476 |
| **Operating Profit** | (25,185) | (23,894) | (45,454) | (44,541) | (9,789) | (6,136) | (6,243) | (3,582) | (25,750) | (7,037) | (2,190) | (2,080) | (442) | (11,749) | 4,841 |
| **Adjusted EBITDA (ex. SBC)** | (14,971) | (18,348) | (37,518) | (32,644) | (6,732) | (3,043) | (3,357) | 2,131 | (11,001) | (1,068) | 2,260 | 1,270 | 2,508 | 4,970 | 18,491 |
| Other income (expense) net | (3,128) | (6,719) | (11,394) | (13,007) | (4,013) | (4,073) | (4,188) | (4,430) | (16,704) | (4,599) | (5,000) | (5,000) | (5,000) | (19,599) | (20,000) |
| **Pre-Tax Income** | (28,313) | (30,613) | (56,848) | (57,548) | (13,802) | (10,209) | (10,431) | (8,012) | (42,454) | (11,636) | (7,190) | (7,080) | (5,442) | (31,348) | (15,159) |
| Tax (refund) | 334 | 400 | 497 | 322 | 269 | 213 | 78 | (488) | 72 | 41 | 100 | 100 | 100 | 341 | 400 |
| **Net Income** | (28,647) | (31,013) | (57,345) | (57,870) | (14,071) | (10,422) | (10,509) | (7,524) | (42,526) | (11,677) | (7,290) | (7,180) | (5,542) | (31,689) | (15,559) |
| | | | | | | | | | | | | | | | |
| **Diluted EPS** | | ($14.09) | ($13.91) | ($3.31) | ($0.78) | ($0.56) | ($0.51) | ($0.36) | ($2.21) | ($0.54) | ($0.30) | ($0.29) | ($0.22) | ($1.34) | ($0.59) |
| *Diluted Shares* | | 2,201 | 8,120 | 17,484 | 18,096 | 18,469 | 20,756 | 20,954 | 19,569 | 21,813 | 24,655 | 24,955 | 25,255 | 24,170 | 26,300 |
| **Diluted GAAP EPS** | | ($14.77) | ($23.76) | ($5.12) | ($0.98) | ($0.88) | ($0.86) | ($0.58) | ($3.30) | ($1.16) | ($0.62) | ($0.47) | ($0.40) | ($2.65) | ($1.28) |
| *GAAP Diluted Shares* | | 2,201 | 8,120 | 17,484 | 18,096 | 18,469 | 20,756 | 20,954 | 19,569 | 21,813 | 24,655 | 24,955 | 25,255 | 24,170 | 26,300 |
| | | | | | | | | | | | | | | | |
| **Margin Analysis** | | | | | | | | | | | | | | | |
| **Gross Margin** | 19.8% | 64.0% | 58.7% | 55.5% | 61.7% | 67.8% | 69.0% | 57.4% | 64.0% | 55.4% | 64.0% | 67.0% | 68.5% | 64.2% | 67.6% |
| R&D | 77.0% | 70.5% | 66.3% | 39.5% | 37.3% | 33.4% | 35.1% | 28.9% | 33.5% | 34.6% | 30.0% | 29.7% | 27.7% | 30.3% | 25.8% |
| S&M | 27.4% | 35.3% | 41.1% | 28.0% | 26.5% | 23.1% | 23.1% | 15.2% | 21.8% | 17.3% | 14.6% | 16.9% | 16.8% | 16.4% | 13.7% |
| G&A | 51.6% | 42.1% | 56.1% | 43.4% | 38.4% | 34.5% | 33.7% | 26.3% | 33.0% | 30.9% | 26.7% | 27.2% | 25.3% | 27.4% | 24.6% |
| Operating Expenses | 156.0% | 147.9% | 163.5% | 111.0% | 102.2% | 90.9% | 91.9% | 70.3% | 88.3% | 82.8% | 71.3% | 73.8% | 69.8% | 74.0% | 64.1% |
| **Operating Margin** | (136.2%) | (83.9%) | (104.8%) | (55.5%) | (40.5%) | (23.2%) | (22.9%) | (12.9%) | (24.4%) | (27.4%) | (7.3%) | (6.8%) | (1.3%) | (9.9%) | 3.5% |
| **Adjusted EBITDA (ex. SBC)** | (81.0%) | (64.4%) | (86.5%) | (40.7%) | (27.9%) | (11.5%) | (12.3%) | 7.7% | (10.4%) | (4.2%) | 7.5% | 4.2% | 7.6% | 4.2% | 13.5% |
| Pre Tax Margin | (153.1%) | (107.5%) | (131.1%) | (71.7%) | (57.1%) | (38.5%) | (38.2%) | (28.9%) | (40.2%) | (45.3%) | (24.0%) | (23.2%) | (16.6%) | (26.3%) | (11.1%) |
| Tax Rate | (1.2%) | (1.3%) | (0.9%) | (0.6%) | (1.9%) | (2.1%) | (0.7%) | 6.1% | (0.2%) | (0.4%) | (1.4%) | (1.4%) | (1.8%) | (1.1%) | (2.6%) |
| **Net Margin** | (154.9%) | (108.9%) | (132.2%) | (72.1%) | (58.2%) | (39.3%) | (38.5%) | (27.1%) | (40.2%) | (45.5%) | (24.3%) | (23.5%) | (16.9%) | (26.6%) | (11.4%) |
| **Y/Y Growth Rates** | | | | | | | | | | | | | | | |
| **Revenue Growth** | | 54% | 52% | 85% | 34% | 37% | 34% | 24% | 32% | 6% | 13% | 12% | 18% | 13% | 15% |
| Operating Expenses | | 46% | 68% | 26% | 11% | 14% | 10% | -15% | 5% | -14% | -11% | -10% | 18% | -6% | -1% |
| **Operating Profit** | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Adjusted EBITDA (ex. SBC)** | | - | - | - | - | - | - | - | - | - | - | - | 18% | - | 272% |
| Pre-Tax Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non-GAAP EPS** | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

\* All figures are Non-GAAP unless otherwise noted.                                                                                                                 **August 15, 2024**



November 14, 2024

# Spire Global Inc.
## (SPIR)
### Balance Sheet & Cash Flows

(data in thousands, except NOLs)

| | Fiscal 2019 | Fiscal 2020 | Fiscal 2021 | Fiscal 2022 | Mar 1Q23 | Jun 2Q23 | Sep 3Q23 | Dec 4Q23 | Fiscal 2023 | Mar 1Q24 | Jun 2Q24E | Sep 3Q24E | Dec 4Q24E | Fiscal 2024E | Fiscal 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | | | | | | | | | |
| **Cash & Equivalents** | | 15,571 | 109,256 | 47,196 | 46,952 | 43,144 | 29,936 | 29,144 | | 51,985 | | | | | |
| **A/R** | | 3,738 | 10,163 | 13,864 | 13,855 | 20,462 | 18,660 | 9,911 | | 12,346 | | | | | |
| Other | | 2,965 | 12,155 | 35,716 | 38,822 | 34,158 | 33,047 | 30,281 | | 29,449 | | | | | |
| CURRENT ASSETS | | 22,274 | 131,574 | 96,776 | 99,629 | 97,764 | 81,643 | 69,336 | | 93,780 | | | | | |
| PPE | | 20,458 | 48,704 | 53,752 | 58,147 | 62,964 | 69,610 | 71,209 | | 71,853 | | | | | |
| Goodwill & Intangible Assets | | 0 | 73,392 | 63,921 | 63,629 | 64,606 | 62,671 | 63,815 | | 62,045 | | | | | |
| Operating Lease ROU Assets | | | | | 12,549 | 13,614 | 14,317 | 14,921 | | 14,324 | | | | | |
| Other | | 1,690 | 36,524 | 30,376 | 29,548 | 29,415 | 27,768 | 27,544 | | 25,970 | | | | | |
| TOTAL ASSETS | | 44,422 | 290,194 | 256,512 | 263,502 | 268,363 | 256,009 | 246,825 | | 267,972 | | | | | |
| | | | | | | | | | | | | | | | |
| A/P & Accrued Expenses | | 5,178 | 16,351 | 17,512 | 18,974 | 18,593 | 19,996 | 18,381 | | 19,325 | | | | | |
| **Contract Liabilities** | | 8,110 | 8,627 | 15,856 | 17,444 | 21,854 | 22,763 | 23,165 | | 22,617 | | | | | |
| Other | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | | | | | |
| CURRENT LIABILITIES | | 13,288 | 24,978 | 33,368 | 36,418 | 40,447 | 42,759 | 41,546 | | 41,942 | | | | | |
| Note Payable | | 26,645 | 51,124 | 98,475 | 119,035 | 119,790 | 117,635 | 114,113 | | 115,016 | | | | | |
| Operating Lease Liabilities | | 0 | 0 | 10,815 | 11,523 | 12,509 | 13,049 | 13,079 | | 12,488 | | | | | |
| Other | | 53,225 | 25,228 | 3,731 | 2,689 | 2,084 | 5,080 | 7,549 | | 13,216 | | | | | |
| TOTAL LIABILITIES | | 93,158 | 101,330 | 146,389 | 169,665 | 174,830 | 178,523 | 176,287 | | 182,662 | | | | | |
| Owners Equity | | -48,736 | 188,864 | 110,123 | 93,837 | 93,533 | 77,486 | 70,538 | | 85,310 | | | | | |
| TOTAL LIAB. & EQUITY | | 44,422 | 290,194 | 256,512 | 263,502 | 268,363 | 256,009 | 246,825 | | 267,972 | | | | | |
| **Cash Flows** | | | | | | | | | | | | | | | |
| **Cash From Operations** | | (14,773) | (57,986) | (47,820) | (11,290) | (11,301) | (5,142) | 4,111 | | (7,345) | | | | | |
| less: Cap-Ex. | | (10,314) | (15,421) | (18,915) | (4,649) | (8,028) | (11,017) | (6,343) | | (8,564) | | | | | |
| **Free Cash Flow** | | (25,087) | (73,407) | (66,735) | (15,939) | (19,329) | (16,159) | (2,232) | | (15,909) | | | | | |
| FCF Margin | | -88.1% | -169.2% | -83.1% | -66.0% | -73.0% | -59.2% | -8.1% | | -61.9% | | | | | |
| | | | | | | | | | | | | | | | |
| **Cash From Investing** | | (10,415) | (119,479) | (41,828) | (6,957) | (3,165) | (9,824) | 2,293 | | (8,684) | | | | | |
| **Cash From Financing** | | 16,624 | 270,534 | 26,373 | 19,886 | 8,288 | 0 | (4,267) | | 38,148 | | | | | |
| | | | | | | | | | | | | | | | |
| DSOs | | | | | 52 | 70 | 62 | 33 | | 44 | | | | | |

August 15, 2024

**November 14, 2024**

---

## REQUIRED DISCLOSURES



Source: FactSet

**Ratings definitions:**

**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price. **Hold** rated stocks generally have twelve month price targets near the current price. **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**

**Improving** means growth rates of key business metrics are generally accelerating. **Stable** means growth rates of key business metrics are generally steady. **Mixed** means growth rates of some key business metrics are positive but others are negative. **Declining** means growth rates of key business metrics are generally decelerating.

### Ratings Distribution (9/30/2024)

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 81% | 14% |
| Hold | 19% | 10% |
| Sell | 0% | NA |
| Total | 100% | 13% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM has performed investment banking services for the subject company in the last 12 months. CHLM has received investment banking revenue from the subject company in the last 12 months. CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business. Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein. The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Jeff Van Rhee, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.

---