# Exhibit 36

Case 1:24-cv-01458-MSN-WEF   Document 62-37   Filed 01/22/25   Page 2 of 12 PageID# 2075

# Spire Global Inc at Emerging Growth Virtual Conference Transcript

May 31, 2023 / 01:40PM GMT
Release Date Price: €5.44 (+0.74%)

◉ Transcript

 Q & A

Ana Berry
Berry Media, Inc. - Moderator

Welcome to the 57th Emerging Growth Conference. I am Ana Berry. (Conference Instructions)

Let's begin today with Spire Global, Inc. It trades on the New York Stock Exchange under the symbol SPIR. And as a global provider of space-based data analytics and space services offering unique datasets and powerful insights about Earth so that organizations can make decisions with confidence in a rapidly changing world. Spire builds, owns, and operates a fully deployed satellite constellation that observes the Earth in real time using radiofrequency technology.

Today, we'll be speaking with Peter Platzer, the CEO. Peter is one of Spire's co-founders and serves as its Chief Executive Officer. Prior to founding Spire, Peter worked on Wall Street as a Senior Portfolio Manager and Head of Quantitative Research. Peter has degrees in physics, and space science, and management. Additionally, he earned his MBA from Harvard Business School.

It's an honor to welcome you today on our conference, Peter. Welcome.

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

It's a pleasure to be here -- to be at the 57th Growth Conference. Thank you for having me.

Ana Berry
Berry Media, Inc. - Moderator

Wonderful. The floor is yours and just call me back when you're ready for questions.

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

Absolutely. So as Ana said, Spire is a company focused on planet Earth, observing it from a fully deployed satellite constellation. About 100 satellites that scour the Earth a hundred times a day, every 15 minutes, for information as far and wide as ships, planes, the weather, and much more, to help humanity tackle some of our biggest challenges that we face.

We are, as mentioned, a publicly listed company. So we have this really sleep-inducing great statement that we are required to show about potentially forward-looking statements from which I move on to the next slide to give you an overview of the companies that you have present.

We are over 400 people at Spire that serve just about under 800 customers, with a target annually recurring revenue of $132 million this year. The company has a fully deployed constellation of 100 satellites. But more than that, it also has a fully deployed ground station networks -- 70 antennas in over 30 countries.

Case 1:24-cv-01458-MSN-WEF    Document 62-37    Filed 01/22/25    Page 3 of 12 PageID# 2076

And we have deployed that constellation by over 35 launch campaigns over the last few years, giving us one of the most extensive experiences in space overall. Our technology has a cumulative heritage of over 500 years off of millennia that our technology has spent in space cumulatively collecting data to help humanity tackle its greatest challenges.

Now when you think about space and satellites in space, it seems often that there is a multitude of companies, and they are hard to differentiate. In Earth, when you think about the transportation and logistics industry, it's a little bit easier because we have things that are called planes and we have things that are called ships and we have things that are called trucks. And even though they have a lot of things in common -- they have wheels, and they have captains, and they have windows, and they have cargo, and they have passengers, and they have engines. And it's very obvious when someone talks about a plane or a truck, how they are different.

Now from a use case and an actually inherent technology perspective, the same is true in space, but most people just call them satellites. So to help with that, there is a very useful framework that is called talking, looking, and listening satellites. Now talking satellites sometimes called communication satellites, those are satellites that take data from one space on Earth and transport it to another location on Earth. Companies that you might have heard of, AST, or Viasat, or SES, or Starlink, or Kuiper. They fall into that category of talking satellites.

Then there are looking satellites or satellites that use imagery or cameras in some shape or form. And they take the reflection of the sunlight from generally the land mass, that 25% or so of the Earth, which is land mass, and then capture the data. So it works really well during the day. As you can see right now, there's lots of some of those beautiful weather. It doesn't work quite as well during the night or when there is bad weather. And they're great companies here that I'm sure you have heard of maybe Maxar, or a BlackSky, a Satellogic, or [Planedge], Airbus. Those are all companies that use a reflection of the sunlight to capture data.

And then they are listening companies that use radiofrequency technologies. The advantage of radiofrequency technologies is that they can capture data doing day and night because they're not dependent on the Sun and in all weather conditions. As a matter of fact, with radio frequency technologies, you can actually capture information about the weather, like the speed of a hurricane or the wind speed in a hurricane or other kind of weather informations.

In that category, Spire is the largest company by deploying satellite constellation customers revenue. But we are certainly not the only one. GeoOptics, HawkEye, Clears are a number of other companies in that listening category. So it's really helpful to have that framework in mind because there is actually just cooperation in certain limited instances in companies across those three categories. But not actually competition. There is just collaboration where certain customers want services from more than one category.

You do, of course, have competition inside a category. Many of those categories are quite large as customers have very, very different use cases. But it's important to understand that this categorization allows you to understand which companies could be competing with each other and which companies potentially could be collaborated with each other.

Now Spire has a multipurpose constellation, meaning that on the same deployed infrastructure, we collect multiple types of data. So our main markets being maritime, aviation, weather, and space services, we track all of the world shifts, which means all of the world's global supply chain, all of the world's global commodities, all of the world's maritime traffic that relates to insurance or securities. All of that is tracked by our data, capturing over 500,000 ships every single day. The same thing we do for aircraft in the aviation segment.

The fascinating thing for us was to learn that before the existence of fire and other are fully deployed constellations, humanity actually didn't know where ships are planes where when they left land. Many of us still remember the tragic incident of Malaysia Airlines MH370, where we learned to hard truth that once an aircraft, in this case, leaves land very soon, no one really knows where it is easily without the deployment of a fully deployed satellite constellation.

Case 1:24-cv-01458-MSN-WEF    Document 62-37    Filed 01/22/25    Page 4 of 12 PageID# 2077

And that was one of the core principles of Spire, namely to deploy a satellite constellation capturing data that is not available by any other means. Meaning what Spire does is not competing with any terrestrial means. It is, though, in fact, answering questions that humanity has for a very, very long time, be that what is the weather going to be next week when planting season starts or ever since someone -- Christopher went on a big journey on a ship called the Santa Maria, the [financial] of that ships, the Queen asked, where are my ships.

So answering questions that we had for a long time. But without satellite, we can't answer them. The third element for us is whether we track all of the world's weather. Weather impacts about a third of the global economy and about 100% of the world's people, I would like to say. And it is, again, one of those data types, where because of the stars population on vast parts of the earth, the data that drives weather forecast accuracy is a majority, over 80%, derived from space. You need to observe the weather from space to have any chance of predicting the weather accurately.

And what Spire has demonstrated is that massive untapped demand by our massive growth rate. In 2017, we had a fully deployed constellation to capture, for the first time, all of the data across the globe. And that's when we had our first $1million of annually recurring revenue. And we've been able to grow that in five years to about $100 million. And if you take this year into consideration, that means over the last six, seven years, a compound annual growth rate of over 100%.

That really demonstrates to you the massive untapped demand that sits for these types of products, which in the end of the day is not particularly surprising given that the data that we produce is data that is only and exclusively available from space.

And once customers enjoy the benefits of the products and services from Spire, they generally buy more from us. They metric for a space, of course, software-as-a-service companies like Spire (technical difficulty) net retention rate, which is a measure of how much companies on average, not just buy, but then buying more in the following year when they renew. And for us, it was 117% as of last year. And we had a very high net retention rate for all of this period. Showcasing that customers (technical difficulty) more use cases for the data and tend to take advantage of more and more of the product that Spire has once they have started to use our products.

Now how to best to think of our product is very simple. We have a fully deployed constellation that captures data once, and then can sell it many, many times. And that is one of the key ingredients to this huge operational leverage and capital efficiency of Spire's business model, is this collect once, sell many, many times. The data that we collect, we call it clean data, is like the first step in our situation business. We should make it easy to use and available through an API as a subscription. And that is how customers then consume it.

In the next stage, we then add our analytics to it and we also fuse third party datasets to it to make the data more valuable to our customers. We call that our smart data product. Again, it's just the subscription could be very easily upgraded by customers. In the next stage, we then take advantage of our ever-growing proprietary massive data vault, where hundreds of millions of data points flowing into that data vault every single day. And we train sophisticated analytics, AI, and machine learning models to derive what is going to happen, what will happen, prediction, and that is our next level of product, our prediction -- a predictive analytics product, again available as a subscription.

And then of course, you have the last stage, which is now that you know what has happened in the past, what is happening right now, and what will happen, I'm giving you an intent of what you should be doing about it. Our solutions that often involve analytics and visualizations. So the power here is that the data is collected once from this fully deployed infrastructure and then can be sold many, many times.

And then when you translate all of that business understanding from the company, serving trillion-dollar markets like the maritime industry, the aviation industry, logistics industry, agriculture, offshore wind farms, all the way to Formula 1 (technical difficulty) facing in data to get an edge on race day.

When you translate that into the financial metrics, you see not just the growing top line, but you see a massively

improving bottom line that is getting ever, ever closer to becoming profitable, a target that we had set out over a year ago to be free cash flow positive. By now, it is 10 to 16 months, clicking down every single month on the timeline, which means before that, we have to be and will be operating positive and before that adjusted EBITDA positive.

So this is kind of like this summary of the business model, the operational leverage, the large market, the large untapped demand. All of that resulting in a business with a growing top line and very, very high margins, very quickly approaching profitability.

And with that, I'll hand it over to Anna and look forward to answering any questions that you might have.

## Questions & Answers

Ana Berry
Berry Media, Inc. - Moderator

Great job, Peter. All right. First of all, talk about the defensibility of Spire's business or the moat around the business. So what are some of the barriers to other satellite-based Earth observation companies that have or are planning nanosatellite models deploying similar sensors on future launches and becoming a competitor to Spire.

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

So there is a number of layers. There's about five layers that combined, give us about five, 5.5-year head start, we think replicating the capability of Spire would take someone, even with cause, an unlimited amount of money about five, 5.5 years. The first one is the underlying technology, the sensors. When we started out, some people at NASA have said, Peter, you've got to have to break the laws of physics to make that happen. Now as a physicist trained at science, I can promise you I didn't break any laws of physics, but it certainly was not easy and straightforward.

So the first level is like those centers we had to invent, we had to build them. And that is the first level. The next level is that you can't not really start competing with just a single satellite because the data that we collect requires a full constellation of satellites. So it's a constellation level of deployment that you have to have.

The next layer then is our software, the analytics, where we have to assemble a team with often quite esoteric skill sets. I'm talking for trend, RF wave optics, GNSS-R, those are pretty esoteric skillset. That's not your run-of-the-mill image recognition Python program. And we assemble those people, which is a time-consuming process even more so than a costly process, to build the analytics that now serve our customers.

The next layer is the data that I mentioned. We are collecting hundreds of millions of data points every single day that only we have because you require a satellite constellation to have that. With the data in our data vault, our AI machine learning, and advanced analytics models, have a much, much richer data set. And as any AI company will tell you, the tricky part is accumulating enough training data so that you can develop powerful models to create value for your customers. Now that data that we have, you need a satellite constellation. No one else has it, we have it deployed and collecting it.

The next layer is simply the logistics of deploying over 100 satellites with multiple launches at global ground station network. There is a logistics challenge of doing that, which is the reason why not a whole lot of companies have been able to do so at this point in time. And then there is a licensing component because you do require licenses to operate both those ground stations and those satellites. Some of those licenses take months, but some of those licenses can take years to acquire.

Now you put again all of those layers, the hardware, the software, the analytics, the day of -- the logistics, and

the licensing together, we think before we even talk about our customer relationships, on about five years to replicate where we are today.

Ana Berry
Berry Media, Inc. - Moderator

Well, speaking of, who exactly are your customers and talk about the mix and how it's evolved over time between government and commercial customers.

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

So Spire, from day one, have that -- the goal of having a balanced portfolio; about 50% government, 50% commercial. And because our global drivers are climate change and the impact it has on companies, countries, and communities, as well as global security, a lot of the government side is civil agencies. So space agencies, environmental agencies, NASA, all those type of agencies. But we do have some defense customers as well, especially when it comes to the global security aspect.

And then the other roughly 50% of our business is commercial customers. Those are anything from shipping companies, to maritime insurance companies, to airports, to predictive maintenance for aircraft, to offshore wind farms, to agriculture companies, to logistic companies, to commodities companies, to financial services companies that are consuming our data as a subscription.

And has -- sometimes we -- last year, for example, we had over 65% commercial of our business. Now, in the first quarter, we are down to closer to 50/50. But overall, I would say, Ana, it's about half and half are commercial and government, split internationally. About 40% 45% in the Americas, then a good portion in Europe. And so far, we still have a smaller portion in Asia, but we look at Asia as a very, very attractive growth market for us.

Ana Berry
Berry Media, Inc. - Moderator

Thank you for that. So one thing that sets Spire apart from your peers is the gross margins, which are actually pretty healthy. What -- 57% GAAP or 62% non-GAAP in Q1. So Peter, talk a little bit about what enables that, and then what broader trends could affect gross margins going forward? Plus what are you targeting for gross margins looking out around two, three years?

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

So Spire is at its core, a very straightforward SaaS company. And with SaaS companies, you're used to margins in the low 70s if you take them all in average. And that's exactly is the target for Spire. And what enables that is that we have an ability to collect data in a proprietary fashion with a very small, fixed amount of capital per year.

Cost is about $10 million to $12 million to supply all of our space and ground infrastructure, replenish it, keep it working and operating. And then with that, we can collect the data once and sell it and cross it unlimited amount of time. So you have a small amount of investment that is reasonably fixed, that gives you access to this proprietary massive dataset that you then sell and cross an unlimited amount of time, with the marginal sale, just having a very small additional extra cost from some AWS processing.

But generally just flowing right through your gross margins to pay down the cost of that infrastructure still just like other SaaS companies with a high recurring revenue, high net retention rate, and a collect-once data set with a fixed fee that you can monetize an almost unlimited amount of time, we have very high gross margins.

Ana Berry
Berry Media, Inc. - Moderator

And can you also talk about the capital needs of the business? It's often something that tripped up some space companies, but it seems like your model would be pretty capital light, is it?

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

That is correct. You absolutely nailed it, Ana. As I said, for that constellation to collect the data, it's about $10 million to $12 million a year that allows us to collect that data once and then sell it and cross an unlimited amount of time. We have a fully deployed constellation, and we don't need to grow it on the margin. Those satellites actually are getting massively better every single year. So on the margin, we can actually get away with maybe a fewer satellites over time.

So the capital needs of the business are indeed reasonably light. Sometimes they spend more money on things related to the SEC and being a public company than deploying a satellite constellation.

Ana Berry
Berry Media, Inc. - Moderator

Well, we have a few questions continuing on from John Coco. He wants to know so what are the current technological challenges you're facing.

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

On the technology side, we feel actually quite secure. One of the powerful things of Spire is like the software-defined nature of our constellation, which means that even after our assets have been deployed, we can upgrade them and change the type of data, the amount of data, the quality of the data that they can collect. And that allows us to tilt and change and adapt our business model and the type of products and services we offer to what we see in the marketplace.

One recent example is in the global security realm. Greater and greater interest for disruptions to GPS. Be that GPS jamming or spoofing that is disrupting civilian aircraft in the vicinity of airports. Be that, of course, more security related things in the South China Sea or in the Ukraine. And through reprogramming of existing assets on orbit, Spire is able to provide that data, and now, owns and operates the largest commercial fleet of, it's called RF detection and RF geolocation satellites on the planet.

So this software-defined capability gives us a lot of flexibility. We just recently deployed and demonstrated optical into satellite links on small satellites. We believe we are the first ones to do so, or at least the first ones to have those type of laser satellite links on orbit in small spacecraft. And that is just our in-house capability that has grown out of our 500-plus years of space heritage.

The team inside Spire has accumulated a lot of experience how to deploy capabilities around RF intelligence and RF data collection and RF sensing and RF technology in space over that time period. And so we feel pretty excited about the technology that we have deployed, that we have announced, and the technology that we have not yet announced.

Ana Berry
Berry Media, Inc. - Moderator

Wonderful. We have a follow-up question from John. You mentioned this earlier but talk more about how your sales are divided between government and private sector.

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

So we have, generally, a sales force that is focused on a particular solution. So like a sales force that is focused on the maritime solution, on the aviation solution, on the weather solution, on space services.

We do have (technical difficulty) for the United States government. States government, we do have a dedicated sales force that is attached directed to the various customers, offering all of our products. Be that GPS jamming or a maritime security domain awareness or a weather service. International governments are generally served out of the solution sales force that are focused on, let's say, maritime. So we have a maritime-specific sales force that is talking to both commercial customers as well as international government.

Ana Berry

Berry Media, Inc. - Moderator

Well, Ethan Saxon says congratulations on the New York Times article that uses your AIS data. And his question, is there a US government customer for your maritime tracking data?

Peter Platzer

Spire Global, Inc. - CEO, President, & Director

Yes. And I have to keep my answer to that question a little bit short, if he allows.

Ana Berry

Berry Media, Inc. - Moderator

We understand. He also asks, when will you be able to repay your loans from Blue Torch capital? Can you do so without further stock dilution?

Peter Platzer

Spire Global, Inc. - CEO, President, & Director

We feel very confident with the balance sheet and the development of our cash flow margins to produce our own cash. And then that cash can be used to multiple productive uses. It could be used to keep on growing the business, if we think that has the highest return for the shareholders, it could be used to buy back shares. It could be used to pay back debt. There are multiple uses of that cash that we produce in 10 to 16 months, it's the timeline that we have set out to do depending on what we and the Board decide is, in the best interest of all the stakeholders.

Ana Berry

Berry Media, Inc. - Moderator

And Brad Paige wants you to clarify some of the maritime custody service aspects. Asking, what is your revenue model on that? Is it recurring? Is it subscription? Are there other revenue types specifically for your maritime custody service?

Peter Platzer

Spire Global, Inc. - CEO, President, & Director

Virtually, all of our products are recurring subscription businesses where you subscribe for an annual service that is paid generally quarterly in advance. And the maritime custody service falls under that very same category. Now there are ways to customize the extent of the data service, so you don't have to get everything in the kitchen sink like every single shim customer every single day.

You can get, for example, all ships that are under any particular flag or all ships that are of a particular size or particular to craft that product for each and every customer. But all of it is generally an annual subscription. The only other offer that we have is historical database. So we do offer some customers to buy some historical data from us as it might help them in their business.

Ana Berry
Berry Media, Inc. - Moderator

Perfect. Caroline Saef says the market appears to be very large based on your explanation. But our question is, what are top and bottom-line expectations for the company this year and into next year?

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

So far this year, our top line is indeed over $130 million of annually recurring revenue with rapidly improving margins. I do admit that I don't know the exact percentages of our EBITDA operating margins on top of my head, but we do announce them in our quarterly earnings calls. And we have given ever, since we went public, both yearly guidance as well as quarterly guidance.

And if you wanted to reach out to investor relations, ben.hackman@spire.com, he can give you either a link to our presentation from our last quarterly earnings call where we have the annual targets specified or you can also tried to reach me directly, peter@spire.com, with those questions. Happy to provide them.

But it's a steady march towards profitability as we tick down our timeline to free cash flow profitability, which requires us to be operating margin profitable, before that and then before that you get EBITDA margin possible.

So one simple way could be, you take a ruler and you use the chart around, which you might see on your screen, and you get a bit of a sense of where those new lines can get to over the next few months and quarters.

Ana Berry
Berry Media, Inc. - Moderator

Thank you for that. Question from Gloria, she wants to know how many satellites do you have and are you looking to add more?

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

Great question, Gloria. We have about 100 satellites on orbit right now. And we do not expand our constellation at this point in time. That technology is improving at a speed that actually faster than Moore's Law and was the outcome of my research piece at the last year in the university that I was at in France. About tenfold improvement every five years. It is the track that small satellite technology has been improving at about 50% faster than Moore's Law that was driving that computer revolution.

So for us, 100 satellites capture the Earth about every 10 to 15 minutes, about 100 times a day. That feels very good for us at this point in time. We have not seen customers asking for substantially more of that. So the satellite constellation, I think at this point in time, can be expected to stay pretty constant for Spire.

Ana Berry
Berry Media, Inc. - Moderator

And Alvon wants to know, is your data perishable? Once you capture data, what point does it become outdated or not valuable?

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

It really depends on the data types. Also like an excellent question. Some of the data has less value when it is historic. Now in particular, some of our weather data has a lower shelf life. But for example, the movement of oil ships, so the movement of grain ships. There was a mention of the New York Times article earlier. A good

amount of the research for that article used actually historical data to figure out what was going on.

And then we talked a lot, and the world has talked a lot about the advances in AI and machine learning that can extract ever more information from data. And that means that historical data actually gets more and more valuable as those models require more and more data to come up with their algorithms to create valuable products. So it really depends on the data type. Some of which are more perishable, some of which are a little bit more likely good old Bordeaux that get more valuable as they accumulate a little bit of age.

Ana Berry
Berry Media, Inc. - Moderator

Nice reference. I'm going to tried to combine some questions from Chris Gibbs and Derek Scott concerning customers. So how are you getting your customers? Talk a little bit about your sales model.

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

Absolute, great question, guys. It's a direct sales model. That means that our people are holding everything from webinars and answering to inbound requests to reaching out to customers and making them aware of the capabilities of Spire. The single most often I heard answer from customers we have is wow, you can do that. So it is an awareness problem and not a what-do-I-do-with-it problem.

And so they reach out and because of the uniqueness of our data, it's a very, very productive sales model. I think the last time we published some numbers; we shared that sales reps have been attained quota per head of over $2 million, which is quite a bit higher than what you generally used to from SaaS companies.

Because in SaaS companies, the (technical difficulty) to enter and often consists a lot out of simple size. Now the way you reach sizes, you have to spend a large amount of money often on sales and marketing. Which is why many SaaS companies about 50% of sales cost for sales and marketing. So a large portion of every dollar that they get from customers, you get to spend on more marketing and more sales, which is why it can be sometimes tricky for them to actually get to profitability even at quite large scale.

Now Spire's data is so unique and the barrier to entry is so high that we can spend a substantially smaller amount on our sales and marketing expense. And that then, of course, means that our salespeople are that effective and attain those high quarters, which means they are extremely well paid. Plenty of years had salespeople make more money than myself, and we absolutely love it that way.

Because the model works so well, when you can bring to customers a unique data source that solves problems that they're very well aware of that they have.

Ana Berry
Berry Media, Inc. - Moderator

Well, you mentioned that your customers are even mix between government and commercial customers, but Derek wants to know what type of customers will you attract in the future that's not a current customer now?

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

We have about 175 major use cases there. So there's plenty of customers that sit alongside those use cases that we have not done a land and expand strategy. The underlying philosophy in Spire sales is called land and expand, not that unique to some other powerful SaaS business models as well. So think about, let's say a port. Port of Rotterdam is a big customer of Spire, but they are, I think about 10,000 ports across the world, and they all have the same problems.

Ships are loitering around their harbor. They're clogging up the pipes. They burn a lot of fuel. It's a very carbon

Case 1:24-cv-01458-MSN-WEF    Document 62-37    Filed 01/22/25    Page 11 of 12 PageID# 2084

dioxide, polluting activity. It's very costly activity, very frustrating activity. I mean, you fight the seven seas and then you land at the harbor and then you sit around there for like sometimes in hours and hours, and tens of hours, burning fuel. And the more information the harbor has of like who is coming from where, when, and why, the better they can run their operations.

So once you have landed and really understood how do I communicate with a harbor, you can then replicate that from the harbor of Rotterdam experience to tens of hundreds and thousands of others -- other harbors. And that is the bubble at Spire generally works. So we go to those types of customers and then we replicate. If you go to airport predictive maintenance company, then we predicted to all -- coverage of all. And we can go to an airline. And then there's like a few thousand airlines, and there's tens of thousands of business jet companies, right? We go to an offshore wind farm and then we can go to all of them.

So it's this land and expand strategy that allows us to replicate the success we have in helping one particular customer help solve core problem and then replicate it to many, many other customers.

Ana Berry
Berry Media, Inc. - Moderator

Fascinating. Lance states, you're currently trading at about five times sales. So what's your timeline for positive net earnings?

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

So we have given a timeline for a free cash flow profitability. That's the one guideline that we have given, which is 10 to 16 months from today. I do want to correct, our sales last year was in the $80 million range and our sales for this year's is at the $100 million range. So we are trading closer to one-time annually recurring revenue or trailing 12 revenue and not five times. But from a profitability perspective, we have given guidelines on free cash flow profitability because that is like from our perspective, the most important one to be in 10 to 16 months.

Ana Berry
Berry Media, Inc. - Moderator

Perfect. And Peter, if you could have investors walk away from listening to this conversation, understanding just one or two things about your business and its story, what would that be?

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

I would say Spire is a classic SaaS company with massive barriers to entry; very, very high net retention rate and customer satisfaction rate that has a margin structure that allows us to get profitable very quickly; and that is trading at a historically, potentially very attractive number. Of course, everyone has to make that assessment by themselves, but it's a SaaS company selling product, high net retention rate, very, very high growth rate.

Ana Berry
Berry Media, Inc. - Moderator

Wonderful. Well, we've really enjoyed this conversation. Fascinating technology you have, and we look forward to having you back in the future. Thank you so much for being here today.

Peter Platzer
Spire Global, Inc. - CEO, President, & Director

My pleasure, Ana, and all the best for the rest of the day.

Ana Berry

Berry Media, Inc. - Moderator

Wonderful. Thank you so much, Peter. (Conference Instructions)

## Call Participants

Corporate Participants

Peter Platzer, Spire Global, Inc. - CEO, President, & Director

Conference Call Participants

Ana Berry, Berry Media, Inc. - Moderator

Refinitiv StreetEvents Transcript
Spire Global Inc at Emerging Growth Virtual Conference
May 31, 2023 / 01:40PM GMT