**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| IN RE SPIRE GLOBAL, INC. SECURITIES LITIGATION | Master File No. 1:24-cv-1458-MSN-WEF |

### NOTICE OF SUBMISSION OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants Spire Global, Inc., Peter Platzer, Leonardo Basola, and Thomas Krywe, by and through their undersigned counsel, hereby submit Exhibits 40 – 83 in support of their Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 61) and the Memorandum of Law filed concurrently with the Motion (ECF No. 62).

Dated: January 22, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Jeffrey P. Justman*
Alison M. Agnew (VSB No. 90510)
1500 K Street, NW, Suite 1100
Washington, District of Columbia 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465
alison.agnew@faegredrinker.com

Timothy Katsiff (*pro hac vice*)
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
tim.katsiff@faegredrinker.com

Jeffrey Justman (*pro hac vice*)
Anderson Tuggle (*pro hac vice*)
Andrew McCarty (*pro hac vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000

2

Facsimile: (612) 766-1600
jeff.justman@faegredrinker.com
anderson.tuggle@faegredrinker.com
andrew.mccarty@faegredrinker.com

*Counsel for Defendants Spire Global, Inc., Peter Platzer, Leonardo Basola, and Thomas Krywe*

Case 1:24-cv-01458-MSN-WEF   Document 63   Filed 01/22/25   Page 2 of 3 PageID# 2135

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2025, a true and correct copy of the foregoing Notice of Submission was served electronically via the CM/ECF system, which serves all registered users in this action.

/s/ Alison M. Agnew
Alison M. Agnew