# Exhibit 58

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

OMB APPROVAL

| OMB Number: | 3235-0287 |
|---|---|
| **Estimated average burden** | |
| **hours per response:** | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person *  Condor Theresa  (Last)        (First)        (Middle)  8000 TOWERS CRESCENT DRIVE  SUITE 1100  (Street)  VIENNA        VA        22182  (City)        (State)        (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol  Spire Global, Inc. [ SPIR ]  3. Date of Earliest Transaction (Month/Day/Year)  05/22/2023  4. If Amendment, Date of Original Filed (Month/Day/Year)  Rule 10b5-1(c) Transaction Indication  ☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)  X  Director        X  10% Owner  X  Officer (give title below)        Other (specify below)  Chief Operating Officer  6. Individual or Joint/Group Filing (Check Applicable Line)  X  Form filed by One Reporting Person  Form filed by More than One Reporting Person |
|---|---|---|

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/22/2023 | | S | | 24,692[1] | D | $0.723 | 2,094,769 | D | |
| Common Stock | 05/23/2023 | | S | | 22,407[1] | D | $0.741 | 2,072,362 | D | |
| Common Stock | 05/24/2023 | | S | | 26,182[1] | D | $0.736 | 2,046,180 | D | |
| Common Stock | | | | | | | | 12,080,275 | I | By Spouse[2] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The shares were sold to cover taxes associated with the settlement of stock units, pursuant to an automatic sale-to-cover instruction in the applicable award agreement, which award agreement intended to satisfy the affirmative defense conditions of Rule 10b5-1(c) was dated February 4, 2022.

2. Theresa Condor and Peter Platzer, as husband and wife, share beneficial ownership of the securities held by each other.

**Remarks:**

/s/ Jonathan Zimmerman, by Power of Attorney for Theresa Condor05/25/2023        05/30/2023

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**