# Exhibit 83

# cg/ Capital Markets
Canaccord Genuity

**Flash Update**

# Spire Global
**Aerospace and Defense**

**US Equity Research**
27 September 2022

| Rating | Price Target |
|---|---|
| **BUY** | **US$3.50** |

| SPIR-NYSE | Price **US$1.17** |
|---|---|

## Market Data

| | |
|---|---|
| 52-Week Range (US$) : | 1.04 - 15.28 |
| Avg Daily Vol (000s) : | 883.59 |
| Shares Out. (M) : | 152.0 |
| Market Cap (US$M) : | 174.7 |



SPIR.US
S&P 500 (rebased)
Source: FactSet

Priced as of close of business 27 September 2022

**Austin Moeller** | Analyst | Canaccord Genuity LLC (US) | AMoeller@cgf.com | 212.389.8198

## Fireside chat highlights "land & expand strategy," competitive edge in RF remote sensing

**Today, Canaccord Genuity hosted an NDR and fireside chat with the management team of Spire Global (SPIR).** Spire's CEO, Peter Platzer, highlighted that as one of just two NewSpace satellite constellations that have been fully deployed and are in the replenishment/maintenance phase, the company is in a strong position to drive customer net adds and take share within its four major business verticals (Weather, Aircraft Tracking, Maritime Vessel Tracking and Space Services). In addition to boosting customer growth, the company's recently attained status of becoming a public company has opened the door to increasing its share of wallet with key government and commercial clients that were otherwise reluctant to be heavily reliant on a private startup. In our view, Spire's LEMUR constellation and data analytics capabilities have now largely proven themselves to customers, enabling a progressive growth ramp in average revenue per user (ARPU) and thus annual recurring revenue (ARR) growth.

**Management was upbeat on the opportunity to grow Spire's government business, particularly on the defense side.** Spire's government revenues (~50% of the total) currently are a roughly 50/50 split between defense & intel customers and civil agencies like NASA and NOAA. However, following the company's recent entrance into the RF signals intelligence (SIGINT) market by giving its LEMURs a software upgrade, the company now has ~40 satellites capable of geolocating enemy RF signals. As has been demonstrated in Ukraine, when an enemy armored vehicle or electronic warfare system emits a signal, Spire's LEMURs can triangulate a location on Earth within an ellipse where the signal is coming from, based on the time at which the signal was received. The ability to track the position of enemy troops, vehicles and ships using SIGINT data in geographies like Eastern Europe or the Taiwan Strait works 24 hours per day, including in poor weather conditions or at night when electro-optical satellites would be unable to collect an image of the surface. Management stated that it may need to increase the number of LEMURs that can capture SIGINT data in the future via hardware or software upgrades as demand increases from military/intel clients.

**Spire's satellite design and production capability is highly vertically integrated, down to the capacitor and resistor level.** Many components and instruments had to be designed from scratch because they "did not exist," according to management. Vertical integration gives the company significant optionality within its Space Services segment (~25% of revenues) to develop bespoke bus and instrument solutions for customers, considering the substantial amount of IP directly owned by Spire. Recent contract wins demonstrating Spire's competitive edge as a satellite solutions provider include a $4M contract to produce a hyperspectral microwave sensing payload for NOAA, in addition to what management termed an "eight-figure" contract to produce a cluster of four 6U cubesats for Sierra Nevada Corp. for RF surveillance.

**We remain bullish on Spire's ability to achieve EBITDA profitability and achieve free cash flow profitability within the next 18-24 months.** Spire is one of just twelve NewSpace companies with a fully built-out satellite fleet. The LEMUR constellation enables Spire to be the only company providing a numerical weather forecast anywhere on the planet up to 15 days out. The ECMWF recently increased its ranking of radio occultation from #10 to #4 in terms of its value in driving weather forecast accuracy, and this was based on fewer RO profiles collected daily than are currently captured by Spire (tens of thousands of daily profiles). Spire has ~700 ARR solution customers today, which we expect to increase as net adds continue to ramp and existing customers subscribe to additional sensor data and analytics offered by Spire, including aircraft tracking (ADS-B) and ship tracking (AIS).

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

**For important information, please see the Important Disclosures beginning on page 2 of this document.**

**cg/ Capital Markets**
Canaccord Genuity

**Spire Global**
Company Update

# Appendix: Important Disclosures

**Analyst Certification**

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research, and (iii) to the best of the authoring analyst's knowledge, she/he is not in receipt of material non-public information about the issuer.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Sector Coverage**

Individuals identified as "Sector Coverage" cover a subject company's industry in the identified jurisdiction, but are not authoring analysts of the report.

**Investment Recommendation**

Date and time of first dissemination: September 27, 2022, 17:03 ET

Date and time of production: September 27, 2022, 17:03 ET

**Target Price / Valuation Methodology:**

Spire Global - SPIR

Our $3.50 price target is calculated using a 3.0x EV/Revenue multiple, applied to our 2024 estimate of $164M.

**Risks to achieving Target Price / Valuation:**

Spire Global - SPIR

Key risks include: 1) Destruction of customer or internally developed satellites during a launch failure. 2 A military conflict in which anti-satellite weapons generate large amounts of hazardous space debris in low-Earth orbit (LEO). 3) The impact of inflation and supply chain shortages on materials purchasing and labor costs. 4) Potential near-term needs to raise additional capital to sustain operations amid cash burn. 5) Loss of key customers for various solution offerings to competitors. 6) Reduced utilization of 6U, 12U and 16U cubesats in favor of larger bus designs. 7) Changes to pricing requirements in government contracts. 8) Reduced focus on ESG among some corporations amid worsening economic conditions. 8) The impact of a recession on the company's commercial/enterprise customer growth. 9) The impact of changing presidential administrations on funding for NOAA, NASA and various government climate programs.

**Distribution of Ratings:**

**Global Stock Ratings (as of 09/27/22)**

| Rating | Coverage Universe | | IB Clients |
|---|---|---|---|
| | # | % | % |
| Buy | 634 | 66.60% | 32.18% |
| Hold | 142 | 14.92% | 16.90% |
| Sell | 10 | 1.05% | 10.00% |
| Speculative Buy | 159 | 16.70% | 40.88% |
| | 952* | 100.0% | |

*Total includes stocks that are Under Review

**Canaccord Genuity Ratings System**

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.

**NOT RATED:** Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

**Risk Qualifier**

**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.


**12-Month Recommendation History** (as of date same as the **Global Stock Ratings** table)

A list of all the recommendations on any issuer under coverage that was disseminated during the preceding 12-month period may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures-mar.canaccordgenuity.com/EN/Pages/default.aspx

**Required Company-Specific Disclosures (as of date of this publication)**

Spire Global currently is, or in the past 12 months was, a client of Canaccord Genuity or its affiliated companies. During this period, Canaccord Genuity or its affiliated companies provided investment banking services to Spire Global.

Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of Spire Global or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Investment Banking services from Spire Global in the next three months.



**Spire Global Rating History as of 09/26/2022**

Buy (B); Speculative Buy (SB); Sell (S); Hold (H); Suspended (SU); Under Review (UR); Restricted (RE); Not Rated (NR)

**Required Company-Specific Disclosures (as of date of this publication)**

**Past performance**

In line with Article 44(4)(b), MiFID II Delegated Regulation, we disclose price performance for the preceding five years or the whole period for which the financial instrument has been offered or investment service provided where less than five years. Please note price history refers to actual past performance, and that past performance is not a reliable indicator of future price and/or performance.

**Online Disclosures**

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@cgf.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

**General Disclaimers**

See "Required Company-Specific Disclosures" above for any of the following disclosures required as to companies referred to in this report: manager or co-manager roles; 1% or other ownership; compensation for certain services; types of client relationships; research analyst conflicts; managed/co-managed public offerings in prior periods; directorships; market making in equity securities and related derivatives. For reports identified above as compendium reports, the foregoing required company-specific disclosures can be found in a hyperlink located in the section labeled, "Compendium Reports." "Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity LLC, Canaccord Genuity Limited, Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 80%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity LLC, a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Investment Banking revenues and general profits of Canaccord Genuity. However, such


authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Investment Banking activities, or to recommendations contained in the research.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

From time to time, Canaccord Genuity salespeople, traders, and other professionals provide oral or written market commentary or trading strategies to our clients and our principal trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses also from time to time make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**Research Distribution Policy**

Canaccord Genuity research is posted on the Canaccord Genuity Research Portal and will be available simultaneously for access by all of Canaccord Genuity's customers who are entitled to receive the firm's research. In addition research may be distributed by the firm's sales and trading personnel via email, instant message or other electronic means. Customers entitled to receive research may also receive it via third party vendors. Until such time as research is made available to Canaccord Genuity's customers as described above, Authoring Analysts will not discuss the contents of their research with Sales and Trading or Investment Banking employees without prior compliance consent.

For further information about the proprietary model(s) associated with the covered issuer(s) in this research report, clients should contact their local sales representative.

**Short-Term Trade Ideas**

Research Analysts may, from time to time, discuss "short-term trade ideas" in research reports. A short-term trade idea offers a near-term view on how a security may trade, based on market and trading events or catalysts, and the resulting trading opportunity that may be available. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks. A short-term trade idea may differ from the price targets and recommendations in our published research reports that reflect the research analyst's views of the longer-term (i.e. one-year or greater) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. It is possible, for example, that a subject company's common equity that is considered a long-term 'Hold' or 'Sell' might present a short-term buying opportunity as a result of temporary selling pressure in the market or for other reasons described in the research report; conversely, a subject company's stock rated a long-term 'Buy' or "Speculative Buy' could be considered susceptible to a downward price correction, or other factors may exist that lead the research analyst to suggest a sale over the short-term. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm does not intend, and does not undertake any obligation, to maintain or update short-term trade ideas. Short-term trade ideas are not suitable for all investors and are not tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your salesperson for more information regarding Canaccord Genuity's research.

**For Canadian Residents:**

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Persons:**

Canaccord Genuity LLC, a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity LLC. Analysts employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule


2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**For United Kingdom and European Residents:**

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited or its Wealth Management affiliated company, Canaccord Genuity Financial Limited ABN 69 008 896 311 holder of AFS Licence No 239052.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2022 – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited. 2022 – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity LLC 2022 – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited. 2022 – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity LLC or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.

**None of the material, nor its content, nor any copy of it, may be altered in any way, reproduced, or distributed to any other party including by way of any form of social media, without the prior express written permission of the entities listed above.**