**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE SPIRE GLOBAL, INC. SECURITIES LITIGATION | Master File No. 1:24-cv-1458-MSN-WEF |

**NOTICE OF SUBMISSION OF EXHIBITS IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants Spire Global, Inc., Peter Platzer, Leonardo Basola, and Thomas Krywe, by and through their undersigned counsel, hereby submit Exhibits 84 – 91 in support of their Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 61) and the Memorandum of Law  filed concurrently with the Motion (ECF No. 62).

Dated: January 22, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Jeffrey P. Justman*
Alison M. Agnew (VSB No. 90510)
1500 K Street, NW, Suite 1100
Washington, District of Columbia 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465
alison.agnew@faegredrinker.com

Timothy Katsiff (*pro hac vice*)
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
tim.katsiff@faegredrinker.com

Jeffrey Justman (*pro hac vice*)
Anderson Tuggle (*pro hac vice*)
Andrew McCarty (*pro hac vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000

Facsimile: (612) 766-1600
jeff.justman@faegredrinker.com
anderson.tuggle@faegredrinker.com
andrew.mccarty@faegredrinker.com

***Counsel for Defendants Spire Global, Inc.,
Peter Platzer, Leonardo Basola, and Thomas
Krywe***

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2025, a true and correct copy of the

foregoing Notice of Submission was served electronically via the CM/ECF system, which serves

all registered users in this action.

*/s/ Alison M. Agnew*
Alison M. Agnew