# Exhibit 84

# Space
# Searching for Gross Profit Dollars
Initiating Coverage

CREDIT SUISSE

October 11, 2022

Equity Research | Americas



## Research Analysts

**Scott Deuschle**
+1 (212) 325 6116
scott.deuschle@credit-suisse.com

**Will Jackson**
+1 (212) 325 7981
will.jackson@credit-suisse.com

**Click here for our A&D initiation deck**

DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, LEGAL ENTITY DISCLOSURE AND THE STATUS OF NON-US ANALYSTS. US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

# Table of Contents (Click Below to Navigate)

**Space**

- Executive Summary ................................................................................................ 3
- Methodology, Definitions, and Background ............................................................. 11
- Themes for the 2020s ............................................................................................ 19
- Market Sizing ......................................................................................................... 58
- Business Analysis .................................................................................................. 71
- Sector Outlook ....................................................................................................... 82
- Company Slides ..................................................................................................... 85
  - BlackSky Technology (BKSY) ............................................................................ 86
  - Mynaric (MYNA) ................................................................................................ 102
  - Rocket Lab (RKLB) ............................................................................................ 119
  - Spire Global (SPIR) ........................................................................................... 141
  - Virgin Orbit (VORB) ........................................................................................... 166

Disclosures ............................................................................................................... 188

**See below link for our A&D initiation report and additional coverage.**

- A&D Initiation



# Space Executive Summary

**The Bottom Line:** We are initiating coverage of the space industry* with a negative view and ratings distribution consisting of two Outperforms (BKSY, MYNA), one Neutral (SPIR), and two Underperforms (VORB, RKLB). The space industry is one that largely consists of capital-intensive companies operating in a competitive arena with challenged unit economics, high technical and operational risks, unsupportive base rates, and a resistance toward consolidation. It is an industry in which the only businesses that have shown a consistent ability to earn a ROIC greater than their cost of capital are pure-play defense contractors and niche component suppliers. The industry consistently overestimates potential revenue and underestimates costs, driving a tendency toward speculative bubbles—once in the 1990s and again more recently. It is an industry in which incumbent defense contractors have many of the best opportunities locked up, and where the vanguard of the "new space" proletariat—SpaceX—is commanding much of the remaining opportunity. It is an industry uniquely exposed to tightening financial conditions, with high cash burn rates and shortening runways. Finally, it is an industry in which many participants are heavily exposed to valuation reflexivity: lower public/private valuations → lower capex/opex budgets → less revenue. As we put it all together, the key question for investors may not necessarily be "what's this worth?", but rather "is it worth the risk?".

**The Long Road to Breakeven:** Eleven newly public space companies that we track** reported cumulative operating expenses of roughly $1,300m in 2021 against $335m of sales. Assuming a 40% sales CAGR, 50% gross margins, and flat operating expenses, we estimate that this group of companies would take a collective six years to achieve EBIT breakeven. At a more conservative 30% sales CAGR and 40% gross margin target, it would take nine years. And if operating expenses were to grow (as is more likely) rather than stay flat, these timelines would extend beyond the 2030s. This is quite concerning, in our opinion, as the industry's continuous losses are likely to drive investor attention elsewhere in today's more prudent investing climate where substance matters more than style, and GAAP profitability/FCF matters more than anything else. In our view, if investors are unwilling to finance the losses, then the limited existing financial runway these companies have is likely to drive higher insolvency rates over the next 12-24 months. On the upside, those left standing should see reduced competitive intensity.

**Stock Calls:** Our initiation spans five companies, with a ratings distribution consisting of two Outperforms (BKSY, MYNA), one Neutral (SPIR), and two Underperforms (VORB, RKLB). Our Outperform-rated companies are those that we believe avoid most of the negative parameters outlined above, and instead offer a differentiated product and compelling value proposition, coupled with a business that we believe can drive favorable unit economics and support an attractive long-term model. In general, this approach leads us to prefer government-focused earth intelligence firms (BKSY) and niche hardware suppliers (MYNA). In contrast, we are Underperform rated on VORB and RKLB, as valuations are less supportive, gross margins are more challenged, technical/operational risk is greater, and reflexivity exposure is generally higher. Further, we believe that some launch companies have significantly elevated market risk owing to reliance on low Earth orbit (LEO) mega-constellation deployments to meet their revenue targets. We are somewhat skeptical on the LEO broadband (BB) opportunity owing to continued fiber/fixed wireless access (FWA) deployments, data consumption trends, and the underlying economics of fixed capacity networks. Finally, we are Neutral on SPIR as our positive view on the base business is offset by the overhang from the recent $85m at-the-market (ATM) equity distribution agreement (which could be substantially dilutive), as well as our unfavorable view on SPIR's acquisition of exactEarth.

---

CREDIT SUISSE    *Communication satellite operators are not covered in this report.
**Includes VORB, RKLB, BKSY, SPIR, PL, LLAP, and others

Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com    3
Return to table of contents

# Space Executive Summary

## Coverage: 2 Outperforms, 1 Neutral, 2 Underperforms

| Company | Ticker | Rating | Market Cap | Target Price | Price at 10/07/2022 | Upside / Downside % | Quick Take |
|---------|--------|--------|------------|--------------|---------------------|---------------------|------------|
| BlackSky | BKSY | Outperform | $0.2 bn | $3.0 | $1.58 | 90% | 99% of sales from government customers, growth visibility afforded by billion-dollar contract from NRO, favorable incremental margins. |
| Mynaric | MYNA | Outperform | $0.1 bn | $10.0 | $5.00 | 100% | Leader in space laser communications, growing backlog underpinned by DoD demand, NOC a major customer, LHX a partner and strategic investor, proven business model, potential network effects as number of nodes in the network expand. |
| Rocket Lab | RKLB | Underperform | $2 bn | $3.0 | $4.36 | -31% | Strong execution & technical capability, but we are bearish on the broader launch industry outside of SpaceX. Exposed to Starship disruption thesis. Exposed to valuation reflexivity. Gross margin performance disappointing at Space Systems. Switch to oxidizer-rich closed cycle engine on Archimedes adds development risk to Neutron (cost/schedule). Valuation elevated relative to many other space companies. |
| Spire Global | SPIR | Neutral | $0.2 bn | $2.0 | $1.07 | 87% | Solid gross margins and unit economics, operating in less competitive side of earth intel, track record for innovation...Our bullish take on the base business is offset by our view on the exactEarth acquisition and the recent ATM equity distribution agreement. This ATM could be substantially dilutive. |
| Virgin Orbit | VORB | Underperform | $1 bn | $1.0 | $2.86 | -65% | Negative gross margins, high cash burn, exposure to reflexivity, unfavorable view on launch business. |

CREDIT SUISSE    Source: FactSet, Credit Suisse    Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com    4

Return to table of contents

# Space Executive Summary
## Selected key themes

| Short Description | Impact | Affected Coverage | Long Description |
|---|---|---|---|
| Starship's disruptive potential | Mixed | Space & Defense | As the first ever fully and rapidly reusable orbital class rocket, we believe that Starship could be powerfully transformative for the space industry. Depending on SpaceX's internal costs and per-launch gross margin targets, repercussions might include:<br>•Disruption for launch providers.<br>•Disruption for satellite manufacturers and component suppliers.<br>•Improved ROIC for space companies due to declines in infrastructure costs.<br>•Expansion of the Space TAM due to improved feasibility/economics of various missions. |
| Issues with B2C LEO Broadband | Negative | Space / TMT | Cable, fiber, and fixed-wireless-access penetration generally goes in just one direction over time—up. Given that satellite broadband customers are typically those without one of these types of superior connectivity, increasing penetration rates necessarily cuts into the satellite broadband TAM. Government subsidies have primarily been given to non LEO broadband providers. Other issues for B2C LEO broadband include the impact of growing data usage on fixed network economics. |
| The space launch growth paradox | Negative | Space | For the space launch market to grow significantly, demand from multiple LEO mega-constellation build-outs is required—as such constellations are increasingly the only ones capable of moving the needle on global launch demand. However, a significant reduction in space infrastructure cost is likely required to justify multiple LEO mega-constellations. This creates a tradeoff between volume growth and price, which limits the opportunity for TAM expansion in dollar terms. |
| Accelerating adoption of free space optics | Positive | Space & Defense | Optical inter-satellite links (OISLs) is a new technology that offers a number of benefits for those operating satellite constellations. These include higher bandwidth, reduced latency, improved security, and no spectrum requirements. We expect OISLs to be increasingly adopted in new constellations, driving improvements in functionality and opening new use cases that were previously prevented from data bottlenecks. |
| Space as a "warfighting" domain | Positive | Space & Defense | The national security establishment—particularly U.S. DoD—continues to view space as a crucial "warfighting" domain. Due to this perceived importance, DoD investment account growth for space-based assets remains robust, with the President's 2023 budget request calling for 30% y/y funding growth. |
| Continued innovation in earth intelligence | Positive | Space & Defense | The earth intelligence market continues to evolve, thanks to improvements in technology that are creating new types of data being collected and improved ability to derive value from that data. Newly commercialized data types include hyperspectral imagery, radio occultation data, and SAR imagery. |

 CREDIT SUISSE     Source: Credit Suisse

# Space Executive Summary

## Focus Charts: Macro + Launch

### CSe Space TAM: $106bn



Comm'l Satellite Mfg 3.8
Comm'l Launch 3.7
Comm'l Earth Intel 0.7
Comm'l communications 8.4
National Security 53.0
Civil Agency 36.7

### Rocket Launches/Year

### Payloads Placed into Orbit/Year

### CS Space Launch TAM Progression Analysis
$ in millions

■ Ex-Starlink TAM    ■ Starlink Contribution (at list price)

*Cost/kg estimated by CS. Assumptions expanded on in later slides.
**Based on prospective numbers from SpaceX

### Launch Cost Trends
$/kg

Space Shuttle, $65,400
Electron, $23,100
Soyuz, $17,900
Long March 2C, $8,300
Ariane 5, $10,200
Falcon 9, $2,600
Falcon Heavy, $1,500
Starship*, $650
Starship**, $50

Source: GAO, DoD, NASA, FAA, JAXA, ESA, NOAA, company filings, Union of Concerned Scientists, Credit Suisse estimates

Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com    6

Return to table of contents

# Space Executive Summary

## Focus Charts: Launch

### 3-yr Sales Growth + CAGR



### GAAP Gross Margins



### Adj. EBITDA Margins



### Normalized EBITDA Margins – w/SBC*



### Adj. EBITDA less Capex % Sales



### Quarters of Runway



*Both RKLB and VORB add back stock compensation in calculating adj. EBITDA – this analysis removes it as is more typical.

Source: DoD Comptroller, Credit Suisse estimates, Company Data

Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com

Return to table of contents

# Space Executive Summary
## Focus Charts: Earth intelligence

### 3-yr Sales Growth + CAGR



### GAAP Gross Margins



### Adj. EBITDA Margins



### Normalized EBITDA Margins – w/ SBC*



### Adj. EBITDA less Capex % Sales



### Quarters of Runway



**Methodology:** 6/30/22 cash balance / 2022 avg qtrly burn

NC: Not Covered; 2022 numbers per FactSet consensus or mgmt. guidance
*Planet, Spire, and BlackSky add back stock-based compensation in calculating adj. EBITDA, whereas Maxar does not. This analysis normalizes SBC treatment by removing it from the add-back (i.e., treat it as a cash expense, given that it is a real cost to shareholders).



# Industry Map
## Hundreds of public & private cos

| Space Launch | | |
|---|---|---|
| **Operational OEMs** | **Development-stage OEMs** | **Suppliers** |
| SpaceX | See next slide | Safran |
| United Launch Alliance | See next slide | Velo3D |
| Arianespace | See next slide | Moog |
| Northrop Grumman | See next slide | Hexcel |
| Rocketlab | See next slide | Woodward |
| Virgin Orbit | See next slide | Heico |
| Avio | See next slide | Transdigm |
| Blue Origin | See next slide | Raytheon Technologies |
| Astra | See next slide | Northrop Grumman |
| | See next slide | Ursa Major |
| | See next slide | X-Bow |
| | See next slide | Ansys |
| | See next slide | Addman |
| | See next slide | Karman |
| | See next slide | Barber-Nichols |
| | See next slide | Planetary Systems (Rocket Lab) |

| Spacecraft | | |
|---|---|---|
| **OEMs** | **Suppliers** | **Ground Station** |
| Northrop Grumman | Heico | Safran |
| Lockheed Martin | Moog | Mil-SAT |
| Raytheon Technologies | Masten Space Systems | Cobham Satcom |
| Blue Canyon (Raytheon) | Seurat | L3Harris |
| Boeing | CesiumAstro | Intellian |
| Millenium (Boeing) | Mynaric | Isotropic Systems |
| Phantom | Kymeta | SpaceBridge |
| Axiom Space | Phase Four | Raytheon |
| Terran Orbital | Orbit Fab | |
| SpaceX | SA Photonics (division of CACI) | |
| Rocket Lab | Woodward | |
| Airbus | Safran | |
| Thales Alenia Space | Raytheon Technologies | |
| MDA | Rocket Lab | |
| Maxar | General Dynamics | |
| Radian Aerospace | SolAero (Rocket Lab) | |
| Sierra Space | Planetary Systems (Rocket Lab) | |
| | Redwire | |
| | Ansys (software) | |
| | Raptor Scientific | |
| | Bradford Space | |

| Services / Operators | | |
|---|---|---|
| **EO, RF, Analytics** | **Communications** | **Tourism** |
| Maxar | Hedron | Blue Origin |
| Black Sky | ETL Systems | SpaceX |
| Spire Global | Iridium | Axiom |
| PlanetiQ | Kepler | |
| Planet | Astrocast | |
| Albedo | Lync | **Operations Management** |
| HawkEye 360 | SES | Kythera |
| IceEye | Intelsat | Scout |
| PredaSAR | Global Star | a.i. solutions |
| Umbra Lab | Telesat | LeoLabs |
| Synspective | Kineis | Slingshot Aerospace |
| Satrevolution | Warpspace | Spaceflight Inc |
| Earth Observant | | Xplore, Inc |
| Satellogic | **Ground Station as a Service** | |
| Pixxel | Leaf Space | |
| Orbital Sidekick | Amazon | **Life Extension** |
| Wyvern | Microsoft | Astroscale |
| Orbcomm | Infostellar | Northrop Grumman |
| Kleos | | |
| up42 | | **Resource Extraction** |
| Ursa Space | | Canada Space Mining Corp. |

Ecosystem map excludes Chinese and Russian corporations.

 Source: newspace.im, Credit Suisse

# Industry Map
## Hundreds of public & private cos

| Space Launch | | | |
|---|---|---|---|
| **Development-stage OEMs** | | | |
| Relativity Space | Maritime Launch Services | VSAT Aerospace | TiSPACE |
| CNIM Air Space | Orbex | WAGNER Star Industries | Venture Orbital Systems |
| Raptor Aerospace | PD Aerospace | X-Bow Launch Systems | Astraius |
| Swedish Space Corp | Perigee Aerospace | O-G Launch | Astron Systems |
| UP Aerospace | Reaction Engines | Acrux Aerospace Technologies | B2Space |
| World View | Skyroot Aerospace | Advanced Rockets Corp | Black Arrow Space Technologies |
| Vogue Aerospace | Vellon Space | ARCA Space Corporation | Celestia Aerospace |
| Sierra Space | Starchaser | Bagaveev | CloudIX |
| ABL Space Systems | Sugarhouse Aerospace | Bellatrix Aerospace | CubeCab |
| Firefly Aerospace | Vaya Space | Beyond Earth | EOS-X |
| Stoke Space Technologies | Zephalto | C6 Launch Systems | ESC Aerospace |
| Strato | Aevum | Exodus Space Corp | Eutropia |
| T-Minus | Agnikul Cosmos | Gloyer-Taylor Labs | |
| Dawn Aerospace | bluShift Aerospace | Hudson Space Systems | |
| Exos Aerospace | Earth to Sky | Interorbital Systems | |
| Gilmour Space | Green Launch | iRocket | |
| Honda | Hypersonix | JP Aerospace | |
| Isar Aerospace Technologies | Microcosm | Orbit Boy | |
| Masten Space Systems | OrbitX | Pangea Aerospace | |
| PLD Space | Pipeline2Space (by HyperSciences) | Phantom Space | |
| Skyrora | Python | Phoenix Launch Systems | |
| Space Forest | Radian Aerospace | Promin Aerospace | |
| SpinLaunch | Rocket Factory Augsburg (by OHB) | Reaction Dynamics | |
| Zero 2 Infinity | Space Engine Systems | Ripple Aerospace | |
| Equatorial Space Systems | Space Vector | RocketStar | |
| HyImpulse | Space Walker | Smallspark Space Systems | |
| Interstellar Technologies | Stofiel Aerospace | Space One (by Canon) | |
| Launcher | Stratolaunch | SpaceRyde | |
| Fenix Space | TLON Space | Vector | |

 **CREDIT SUISSE**    Source: SpaceFund, Credit Suisse

# Methodology, Definitions, & Background



# Key Takeaways

**Report Methodology**
- We employ a bottom-up approach to analyzing the space industry. We first define it, then explore key industry background, analyze key trends, size the market, review the industry's historical track record for value creation, assess likely unit economics, and finally assess covered companies.

**Definitions**
- The space economy should be defined carefully. Thinking about it in terms that are too broad hinders analysis and creates risk that the market is misunderstood or overestimated.

- We define the space economy as *that portion of economic activity where the locus of value creation occurs in space, as well as the earthbound process of building, deploying, and operating space-based systems.*

  - In contrast to many third parties, this definition results in the exclusion of large pieces of what others consider to be within the space economy, including Satellite TV. This has a large implication for the TAM analysis presented later in this report.

**Background**
- The market exuberance of 2021 was similar in scope to that seen in the mid/late 1990s. Many companies today are pursuing the same product offerings and business models as those in the 1990s.

- Reviewing what caused those companies to fail can, therefore, illuminate potential sources of risk for today's space companies.

- High capital intensity, market risk, and terrestrial innovation have contributed to the downfall of past space companies.

- Market risk is a particularly significant risk for space companies relevant to today's investor. While it is never the sole cause of failure, it is typically the proximate cause of failure. Therefore, this risk should be examined carefully.
  - We perform an industry TAM analysis later in this report that helps assess this risk.

- Terrestrial innovation is also a risk that should be monitored carefully. This will be examined later in this report.

# Report Methodology
## A nuts-and-bolts bottom-up approach



Coverage — Covered company assessment

Sector Analysis
- Review key themes shaping the sector
- Market sizing exercise
- Assess unit economics

Background
- Review industrial history
- Mitigate recency bias

Definitions
- Defining the space economy

# Defining the Space Economy
## Or: How to avoid miscalculating the TAM

There's a variety of ways that one might reasonably choose to define the space economy. The challenge is finding one that's useful for analysis. We define the space economy as *that portion of economic activity where the locus of value creation occurs in space, as well as the earthbound process of building, deploying, and operating space-based systems.* This definition is useful for analysis, as it allows us to include economic activity that fits with where one's intuition would lead while leaving out such activity that would either obscure reality, lead us to misunderstand the true nature of a business, or lead to double-counting with other sectors. Some specific examples that fit under this definition:

- Government contracting for exploration & national defense
- Space launch & supply chain
- Satellite manufacturing & supply chain
- Satellite communications (internet, broadcast services)
- Earth intelligence
- In-space services (e.g., satellite life extension)
- Space tourism

Examples of what is excluded under this definition:

- Satellite TV (e.g., DISH)
- Satellite radio
- GPS-enabled businesses (e.g., Garmin, DoorDash)
- GPS chip manufacturing

Note that under our definition of the space economy, satellite internet would be **included**, as value creation comes from connectivity itself, and that connectivity is centered in space. This differs from satellite TV, which is **excluded** because space is only a distribution medium, with the locus of value creation occurring at entertainment companies. However, capex spent to build and deploy satellites to provide this service would be included. Many third parties include Satellite TV and radio in their definition of the space economy, resulting in what we believe is a significant miscalculation of industry TAM.

**The Space Economy**



CREDIT SUISSE

Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com    14

Return to table of contents

# Background: A Brief History of Space Flight
## The last 100 years

High school math teacher Konstantin Tsiolovsky publishes the Tsiolovsky rocket equation. The equation marks the emergence of rocketry as a true science, intertwined with physics and mathematics.

**1900s**

Werner von Braun and his team launch the first V-2 rocket.

**1940s**

Reagan's Strategic Defense Initiative drives continued satellite innovation. Shuttle program ongoing. Iridium development begins.

**1980s**

Legacy space industry struggles with SLS program. Meanwhile, SpaceX establishes a remarkable string of successes, including Falcon 9 first launch, Falcon 9 first landing, ISS resupply missions, Falcon Heavy landing. VC interest in the Space sector rises, driving capital into the sector. SpaceX employee diaspora seeds a variety of new space companies.

**2010s**

**1920-1930s**

Robert Goddard launches the first liquid-fueled rocket engine. His subsequent work in New Mexico develops many other key rocket technologies, including active steering through gyroscopes.

**1950-70s**

Sputnik launches in 1957. Space race begins. Saturn V is developed. Neil Armstrong lands on the moon in 1969. Space race ends with Apollo-Soyuz mission in 1975.

**1990-2000s**

NASA experiences ongoing cost escalations. Constellation program cancelled. NASA Commercial Orbital Transportation Services (COTS) program launched, with award to SpaceX in 2006 — a launching point for the commercial space industry.

**2020s**

SLS budget overruns and lack of progress continues. Boeing experiences continued delays on Starliner. Meanwhile, SpaceX conducts first commercial-crew missions. Starship 15 high-altitude flight and landing. Space SPAC activity peaks in spring 2021.



# Background: We've Been Here Before
Everything old is new again

### Global Imaging – 1994 Edition

"Lockheed Corporation said yesterday that it had received one of the first licenses from the Department of Commerce to operate a satellite system that can provide high-definition images to customers worldwide…The higher resolution could be particularly beneficial for environmental monitoring, mapping, mineral and petroleum exploration and disaster news coverage."
*Source: NYTimes Archive, 1994*



### Global Imaging – 2022 Edition

"Our mission is to use space to help life on Earth, by imaging the whole world every day and making global change visible, accessible, and actionable. We currently serve more than 700 customers across large vertical markets, including agriculture, mapping, forestry, finance and insurance, and federal, state, and local government agencies."
*Source: Planet*

### Global Communications – 1998 Edition

"[Motorola's] Satellite Communications Group (SCG) is developing the IRIDIUM satellite-based communication system. The IRIDIUM system is a space-based wireless communications system that is being designed to provide global digital service to hand-held telephones and related equipment."
*Source: Motorola 1996 10K*

### Global Communications – 2022 Edition

"For the first time ever, mobile subscribers will be able to automatically roam from land networks to a space network. Whether in the most remote location, on rural farmland or in the midst of a crisis or natural disaster, people will remain connected no matter what – without having to invest in expensive, specialized hardware."
*Source: AST Spacemobile*

### Broadband Internet – 1998 Edition

"The Teledesic system is conceived as a global, broadband "Internet-in-the-Sky" satellite communications system. The network is planned to provide high speed data connections to businesses, institutions and individuals worldwide. The system would be composed of a constellation of low-Earth-orbit satellites, designed to provide affordable, worldwide, "fiber-like" access to telecommunications services, including broadband Internet access, video conferencing, high quality voice and other digital data needs, to fixed locations."
*Source: Motorola 1998 10K*

### Broadband Internet – 2022 Edition

"Starlink provides high-speed, low-latency broadband internet across the globe. Using advanced satellites in a low orbit, Starlink enables video calls, online gaming, streaming, and other high data rate activities that historically have not been possible with satellite internet. Users can expect to see download speeds between 100 Mb/s and 200 Mb/s and latency as low as 20ms in most locations."
*Source: SpaceX*



# Background: Space Industrial History

Case Study: Iridium

**Vision:** The idea of Iridium was conceived by a group of engineers working for Motorola in the late 1980s. The vision was to establish a globally accessible communications network through a constellation of 77 LEO satellites, with a focus on voice communications. A key characteristic of Iridium that differentiated from others was the use of inter-satellite links (ISLs), which limited the number of ground stations required for the system to function. At the time it was conceived in the 1980s, there was a lack of global cellular infrastructure—making the system well suited to meet the public's needs, resulting in a large potential market opportunity.

**What happened:** The Iridium constellation became operational in 1998 at a cost of $5b. The company marketed the system aggressively throughout 1998, including having Al Gore make the first call on the system. However, given the large amount of debt capital required to fund the effort, as well as the unwillingness of backers to offer additional funds to subsidize early losses, the company needed to quickly become free cash flow positive in order to meet upcoming interest payments. To achieve this goal, the company chose to adopt an aggressive pricing strategy, including $3,000 handsets and a charge of $3-8/minute for phone calls.

While this strategy might have met some success if adopted in the early 1990s, things were different by 1998. Specifically, 2G wireless was increasingly widespread, and this standard offered a superior product with lower costs for all but the most niche use cases. As a result, Iridium experienced a massive shortfall in subscriber additions—20k one year after launch, vs. its original 500k forecast. The company filed for Chapter 11 bankruptcy protection on August 13, 1999.

While Motorola initially attempted to fully shutter the business and deorbit the satellites, the company was ultimately sold for $25m (a 99.5% loss for the investors vs. the $5bn build cost). After the sale, the company pivoted to focus on specialized customers, such as DoD, the FAA, and airlines. Today, Iridium has 1.7m billable subscribers.

**Post-mortem:** Early shareholders' 99.5% loss on the system can largely be attributed to the collision of three factors:

- **High capital intensity, up-front payments:** As explained on the next slide, developing a constellation as pioneering as Iridium required large capital outlays—and those outlays needed to happen prior to commercialization and first revenue. This necessitated debt, which created a burdened capital structure—and made the business fragile to any measure of underperformance.
- **Market risk:** Market risk is the risk that the market demand for a product or service is lower than what's expected to justify the business case. Given the innovative nature of Iridium, this risk was high. Further, it was a leveraged risk given the capital intensity mentioned previously.
- **Cellular innovation:** Arguably, Iridium's greatest misstep was underestimating the pace of cellular innovation on the ground during Iridium's ~10-year development cycle, and the effect that it would have on its ability to achieve commercial adoption. Specifically, 2G wireless and global cellular infrastructure were increasingly well established by 1998, obviating the need for Iridium's complicated and expensive solution. The penetration of terrestrial cellular shrunk crystalized market risk, which, in turn, crystalized solvency issues created by the constellation's capital requirement.

# Background: Space Industrial History
## Case Study: Teledesic

**Vision:** Founded in 1990 by Craig McCaw, Teledesic's vision was to create an "Internet in the sky" to provide affordable, worldwide, "fiber-like" access to telecommunications services. The company's principal shareholders were Craig McCaw and Bill Gates, with later fundraising rounds bringing in Saudi Prince Alwaleed bin Talal, Boeing, and Motorola. The original vision contemplated 840 LEO satellites organized into 21 circular orbit planes, though this vision was scaled back as time went on. The estimated cost to build and deploy the network was $9bn.

**What happened:** Teledesic initially targeted operations by 2001. However, the company faced several delays, in part owing to challenges with its suppliers (first choosing Boeing, then switching to Motorola, then Alenia Spazio). With the collapse of Iridium in 1999, the funding environment for Teledesic deteriorated rapidly. Ultimately, the company decided to suspend satellite construction in 2002 and wind down operations. As a result, Teledesic managed to avoid bankruptcy, and early investors even achieved a positive return on their investment.

**Post-mortem:** From our perspective, there were three principal drivers of Teledesic's wind-down:

- **High capital intensity, up-front payments:** A unique aspect of non-geostationary satellite communications is that a complete network must be built before the first customer can be on-boarded. The reason is that global, continuous service requires the constellation in its entirety—or at least a minimum viable version of it. For Teledesic, this meant that the majority of the total system cost would need to be spent before any return on investment could be realized. This meant high initial capital outlays and external fundraising—a trait that contrasted unfavorably to terrestrial communications firms. Those firms can expand from one local geography to the next, rolling profits over and financing expansion with cash flow.

- **High supplier costs:** Building and launching a satellite constellation in the 1990s was exceptionally expensive, in part because the only contractors able to build them were legacy incumbents. These incumbents were burdened by heavy overhead from their government customer, meaning that costs were high. This made the system excessively expensive ($9bn initially budgeted) and necessitated a large TAM in order to make the economics work. Because Teledesic's capital requirements were both (1) high and (2) front-loaded, Teledesic's business was heavily exposed to the macro investing climate—which deteriorated after the tech bubble burst.

- **Market risk:** While hopes for Teledesic's market opportunity were high at the outset (a $2t TAM was cited on its website), by 2002, it was increasingly clear that the market opportunity would be smaller than initially expected. Specifically, Iridium's lack of commercial success highlighted the difficulties in competing terrestrial wireless systems. While Teledesic differed from Iridium in that its focus was more on broadband as opposed to voice, development in land-based wireless data services was moving rapidly, and the first 3G deployments were already under way by late 2001. Thus, it became clear that the value proposition for Teledesic's system would be challenged by terrestrial providers over time.

Faced with high and up-front capital costs, crystalizing market risk, and a challenging fundraising environment, Teledesic made the decision to wind down operations.

# Themes for the 2020s



# #1: Starship
## The first fully and rapidly reusable orbital-class vehicle

We believe that a successful orbital launch of SpaceX's Starship vehicle could be the most important event in the formation of the Space economy since Sputnik launched in 1957. This view is premised on Starship's stated objective of full and rapid reusability, super heavy orbital-class delivery capability, and mass manufacturability.

We believe that Starship will drive far-reaching transformational change throughout the space economy. Likely effects include:

- Lower launch costs
- Lower payload costs
- Lower capital intensity and higher ROICs throughout the space economy
- TAM expansion through technical and financial feasibility for new types of space missions and applications
    - National security missions
    - National prestige missions
    - Tourism
    - In-Space manufacturing



**Starship Separating**
*Concept art: Starship separating from Super Heavy booster*

# #1: Starship
## Solving the trilemma of launch

Starship is transformative because it should solve the trilemma of reliability/capability/affordability that has historically constrained the industry's potential.

- The trilemma of reliability/capability/affordability refers to the historical challenge faced by rocket engineers in optimizing for all three attributes.

- As an example, while the Saturn V moon rocket was highly reliable and highly capable, it was not affordable. The new Space Launch System rocket is neither reliable, capable, nor affordable. Newer launch vehicles often offer solid reliability and affordability but are often less capable (e.g., only small payloads). Falcon 9, for its part, partially solved the trilemma—but not completely.

- The fundamental appeal of Starship is that it solves the trilemma by being highly affordable (as its is fully reusable), highly capable (100T capacity—4x Falcon 9, 0.71x Saturn V), and highly reliable (full-flow staged combustion engine, methalox fuel…not hydrogen).



**The Space Launch Trilemma**

Most commercial new entrants to space launch optimize here

**Reliability**

**Affordability**

**Starship**

Government-sponsored launch historically optimized here

**Capability**



# #1: Starship
## Starship's four differentiators

Starship has four key traits that we believe will contribute to solving the trilemma discussed on the prior slide.

- **Fully and rapidly reusable:** Starship will be the first orbital-class vehicle to be both fully and rapidly reusable. Assuming a 100-flight lifespan—consistent with Elon Musk's public comments for Falcon 9's lifespan—amortized vehicle costs fall by 99% vs. fully expendable, with average marginal launch costs falling as low as $2m (per SpaceX). While we think this is an ambitious goal (fuel alone may exceed that level), we highlight that partially reusable Falcon 9 marginal costs are $15m, with $10m from the expendable second-stage booster. Given this, we believe $2m for a fully reusable vehicle isn't entirely unrealistic, particularly when one considers the highly reusable nature of the Raptor engine.

- **Orbital class:** While there are other fully reusable vehicles out there—e.g., Blue Origin's New Shepherd rocket—these vehicles are only capable of suborbital missions, essentially restricting their utility to tourism operations. Starship's ability to place payloads into orbit—and beyond orbit with refueling—is a key differentiator and presents new use cases for the vehicle class.

- **Super heavy payload class:** Starship offers 100 metric tons of lift capacity into a LEO orbit, with a volume 8 meters in diameter and up to 22 meters in height. For context, this would be large enough to accommodate **two** fully loaded semi-truck and trailers (with room/weight to spare). This is only 40 tons less than the Saturn V moon rocket.

- **Mass manufacturability:** Starship is designed for mass manufacturability, with SpaceX aiming to ultimately have 100 Starships in service. Mass manufacturing would allow SpaceX to generate further unit cost savings, as costs benefit from improved fixed asset utilization and learning curve effects.

**Starship**
*On the ground in Boca Chica, Texas*



# #1: Starship
## Starship's progress

Starship has made remarkable progress since it was announced in 2016 under the original name BFR (Big Falcon Rocket). Below, we show Starship's development timeline, as well as that of its engine—Raptor.



**Starship Key Events Timeline**

**Raptor Engine Key Events Timeline**

23

CREDIT SUISSE     Source: Credit Suisse, SpaceX, SpaceNews

Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com     23

Return to table of contents

# #1: Starship

## Starship's key tech: Raptor engine

The Raptor engine represents the pinnacle of rocket engine design and is the key enabler of Starship's full and rapid reusability. We believe it also creates a strong technical moat for SpaceX, likely to drive an enduring competitive advantage.

**What makes the Raptor engine special?**

Raptor is a full-flow engine. In a full-flow engine, there are two turbopumps—one powered by a fuel-rich preburner and another powered by an oxygen-rich preburner. As a result, all propellant—both the fuel and the oxidizer—first flows through a dedicated preburner and turbine before entering the combustion chamber as a hot gas. This helps support improved combustion, higher temperatures, and an overall improvement in efficiency compared to partial-flow engines or open-cycle engines (i.e., those most commonly used today). Additionally, the greater separation of propellants within the engine design results in a reduced need for highly sensitive sealing mechanisms, improving manufacturability, reusability, and reliability. Finally, and perhaps more importantly in Starship's case, full-flow engines offer longer turbopump lifespans owing to reduced temperatures within the turbopump assembly. This helps improve reusability of the engine owing to reduced stress.

Only three full-flow staged combustion cycle engines have ever been built—the Soviet RD-270, the Rocketdyne integrated powerhead demonstrator, and SpaceX's Raptor engine. Raptor is the only one to ever leave the ground.

**What does this mean?**

- **Technical enabler:** To make an orbital-class rocket that's fully reusable and also capable of lifting super-heavy payloads, having a highly performant engine is an absolute necessity. Raptor, as a part of the overall Starship assembly, is the first engine design that can overcome the force of earth's gravity to achieve this feat. According to Elon Musk, the latest iteration of Raptor can accommodate a chamber pressure of over 300 bar, well in excess of the venerable RD-180's 257 bar. Higher chamber pressures directly correlate with efficiency, meaning an improved thrust-weight ratio relative to other engine designs.

- **Technical moat:** Raptor has been in development for over 10 years and is, arguably, the most sophisticated piece of technology invented at SpaceX so far. We believe that Raptor creates a strong technical moat for SpaceX, with would-be competitors likely many years behind in developing a similarly capable system—though most aren't even trying. We note that Blue Origin's New Glenn vehicle will employ a partial-flow engine and Rocket Lab's Neutron will use an open-cycle engine.

 **CREDIT SUISSE**

# #1: Starship

## Starship's key tech: Stainless steel structure

Starship's unique stainless-steel structure—made of a propriety alloy ("30x")—confers several advantages to the vehicle, including cost savings, strength, workability, and—counterintuitively—weight savings.

Starship's initial design contemplated a vehicle body made of an advanced 120-ply composite. However, this material choice came with several drawbacks, including cost ($130/kg), the need for a liner within the tank, the need for an enormous autoclave given Starship's size (9m x 70m booster), and overall slow build times. Additionally, composites have a relatively lower melting point—a physical property that necessitates additional heat shielding. This additional heat shielding offsets the weight savings of the material itself.

Given these drawbacks, SpaceX considered two alternatives—high strength aluminum and steel. While the company has historically used an aluminum-lithium alloy for its Falcon 9 rocket, the material would have been relatively costly for Starship and difficult to weld.

On the other hand, 300-series stainless steel had several crucial advantages. These advantages include:

- **Affordability:** 300-series stainless costs ~$4/kg, or 97% less than composites. These savings are partially offset by higher material weight but are still considerable.
- **Strength:** A unique property of stainless steel is that it becomes stronger at lower temperatures. Unlike Falcon 9, which uses room-temperature kerosene as its propellant, Starship uses liquid oxygen and liquid methane—meaning both are cryogenic. As a result, both fuels serve to cool and thereby strengthen the surrounding structure.
- **Easy to weld:** Stainless steel is easy to weld, making it well adapted to SpaceX's iterative design and experimentation process. This also means faster build times—improving cost and scalability.
- **Higher melting point & weight savings:** Stainless steel has a much higher melting point than aluminum and the resins within carbon fiber. This offers the crucial benefit of lower heat shield mass—allowing for both thinner shielding overall as well as a complete lack of shielding on the vehicle's leeward side. This creates significant weight savings—resulting in overall vehicle weight being lighter than carbon fiber, according to SpaceX.

After first experimenting with stainless steel type 301, SpaceX moved to type 304, and then finally to its own alloy—30x—which the company claims is better than both.

# #1: Starship
## Implications: Cheaper launch

> We expect Starship can drive another substantial reduction in launch cost per kg. In our base case, we think launch costs could fall another ~78% relative to Falcon 9—to $650/kg.

**Cheaper launch**

We believe that Starship could drive launch costs to as low as $50/kilo—assuming a $2m launch cost, 60% SpaceX cash gross margin, and a 100% load factor. However, our more realistic base case points to $650/kilo—using a $10m marginal launch cost, $3m/flight depreciation ($150m build cost/50 flight useful life), and an 80% GAAP gross margin. The base case offers nearly a 1 order of magnitude reduction in launch costs relative to Falcon 9. The bull case—2 orders of magnitude.

**$/kg to LEO; Timeline Expressed as Date of Rocket's First Flight**

*$650/kg base-case scenario; $50 bull case*



*Starship is targeting orbital launch in 2022. Cost/kg estimated by CS. Key inputs included SpaceX target launch costs of $2,000,000/launch, a conservative inflator of 5x, $3m/launch depreciation, 80% GAAP gross margins, and 100 metric ton capacity flying at a 100% load factor.

**If Starship achieves its targeted $2,000,000/launch cost with a 60% gross margin, actual cost/kg could be as low as $50.

CREDIT SUISSE

Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com     26
Return to table of contents

# #1: Starship
## Implications: Cheaper payloads

With a cheaper launch and a larger launch vehicle, constraints that have historically driven high satellite costs may begin to shift. This could result in lower launch costs, driving a synergistic decline in satellite/payload costs as well.

### Cheaper payloads

In any field, a change in design constraints will typically drive a change in design. We expect that the same will be true for satellites. Traditionally, the high cost of launch and fairing volume constraints has driven satellite engineers to minimize satellite mass/volume to the greatest extent possible. As an example, if launch costs are $3,000/kg, then spending $2,000/kg to reduce a satellite's weight can drive a net reduction in total system cost of $1,000/kg. These optimizations—which necessitate high-end materials, custom parts, extreme miniaturization, and extensive testing—result in high production costs for satellites. Ultimately, high launch costs and high payload costs feed on themselves, with the high overall cost burden driving low industry volumes, meaning poor factory utilization and higher non-recurring engineering (NRE) costs and depreciation per satellite and launch vehicle.

Lower launch costs, a lifting of mass/volume constraints, and higher launch cadence open the design space for space payloads. When launch costs decline to <$1,000/kg, the mass and volume ceilings rise by ~5x, and launch availability rises to 1x/week, the old design paradigm should begin to fall apart. Why use expensive aerospace-grade titanium or carbon fiber when a cheaper aluminum alloy might work just as well, can be easier to work with, and costs substantially less? Why spend heavily on expensive folding mechanisms for satellite apparatus when the launch vehicle has ample volumetric space? Why use high efficiency solar panels when low-cost commodity solar cells already exist?

**Our view is that Starship will force every satellite manufacturer or purchaser to grapple with these questions. We, therefore, expect Starship to not only drive substantial reductions in launch costs, but also see potential for large declines in payload costs.**

### Starlink Satellites Above Earth

*Starlink satellites benefit from SpaceX internal cost and have already incorporated design changes generally not feasible on higher-cost vehicles. Low-cost silicon solar panels is one example.*



# #1: Starship
## Implications: Improved economics for space businesses

We expect Starship can unlock improved economics and ROICs for existing space businesses. LEO broadband is likely the largest beneficiary, though the earth intelligence market should also see a substantial benefit. SpaceX itself—through Starlink—is likely the largest beneficiary.

**LEO broadband**

- We believe that the business case for many "new space" companies is highly dependent on a reduction in capital intensity. This is especially true for LEO broadband mega-constellations, which ultimately require thousands of satellites on orbit to provide a viable B2C broadband offering.

- At current launch and satellite build costs and assuming an EBITDA margin comparable to terrestrial telcos*, the required sales to earn typical Telco ROICs (high-single digits) is quite demanding—particularly relative to how large we think the market can ultimately be (refer to the LEO broadband section of this report).

- However, if Starship can drive large reductions in launch costs, then the path to favorable ROICs from B2C broadband mega-constellations begins to improve. The math improves still further if Starship can reduce satellite costs as well.

- As shown on the following slides, we calculate that Starship could drive a ~50% reduction in the sustaining capex required by SpaceX to maintain a 12,000-satellite Starlink constellation, and a corresponding 50% reduction in the sales required to earn a ROIC comparable to existing telcos (assuming comparable EBITDA margins*).

- Third-party operators can also benefit significantly from this trend, though Starlink's infrastructure costs will remain significantly lower.

**Earth intelligence**

- Starship should also support improved ROICs for other space companies, including earth intelligence companies. Imagery companies are currently the most capital intensive of this group and are therefore most likely to see the greatest benefit, in our view.

---

* Echostar—a B2C-focused GEO commsat operator—has ~36% EBITDA margins, which are comparable to terrestrial telcos.

# #1: Starship

## Implications: Improved economics for space businesses

We expect Starship can unlock improved economics and ROICs for existing space businesses. LEO broadband is likely the largest beneficiary, though the earth intelligence market should also see a substantial benefit. SpaceX itself—through Starlink—is likely the largest beneficiary.

**Required Sales for Telco ROIC: SpaceX Internal Costs on Falcon 9**
*$8.5b of sales required to earn telco ROIC\* on 12k satellite constellation*

| Starlink: Required Sales on Falcon 9 | | | Notes |
|---|---|---|---|
| Constellation Size | 12,000 | A | Starlink FCC filings |
| Useful life | 5 | B | Starlink actual |
| Replacement Satellites / Yr | 2,400 | C | Calc: A / B |
| Average weight (kg) | 300 | D | Starlink v1.5 |
| Kg/yr | 720,000 | E | Calc: C * D |
| | | | |
| Launch cost / kg | $ 943 | F | $15m/53 sats |
| Satellite cost / kg | $ 833 | G | $250k / 300kg |
| Infrastructure cost / kg | $ 1,777 | H | Calc: F + G |
| | | | |
| Sustaining capex / yr ($ in m) | $ 1,279 | I | Calc: E * H |
| Average Telco capex / sales ratio | 15% | J | Factset |
| **Required sales ($ in m)** | **$ 8,528** | **K** | **Calc: I / J** |

**Required Sales for Telco ROIC: SpaceX Internal Costs on Starship**
*$4.3b of sales required to earn telco ROIC\* on 12k satellite constellation*

| Starlink: Required Sales on Starship | | | Notes |
|---|---|---|---|
| Constellation Size | 12,000 | A | Starlink FCC filings |
| Useful life | 5 | B | Starlink actual |
| Replacement Satellites / Yr | 2,400 | C | Calc: A / B |
| Average weight (kg) | 300 | D | Starlink v1.5 |
| Kg/yr | 720,000 | E | Calc: C * D |
| | | | |
| Launch cost / kg | $ 56 | F | $5m/flight; 90% LF |
| Satellite cost / kg | $ 833 | G | $250k / 300kg |
| Infrastructure cost / kg | $ 889 | H | Calc: F + G |
| | | | |
| Sustaining capex / yr ($ in m) | $ 640 | I | Calc: E * H |
| Average Telco capex / sales ratio | 15% | J | Factset |
| **Required sales ($ in m)** | **$ 4,267** | **K** | **Calc: I / J** |

*\*Assumes comparable EBITDA margins. Echostar—a B2C-focused GEO commsat operator—has ~36% EBITDA margins, which are comparable to terrestrial telcos.*



# #1: Starship

## Implications: Improved economics for space businesses

We expect Starship can unlock improved economics and ROICs for existing space businesses. LEO broadband is likely the largest beneficiary, though the earth intelligence market should also see a substantial benefit. SpaceX itself—through Starlink—is likely the largest beneficiary.

**Required Sales for Telco ROIC: Third-Party Operator Flying on Falcon 9**
*$24.2b of sales required to earn telco ROIC\* on 12k satellite constellation*

| 3P Operator: Required Sales on F9 | | | Notes |
|---|---|---|---|
| Constellation Size | 12,000 | A | Comp w/ Starlink |
| Useful life | 5 | B | Starlink actual |
| Replacement Satellites / Yr | 2,400 | C | Calc: A / B |
| Average weight (kg) | 300 | D | Comp w/ Starlink |
| Kg/yr | 720,000 | E | Calc: C * D |
| | | | |
| Launch cost / kg** | $ 4,214 | F | $67m / 53 sats |
| Satellite cost / kg | $ 833 | G | Comp w/ Starlink |
| Infrastructure cost / kg | $ 5,047 | H | Calc: F + G |
| | | | |
| Sustaining capex / yr ($ in m) | $ 3,634 | I | Calc: E * H |
| Average Telco capex / sales ratio | 15% | J | Factset |
| **Required sales ($ in m)** | **$ 24,226** | **K** | **Calc: I / J** |

**Required Sales for Telco ROIC: Third-Party Operator Flying on Starship**
*$8.1b of sales required to earn telco ROIC\* on 12k satellite constellation*

| 3P Operator: Required Sales on Starship | | | Notes |
|---|---|---|---|
| Constellation Size | 12,000 | A | Comp w/ Starlink |
| Useful life | 5 | B | Starlink actual |
| Replacement Satellites / Yr | 2,400 | C | Calc: A / B |
| Average weight (kg) | 300 | D | Comp w/ Starlink |
| Kg/yr | 720,000 | E | Calc: C * D |
| | | | |
| Launch cost / kg** | $ 845 | F | $650/kg + 30%* |
| Satellite cost / kg | $ 833 | G | Comp w/ Starlink |
| Infrastructure cost / kg | $ 1,678 | H | Calc: F + G |
| | | | |
| Sustaining capex / yr ($ in m) | $ 1,208 | I | Calc: E * H |
| Average Telco capex / sales ratio | 15% | J | Factset |
| **Required sales ($ in m)** | **$ 8,056** | **K** | **Calc: I / J** |

*Assumes comparable EBITDA margins. Echostar—a B2C-focused GEO commsat operator—has ~36% EBITDA margins, which are comparable to terrestrial telcos.
**Costs are higher than theoretical minimum as some capacity is used by dispensers/adaptors/tensioning rods.



# #1: Starship
## Implications: New applications and missions

By lowering the cost of launch, reducing the cost of payloads, and offering significantly larger payload capacity, we believe that Starship can open the door to new types of space applications and missions.

Some previously cost-inefficient endeavors that Starship may make feasible include:

- **Prestige missions**
  - We think that the US government's interest in completing national prestige missions will prove to be elastic in response to the lower technical, timeline, and cost risks enabled by Starship. Possible opportunities include missions to other planets or moons and the deployment of new, larger types of telescopes.

- **New defense applications**
  - Kinetic bombardment weapons positioned in space would be one possibility—e.g., a high-density projectile that falls from space, using its mass and acceleration from earth's gravity for destructive effect. Mega-constellations of national security satellites is another—these might engage in intelligence gathering or offer a persistent electronic warfare or secured communications capability.

- **Space tourism**
  - Starship is likely to open up additional opportunities in space tourism beyond what is already available today. Space tourism today is essentially limited to 5-10 minutes of weightlessness and a view before a return to earth. With Starship, opportunities such as longer duration missions, or even a moon flyby, could become possible.

- **In-space manufacturing**
  - Space offers a unique environment for manufacturing—zero gravity and a natural vacuum. These attributes are well suited for certain products—e.g., certain kinds of pharmaceutical ingredients—or high-quality fiber-optic cables. Companies such as Varda Space Industries and Redwire Corp. are already active in this field.

**Starship LEO Capacity at Different Launch Frequencies**
*At a monthly launch cadence, Starship would nearly match 2021A global capacity. Weekly cadence = 3.5x 2021A*



Daily
36,500 metric tons

Weekly
5,200 metric tons

Monthly
1,200 MT

2021A global capacity
~1,500 metric tons

# #1: Starship
## Implications: Industry disruption

> By lowering the cost of launch and changing how satellites are designed, we believe that Starship will exert a disruptive influence throughout the industry—particularly on the **launch** and satellite manufacturing industries.

In *The Innovator's Dilemma,* Clayton Christensen offers a systemic analysis of the means by which incumbent firms become disrupted, lose their market positioning, and often fail. One of the recurring—and yet counterintuitive—mechanisms by which this occurs is that incumbents have good managers—managers that listen to their customers. However, in accommodating to the needs of customers, incumbent firms often overlook or dismiss the arrival of new technologies *that do not address the needs of their customers.*

These technologies often first establish themselves in small niches, which are too small to matter for the large incumbent firms or their most important customers. However, as these technologies experience improvements along an S-curve, their ability to create value expands—until they can fulfill the needs of the incumbents' established customers. By the time the incumbent realizes this, they are often already losing market share, and they have a large technological gap to the new entrants. Often, this causes them to retreat further upmarket, focusing still further on the use cases for which their technology still has relative advantages—but this, too, gets disrupted as the new technology continues to improve along the S-curve.

### Case Study: Hydraulic Excavators

The excavator market is a key example offered by Christensen. Prior to the 1950s, this market was dominated entirely by manufacturers of **cable** excavators. Suppliers had successfully navigated a series of technological changes, including the shift from steam engines to gasoline, and gasoline to diesel. When **hydraulic** excavators came along in 1947, it first seemed that their ability to replace cable excavators was limited—the early hydraulic excavators were only able to accommodate small bucket sizes—smaller than that required for the traditional large buyers of excavator equipment. By listening to their customers, incumbent suppliers believed that these new excavators were not useful and, therefore, largely failed to find ways to adopt it.

While incumbents were ignoring hydraulics, new companies pioneering the technology found new use cases and new customers uniquely enabled by the attributes of hydraulic excavators (e.g., small residential contractors). They then rapidly improved their technology. Over time, bucket size expanded, and the ability of hydraulic excavators to accomplish jobs previously requiring traditional cable excavators expanded. As hydraulics became good enough to satisfy the demands of these markets (first sewer & piping, later general excavation), they quickly took market share owing to their superior reliability. Thus, by listening to the needs of their customers, the legacy incumbents failed to adopt the new technology, and found themselves rapidly losing market share by the 1960s.

---

# #1: Starship
## Implications: Industry disruption

By lowering the cost of launch and changing how satellites are designed, we believe that Starship will exert a disruptive influence throughout the industry—particularly on the **launch** and satellite manufacturing industries.

Christensen's disruption model can be applied to space launch. The government customer is well known to be insensitive to price and places much more value on reliability and capability. As a result, neither the DoD or NASA have aggressively incentivized or pushed for innovations that focus on price reductions. Thus, when SpaceX first began developing and proving out the technologies behind low-cost rockets, traditional contractors (e.g., ULA) were dismissive. Again, low-cost launch wasn't something their customers were asking for, and it was certainly not something they would place their own R&D dollars into developing. Incumbents continued to focus on what their customer was asking for—a safe and reliable launch—and overlooked everything else.

The first customer for SpaceX's Falcon 1 rocket was the government of Malaysia, for a small payload—a niche service offering outside of ULA's core market. However, SpaceX quickly moved along the S-curve in developing low-cost launch capabilities. It rapidly shifted development to the much more capable Falcon 9, a vertical integration strategy, and—ultimately—reusability. By 2015, SpaceX was certified to fly USAF payloads, and in 2016, the company won its first USAF NSSL contract, offering >50% lower costs than ULA and a track record of reliability. As a result of SpaceX's success, ULA's market share fell from over 30% in 2009 to less than 5% by 2019.

Why was ULA disrupted? Again, ULA listened to its customers, dismissing new entrants whose initial offering did not fit their government customers' needs. However, the new entrant rapidly iterated and quickly *could* service the need of ULA's customers. ULA was then stuck with its old technology and legacy cost structure, and SpaceX rapidly took share.

Based on this telling, we believe Starship offers a continuation of this story, with SpaceX now pressing its advantage. While ULA has changed course and is developing its Vulcan rocket in response, this effort may be too little too late—ULA has already stopped funding first-stage reusability, meaning that Starship's cost advantage will likely not be overcome.

Taking a step back, one should also remember that within almost any market, a new entrant offering a better product at 90%+ lower cost is likely to make rapid market share gains and force most—if not all—competitors to exit the market over time. Leaving disruption theory aside, we expect a similar pattern to play out in space launch. We do not see a path by which long-established legacy contractors can maintain their position over the long term. The most well-protected companies are those backstopped by national interests that value a sovereign launch capability (e.g., Europe with Arianespace, China with CASC). While similar interests may protect ULA for a time, we expect that the JV may ultimately need to be wound down.

# #1: Starship
## Implications: Industry disruption

### ULA Launches


### ULA Market Share


### NOC Market Share


### SpaceX Launches


### SpaceX Market Share


### Relative Market Shares


# #1: Starship
## Implications: Industry disruption

By lowering the cost of launch and changing how satellites are designed, we believe that Starship will exert a disruptive influence throughout the industry—particularly on the launch and **satellite manufacturing** industries.

- Starship's potential to disrupt the launch industry isn't exactly an original concept. Indeed, it is already largely consensus and partially proven out by Falcon 9. **What we believe is less well appreciated is the disruptive effect Starship would have beyond the launch industry—particularly in satellite manufacturing.** As outlined previously, the cost/kg, as well as the sheer mass and volume capability of Starship, will combine to fundamentally change how satellites and other payloads get built—and likely who builds them.

- Consider defense, a market dominated by legacy vendors that manufacture $300m+ sophisticated geostationary orbit (GEO) satellites (many are >$1b). These satellites are made from expensive materials, custom tooling, and miniaturized electronics. They undergo 5yr+ development cycles and extensive testing.

- In the 2022 budget request, the DoD aims to procure five space force launches at a cost of $1.4b. This will launch five of government satellites, offering a marginal improvement in the DoD's operational capability in space.

- Now, consider an example in which SpaceX offers DoD 20 starship launches (4x) for a cost of $1b. That's likely a healthy margin for SpaceX ($50m/flight, marginal cost likely <$20m) and 4x the capacity for the USAF at a 28% lower price.

- The DoD will likely want to take up the offer. However, filling this capacity under the old paradigm of satellite contracting would quickly exhaust the DoD's space budget—even if the ~$400m in savings are diverted to satellite construction. The solution is to find a way to significantly reduce satellite costs.

- That simply cannot be accomplished by relying on most traditional contractors, as there is no economic incentive for them to do so—their economic and human capital are invested in the old paradigm. As a result, we expect DoD to ultimately turn to commercial vendors that don't have legacy profit pools to protect.

- By undertaking this shift, the DoD could substantially increase its deterrence capability in space. What might this mean specifically? The DoD could establish fully owned communication mega-constellations, allowing for persistent, fast, secured communications with forces worldwide. It could establish mega-constellations of satellites capable of electronic warfare or signals intelligence, offering more anti-fragile jamming and intelligence gathering solutions. It could place on orbit a highly distributed global navigation satellite system (GNSS) system, capable of serving as a fallback for PNT solutions in the event that GPS satellites are disrupted. It could also more feasibly deploy offensive weapons to space, including kinetic weapons.

- This is not to say that the DoD will no longer buy costly spy satellites from NOC, or cyber-hardened communications satellites from LMT. Rather, it is to suggest that some of the budget from these types of programs may shift over time toward programs better suited to take advantage of Starship's unique capabilities—and that traditional DoD contractors need to be cognizant of that potential shift if they want to avoid disruption as other vendors move up the value chain.

 **CREDIT SUISSE**

# #2: Issues with B2C LEO Broadband

Not the droids we're looking for?

**The Potential**

Our European telecom team estimates a satellite broadband TAM of $27.7b in 2022, measured across both US and Western European markets. (See LEO disruption, a Starlink in the making) This TAM estimate breaks down as described below and as summarized in the figure to the right. At $27.7b, this market opportunity is larger than the entire annual budget of NASA, or more than half as large as DoD & intelligence agency space budgets. As the largest known source of incremental revenue dollars, LEO broadband offers the possibility of significant growth for the space economy in the years ahead.

**United States ($11.9b):** This is calculated based on 143m US premises, of which ~18.4m are estimated to be without broadband coverage. Of these, CS estimates a 65% take-up of an available broadband offering, resulting in ~12m addressable premises. At an average revenue per user (ARPU) of $82/mo, this results in a $11.9bn TAM.

**Western Europe ($15.8b):** For Western Europe, the estimate is based on ~209m premises, of which ~40m are without broadband coverage. Of these, CS estimates a 65% take-up on an available broadband offering, resulting in 26m addressable premises. At an ARPU of $51/mo, this adds $15.8bn to the TAM.

Put together, these two markets drive the $27.5bn total TAM estimate. The global TAM is likely moderately higher, with particular benefit from developed countries with a sizable number of rural households—Canada and Australia being two good examples. That said, the US and Western Europe represent the largest markets and, as such, offer a reasonable first approximation of the global TAM. We believe that the rural TAM in developing nations is likely relatively small given comparative affordability.

**LEO Broadband TAM Estimate (CS European Telecoms Team)**

| United States | 2022 |
|---|---|
| Premises 000s | 143,143 |
| Premises with NGN coverage % | 87% |
| Premises without NGN 000s | 18,609 |
| Take-up of BB in remaining premises % | 65% |
| Addressable premises 000s | 12,096 |
| ARPU $/m | 82.0 |
| Revenue opportunity $m | 11,902 |

| Western Europe | 2022 |
|---|---|
| Premises | 208,851 |
| Premises with NGN coverage % | 81% |
| Premises without NGN 000s | 39,682 |
| Take-up of BB in remaining premises % | 65% |
| Addressable premises 000s | 25,793 |
| ARPU $/m | 51.0 |
| Revenue opportunity $m | 15,785 |

| Total TAM $m | 27,687 |
|---|---|

# #2: Issues with B2C LEO Broadband
## Not the droids we're looking for?

We see a number of issues when it comes to translating this $27.5bn TAM into future growth and value capture for the space economy. These include the **limited nature of satellite capacity**, trends in **data consumption**, and the shrinking nature of the TAM owing to rising **fixed-line penetration rates.**

Please note: While much our analysis on these factors focuses on Starlink, this is only because Starlink's filings offer the greatest amount of public information. To the extent that our analysis leans negative, it is not intended to be critical of Starlink specifically. Indeed, Starlink has significant advantages over its peers.

### Limited satellite capacity

Our European Telecom team estimates 96 Tbps of global sellable capacity for Starlink (11,927 satellites, 23Gbps/satellite downlink capacity, 35% sellable). Assuming peak time data usage per subscriber of 3 Mbps, the math suggests Starlink could handle up to 32m total subscribers—assuming they're evenly spaced throughout the world. The problem, of course, is that they aren't—particularly when affordability is also considered. More specifically, the markets that can afford Starlink cover a small portion of the earth's landmass. The entire OECD covers ~24% of earth's landmass, while the US is closer to 7%. If we adjust sellable capacity by the proportion of satellites that will be over OECD members, then capacity drops to 7.7m subscribers. For the US, which is the most proven market for satellite internet, capacity is just 2.1m.

The point here is that even with nearly 12,000 satellites—which is by far the largest LEO BB constellation planned today and which SpaceX estimates will cost $10bn to build and deploy—a LEO broadband constellation can still only service only about one-third of the TAM, or closer to one-sixth for the US. While orbital optimizations, higher oversubscription rates, and data throttling could bring this number higher, each of these comes with its own tradeoffs.

| | Sellable capacity (Tbps) | Assumed average Mbps/user at peak hour | Subscriber capacity (000s) | ARPU ($/m) | Annual service revenue ($m) |
|---|---|---|---|---|---|
| Starlink Total | 96.0 | 3.0 | 32,000 | $ 99 | $ 38,016 |
| Starlink OECD | 23.0 | 3.0 | 7,659 | $ 99 | $ 9,099 |
| Starlink U.S. | 6.4 | 3.0 | 2,127 | $ 99 | $ 2,526 |



# #2: Issues with B2C LEO Broadband
## Not the droids we're looking for?

**Data consumption trends**

Data usage tends to increase by 20-30%/yr, on average, and our US Telecom & Media Team expects this trend rate to continue this decade (see bottom-left figure). As our European telecoms analysts argue, this creates an issue for satellite broadband providers. Specifically, increased data consumption patterns mean that operators must either: (1) grow capacity to serve the same number of subscribers (growth capex without growth) or (2) throttle consumption, which would likely increase churn. Looked at another way, the revenue potential for a fixed number of satellites **declines** each year, proportional to the increases in data consumption (20-30%). The figure to the bottom right, produced by our European telecoms team, illustrates this. It shows that a fully loaded 10Tbps network would experience a 74% reduction in subscribers over six years, assuming a 25% CAGR in peak data consumption per user and stable quality of service.

As previously discussed, there are two ways of dealing with this problem. The first is throttling. This had been the tactic satellite operators in GEO orbits have historically used. While it can work in the short run, the issue over the long run is that it reduces the competitiveness of satellite broadband, as it undershoots consumer expectations to a greater degree each year. This sets up the business for higher churn.

The second solution is to grow the constellation at a rate comparable to underlying data usage growth. This only works in theory, however, as the costs would break the economics. Example: assuming an average satellite life of six years and a 25% CAGR in data usage, then a B2C LEO broadband provider would need to launch satellites equal to 42% of its constellation each year (~17% replacement, ~25% growth). Using the example of Starlink and its initial capital budget of $10bn for ~12k satellites, the rough math suggests maintenance capex expenditure of $4.2bn in the first year after full deployment. This grows at a 25% CAGR, and by year 5 would hit $10bn/yr.

## Data Usage, US Household, & Wireline



US per Household Wireline and Mobile Data Usage, GB/Mo

## Illustrative Example of a Fixed Capacity Network

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Assumed sellable downlink capacity (Tbps) | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Assumed growth | N/A | 0% | 0% | 0% | 0% | 0% | 0% |
| Mbps/user capacity at peak times | 3.5 | 4.4 | 5.5 | 6.8 | 8.5 | 10.7 | 13.4 |
| Calculated growth | N/A | 25% | 25% | 25% | 25% | 25% | 25% |
| ARPU ($/month) | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Assumed growth | N/A | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Service revenue | 3,429 | 2,743 | 2,194 | 1,755 | 1,404 | 1,123 | 899 |
| Calculated growth | | N/A | -20.0% | -20.0% | -20.0% | -20.0% | -20.0% | -20.0% |
| Implied oversubscription rate for 100Mbps tariffs | 28.6x | 22.9x | 18.3x | 14.6x | 11.7x | 9.4x | 7.5x |
| **Number of subscribers (000's)** | **2,857** | **2,286** | **1,829** | **1,463** | **1,170** | **936** | **749** |
| Calculated growth | | N/A | -20.0% | -20.0% | -20.0% | -20.0% | -20.0% | -20.0% |

# #2: Issues with B2C LEO Broadband
## Not the droids we're looking for?

**Fixed-line competition and the shrinking TAM of LEO broadband**

Satellite broadband's primary advantage rests in its ability to offer coverage to unserved areas with relative ease. However, in a head-to-head with other options, it is generally not competitive. Fiber, as an example, is superior in latency, speed, and upgradeability. Moreover, even fixed wireless access often offers higher speeds (100s of Mbps) at lower costs ($50/mo from T-Mobile) compared to satellite broadband. And, perhaps most importantly, neither fiber nor FWA require large upfront costs from the consumer (vs. $599 for a Starlink antenna). Given these factors, we expect LEO BB to be competitive only in regions where other next-generation-network (NGN) solutions are not available. Right now, that represents about 13% of premises in the US and 19% in Western Europe.

This is a large market and drives our European Telecom team's $27.7b TAM estimate in 2022. However, the problem, as they point out, is that NGN penetration rates will only increase—a trend that will directly cut into the market for LEO broadband over time. For example, if NGN penetration is 87% in the US now but rises to 90%, then that represents more than a ~23% reduction in the TAM for LEO broadband (13% of premises to 10%). This is not a particularly big issue if the rate of change is over multiple decades but becomes a larger issue if it were to occur over the next decade, as this will directly cut into the economics of satellites launched over the next few years.

There are convincing reasons why we think that the coming decade will experience a substantial increase in NGN penetration. Chief among these is the large amount of government funding supporting it (see next slide). Before dissecting the nature of government funding in this area, it is worth exploring base rates—i.e., what has government funding historically achieved for rural residential infrastructure buildouts.

The base rate to consider here is consumer electricity. During the early 1900s, many US utilities were resistant toward rural electrification buildouts, often arguing that the limited power usage by those rural communities could not justify the investment to build power lines to them. As a result, many rural communities did not have electricity even into the 1930s. In 1936, however, Congress passed the Rural Electrification Act (REA), which offered self-liquidating federal loans to install electrical distribution infrastructure in rural areas. Within 18 months, half a million American farms were on the electrical grid, and by the end of the 1950s, over 95% of US farms had electricity.



**Rural Electrification Trends in the US**

% farm dwellings with electricity (LHS)

Cumulative net REA loans approved (RHS)

# #2: Issues with B2C LEO Broadband
Not the droids we're looking for?

Similar efforts to REA are under way for broadband access today, albeit primarily through direct subsidy rather than a distinct agency. In the US, the FCC established a $20.4b/10yr "Rural Digital Opportunity Fund" in 2019. The phase one awards granted $9.2bn of support covering ~5m households. While SpaceX originally received ~10% of Phase I awards, this allocation was later revoked by the FCC. Instead, funds are going primarily to fixed-line and FWA solutions.

Perhaps more importantly, the November 2021 Infrastructure Investment and Jobs Act (IIJA) included **$42.5bn for the Broadband Equity, Access, and Deployment program (BEAD)**. This program, which is administered by the National Telecommunications and Information Administration (NTIA), is meant to support broadband buildouts to unserved communities at minimum speeds of 100mbs. Because BEAD funds are ultimately allocated at the state level, we expect them to largely go toward fixed-line and FWA—satellite buildouts disproportionately benefit areas outside of individual states; therefore, we expect them to offer relatively poor ROI for state funds.



**RDOF Phase I Awards: Prior to Revoking SpaceX Funding**
*Green = primarily gigabit fiber. Red = primarily LEO broadband*

Map Legend
- Gigabit; low latency
- Above baseline; low latency
- Above baseline; high latency
- Baseline; low latency
- Minimum; low latency
- No Winning Bidder

# #2: Issues with B2C LEO Broadband
## Not the droids we're looking for?

**Fixed-line competition and the shrinking TAM of LEO broadband (continued)**

Government support for NGN coverage is potentially larger still in the EU. Specifically, the EU approved €750bn of fiscal stimulus in 2020 to support economic recovery from COVID-19. While this stimulus is multi-purpose, a large portion (20%+) of funds released so far appear to be on track to support digital initiatives— particularly broadband access (see figure on the top right from our European telecoms team). As an example, Italy, one of the largest recipients of public funds, is currently tracking to spend 25% of its funds on digital initiatives. Given that: (1) fiber offers high reliability and a clear upgrade path, (2) these funds are administered at the member-nation level, and (3) the EU has no clear national champion for space broadband, we think it likely that most of the broadband funding will go toward fiber.

If one accepts the premise that government support can help expand NGN coverage and recognizes that large amounts of such support have already been appropriated and established by law, then the logical implication is that satellite broadband's TAM will decrease over time, not increase—particularly when company-funded fiber buildouts are also considered. This is essentially the argument of our European telecom team, which believes that the addressable market will shrink at a swift pace over the coming decade. Thus, while they project a base-case B2C satellite broadband TAM of $27.5b in 2022, they see it **declining by ~50% to $13b by 2030**.



### EU Funding in Selected Markets

| Country | Total funds | Released so far | Digital | Green |
|---|---|---|---|---|
| Germany | €25.6bn grants | €2bn | 52% | 42% |
| Italy | €68.9bn grants + €122.6bn loans | €25bn | 25% | 37% |
| Spain | €69.5bn grants | €9bn | 28% | 40% |
| Greece | €17.8bn grants + €12.7bn loans | €4bn | 23% | 38% |
| Portugal | €13.9bn grants €2.7bn loans | €2bn | 22% | 38% |
| Czech | €7bn | €1bn | 22% | 42% |
| Ireland | €1bn | None | 32% | 42% |
| Romania | €14.2bn grants + €14.9bn loans | None | 21% | 41% |

### Satellite Broadband TAM Forecast for US and Western Europe ($ in m)

- – – Revenue opportunity $m high case
- —— Revenue opportunity $m base case
- – – Revenue opportunity $m low case

---



# #2: Issues with B2C LEO Broadband

Not the droids we're looking for?

**CS European Telecoms Team: Detailed Satellite Broadband TAM Forecast**

| Region | KPI | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US | Total premises 000s | 141,143 | 142,143 | 143,143 | 144,143 | 145,143 | 146,143 | 147,143 | 148,143 | 149,143 | 150,143 | 151,143 |
| | Premises with NGN coverage % | 86% | 87% | 87% | 88% | 88% | 89% | 90% | 90% | 90% | 90% | 90% |
| | Premises without NGN 000s | 19,605 | 19,033 | 18,451 | 17,859 | 17,258 | 16,646 | 14,714 | 14,814 | 14,914 | 15,014 | 15,114 |
| | Take-up of BB in remaining premises % | 75% | 70.0% | 65% | 60% | 55% | 50% | 50% | 50% | 50% | 50% | 50% |
| | Addressable premises 000s | 14,704 | 13,323 | 11,993 | 10,716 | 9,492 | 8,323 | 7,357 | 7,407 | 7,457 | 7,507 | 7,557 |
| | ARPU $/m base case | 80 | 81 | 82 | 82 | 83 | 84 | 85 | 86 | 87 | 87 | 88 |
| | ARPU $/m low case | 80 | 79 | 78 | 78 | 77 | 76 | 75 | 75 | 74 | 73 | 72 |
| | ARPU $/m high case | 80 | 82 | 85 | 87 | 90 | 93 | 96 | 98 | 101 | 104 | 108 |
| | Revenue opportunity $m base case | 14,115 | 12,918 | 11,745 | 10,599 | 9,482 | 8,397 | 7,497 | 7,624 | 7,752 | 7,882 | 8,014 |
| | Revenue opportunity $m low case | 14,115 | 12,662 | 11,284 | 9,981 | 8,753 | 7,598 | 6,650 | 6,628 | 6,606 | 6,584 | 6,561 |
| | Revenue opportunity $m high case | 14,115 | 13,174 | 12,215 | 11,241 | 10,256 | 9,263 | 8,433 | 8,745 | 9,069 | 9,403 | 9,750 |
| W EU | Total premises 000s | 206,229 | 207,735 | 208,851 | 210,029 | 211,216 | 212,413 | 213,413 | 214,413 | 215,413 | 216,413 | 217,413 |
| | Premises with NGN coverage % | 68.6% | 75.0% | 81.0% | 85.5% | 88.7% | 90.5% | 91.0% | 91.5% | 92.0% | 92.5% | 93.0% |
| | Premises without NGN 000s | 64,705 | 51,945 | 39,710 | 30,428 | 23,927 | 20,081 | 19,108 | 18,126 | 17,133 | 16,131 | 15,118 |
| | Take-up of BB in remaining premises % | 75% | 70.0% | 65% | 60% | 55% | 50% | 50% | 50% | 50% | 50% | 50% |
| | Addressable premises 000s | 48,529 | 36,361 | 25,811 | 18,257 | 13,160 | 10,040 | 9,554 | 9,063 | 8,567 | 8,065 | 7,559 |
| | ARPU $/m base case | 50 | 51 | 51 | 52 | 52 | 53 | 53 | 54 | 54 | 55 | 55 |
| | ARPU $/m low case | 50 | 50 | 49 | 49 | 48 | 48 | 47 | 47 | 46 | 46 | 45 |
| | ARPU $/m high case | 50 | 52 | 53 | 55 | 56 | 58 | 60 | 61 | 63 | 65 | 67 |
| | Revenue opportunity $m base case | 29,117 | 22,035 | 15,798 | 11,286 | 8,217 | 6,332 | 6,085 | 5,830 | 5,566 | 5,293 | 5,010 |
| | Revenue opportunity $m low case | 29,117 | 21,599 | 15,179 | 10,629 | 7,585 | 5,729 | 5,397 | 5,068 | 4,743 | 4,421 | 4,102 |
| | Revenue opportunity $m high case | 29,117 | 22,471 | 16,430 | 11,970 | 8,887 | 6,984 | 6,845 | 6,688 | 6,511 | 6,314 | 6,095 |
| Total | Revenue opportunity $m base case | 43,233 | 34,953 | 27,543 | 21,885 | 17,699 | 14,729 | 13,582 | 13,454 | 13,318 | 13,175 | 13,024 |
| | Revenue opportunity $m low case | 43,233 | 34,261 | 26,463 | 20,610 | 16,338 | 13,327 | 12,047 | 11,696 | 11,349 | 11,004 | 10,663 |
| | Revenue opportunity $m high case | 43,233 | 35,645 | 28,645 | 23,211 | 19,143 | 16,246 | 15,278 | 15,433 | 15,580 | 15,717 | 15,845 |

CREDIT SUISSE

Source: CS European Telecom team, Credit Suisse estimates, World Bank, FCC

Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com     42

Return to table of contents

# #2: Issues with B2C LEO Broadband

Not the droids we're looking for?

**"Tragedy of the Commons"**

Finally, while space is technically infinite, real constraints exist at altitudes close to earth. Because space is not owned by anyone, there exists real possibility for a "tragedy of the commons". Specifically, expansion of activity in space by private companies, each acting in their own self interest, may result in the destruction of the value of space, or of our ability to capture that value.

Below, we have included a February 7, 2022, letter from NASA to the FCC that identifies some of the issues resulting from private company activity. Regulatory actions necessary to prevent a tragedy of the commons may further limit the TAM capture of LEO broadband solutions.

"There are currently ~25,000 total objects tracked on-orbit. About 6,100 of those objects have a perigee below 600 km. SpaceX's Gen2 expansion would more than double the number of tracked objects in orbit and increase the number of objects below 600 km over five-fold, without factoring in growth from other proposed constellations. An increase of this magnitude into these confined altitude bands inherently brings additional **risk of debris-generating collision events** based on the number of objects alone. NASA anticipates current and planned science missions, as well as human space flight operations will see an **increase in conjunctions**.

….

Per Congressional direction, NASA uses wide-field ground-based telescopes to survey for asteroids that could potentially impact the Earth and cause harm. These telescopes occasionally find satellite streaks in their images that could interfere with or hide asteroid detections. With the addition of ~30,000 Starlink satellites as described in the Gen2 amendment request, NASA estimates that **there would be a Starlink in every single asteroid survey image taken for planetary defense** against hazardous asteroid impacts, **decreasing asteroid survey effectiveness** by rendering portions of images unusable. This could have a direct impact on NASA's ability to fulfill its Congressional mandate and could have a detrimental effect on our planet's ability to detect and possibly redirect a potentially catastrophic impact.

…

NASA is also concerned with an increasing **unavailability of safe launch windows**, especially for missions requiring instantaneous or short launch windows, such as planetary missions like Europa Clipper, which would be significantly affected due to a lost launch opportunity."

# #3: The Space Launch Growth Paradox
## Volume vs. price

For the space launch market to grow significantly, demand from multiple LEO mega-constellation buildouts is required—as such constellations are increasingly the only ones capable of moving the needle on global launch demand. However, a significant reduction in space infrastructure cost is likely required to justify multiple LEO mega-constellations. This creates a tradeoff between volume growth and price, which limits the opportunity for TAM expansion in dollar terms.

The growth of the space infrastructure market—both launch and satellite manufacturing—is likely to be heavily dependent on the viability of LEO mega-constellations. This is because LEO BB is the only application that benefits linearly from constellation size—rather than asymptotically—and is, therefore, able to drive significant demand for both satellites and launch. Consider the difference in infrastructure demand between Starlink (12K+ satellites) and Maxar's Worldview Legion imagery constellation (six satellites).

However, given our view on the likely size of the LEO broadband market (see prior section), we believe that the economic viability of multiple LEO mega-constellations is heavily dependent on declining infrastructure costs. Thus, the infrastructure market is likely to be pressured in one of two ways: **either disappointing mega-constellation deployment trends, or price deflation**. Either way, this challenges the overall growth algorithm for the space infrastructure market. While we think the market can grow on net as it captures a portion of the value that is built upon it, we think there could be periods of net decline as the market works through periods of deflation prior to a response in volume. Starship will be the biggest driver of this deflation, in our view, and we believe that cost deflation will reach its highest point when Starship's y/y market share gains peak.

We note that the ex-China launch market has already shown itself to be prone to deflationary pressures, with CSe dollar value declining by ~10% in the five-year period of 2016-2021. This decline occurred despite a 29% increase in ex-China launch volume—volume growth that was substantially driven by Starlink.



**LEO Broadband: System Capacity Scales Linearly**
*System capacity based on 23gbps downlink/sat*



**Ex-China Launch Market, 2016-2021**
*$ in millions*

| Year | Value |
|---|---|
| 2016 | $5,801 |
| 2017 | $5,630 |
| 2018 | $5,966 |
| 2019 | $4,489 |
| 2020 | $4,889 |
| 2021 | $5,315 |



# #4: Free Space Optics
## Adding a networking backbone to space

As discussed in the section on Starship, we expect the coming years to bring significant cost declines for those seeking to build and deploy mega-constellations in space—declines not only in the cost of launching the constellation, but also in building the satellites.

However, while lowering the cost to build and deploy satellites will be important for establishing the economic viability of such constellations, this by itself may not be sufficient. Specific to communications constellations, other limiting factors to adoption are likely to be things like data transmission speed, security, spectrum cost/availability, and ground station cost.

We believe that free space optics—space lasers, colloquially—will help soften these other limitations. Specifically, by adding optical inter-satellite links (OISLs), constellations can drive faster data transmission, improve security, reduce spectrum requirements, and reduce ground station capex needs.

- **Speed:** Laser communications are up to 329x faster than traditional RF, with maximum recorded bandwidth capacity of 13,160 gigabits per second (gbps) vs. traditional radio frequency at 40 gbps. While atmospheric interference currently limits applicability for earth-space connections, OISLs enable rapid data transmission through space, between satellites. As an operational example, a mining operation generating large amounts of data in rural Australia can uplink data to an overhead satellite through traditional RF. This could then be rapidly relayed through OISLs to a satellite above London, which could then downlink the data through RF to a ground station near London.  In this way, OISLs can serve as backbone networking equipment, enabling faster global connectivity with reduced latency.
- **Security:** Laser communications are characterized by narrow beam size, stretching to a maximum of tens of meters in diameter at the receiver location. This represents a >99% reduction vs. traditional RF beams. Because of the smaller beam size, there is a proportional decrease in the likelihood for signal interception, while also mitigating attacks via jamming and spoofing. The downside: until a phased array OISL capability is invented, connections are only one-to-one and not one-to-many—thus limiting their scalability.
- **Fewer ground stations:** To maintain low latency, a satellite must either have globally available ground stations within line of sight of every satellite at every point within its orbital path, or it must have ISLs. The former would be extraordinarily expensive. The latter is much cheaper. While ISLs can be either RF or optical, the optical links should theoretically allow for a further reduction in ground station requirements given the relative advantages of speed, security, and spectrum.
- **Spectrum Rights:** Laser communications do not require spectrum rights, in contrast to existing RF communications. By utilizing lasers for specialized use cases (e.g., high volume data transfers around the world) broadband operators can reutilize existing spectrum to maximize their return on investment. This benefit is partially mitigated by the low cost of the RF frequencies typically used by commsats.

ISLs were first deployed in the 1990s on the Iridium constellation, so the overall architecture advantage is well known. However, OISLs take this advantage to the next level, further improving a constellation's usefulness, security, and capital efficiency. We believe this is a key enabling technology that will help foster business success for space applications that have struggled in the past.

# #4: Free Space Optics
## Adding a networking backbone to space

**Mynaric's Condor Mk3 OISL**



**The OISL Value Proposition**



**High-Fidelity Metal Optics Used in OISLs**





# #5: Connecting Space to the Cloud
Ground Station as a Service

Ground Station as a Service offerings from public cloud vendors are a turnkey and capital-light way for companies to establish a ground station solution. In addition to improved capital efficiency, these offerings also allow for faster and more secure movement of data collected or transmitted through space to the public cloud, where it can be analyzed and made available to end users.

Historically, the cost (both dollar and headache) of establishing a fully functional satellite constellation has fallen into three buckets: (1) procuring the satellites; (2) deploying the constellation; and (3) purchasing, deploying, and operating the ground station equipment. Infrastructure costs for building and deploying satellites have been on the decline for the past decade and appear likely to continue that downward trend once Starship becomes operational. Until 2019, however, there was relatively less progress in reducing the cost to procure, deploy, and operate ground station equipment. While cost can be managed depending on antenna sophistication and spectrum requirements, the overall difficulty of establishing a ground station architecture has remained challenging—it requires interfacing with governments and institutions across a wide variety of geographies—as well as funding ongoing maintenance and upgrades on the equipment.

Things began to change in 2019, however. Specifically, AWS introduced AWS Ground Station, a fully managed Ground Station as a Service solution. This product allows a constellation owner to fully outsource ground station complexity to AWS, with payments based on usage of AWS's ground station infrastructure. Microsoft followed in 2020 with a similar service—Azure Orbital. While other vendors had arguably offered similar solutions earlier (e.g., Leaf Space), these solutions often lacked the scale, pricing transparency, ease-of-use of the public cloud offerings, and integration with the public cloud.

Reducing the capital and operational costs of establishing and maintaining a globally scaled ground station architecture is a key benefit of these offerings. Perhaps just as significant, however, are the benefits from integrating ground stations with the public cloud. By collocating ground stations at or near the cloud vendor's datacenters, constellation owners/users can move data around more rapidly and securely. These traits reduce latency and improve the operator's ability to maximize satellite utility and extract value from time-sensitive data flows. Examples of this utility might include: (1) faster updates to weather predictions; (2) faster transmission of satellite images to a financial services firm, allowing the customer to improve the likelihoods of generating returns from these data; (3) alternatively, it might mean a government can more quickly receive important intelligence from a natural disaster zone; and (4) allow a telecommunications provider to reduce latency, reducing the lag in communications and its offering's relative value.

# #5: Connecting Space to the Cloud
Ground Station as a Service

**AWS Ground Station**

AWS announced general availability of AWS Ground Station in May 2019. The product is "a fully managed service that lets you control satellite communications, uplink, downlink, process satellite data, and scale your satellite operations". The ground station network is located in close proximity to AWS datacenters, enabling the use of AWS Cloud with reduced latency. This is particularly useful for time-sensitive data processing needs (e.g., updated weather predictions, natural disaster imagery).

**Azure Orbital**

Microsoft introduced Azure Orbital at Ignite 2020. Similar to AWS Ground Station, Azure Orbital is a fully managed Ground Station as a Service. Essentially, the product allows owners/operators of satellites to leverage Microsoft's fully owned ground station equipment (or that of partners) to uplink, downlink, and process data from their satellites. The strategic benefit to Microsoft is increased usage of Azure. The benefit to users is a sharp reduction in the financial and logistical requirements necessary to establish a satellite constellation, as well as improved productivity of existing or planned constellations

We note that Azure recently entered into a partnership with SpaceX through Azure Orbital Cloud Access. This program allows Starlink terminal users low-latency access to the cloud from anywhere on the planet.

> *"Starlink's high-speed, low-latency global connectivity in conjunction with Azure infrastructure will enable users to access fiber-like cloud computing access anywhere, anytime. We're excited to offer this solution to both the public and the private sector."* —Gwynne Shotwell, SpaceX President and Chief Operating Officer



# #5: Connecting Space to the Cloud
## Opening up new sales channels

Selling application software through sales channels established by leading public cloud providers is an increasingly common way by which software providers go to market. We expect a similar trend to play out within the space economy—particularly with earth intelligence vendors that can sell data products through the same channels as application-layer software providers. Selling space data through marketplaces such as AWS Marketplace would be one example of this, and we note that some earth intelligence firms are already engaging in this practice. Something similar could occur via the "Data Cloud" concept developed by Snowflake.

It is important to note that while sales through public clouds vendors or other data marketplaces may help support sales in the near term, it exposes the seller to commoditization and ultimately hands responsibility for the customer relationship to the reseller. We would be wary of any company that uses data marketplaces as part of their go-to-market function, or in which competitors are doing so to any significant degree. We believe that such a trend could drive a race to the bottom in terms of pricing and overall product commoditization.



# #6: On-Orbit Servicing
## improving capital efficiency

Another trend currently shaping the space economy is the emergence of solutions in the arena of on-orbit servicing. The main area of focus for this solution right now is mission extension. This involves the service provider contracting with the owner of satellite that is nearing the end of its lifecycle—and extending that lifecycle by providing additional fuel or propulsion capabilities so that it may maintain its orbit. Operational concepts tend to focus on a "space tug", by which the servicing satellite docks with the operating satellite and provides station-keeping over the life of the contract.

The value proposition for on-orbit servicing is clear. Extending the useful life of a $200m GEO asset from 15 years to 20 years is valuable. While purchasing such a solution will not always make sense—particularly when replacement satellites might be far more capable—the value proposition and capital efficiency math can be clearly articulated to a prospective customer. Specifically, purchasing this solution will make sense for many applications where capital is tight, the pace of technological change is slower, costs are inflationary rather than deflationary—or simply if the mission-extension vehicle is inexpensive enough.

Given the cost/unit of GEO satellites (often $200m+/bird), the benefits of mission extension are most likely to be focused on this market—at least initially. However, servicing could also be suitable for high-value LEO satellites, such as Maxar's Legion constellation. Depending on how the technology develops, it could also be useful for lower-cost LEO satellites as well.

### Northrop Grumman's Mission Extension Vehicle (MEV)
*Mission profile snapshot: Docking with target*



### Astroscale's Life Extension In-Orbit Vehicle (LEXI)
*LEXI with grappling arms above Earth*



# #6: On-Orbit Servicing

## Space junk: There's always money in garbage

In addition to mission extension, on-orbit servicing can be used for debris mitigation—a sort of space garbage collection service. Astroscale is one company focused on this market. For debris mitigation, the concept of operations is similar to mission extension. The servicing spacecraft docks with a spacecraft that is nearing the end of its service life or may dock with a piece of active debris. The servicing spacecraft then maneuvers the object toward a lower altitude, where it can quickly and safely be captured by Earth's gravity. The servicing spacecraft detaches once the desired altitude and trajectory is achieved, and then boosts back into a higher orbital plane to repeat the mission.

Given the proliferation of satellites in space—particularly from recent LEO commsat launches—a debris management capability is of crucial importance to secure the future of space access. Without proper planning, mitigation, and management of space debris, it is entirely possible that humanity could lose access to space given enough time. As an example, the collision of two deorbiting satellites could generate thousands of pieces of space debris, which could then collide with other satellites, breaking them into pieces and sending them into uncontrolled orbits—furthering the cascade. Such an event could create hundreds of thousands of pieces of debris—rendering entire orbital planes unusable, destroying billions of dollars of space infrastructure, and significantly endangering human life in space (including at the ISS).

**The Growing Threat of Space Debris**



| 130 million | 34,000 | 28,100 kph | 8,950+ | 5,000+ |
|---|---|---|---|---|
| ↔ smaller than 1cm | ↔ greater than 10cm | | | |
| There are millions of pieces of debris in orbit that are too small to be tracked. | Pieces of space debris over 10cm in diameter being tracked, currently. | Orbiting up to vast speeds | Satellites launched to-date | Currently orbiting, only 1,950 operational |

# #7: Innovation in Earth Intelligence
## Product innovation drives growth potential

Another key theme shaping the space industry is the introduction of new types of earth intelligence data, as well as new means of making existing data sources more accessible and useful. We catalogue a few of examples of this in the following slides. We believe that product expansion within the realm of earth intelligence may be a key avenue for growth within the space economy over the coming years.

**Multi-Spectral Imagery**

Multi-Spectral Imagery (MSI) captures and visualizes data from discrete 'bands' of wavelengths in the electromagnetic spectrum, resulting in insights not visible through conventional aerial imagery. While the technology is not new—NASA's LandStat 1 satellite launched in 1972 and was equipped with a 4-band MSI Sensor—the below advances have launched MSI into the commercial sphere in the past decade:

- **Improved imagery**: More 'bands' allows for greater differentiation over conventional imagery.
- **AI/ML:** One of the challenges with multi-spectral imagery is in deriving insights from it. Advances in machine learning are driving an improvement in the ability to extract useful insights. These advances include improved object classification and change detection.

### Leizhou Peninsula, 2021
*MSI capturing water currents in the South China Sea.*



### Nepal, 2021
*MSI showing ice and snow levels in the Himalayas.*



### Northern California, 2021
*MSI showing damage from recent wildfires.*



# #7: Innovation in Earth Intelligence
Product innovation drives growth potential

**Hyperspectral Imagery (HSI)**

While the concept of hyperspectral imagery (HSI) is the same as MSI—capturing electromagnetic imagery not available through conventional aerial imagery—HSI captures and visualizes electromagnetic data across a continuous range of narrow bands, rather than a limited, discrete set of bands such as MSI. While MSI typically utilizes 4-10 spectral bands, HSI can utilize hundreds of contiguous bands at a higher spectral resolution.

As a result, the dataset captured for HSI is exponentially larger and more complex than that of MSI. This drives several key differences in functionality and limitations compared to MSI:

- **Electromagnetic 'fingerprinting':** The many, narrow bands allow for more precise detection and differentiation of elements within the image. At its most extreme, this can be used to detect aspects of the image at a chemical-level of precision.

- **Greater flexibility…:** Unlike MSI, no prior knowledge about the specific wavelengths is needed for analysis—the captured HSI data are comprehensive and can be analyzed in any number of ways after the fact.

- **…But more noise:** Since HSI's spectral bands are narrower and more numerous than MSI, the signal-to-noise ratio is significantly higher, making analysis more difficult and costly.

Additionally, while HSI is affected by all the same constraints that are applicable to big data—namely storage and analysis—these constraints have lessened in recent years as on-satellite processing and compression, machine learning, and cloud storage have decreased costs. However, one significant obstacle that remains is **data transmission**. Conventional satellite communication via radio waves has limited bandwidth, resulting in slow transmission speeds when datasets are large. While recent advances in laser communication—both inter-satellite and satellite-to-ground—may offer a solution to this bottleneck, the technology is still early in the adoption curve and has not yet seen widespread adoption.

**Deepwater Horizon Oil Spill**
*HSI shows the various electromagnetic signatures of different parts of the spill.*



# #7: Innovation in Earth Intelligence
## Product innovation drives growth potential

Owing to the similarities in underlying technology, there is significant overlap in the applications for MSI and HSI. While HSI tends to be more appropriate in cases that require extreme spectral resolution and precision—resource identification, for instance—MSI remains the more common, cheaper commercial offering across most use-cases. Applications of HSI and MSI include:

**Military/Surveillance**
- Border security
- Troop movement
- Key-site analysis

**Environmental Research**
- Atmospheric $CO_2$ monitoring
- Glacial melt monitoring
- Oceanic hydrocarbon levels
- Biomass decay measurement

**Resource Identification**
- Mineral exploration
- Oil and gas exploration

**Disaster Management**
- Wildfire tracking
- Flood risks
- Drought indicators
- Oil spill and plastics clean-up

While technical and cost issues continue to be limiting factors for HSI, there remains commercial interest in the technology. **Pixxel** and **HySpecIQ** and are both new entrants to the space, with initial satellite launches scheduled for 2022 and 2023, respectively; **Satellogic** launched its first HSI capable satellite in 2016 to accompany its existing MSI satellite offerings, with **Planet Labs** following suit in 2023. In addition to branching into HSI as a new offering, established earth intelligence companies have announced advances in other areas:

- **Planet Labs** has improved its MSI offerings to include eight spectral bands (increased from four in 2021).
- **Maxar** has achieved significant advances in high resolution imagery, as well as in constructing 3D maps from satellite imagery.
- **Spire**, which is an RF-focused earth intelligence company, has recently developed capabilities in RF signal geolocation. The firm is also a pioneer in the use of Radio Occultation for weather forecasting.
- **BlackSky** has created an easy-to-use platform for collecting and analyzing earth intelligence data collected from its fleet of satellites.



**RO Operational Schematic**

# #8: Space as a Warfighting Domain
## Space remains a critical investment priority for DoD

The national security establishment—particularly the US DoD—continues to view space as a crucial warfighting domain. Owing to this perceived importance, DoD investment account growth for space-based assets remains robust, with the president's 2023 budget request calling for 30% y/y funding growth.

- Air, sea, and land have been the traditional warfighting domains. While the US has used space-based assets for military operations for decades, it generally enjoyed unrivaled asset dominance throughout the 1980s and 1990s—making it more of a compliment to the existing battlespace, rather than a battlespace in its own right. However, this pattern has changed over the last ~20 years in response to the increasingly clear utility of space-based assets, the number of nations possessing those assets, and the ability of a growing list of countries to destroy or disable those assets (e.g., ASAT tests by China, Russia, and India). In this way, space has become "contested" in a way that it wasn't before—thus making it an increasingly critical warfighting domain.

- Why is control over space important? With control of space, a nation can provide assured global communications, detect enemy positioning and troop movements, track and target enemy missiles, geolocate enemy signals, perform SIGINT missions, and provide a PNT solution for offensive munitions. In the future, this capability might expand to more offensive operations, such as electronic attack and kinetic bombardment systems. These attributes make control of space critical for national security.

- In recognition of the strategic value of Space, as well as its rise as a contested domain, the US DoD and has invested aggressively in the domain over the past several years—and continues to rapidly increase the clip of investment. Indeed, President Biden's GFY 2023 budget request calls for a 30% Y/Y increase in Space-Based Systems funding.



**DoD Space-Based Systems Budget**
*$ in billions*

20% 6-yr CAGR

# #8: Space as a Warfighting Domain
## The expanding list of military applications in space

The military applications supported by the space industry are widespread and still developing; however, key applications include:

- **Electronic warfare:** Common examples of electronic warfare (EW) include attacks on satellites via jamming (blocking or interfering with signals to and from the satellite) or spoofing (sending a fabricated signal to obfuscate authentic signals). EW can be both offensive – intending to limit enemy communication and combat capability—and defensive—concealing signals from strategic resources or interfering with incoming missile guidance sensors.

- **Assured global communications:** Space assets provide communication system redundancy if terrestrial systems are knocked out—a likely scenario during a war.

- **Detection of enemy positioning:** As recently demonstrated in the conflict in Ukraine, satellite imagery can provide valuable intelligence around troop movement and military supply chains. This application is becoming more widespread as sensor technology expands the types of intelligence available—SAR enables intelligence gathering regardless of weather or cloud coverage, for instance. Additionally, increasingly large constellations enable faster revisit rates and more frequent site monitoring.

- **Tracking and targeting of enemy missiles**: The US Space force uses satellite constellations such as SBIRS and the upcoming OPIR constellation to track missile launches from foreign adversaries.

- **PNT of offensive munitions:** Just as enemy missiles can be tracked from space, offensive missiles can leverage satellite guidance for positioning, navigating, and timing. Missile and target locations can be tracked in real time, allowing for autonomous adjustments to optimize trajectory.

- **Geolocation of enemy signals:** This capability is particularly useful for national security applications, as adversaries increasingly employ GPS/GNSS jamming or spoofing to disrupt operations. By knowing where jamming/spoofing sources are coming from, operators can block out those signals or target them with kinetic weapons. Moreover, RF signal location can also be used in the maritime domain for dark vessel detection—i.e., vessels that have turned off their AIS transponders. This capability is also useful for government customers, as it allows for better detection of illegal activities often undertaken by dark vessels.



**Artist Depiction of SBIRS/STSS Detecting the Trajectory of Incoming Ballistic Missiles**

# #8: Space as a Warfighting Domain

## JADC2 is heavily dependent on space

Joint All-Domain Command and Control (JADC2) provides the backbone for many of the military applications mentioned here and remains one of the driving initiatives for the DoD's investment in the space domain.

Historically, each military service—Air Force, Army, Marine Corps, Navy, and Space Force—have managed their own tactical networks, resulting in data siloing and slow intelligence sharing. Information captured by an Air Force sensor may not be immediately available to Navy or Army—indeed, they likely would not even be aware what information was available. While this separation may not have had any large negative consequences in past conflicts, this is likely to change as the battlefield becomes increasingly fast changing, complex, and data dependent. In that context, greater coordination between branches is required to remain agile and competitive against adversaries.

JADC2 seeks to integrate these disparate networks, allowing any sensor to directly communicate with any "shooter" (typically a weapons system able to use the provided data) across all branches of military. The result would be a system similar to an internet of things—any number of devices, interfaces, and data users in active communication and coordination within a single network. To make this system work, a global synchronous communication system is required. Such a system is only possible through heavy investment in space capabilities.

JADC2 capabilities can generally be grouped into two broad categories:

**Communications:** The transfer, integration, and use of such a broad data network requires significant upgrades to existing infrastructure. Communication satellites used historically are largely unsuited to support a network of this size and face limitations in both data latency and resilience to attack. To address these concerns, a number of improvements have been proposed. Larger constellations in LEO and MEO would provide lower latency relative to legacy satellites in GEO; laser communication between satellites would similarly improve latency while also being more resilient to jamming compared to radio communication. While JADC2 is still in early stages with an unclear implementation timeline, the broader program is progressing; As one example, in early 2022, the pentagon awarded a $2bn contract for 126 new communications satellites in support of JADC2 to be launched in 2024.

**Automation:** JADC2 also aims to leverage AI to integrate and blend data from different sensors to speed analysis and decision making—making determinations of what data are important to whom and what an optimal response may be. In contrast to the communications requirements, this aspect of JADC2 is perhaps less well-defined, being referred to as a "concept" rather than a specific program. Regardless, the communications aspect of the program—and the resulting demand from the space industry—is the primary focus of this report, not the supporting AI and software enhancements.



# Market Sizing



# Market Sizing
## Summary

We estimate the size of the space economy at ~$106b in 2021. This estimate is meant to represent actual economic activity, rather than a bottom-up TAM that may ultimately have a permanently low penetration rate. We exclude China as we do not believe that market to be addressable by western suppliers. We estimate 84% of the space economy derives from government budgets, with the remaining 16% consisting of various commercial applications. Within the government piece, this splits ~59% national security and ~41% civil agencies. The majority (CSe 85%) of government funding derives from the US.

**2021 Space Economy, Split by Customer Type**
*$ in billions*



**2021 Space Economy, Split by Subsegment**
*$ in billions*



# Market Sizing
## Our estimates are materially below third-party sources

The purpose of analysis is to be useful. We find that many third-party datasets for the space economy include measures of economic activity that plainly do not belong and that obscure a reading of the true economic opportunity in this domain. In contrast, our analysis purposefully excludes these tangential components.

Examples include satellite TV subscription revenues and GNSS chipset sales. These two components alone comprise ~50%+ of the "space economy", cited by some outside sources. However, we do not believe they are appropriately categorized as a part of the space economy, with the majority of value capture based on terrestrial activity and innovation. Satellite TV is a particularly notable example of this, as most of the revenue is effectively pass-through programming cost paid to global entertainment companies. We believe the higher threshold for inclusion employed in our analysis better reveals the true nature of the opportunity for space companies emerging today and covered by this report.





# Market Sizing
## Space Launch: $5.3b in 2021

- We estimate the size of the launch industry at $5.3b in 2021. This is based on a sampling methodology of flights on launch vehicles with known pricing. Our analysis **excludes** launches conducted by Chinese SOEs (CASC, CASIC), as we do not believe this market to be addressable by western launch providers.

- In the figure to the right, we show a waterfall of the launch market, covering the five-year period of 2016-2021. We show that the launch market has in fact declined by ~8% over this period in dollar terms, despite a 29% increase in launch volume. The driver of the decline is price, as cheaper Falcon 9 launches took market share from more expensive options—and forced some competitors to cut price (e.g., Ariane 5 price cut in 2019).



**Launch TAM Waterfall: 2016-2021**

### CS Space Launch Market Sizing: $5.3b TAM in 2021

| Company | Vehicle | Price ($m) | 2021 Launches | 2021 Revenues |
|---|---|---|---|---|
| SpaceX | Falcon 9 | $ 62 | 30 | $ 1,860 |
| Ariane / Roscosmos / PRSC | Soyuz | $ 48 | 21 | $ 1,000 |
| RocketLab | Electron | $ 5 | 6 | $ 30 |
| Northrop Grumman | Antares | $ 80 | 2 | $ 160 |
| Ariane / Avio | Vega | $ 40 | 3 | $ 120 |
| Roscosmos / Khrunichev | Proton | $ 65 | 2 | $ 130 |
| Roscosmos / Khrunichev | Angara A5 | $ 100 | 1 | $ 100 |
| ISRO | PSLV | $ 27 | 1 | $ 27 |
| Mitsubishi Heavy Industries | H-IIA/B | $ 101 | 2 | $ 203 |
| ULA | Delta IV Heavy | $ 300 | 1 | $ 300 |
| ULA | Atlas V | $ 100 | 3 | $ 300 |
| Arianespace | Ariane 5 | $ 100 | 3 | $ 300 |
| | | **Total** | **75** | **$ 4,530** |
| | | **Average cost/launch** | **60** | |

| TAM Calculation (Ex-China) | |
|---|---|
| Average cost / launch ($m) | $ 60 |
| 2021 Launches, Ex-CASC/CASIC | 88 |
| **Total Addressable Market ($m)** | **$ 5,315** |

Source: Credit Suisse, Company Data, GAO, Arstechnica, the Verge, Seradata, SpaceNews

# Market Sizing
## Space Launch: $5.3b in 2021

- The figures to the right offer more detail regarding the market's progression from 2016 to 2021. We see that the market reached a local peak in 2018, driven by robust volume growth, with pricing headwinds being relatively modest.

- 2019 saw a steep drop in the TAM, largely on the back of pricing declines, but also owing to modest volume headwinds. The pricing headwinds were driven primarily by a higher mix of low-cost small payload launch (e.g., Rocket Lab's Electron), as well as price cuts on the Ariane 5 vehicle (to ~$100m from $175m). The Ariane 5 price cuts were a response to Falcon 9 competitive pressures. The volume headwinds were driven by a reduction in Falcon 9 flights.

- Since troughing in 2019, the market has grown around ~9% in each of 2020 and 2021. Pricing has remained relatively firm, with volume being the primary driver of growth. Indeed, the latest round of pricing adjustments occurring in 2022 has largely shown pricing go up, with SpaceX increasing Falcon 9 list price to $67m (from $65m), and Rocket Lab's Electron pricing firming in the $7.5m/launch range.

- Given higher launch volume trends and stronger pricing, we expect the theoretical market to grow strongly in 2022. However, most of this market growth is driven by SpaceX Starlink launches, which is not "addressable" by any company other than SpaceX. This point is discussed in greater depth on the following slide.





# Market Sizing
## Space Launch: Starlink impacts

In 2021, SpaceX flew 17 Starlink missions, representing ~57% of SpaceX's total launch volume. Since these missions are for an internal customer (SpaceX), it might be useful to calculate a measure of TAM that excludes them. Otherwise, we risk misunderstanding the intrinsic market opportunity for non-SpaceX launch providers.

By our calculation, **removing Starlink missions shrinks the 2020 TAM by ~18% and the 2021 TAM by ~20%.** This is because almost all of the ex-China launch volume growth that occurred from 2016 to 2021 was owing to Starlink launches. Thus, when we exclude Starlink, we find that the launch TAM has shrunk by 27% since 2016, driven by lower pricing.

**Space Launch TAM Trend**



**Launch Volume, 2016-2021**
*With and Without Starlink*



**Space Launch TAM Waterfall Trend – Excluding Starlink**



# Market Sizing
## National Security: $53b in 2021

- The National Security TAM is almost entirely driven by the US DoD and the US Intelligence Agencies. We estimate this TAM at $53b in 2021.

- The largest source of uncertainty with respect to our estimate derives from NRO/NGA funding. These funding levels are within the classified National Intelligence Program (NIP) and Military Intelligence Program (MIP) budgets. However, the top-line budgets for these programs are publicly available. Further, the Edward Snowden leak in 2013 provided funding details for the NRO/NGA, which we can use to derive a rough sense for the budget assuming funding for these agencies remained static as a percentage of total NIP/MIP funding.

## National Security Space Market: Summary Breakdown
*$ in billions*



Europe $1.4

U.S. Intelligence Agencies $24.6

U.S. DoD $27.0

## National Security Space Market: Detailed Breakdown
*$ in billions*

|  | 2021 | 2022 | % Total | Notes |
|---|---|---|---|---|
| Space Force - Procurement | $ 2.3 | $ 2.8 | 5.0% | Per USAF Budget Documents |
| Space Force - RDT&E | $ 10.5 | $ 11.3 | 20.3% | Per USAF Budget Documents |
| Space Force - O&M | $ 2.6 | $ 3.4 | 6.2% | Per USAF Budget Documents |
| U.S. Air Force GBSD Program | $ 1.4 | $ 2.6 | 4.6% | Per USAF Budget Documents |
| Missile Defense Agency - Procurement | $ 2.0 | $ 1.2 | 2.3% | Per MDA Budget Documents |
| Missile Defense Agency - RDT&E | $ 7.9 | $ 7.2 | 12.9% | Per MDA Budget Documents |
| Space Development Agency - RDT&E | $ 0.3 | $ 0.8 | 1.5% | Per SDA Budget Documents |
| NRO / NGA | $ 24.6 | $ 24.7 | 44.6% | CS estimate |
| Europe* | $ 1.4 | $ 1.4 | 2.6% | Per Eurospace |
| **Total** | **$ 53.0** | **$ 55.4** | 100.0% | |

*only 2020 data available

|  | 2021 | 2022 |  | Notes |
|---|---|---|---|---|
| NIP/MIP | 85.0 | 85.6 | | Per DNI.gov |
| Assumed NRO/NGA Funding % | 28.9% | 28.9% | | 2013 NIP leak |
| NRO/NGA Funding (CSe) | 24.6 | 24.7 | | Calculated |

# Market Sizing
## Exploration & Research: $37b in 2021

- We believe that the space exploration and research market was worth $37b in 2021. This estimate is fully derived from government agency budgets, including NASA, NOAA (National Environmental Satellite, Data, and Information Service), the European Space Agency, national European space agencies, and the Japan Aerospace Exploration Agency (JAXA).

- Russian, Chinese, and Indian figures are excluded, as these markets are generally not addressable by western suppliers.

**Space Exploration & Research Market:**
**Summary Breakdown**
*$ in billions*



**Space Exploration & Research Market: Detailed Breakdown**
*$ in billions*

|  | 2021 | 2022 | % Total | Notes |
|---|---|---|---|---|
| **NASA** | 23.3 | 24.8 | 62.6% | Per NASA Budget Documents |
| **NOAA - NESDIS** | 1.5 | 2.0 | 5.1% | Per NOAA Budget Documents |
| **ESA** | 7.5 | 8.2 | 20.8% | Per ESA Budget Documents |
| **Europe, national*** | 2.6 | 2.6 | 6.4% | Per Eurospace |
| **JAXA** | 1.9 | 2.0 | 5.1% | Per JAXA Presentation |
| **Total** | 36.7 | 39.6 | 100.0% |  |

*only 2020 data available

# Market Sizing
## Satellite Manufacturing: $13.4b in 2021

We estimate a $13.4b market size for satellite manufacturing in 2021. Our methodology is based on a valuation analysis of all payloads launched in 2021, albeit excluding those belonging to China, Russia, and Iran (again: not addressable by western suppliers). This analysis begins with the UCS database, which catalogs all payloads launched in 2021 and currently in orbit. Because the database does not include cost, we have added this as a parameter based on financial disclosures and government data. Where public disclosures are not available, we use rules of thumb to cost out GEO commsats (~$200m/sat). For LEO constellations without cost data, we apply an estimated cost/kg (CSe $50k/kg) and project cost based on satellite weight.

We acknowledge that this methodology introduces error in the sense that actual production of many satellites launched in 2021 were in fact realized in 2020 or prior. However, we see few alternatives given the lack of public revenue disclosures from manufacturers. While it has clear limitations, we believe our methodology offers a reasonable way to gauge the size of the overall market. We highlight that the segment that is changing most rapidly is primarily commercial LEO satellites, and the limitations with respect to timing are relatively minor here, owing to the fast development and production timelines (i.e., many are both built and launched in the same year). We further note that the GEO market is comparatively slow to evolve, so the TAM is unlikely to change in a large way in any given year (except at peak/trough cycle).

### 2021 Payload Mass, Segmented by Owner Classification



### 2021 Payload Value, Segmented by Owner Classification
*$ in millions*



### 2021 Payload Value, Segmented by Owner & Orbit Classification
*$ in millions*





# Market Sizing
## Earth Intelligence: $2.6b in 2021

We believe the earth intelligence market was worth approximately $2.6b in 2021. This estimate is based on reported sales data from public companies, which we believe represent the majority of the market. We have projected sales for the long tail of the market as a percentage of the revenue from subscale vendors currently reporting data. Some third parties, such as North Sky, mark the TAM moderately higher—closer to $3.4bn (2019)—but generally not far off from our estimate.

For purposes of this analysis, we define earth intelligence as the business of selling data about the earth that are collected in space. Examples might include optical earth observation (EO), infrared EO, hyperspectral EO, emissions monitoring, synthetic aperture radar (SAR) data, radio-occultation data, and satellite AIS data. While many governments procure their own satellites to produce these data, we exclude satellite procurement specifically as this is included in the satellite mfg TAM analysis presented earlier. Amounts included in this market segment are strictly from the sale of the data and any value-added services included with that data—not the sales of satellites.

Please note that our market sizing methodology is naturally conservative, as it does not include potential latent sources of demand that may arise from the increasing availability of new data sources, such as SAR, hyperspectral EO, or data that can improve weather predictions—all of which are comparatively early in their adoption cycles. As data availability improves for these data sources, we could see these latent sources of demand manifest into realized sales. **Additionally, note that a large portion of the earth observation market is duplicative with government space budgets referenced earlier. We eliminate this duplication when estimating the total TAM of the space economy.**

## Earth Intelligence Market

| | 2019 | 2020 | 2021 | 2022E |
|---|---|---|---|---|
| Maxar | 1,085 | 1,081 | 1,076 | 1,182 |
| Airbus | 851 | 752 | 825 | 825 |
| BlackSky | 14 | 21 | 34 | 65 |
| Planet | 96 | 113 | 130 | 187 |
| Spire | 18 | 28 | 44 | 80 |
| Satellogic | - | - | 7 | 47 |
| Others | 256 | 324 | 430 | 757 |
| **Total** | **2,320** | **2,319** | **2,546** | **3,143** |

Note: *Airbus earth intelligence revenue based on a 30% allocation of the company's reported Space Systems sales.

## Earth Observation TAM Split



Commercial 31%

Government 69%



# Market Sizing
## Commercial Satellite Services ($8.4bn in 2021)

- Commercial satellite services—which includes broadcast video, fixed broadband, fixed data, and mobility markets—drove around $8.1bn in industry sales in 2021. Including Starlink and its 250k subscribers, this market expands to around $8.4bn. We exclude Satellite TV and Satellite Radio. The rationale is discussed in the definitions section of this report.

- We believe that most users of commercial satellite services are in the US. This view is based on the US's large and comparatively wealthy rural population and the revenue reporting for many satellite services companies. This view is also supported by Cloudflare Radar data, which show the geographic distribution of Starlink traffic (see figure on the right).

## Commercial Satellite Services Market
*$ in billions*



## Starlink User Distribution
*Per Cloudflare Radar (accessed June 2022)*



# Market Sizing
## Future trends

There are a large number of data vendors offering 10yr+ projections for many of these submarkets within the overall space economy. While there is likely some value in such projections, there is also significant uncertainty in the inputs that generate them, particularly in areas that are newly emergent such as commercial use of earth intelligence or space tourism. Rather than attempting to derive a precisely incorrect estimate for market TAMs for each submarket, we find it helpful to look at each qualitatively and whether they will grow or shrink over the next decade.

Growth

- **National Security (++):** We expect continued strong growth in government funding of space-based national security assets. Supportive trends include the DoD's focus on joint all-domain command and control (JADC2), for which space-based assets can assist in both intelligence collection (the sensor, in the JADC2 sensor-shooter vision) and as nodes for joint-force communication. Space-based assets will also be key in achieving defensive objectives, including in preventing *fait accompli*. We note that the Space-Based Systems budget within President Biden's 2023 budget requested calls for 30% y/y growth.

- **Civil (+):** Going back to our thesis on Starship, we see civil space as a clear beneficiary. While Starship will very likely cause long-term deflation in launch pricing, we ultimately expect this to drive significant induced demand as new mission types become possible. Stated differently, Starship should make national prestige missions affordable, and we expect relatively elastic demand in response to that—particularly from NASA. It is challenging to say what this may mean for budgets specifically, but some degree of high-single-digit budget growth seems reasonable over the long term, in our view—except perhaps in the year in which SLS is cancelled.

- **Satellite Manufacturing (+):** Rising DoD and civil-agency budgets should drive growth in satellite manufacturing through most of the decade, with rising activity in LEO broadband offering an additional leg of support for growth. Deflationary pricing as a result of Starship would be one potential headwind, though we see this as likely to be made up in volume. The extent to which Starlink is the leader in LEO broadband would also constrain market growth, as Starlink's leadership would ensure that most of the market is sourced internally at SpaceX and, therefore, not "addressable" by others.

- **Earth Intelligence (+):** We expect strong usage growth for earth intelligence data over the coming decade, enabled by improved appreciation for its strategic value (e.g., war in Ukraine), as well as expanding product suites (e.g., radio-occultation data, hyperspectral imagery, SAR data). To the extent that improving computation/analytics can add additional value to these and other datasets, this could provide additional growth. A migration of customer demand toward the purchase of commercial satellite data and away from government-owned and -operated satellites, could add a further impetus for demand.



# Market Sizing
## Future trends

<u>Growth (continued)</u>

- **Launch (+):** We expect deflationary pricing to remain a headwind for the launch industry, likely offsetting some of the future gains in volume. While SpaceX will likely drive a healthy gross margin on Starship, it is challenging to not see it as a deflationary force, particularly over the long term. Thus, while we think the launch industry likely grows substantially over the next decade in terms of orbital mass delivered/yr, we expect that the TAM itself is likely to trend up much more modestly. Refer to the <u>space launch growth paradox</u> section of this report for more.

- **Broadband**
    - **In-Flight Connectivity (++):** Our European Telecoms team estimates this TAM will grow at a ~12% CAGR over the next decade—from ~$1.1bn in 2020 to $3.6bn in 2030. This strong growth is the result of a larger fleet of commercial and business aircraft, as well as higher penetration of connectivity within the fleet.
    - **Maritime VSAT (++):** Our European Telecoms team estimates this TAM will grow at a 7.4% CAGR over the next decade—from $1.1bn in 2020 to $2.3bn in 2030. This is largely a result of more vessels upgrading from low-bandwidth L-Band services to higher-bandwidth services.
    - **B2C LEO Broadband (++):** Our European Telecoms team estimates the bottom-up TAM will shrink significantly over the next decade—a result of rising fiber penetration rates. Under their projections, the TAM will fall from ~$35bn in 2021 to ~$13bn by 2030. This represents a reduction of 63%. However, the overall industry revenue generated from this TAM should rise, as penetration rates right now are quite low (e.g., just 400k Starlink subscribers). As our analysis focuses on market sizing from a revenue perspective, we believe the right way to think about this is as a growth market. See the <u>B2C LEO Broadband</u> section of this report for more.

- **Tourism (++):** Given today's low penetration rates, we think the tourism market should grow meaningfully over the medium term. However, we ultimately expect that the pace of growth will moderate meaningfully in the back half of the decade. We believe that product/market fit is highest for initial space tourism customers—many of which are likely space enthusiasts. However, as these customers work through the backlog, we expect each n+1 customer will be harder to reach, driving higher CAC and slowing market growth.

<u>Decline</u>

- **Video (-):** Given ongoing consumer cord-cutting, we expect the video TAM to continue to shrink over the next decade. Our European telecoms team forecasts the long run rate of decline at -2.0%.

# Business Analysis



# Historical Profitability

A weak track record among mature "commercial" space companies

- The legacy pure-play space industry has a relatively poor track record of accruing value to itself. Over the 11-year period 2011-2021, we calculate that the satellite communications industry generated an average FCF margin of 6.4%. However, most of this return is driven by just two companies—SES and ETL. Excluding SES and ETL, the industry through-cycle FCF margin is **negative** 4.9%.

- It is not just GEO commsat companies driving this trend—imagery companies haven't performed much better. Over the period 2011-2016, Digital Globe (the leading public pure-play imaging company for most of the 2010s) generated cumulative FCF of $40m on $3.5bn in sales—or a cumulative margin of 1.1%. Since then, Maxar, which acquired DGI in 2017, has generated cumulative 2017-2021 FCF of negative $199m on $8.6bn in sales.

- This, in part, owes to its post-acquisition capital structure and slowing demand in its legacy GEO commsat manufacturing arm, but is nevertheless emblematic of the industry's struggles in generating sustainable positive FCF.



**Average FCF Margins, 2011-2021**
*Population = established pure-play space companies*

---

# Historical Profitability
## HOLT® points to an industry that destroys value

Credit Suisse's HOLT® framework offers a useful way to measure the ability of legacy space companies to create value from their investment—a metric called cash flow return on investment (CFROI®). More specifically, a firm creates value from its investments when CFROI exceeds investors' real discount rate. We find that most traditional companies generate a CFROI below this rate, meaning they typically destroy value. Below, we show realized, forecasted, and market-implied CFROI for four select traditional space companies. We see that only MAXR—which is more defense oriented—generates a CFROI higher than the market discount rate.

### MAXR

### SATS

### VSAT

### SES



# Historical Profitability
## HOLT® points to an industry that destroys value

- HOLT's measure of economic profit provides another way to measure value creation or destruction. This measure is defined as CFROI less the discount rate, multiplied by the company's asset base. In other words, economic profit represents earnings in excess of the opportunity cost of using the firm's assets or capital. Most pure-play space companies generate negative economic profit. Again, MAXR is the exception—largely because it is more of a government contractor than a commercial space company.

**MAXR**



**SATS**



**VSAT**



**SES**

# Historical Profitability
## Defense generates strong and consistent cash returns

- In contrast to the more commercially driven, pure-play operators shown on the prior slides, defense companies have historically generated consistently strong cash returns from their space businesses—though, with the exception of NOC, these segments typically represent <25% of total company sales. Lockheed Martin's Space Systems segment, as an example, has reliably generated 9.5-14% EBIT margins for more than a decade. Northrop, for its part, has driven 10%+ margins in its Space Systems segment since its debut in 2019, following the integration of Orbital ATK. Standalone Orbital ATK generated 11-13% EBIT margins within its space segments prior to the NOC acquisition. We believe that L3Harris's space business (~$2bn in sales) generates similar low-double-digit type EBIT margins.

- Given that capex spent on government contracts is generally a recoverable expense under federal acquisition regulations (FAR), the IRRs that defense contractors achieve on that spend are generally quite favorable, and we expect the FCF margins are generally similar to space segment NOPAT—likely in the ~8% range for most contractors. As this is generally in line with company-wide performance, an examination of company CFROI under the HOLT framework gives us a means to examine value creation from the space segments more specifically. The results, as shown below, are considerable. Defense contractors regularly generate CFROI well in excess of their cost of capital.



Source: Credit Suisse HOLT
Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com    75
Return to table of contents

# Historical Profitability

Key takeaways: To make money in space, work with the government

- The lesson from the prior slides is that defense has historically been the place to be if you want to generate shareholder value in the space economy. This is, in part, because the market itself is the largest of all the verticals within the space industry—meaning that a company can achieve the requisite scale to cover its opex and generate sufficient additional gross profit dollars to realize a ROIC > WACC.

- However, it is also owing to the derisked nature of government contracting, whereby federal acquisition regulations and cost-plus contracting essentially cap downside technical risk while offering attractive returns on the upside. Government contracting, moreover, is slow to change, meaning that capital equipment can be used and reused across multiple design iterations—and some capital costs are even funded directly by the government (e.g., wind tunnels, missile ranges, launch pads). IP used for government contracts is also often developed at the government's expense, further reducing investment requirements.

- This contrasts powerfully with the more commercially oriented peers, which face overall market risk, repetitive capex cycles that drive a large asset base and often create a burdened capital structure, and competitive pressures that create a drag on pricing. Not to mention, the commercially oriented peers have to face the inherent risks of operating in the challenging environment of space.

**The 2021 Space Economy**
*$ in billions*



# Unit Economics
## Thinking through the opportunity for excess returns in launch and earth intelligence

- Understanding a business's mature unit economics is critical to knowing whether the stock can earn a return on capital higher than cost of capital, and if it will be a sound investment.

- The vast majority of "new space" public companies operate in either the domain of launch, satellite manufacturing, or earth intelligence (both EO and RF).

- As this report primarily concerns launch and earth intelligence companies, these two subsegments are worth examining in detail from a unit economics perspective. In this slide and the following slides, we think through what the long-term unit economics of these business might look like and contrast those unit economics with the capital intensity of the respective business models. In doing so, we hope to get an idea of whether businesses operating in these subsegments can generate returns on capital greater than their cost of capital.

- Broadly, we see four avenues to attractive unit economics in any industry—market forces, business model, product/service positioning, and cost structure. In the following slides, we examine how each of these apply to the space infrastructure and earth intelligence industries.

### Drivers of Strong Unit Economics

| | Market forces | Business model | Product/service positioning | Cost structure |
|---|---|---|---|---|
| Explanation | Few/no competitors, often driven by government regulation, network effects, high capital costs | Use of go-to-market and operational tactics to establish favorable unit economics. | Making a superior product/service, and selling it at a premium price. Also includes creating the perception of a superior product (branding). | Lower cost than peers. Can be achieved through a wide variety of means, including technology, scale, process/logistics, possession of a unique resource, tax jurisdiction, and culture. |
| Example 1 | Digital properties | Software-as-a-service | Luxury goods | Retail |
| Example 2 | Pharmaceuticals | Razor/blade | Medical devices | Airlines |

# Unit Economics
## Launch

**Favorability**                                                                                     **Controllability**



**Market forces:** There are currently >160 launch companies operating in a ~$4.3bn market ex-Starlink. While most of these launch companies do not yet have a viable product offering, development programs continue to make progress, and the diaspora of ex-SpaceX engineers improves many of these prospects over the long term. Additionally, there are a number of proven nation-state-supported companies that are likely to fracture the international market (e.g., Mitsubishi Heavy in Japan, Arianespace in Europe). We see market forces as exerting negative pressure on long-term unit economics, particularly for companies that must compete with SpaceX.





**Business model:** At its core, launch is a hardware-enabled service business — the provider is offering a launch vehicle and the operational expertise that delivers the customer's payload to orbit. Because of the hardware component, there has typically been a high marginal cost for each launch. Revenue, meanwhile, is non-recurring and one-off in nature. To the extent there is periodic replacement demand, this is typically recompeted. As a result, there is no inherent lock-in that can enable long-term pricing power. There is no clear lifecycle service offering, meaning no razor/blade model. And the non-recurring nature of demand and lack of vehicle lock-in remove the ability to create subscription offerings. Overall, the business model for launch is, therefore, relatively simple — selling a service for more than it costs to provide it. The business model itself is, therefore, not a source of attractive unit economics.





**Product/service positioning:** This factor is more favorable because not all launch is created equal. Some providers have the ability to place payloads in orbit with less notice ("responsive launch"), or place objects into unique orbits that others cannot or will not. Other vehicles are more reliable, making them worth a premium price — particularly for high-value payloads. Others have higher payload capacity. Still, other providers might be regarded as more competitively neutral — a potentially crucial differentiator for LEO commsat customers that wish to avoid cross-subsidizing Starlink. Product positioning is, therefore, a potential source of pricing power and favorable unit economics.





**Cost structure:** Cost can always be an angle for attractive returns, regardless of the market. Launch is no exception, and we expect low-cost providers to earn attractive unit economics. However, we believe that the population of public launch companies are uncompetitive in this regard compared to SpaceX's Falcon 9 — to say nothing of Starship. Reusability is the key driver here. Rocket Lab may bridge the gap here if it achieves reusability on Electron.



# Unit Economics
## Launch

The obvious implication from the prior slide is that the only launch companies capable of achieving attractive margins will be those that are either: (1) the low-cost provider, or (2) those that can offer a sustainably differentiated service offering. Which companies are likely to meet these criteria? **We believe that SpaceX is best suited to co-opt both factors to earn excess returns, leaving little opportunity for new entrants.**

- **Low-cost provider:** Falcon 9 is already 50%+ cheaper on a $/kg basis than alternative vehicles—including those from "new space" competitors. Falcon Heavy is 75%+ cheaper, and Starship will likely be cheaper still. While many payloads do not require the capacity of Falcon 9, let alone Falcon Heavy or Starship, the increasing availability of rideshare missions offers a conduit for payloads to be serviced by these launch vehicles. Meanwhile, if Starship is able to achieve its $2m marginal cost target, then—even if it's priced at a 90% gross margin and flies with a highly unfavorable 5% load factor—it would STILL be cheaper than many competitors on a $/kg basis. Given SpaceX's well-established lead, its track record for continuous innovation, its high degree of vertical integration, and its persistent focus on cost, performance, and reliability, we do NOT see a path for any other publicly traded launch company to compete on price alone.

- **Product positioning:** That leaves product positioning. One issue with some of the "new space" launch providers is that they are offering a minimally differentiated product—a small-lift launch solution. Some, such as Virgin Orbit's LauncherOne, emphasize the ability to place payloads in unique orbits from a wide variety of geographies (e.g., giving a sovereign launch capability to different countries). While this distinction is arguably compelling, the market size for this sort of differentiation is not proven, and VORB's pricing is quite expensive. Overall, it is unclear how public launch vendors have a positioning advantage that can offer attractive unit economics at scale. In contrast, SpaceX stands out here. It has the most reliable and proven commercial launch vehicle with the Falcon 9, which can accomplish a wide variety of missions—including human transport. Meanwhile, Starship's sheer capacity is its own differentiator. SpaceX has built out a high caliber sales organization and relationships with key customers. And, most importantly, it has a trusted brand. We, therefore, think that SpaceX stands best positioned to capture attractive unit economics from this driver as well.

| Starship Cost @ 5% load factor | |
| --- | --- |
| Starship Capacity (kg) | 100,000.0 |
| Load Factor | 5.00% |
| Used capacity | 5,000 |
| Cost | $ 2,000,000 |
| Gross margin | 90.0% |
| Starship launch price | $ 20,000,000 |
| **Starship $/kg @ 5% LF** | **4,000** |

| Company | Vehicle | List Price | Capacity to LEO | Cost/kg | Cost vs. Starship at 5% LF |
| --- | --- | --- | --- | --- | --- |
| Virgin Orbit | Launcher One | $ 12,000,000 | 500 | $ 24,000 | 600% |
| Rocket Lab | Electron | $ 7,500,000 | 300 | $ 25,000 | 625% |
| Firefly | Firefly Alpha | $ 15,000,000 | 1000 | $ 15,000 | 375% |
| Astra | Rocket 3 | $ 3,750,000 | 630 | $ 5,952 | 149% |

 **CREDIT SUISSE**      Source: Company data

# Unit Economics
## Earth Intelligence

**Favorability**

**Controllability**



**Market forces:** While Maxar and Airbus have historically led this market, a combination of declining launch costs, commoditization of satellite hardware, and an inflow of private capital have driven a surge in the number of companies competing in this space. Some increasingly well-established names include Planet, BlackSky, Spire, Capella, and HawkEye 360. Many of these companies are collecting the same datasets (e.g., EO imagery), albeit at different levels of precision and frequencies. However, there are some collecting unique datasets (e.g., Spire, HawekEye 360) that are comparatively differentiated and where market forces are less negative.





**Business model:** Earth intelligence can potentially support a variety of models that can generate highly attractive unit economics. One is the sale of subscription data offerings, whereby a constellation operator sells access to its database to a variety of customers. In this way, each additional customer generates incremental sales dollars with little marginal cost apart from selling and data delivery costs. Excluding the effect of competition, such a model could theoretically sustain SaaS-like incremental gross margins. Alternatively, a provider could offer something closer to a razor/blade model—sell raw data at cost but value-added analytics at a premium.





**Product/service positioning:** There is greater room for product differentiation in earth intelligence relative to launch, given that companies can capture differentiated types of data, and companies can add different amounts of value-add to the product.
- **Data type:** One way to differentiate an earth intel product and generate outsize returns is by delivering unique data sets, e.g., hyperspectral imagery, high-resolution EO/SAR imagery, or geolocation data.
- **Value-add:** This might include AI/ML product integrations (e.g., automatic change detection, object tagging), API integrations, and cloud integrations.





**Cost structure:** The potential here is compelling, as earth intelligence satellites have historically been procured at a cost of >$100m/copy, resulting in high prices in order to generate a positive IRR. With the introduction of commodity hardware and declining cost of launch, newer entrants can establish constellations at significantly lower capital costs—allowing them to reduce price, expand the market, take share, and still generate strong unit economics. However, given the overall market forces arrayed in this market, our concern would be that low-cost strategies drive a race to the bottom. It is also possible that government procured data could be placed on the public domain (as has recently been done with Landsat 9), which would obviate this factor entirely.



# Unit Economics
## Earth Intelligence

- The prior slide suggests a number of methods by which earth intelligence companies can achieve attractive unit economics. Of these, we believe a SaaS-type business model makes the most sense, given the operating leverage inherent to selling additional product without marginal cost other than selling and distribution.

- The primary hurdle here is achieving scale. Assuming $40m/yr in R&D, $60m/yr in S&M, and $50m/yr in G&A, a public company would require ~$215m/yr in sales at a 70%+ gross margin to break even. While this sounds small, we highlight that Maxar—which is the market leader in traditional imagery and has customer relationships dating back decades—only does ~$1.1bn in annual earth intelligence sales. Thus, building a profitable business implies either market expansion (e.g., new non-imagery products), market share gains, and/or an exceptionally lean opex structure.

- We think the businesses that will succeed here will need to combine three levers to generate both the strong unit economics and flow-through to attractive FCF margins. These will be the right business model, a differentiated product (higher resolution imagery, new types of imagery/data— e.g., RF, SAR, hyperspectral), and low cost. The correct business model would enable attractive incremental gross margins, while product differentiation would drive the requisite scale, and low costs would create the capital and opex efficiency necessary for attractive ROICs.

### Satellite-AIS Data Visualization
*exactEarth's maritime traffic monitoring solution*



### Spectra AI
*BlackSky's platform, showing tasking feasibility and user customization of order and analytics.*



# Sector Outlook



# Sector Outlook

## Negative outlook informed by six factors

Our investment outlook for the space sector is negative over the next 12 months; therefore, we are initiating coverage of the sector with a negative outlook. This view hinges on six key factors:

### Unsupportive base rates

- Mature commercial space companies do not have a track record for earning a return on capital higher than cost of capital. This is particularly concerning given that these businesses have had several decades to work on their profitability and capital efficiency. Given this track record, we believe it is prudent to have a bearish bias on all space companies—apart from defense contractors operating in this domain.

### Limited addressable market

- As outlined in previous sections, we believe the TAM for space companies is ~$106b, vs. third-party estimates, which typically place it at more than twice this size. However, even this smaller TAM still overstates the actual revenue opportunity of most "new space" companies, as the majority of this TAM is not addressable by individual companies. For launch, the TAM is just $4.2b ex-Starlink (-27% vs. 2016). For earth intelligence, we believe the TAM is just $3.1b. The limited size of the addressable market limits the long-term upside opportunity, which contrasts unfavorably with near-term risks.

### Capital intensity

- While declining launch and satellite manufacturing costs have made the space business less capital intensive than it used to be, Space is still a domain that requires sophisticated hardware that must be deployed and operate in unfriendly environments. This necessitates real capital costs, which necessarily drives high capital intensity. This is particularly true for launch, a business that requires manufacturing facilities, machine tooling, and inventory.

- Earth intelligence has the potential to be less capital intensive but still requires the procurement of launch, satellites (or means to produce satellites), and ground station infrastructure. Further, the short useful lives of these assets means that capex is highly recurring in nature. Starship offers a potential solution to this problem. While we are quite bullish on what it might do for space companies outside of launch, we are forced to acknowledge that it isn't operational yet and is likely several years away from achieving a regular launch cadence.

- The capital intensity of the industry creates a myriad of problems, including often over-leveraged capital structures, poor track records of shareholder returns (with periods of positive FCF typically diverted to debt holders), and long-term solvency risk.

# Sector Outlook
## Negative outlook informed by six factors

**Competitive intensity**

- The space industry has historically been resistant to international consolidation. This is beginning to change for the mature communications companies (e.g., Eutelsat/OneWeb merger), but consolidation appears a ways away with respect to "new space" companies—in part because cash balances are thin, there's no EBITDA to allow for debt financing, and share prices are distressed—meaning that most companies don't have equity to finance a deal. We think new space companies are, therefore, likely to compete strongly, with consolidation occurring through attrition.

**Challenged unit economics**

- Informed by our perspective on the industry's high capital and competitive intensity, we believe that the unit economics for many endeavors in the space economy are likely to remain unfavorable. We expect launch to be the most impaired business here, with SpaceX outcompeting the industry as the low-cost provider of choice. Satellite manufacturing is likely to be challenged given the large number of competitors now in the small-sat field, while geo-commsat manufacturing remains impaired by low volume. Earth intelligence likely offers the most potential for attractive long-term unit economics.

**Rising interest rates and a tightening funding environment**

- Rising interest rates and a tightening of funding (equity and credit) conditions create two problems for the space economy: (1) in conjunction with the challenged path to positive free cash flow, it creates liquidity risk, and (2) It increases the discount factor applied to future free cash flows. Given that the equity for all companies covered by this initiation derives predominantly from their terminal value, increases in the discount rate have a significant negative effect on our valuations. Further increases in the 10yr rate represent a substantial risk, as do increases in the ERP.

---


CREDIT SUISSE

# Companies



# BlackSky Technology Inc. (BKSY)
## Initiate with an Outperform rating, $3 target price

Founded in 2014, BlackSky is an Earth observation company that collects and sells earth imaging data and/or imaging capacity from its LEO constellation of small satellites. The company also sells value-added services alongside its data, as well as engineering services to government customers on fixed-price contracts. BlackSky sees its solution as differentiated in four ways: ease of use, low cost, high revisit rate, and rapid delivery. BKSY went public in 2021 through a merger with Osprey Technology Acquisition Corp.

We are initiating coverage of BKSY with an Outperform rating and $3 target price. Drivers of our Outperform rating include:

- **Continued growth momentum driven by government demand:** On May 25, BKSY announced that it had received a $1.0bn, 10-year subscription contract (the EOCL contract) from the National Reconnaissance Office (NRO) to provide imagery services. This contract should drive meaningful near-/medium-term sales growth, with potential upside to our numbers depending on customer adoption and ordering momentum, as well as the potential sale of analytical services add-ons. Further, the NRO contract offers a strong endorsement of BKSY's capabilities, which may help it garner additional momentum from others. All of these factors suggest that H2'22 estimates are now significantly derisked, in our view.

- **Attractive unit economics:** While the unit economics of earth imagery are fundamentally sound, high upfront capex is often a challenge to truly attractive IRRs. In BKSY's case, upfront fixed costs are minimized owing to small-sat architecture and competitive launch sourcing. Given these lower upfront costs, as well the minimal marginal cost of delivering imagery & analytics, we think BKSY can likely deliver substantial operating leverage over time—and ultimately earn returns exceeding its cost of capital. We point to the 20% Q/Q imagery gross margin improvement from Q1'22 to Q2'22 as evidence of this. While a margin fully burdened by D&A may flatten in the second half of '23 as BKSY deploys its Gen-3 satellites, we think the long-term trend should remain on the up as the company benefits from declining space infrastructure costs, improved asset utilization, and increased sale of high margin analytical services. The growth mentioned previously, in combination with the fundamentally sound unit economics of the business, should support an inflection toward positive EBITDA by 2024E, EBIT by 2025E, and FCF by 2026E.

- **Fed tightening has benefits, too:** While the Fed tightening cycle is very likely net negative for the stock given the heavy reliance on terminal value to support the share price, we think that funding for earth intelligence companies has been excessive over the past few years, which has likely supported companies that would otherwise not be competitive. Fed tightening and a higher cost of equity should help clear the competitive decks, leaving BKSY with a stronger position in the market. Additionally, the push to FCF breakeven could cause other vendors to offer their data on BKSY's Spectra AI platform, fostering additional growth for BKSY. Finally, BKSY generates substantially all its revenue from the US government, so has little exposure to macro weakness.

- **Valuation & Risks:** We value BKSY using a DCF, incorporating 3% perpetual growth, and a 10% WACC. This results in our $3 target price for BKSY. Downside risks: increased competition, higher-than-expected capex.

# BlackSky Technology Inc. (BKSY)
## Key Charts

**EOCL Contract Growth ($ in millions)**
*Expect gradual ramp up in '22, accelerating in '23*



**Revenue Trends ($ in millions)**
*EOCL ramp + int'l sales define early growth*



**Segment Revenue Mix – Q2'22**
*Imagery is primary revenue driver*

Engineering & systems integration, 12%

Imagery & software analytical services, 88%



**Revenue Mix Trends – Geography**
*Q1 growth in APAC, but still dominated by the US*

US | Middle East | Asia | Other
■ 2020  ■ 2021  ■ Q2'22

**Revenue Mix Trends – Customer**
*US government remains largest customer*

US Federal | International / Commercial
■ 2020  ■ 2021  ■ Q2'22



**Gross Margin Trends**
*GMs currently –ve but likely to inflect with volumes*

■ Gross Margins - ex D&A
■ Gross Margins - incl D&A



# BlackSky Technology Inc. (BKSY)
## Key Charts

### EBITDA Trends ($ in millions)
*Breakeven EBITDA in '24 as EOCL matures*



### OCF Trends ($ in millions)
*Positive OCF in '25 as Gen-3 contribution grows*



### FCF Trends ($ in millions)
*FCF +ve in 2026E*



- Revenue growth on EOCL and other contracts should come with favorable incremental margins.
- SG&A discipline and customer-funded R&D should result in favorable drop-through to EBIT, though rising D&A represents a headwind. Satellite capex represents a substantial cost to BKSY, so EBITDA should not be a focus area for investors, in our view.
- We estimate FCF to inflect positive mid-decade as EOCL activity rises, additional sales opportunities mature, and capex declines as a percentage of sales.

# BlackSky Technology Inc. (BKSY)
## Key Charts

### SPAC Projections vs. Actual/CSe

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|
| **Original SPAC Projections** | | | | | | | |
| Sales | 14 | 21 | 40 | 114 | 226 | 389 | 546 |
| Adj. EBITDA | (31) | (29) | (41) | 2 | 72 | 177 | 246 |
| Free Cash Flow | (65) | (47) | (136) | (118) | (66) | 111 | 209 |
| | | | | | | | |
| **Actual (2020-2021) / CSe (2022-2025)** | | | | | | | |
| Sales | | 21 | 34 | 65 | 111 | 165 | 202 |
| Adj. EBITDA | | (29) | (44) | (32) | (5) | 32 | 62 |
| Free Cash Flow | | (34) | (118) | (89) | (72) | (50) | (20) |
| | | | | | | | |
| **Actuals / CSe as % of Original SPAC Projections** | | | | | | | |
| Sales | | 100.6% | 85.2% | 56.9% | 49.0% | 42.4% | 37.0% |
| Adj. EBITDA | | 100.7% | 108.4% | -1575.4% | -6.8% | 17.8% | 25.2% |
| Free Cash Flow | | 71.7% | 86.6% | 75.3% | 109.1% | -45.1% | -9.5% |

# BlackSky Technology Inc. (BKSY)
## Business overview

### Segment Overview

BKSY operates through two reporting segments: Imagery and Software Analytical Services (ISAS) and Engineering & Systems Integration (ESI). ISAS represents the primary focus for the company and drives 100% of the cash flow in our long-term model. Its operations consist primarily of imagery sold through tasking arrangements (most often to governments), as well as software and analytics capabilities that enable customers to better deliver and extract value from this imagery — e.g., site monitoring and change detection. This segment also includes some level of professional services activities for customer support. The segment generates relatively healthy cash gross margins — 60% in Q2'22, up from 40% in Q1'22. To be fair, we estimate that gross margins would have been -2% in Q2'22 if D&A were allocated to the segment. ISAS grew sales 161% Y/Y in Q2'22 and accounted for 88% of total company sales.

The ESI segment develops and delivers satellite and payload systems for government customers. At its core, this segment serves as a means to use customer money to fund R&D activity the company would otherwise have to fully cover through opex. As an example, this segment is currently conducting work for a government customer that funds the development for its Gen-3 satellites. Given this, we believe that the right way to think about the segment is an extension of opex — with costs subsidized by the government — rather than a profit-generating segment in its own right. We expect this segment to operate at a negative gross margin, at least in the near term.

### Constellation

BlackSky currently has 14 satellites in orbit, each capable of collecting one-meter resolution imagery. This resolution will likely improve when BKSY launches its Gen-3 satellites (2023), which should be capable of collecting imagery at a 50-cm resolution and include an infrared sensor to collect imagery under a broader set of conditions. All satellites are manufactured through a 50-50 JV with Thales Alenia Space. While BKSY's constellation will likely never have the highest resolution (as its smaller satellites carry smaller lenses), the company aims to differentiate by way of revisit rate, cost, ease of use, and speed of delivery.



**BlackSky Revenue Breakdown (Q1'22)**

Engineering & systems integration, 12%

Imagery & software analytical services, 88%



**BlackSky Customer Revenue Mix**

Legend: 2020, 2021, Q2'22 — categories: US Federal, International / Commercial

# BlackSky Technology Inc. (BKSY)
## Product overview

While BlackSky is not an industry leader in image quality (with competitors such as Maxar offering higher-resolution imagery and greater technical capability) or global coverage (Planet offers a constellation size nearly 15 times greater), the company has set out to differentiate itself through its software – shown both through its user platform and the suite of analytics it offers on top of traditional imagery.

### User Experience

BlackSky's software-as-a-service (SaaS) platform—dubbed *Spectra AI*—offers a one-stop shop for its services, allowing for greater self-service by customers and faster delivery times compared to traditional vendors. Through the platform, users can access archived imagery, check satellite availability, assign tasking, and view applied analysis on demand. By owning and delivering the imagery, software, and analysis, BlackSky argues it achieves additional efficiencies in both cost and operations—resulting in lower prices and delivery times to customers in under two hours.

### Spectra AI

*BlackSky's platform, showing tasking feasibility and user customization of order and analytics*



---

 CREDIT SUISSE    Source: BlackSky

# BlackSky Technology Inc. (BKSY)
## Product overview

### Analytics

On top of easy access to imagery, Spectra AI offers a suite of AI-enabled analytics that can be applied to data—including **site monitoring, change detection,** and **object identification**—to derive insights and value not available through pure imagery. In addition to applying its algorithms and AI-analytics to its own imagery, BlackSky has also supported third-party data and sensors—offering seamless integration of SAR and VIIRS data into the Spectra AI platform to drive additional analysis when combined with its imagery.

Apart from the typical analysis outlined, Spectra AI leverages its AI in a few other ways to maximize user self service, as outlined previously. Customers can be alerted of events and areas of interest based on both related news and social media stories (with Spectra AI parsing and filtering the data with natural language processing based on user topics of interest), as well as flagging individual images of interest in real time, without the need for direct customer tasking.

### Site Monitoring

*Satellite imagery tracking the number of bus departures from a depot in Ukraine over the course of a day.*



### Change Detection

*Customer alert flagging increased number of idle aircraft during the COVID-19 pandemic.*



### Object Identification

*AI-enabled analysis identifying the number of cargo containers, ships, and warehouses in use at a commercial port.*



# BlackSky Technology Inc. (BKSY)
Product overview: BlackSky vs. Planet

**Product differentiation**

While both BlackSky and Planet have positioned themselves as disruptors to 'legacy' Earth data companies such as Maxar and Airbus – providing imagery from small satellite constellations as opposed to fewer, costlier, large satellites—there are still significant differences between their business approach and product.

**Software**

In general, we believe that the analytics BlackSky offers (previously outlined) surpass those of Planet. In addition to offering a wider range of analytics, BlackSky's insights are available more frequently (much of Planet's offerings are limited to weekly, monthly, or quarterly intervals) with faster turnaround times. On top of the analysis conducted on its own data, BlackSky's Spectra AI can incorporate third-party data – including Synthetic Aperture Radar (SAR), Automatic Identification System (AIS), and Visible Infrared Imaging Radiometer Suite (VIIRS) date. While the imagery remains central to both businesses, BlackSky has pushed for something closer to a SaaS model, attempting to label itself as a company that offers insight and analysis of earth imagery, rather than the imagery itself being the sole selling point.

**Coverage and revisit rate**

Planet has placed a higher priority on global coverage compared to BlackSky, operating a fleet of 200 satellites and advertising daily image capture of the entire globe. BlackSky does not offer full global coverage, instead operating a smaller constellation of 14 satellites over targeted high-population areas.

From a technical perspective, the vast majority of Planet's 200 satellites operate in a polar, sun-synchronous orbit (with only five of its SkySats operating in inclined orbits), enabling global image capture at specific times of day. In contrast, BlackSky's 14-satellite constellation operates at inclined orbits between 28 and 52 degrees, enabling a higher revisit rate in its targeted high-population areas, but limiting overall coverage. That said, we expect this distinction between the two firms to decrease with Planet's upcoming Gen-3 Pelican satellites, which are targeted for launch in 2023.

**Types of Orbit**



These Pelican satellites will operate in similar inclined orbits to BlackSky's current constellation and will offer revisit rates of up to 30 times per day, far exceeding Planet's current max of 12/day and BlackSky's 15/day max.

# BlackSky Technology Inc. (BKSY)
## Investment positives

### Demonstrated customer demand

Government customers value imagery—both high-resolution imagery and high-frequency imagery. The value they place on it has been demonstrated throughout the years in contracts worth hundreds of millions of dollars (e.g., Maxar's $300m/year EnhancedView contract). The conflict in Ukraine has made the value of satellite imagery even more apparent—which we expect will help spur continued international sales of imagery to government customers.

### Near-term growth is on contract…near-term estimates derisked

On May 25, BKSY announced that it had received a $1.0bn, 10-year subscription contract (the EOCL contract) from the NRO to provide imagery services. This contract should drive meaningful near-/medium-term sales growth, with potential upside to our numbers depending on customer adoption and ordering momentum, as well as the potential sale of analytical services add-ons. Further, the NRO contract offers a strong endorsement of BKSY's capabilities, which may help it garner additional momentum from others. All these factors suggest that H2'22 estimates are now significantly derisked, in our view.

### Predictable revenue

BKSY's revenue is almost entirely derived from US and international governments, making the company minimally exposed to near-term macro headwinds or industry reflexivity. Further, the company has shown progress in increasing the share of revenue on subscription contracts, including the recent $1.0bn, 10-year EOCL award—which the company stated was a subscription contract. Given these factors, we believe that BKSY's revenue should be relatively predictable quarter to quarter, particularly in the core imagery business. As the company diversifies its customer base, this predictability should further improve. Finally, as the company establishes Spectra AI as a true analytical platform, the overall stickiness of the offering should also improve and drive a reduction in churn and a final improvement in revenue predictability and the lifetime value of its customer base.

### Attractive unit economics

While the unit economics of earth imagery are fundamentally sound, high upfront capex has often been a barrier to truly attractive IRRs. In BKSY's case, upfront fixed costs are minimized owing to small-sat architecture and competitive launch sourcing. Given these lower upfront costs, as well the minimal marginal cost of delivering imagery & analytics, we think BKSY can deliver substantial operating leverage over time—and ultimately earn returns exceeding its cost of capital. We point to the 20% Q/Q imagery gross margin improvement from Q1'22 to Q2'22 as evidence of this. While a margin fully burdened by D&A may flatten in the second half of '23 as BKSY deploys its Gen-3 satellites, we think the long-term trend should remain on the up as the company benefits from declining space infrastructure costs, improved asset utilization, and increased sale of high margin analytical services. The growth mentioned previously, in combination with the fundamentally sound unit economics of the business, should support an inflection toward positive EBITDA by 2024E, EBIT by 2025E, and FCF by 2026E.



# BlackSky Technology Inc. (BKSY)
## Investment positives

### Fed tightening has benefits, too

While the Fed tightening cycle is very likely a net negative for the stock given the heavy reliance on terminal value to support the share price, we think that funding for earth intelligence companies has been excessive over the past few years, which has likely supported companies that would otherwise not be competitive. Thus, a higher cost of equity should help clear the competitive decks, leaving BKSY with a stronger position in the market. Additionally, the push to cash flow breakeven could cause other earth intelligence vendors to offer their data on BKSY's platform, fostering growth and adoption of BKSY's platform. Finally, BKSY generates substantially all its revenue from the US government, so has little exposure to macro weakness.



CREDIT SUISSE

# BlackSky Technology Inc. (BKSY)
## Investment negatives

### High competitive intensity

We believe that the optical Earth observation market is highly competitive, exposing BKSY to pricing pressure and market fragmentation. Competitors include Maxar, Planet, Albedo, Satellogic, and numerous others. Additionally, the increasing presence of resellers may potentially accelerate commoditization of the industry, particularly for catalogue data. While BKSY has differentiators in its software suite—and competes as an aggregator in its own right—its R&D expenses are currently low ($5.2m in Q1'22 including Engineering & Systems Integration COGS), so it is possible that peers will catch up in time.

### Lower capital intensity than legacy space, but higher than some other "new space" companies

Relative to other "new space" peers in the earth intelligence space, BKSY appears to have comparatively high capital intensity. The company spent $64m on capex in FY'21 on $34m of sales. This compares to Planet at $15m on $131m of sales and SPIR at $15m on $43m of sales. This higher capital intensity relative to Planet may relate to BKSY's spend for its Gen-3 satellites, whereas PL was likely not spending significant sums on its Pelican fleet in its most recent fiscal year. On the other hand, it may also be owing to BKSY's partnership with a legacy space vendor (Thales) on its satellites, which may expose it to a higher-cost supply chain relative to Planet's fully insourced efforts.

 CREDIT SUISSE

# BlackSky Technology Inc. (BKSY)
## Management team



**Brian O'Toole** - *Chief Executive Officer*
Mr. O'Toole is chief executive officer of BlackSky and is responsible for the strategic direction and execution of the company's business plan, as well as product and technology strategy for BlackSky's global monitoring service. Mr. O'Toole joined the company in 2016 when BlackSky acquired OpenWhere, a technology company Mr. O'Toole founded, which delivered on-demand location intelligence solutions to government and commercial customers. Prior to OpenWhere, Mr. O'Toole served as chief technology officer at GeoEye, with global responsibility for developing, managing, and expanding the company's technology, products, and services in geospatial intelligence and location-based services. Mr. O'Toole has also held senior product leadership roles at a number of companies, including Overwatch Textron Systems, which he joined when they acquired ITspatial, an early pioneer of interactive 3D mapping that Mr. O'Toole co-founded and served as president.



**Peter Wegner** - *Chief Technology Officer*
Dr. Peter Wegner is chief technology officer at BlackSky, where he implements BlackSky's vision for technology across all aspects of the company's capabilities and systems. Prior to BlackSky, Dr. Wegner was the director of advanced concepts at Utah State University's Space Dynamics Laboratory, where he directed investments in new technologies. Dr. Wegner also served as director of the US Department of Defense's Operationally Responsive Space Office at Kirtland Air Force Base, where he directed the creation of a national strategy to develop new and innovative techniques to design, build, test, and operate space systems. Dr. Wegner also served as the technical advisor to the Air Force Space Command Directorate of Requirements and a research engineer with the Air Force Research Laboratory Space Vehicles Directorate, where he developed key innovations such as the ESPA ring. Dr. Wegner holds a Ph.D. in Mechanical Engineering from the University of Wyoming



**Henry Dubois** - *Chief Financial Officer*
Mr. Dubois is chief financial officer of BlackSky and oversees the financial planning and analysis, accounting, tax, audit, investor relations, corporate development, and treasury functions for the company. Mr. Dubois most recently served as chief development officer for BlackSky and has been serving as a key advisor to BlackSky's CEO and the Board since 2018. Prior to joining BlackSky, Mr. Dubois was managing director at HED Consulting, where he advised companies on strategic initiatives, operating improvements, and financial activities. Mr. Dubois brings over 30 years of experience in the commercial remote sensing industry having served in COO and CFO roles at GeoEye and DigitalGlobe. He served as chief financial officer and an executive advisor at GeoEye, where he helped grow revenues from $30 million to $350 million. At DigitalGlobe, he held several executive positions, including president, chief financial officer, and chief operating officer.

# BlackSky Technology Inc. (BKSY)
## Valuation, target price, and risks

### Valuation

- **Target Price:** We value BKSY using a DCF, incorporating 3% perpetual growth, and a 10% WACC. This results in our $3 target price for BKSY.
- **Blue Sky Scenario:** Our Blue Sky scenario assumes the stock rerates to a 4x EV multiple on CSe '24 sales. This results in our $6 Blue Sky scenario.
- **Grey Sky Scenario:** Our Grey Sky scenario assumes the stock rerates to a 1.0x EV multiple on CSe '22 sales. This results in our $1 Grey Sky scenario.

### Risks

Downside risks include increased competition, lengthening of sales cycles, a slower-than-expected ramp-up on the EOCL contract, higher-than-expected capex, increased pricing pressure from government customers, liquidity risk and the risk of a dilutive equity raise, higher interest rates, and lower national security budgets.

| | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|
| Sales | 34.1 | 64.9 | 110.7 | 164.9 |
| Organic Growth | 61.3% | 90.4% | 70.6% | 48.9% |
| Gross Profit | (14.3) | (7.3) | 22.9 | 62.2 |
| FCF | (117.8) | (88.9) | (72.0) | (50.0) |
| UFCF | (157.1) | (104.4) | (78.3) | (49.6) |

| | | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| **Current Price** | EV/Sales | 4.4 | 2.3 | 1.4 | 0.9 |
| | EV/Sales/Growth | 0.05 | 0.03 | 0.03 | |
| | EV/Gross Profit | (10.55) | (20.51) | 6.57 | 2.42 |
| **Target Price** | EV/Sales | 9.3 | 4.9 | 2.9 | 1.9 |
| | EV/Sales/Growth | 0.10 | 0.07 | 0.06 | |
| | EV/Gross Profit | (22.3) | (43.4) | 13.9 | 5.1 |
| **Blue Sky** | EV/Sales | 19.7 | 10.4 | 6.1 | 4.1 |
| | EV/Sales/Growth | 0.22 | 0.15 | 0.12 | |
| | EV/Gross Profit | (47.2) | (91.7) | 29.4 | 10.8 |
| **Grey Sky** | EV/Sales | 2.4 | 1.3 | 0.7 | 0.5 |
| | EV/Sales/Growth | 0.03 | 0.02 | 0.02 | |
| | EV/Gross Profit | (5.7) | (11.2) | 3.6 | 1.3 |

(US$ in millions, unless otherwise stated)

# BlackSky Technology Inc. (BKSY)

## Income statement

**BlackSky Technology (BKSY)**
Income Statement

| (US$ in millions, unless otherwise stated) | Q1'22 3/31/2022 | Q2'22 6/30/2022 | Q3'22E 9/30/2022 | Q4'22E 12/31/2022 | FY 2020 12/31/2020 | FY 2021 12/31/2021 | FY 2022E 12/31/2022 | FY 2023E 12/31/2023 | FY 2024E 12/31/2024 | FY 2025E 12/31/2025 | FY 2026E 12/31/2026 | FY 2027E 12/31/2027 | FY 2028E 12/31/2028 | FY 2029E 12/31/2029 | FY 2030E 12/31/2030 | FY 2031E 12/31/2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fiscal 2022 by Quarter | | | | | | | | Fiscal Year Ends December | | | | | | |
| Imagery & software analytical services | 9.8 | 13.4 | 15.2 | 17.1 | 18.7 | 25.0 | 55.4 | 102.5 | 157.0 | 194.4 | 244.3 | 294.2 | 332.6 | 358.9 | 382.6 | 390.2 |
| Engineering & systems integration | 4.1 | 1.8 | 1.8 | 1.9 | 2.4 | 9.0 | 9.5 | 8.2 | 7.9 | 7.9 | 7.9 | 7.9 | 7.9 | 7.9 | 7.9 | 7.9 |
| **Sales** | 13.9 | 15.1 | 16.9 | 19.0 | 21.1 | 34.1 | 64.9 | 110.7 | 164.9 | 202.3 | 252.1 | 302.0 | 340.5 | 366.8 | 390.4 | 398.1 |
| Imagery COGS (ex D&A) | 5.9 | 5.4 | 6.1 | 7.2 | 13.3 | 21.5 | 24.5 | 34.0 | 44.3 | 51.0 | 59.5 | 67.5 | 73.3 | 77.0 | 80.3 | 81.3 |
| Engineering COGS (ex D&A) | 5.0 | 4.4 | 2.9 | 1.6 | 10.5 | 13.2 | 14.0 | 12.9 | 12.5 | 7.9 | 7.9 | 7.9 | 7.9 | 7.9 | 7.9 | 7.9 |
| Consolidated COGS (ex D&A) | 11.0 | 9.8 | 8.9 | 8.8 | 23.9 | 34.7 | 38.5 | 46.9 | 56.8 | 59.0 | 67.5 | 75.5 | 81.2 | 84.9 | 88.2 | 89.3 |
| Imagery gross profit (ex D&A) | 3.9 | 8.0 | 9.1 | 9.9 | 5.4 | 3.5 | 30.9 | 68.5 | 112.7 | 143.4 | 184.7 | 226.6 | 259.4 | 281.9 | 302.3 | 308.9 |
| Engineering gross profit (ex D&A) | (0.9) | (2.7) | (1.1) | 0.3 | (8.1) | (4.2) | (4.5) | (4.7) | (4.7) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) |
| Consolidated gross profit (ex D&A) | 2.9 | 5.3 | 8.0 | 10.2 | (2.7) | (0.7) | 26.4 | 63.9 | 108.0 | 143.3 | 184.7 | 226.6 | 259.3 | 281.8 | 302.2 | 308.8 |
| Imagery gross margin % (ex D&A) | 40% | 60% | 60% | 58% | 29% | 14% | 56% | 67% | 72% | 74% | 76% | 77% | 78% | 79% | 79% | 79% |
| Engineering gross margin % (ex D&A) | -22% | -153% | -64% | 14% | -339% | -46% | -47% | -57% | -59% | -1% | -1% | -1% | -1% | -1% | -1% | -1% |
| Consolidated gross margin (ex D&A) | 21% | 35% | 47% | 53% | -13% | -2% | 41% | 58% | 66% | 71% | 73% | 75% | 76% | 77% | 77% | 78% |
| **SG&A** | 22.5 | 17.7 | 18.4 | 19.0 | 28.6 | 86.7 | 77.7 | 79.9 | 86.4 | 90.9 | 96.8 | 101.8 | 105.7 | 108.3 | 110.7 | 111.4 |
| % of sales | 162% | 117% | 109% | 100% | 135.3% | 254.2% | 119.7% | 72.1% | 52.4% | 44.9% | 38.4% | 33.7% | 31.0% | 29.5% | 28.3% | 28.0% |
| % incremental sales | | | | | | 448.3% | -29.0% | 4.7% | 12.0% | 12.0% | 12.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| **R&D** | 0.1 | 0.1 | 0.2 | 0.3 | 0.3 | 0.1 | 0.7 | 3.5 | 6.2 | 8.1 | 10.5 | 13.0 | 15.0 | 16.3 | 17.5 | 17.8 |
| % of sales | 1% | 0.7% | 50% | 45% | 1.2% | 0.3% | 1.1% | 3.1% | 3.8% | 4.0% | 4.2% | 4.3% | 4.4% | 4.4% | 4.5% | 4.5% |
| % incremental sales | 4% | 1.3% | 5% | 5% | | -1.1% | 2.0% | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| **D&A** | 7.4 | 9.2 | 9.5 | 9.5 | 9.8 | 14.3 | 35.5 | 43.1 | 48.3 | 44.8 | 54.3 | 59.0 | 68.2 | 72.4 | 75.5 | 76.4 |
| % of sales | 53% | 61% | 58% | 51% | 46.4% | 42.0% | 54.7% | 39.0% | 29.3% | 22.2% | 21.5% | 19.5% | 20.0% | 19.7% | 19.3% | 19.2% |
| Loss on satellite deorbit & launch failure | - | - | - | - | - | 18 | - | - | - | - | - | | | | | |
| Operating expenses | 30 | 27 | 28 | 29 | 39 | 119 | 114 | 126 | 141 | 144 | 162 | 174 | 189 | 197 | 204 | 206 |
| **GAAP Operating income (loss)** | (27) | (22) | (20) | (19) | (41) | (120) | (88) | (63) | (33) | (0) | 23 | 53 | 70 | 85 | 99 | 103 |
| Operating income margin % | -195% | -144% | -119% | -98% | -195.9% | -352.5% | -134.9% | -56.6% | -19.9% | -0.2% | 9.1% | 17.5% | 20.7% | 23.1% | 25.2% | 25.9% |
| Gain on debt extinguishment | - | - | - | - | 0.3 | 4.1 | - | - | - | - | - | - | - | - | - | - |
| Gain (loss) on derivatives | 8 | (5) | - | - | (0.6) | 23.9 | 3.5 | - | - | - | - | - | - | - | - | - |
| Income (loss) on equity method investment | 0 | 1 | - | - | (1.0) | 1.0 | 1.5 | - | - | - | - | - | - | - | - | - |
| Interest expense | (1.3) | (1.3) | (1.3) | (1.7) | (5.2) | (5.2) | (5.5) | (7.6) | (16.0) | (14.7) | (13.0) | (10.4) | (8.0) | (6.4) | - | - |
| Other income (expense), net | 0 | 0 | | | 0.1 | (147.7) | 0.1 | - | - | - | - | - | - | - | - | - |
| Pretax income (loss) | (20.0) | (26.3) | (21.4) | (20.3) | (47.7) | (244.0) | (87.9) | (70.2) | (48.8) | (15.2) | 10.0 | 42.3 | 62.4 | 78.5 | 98.5 | 103.1 |
| Income tax expense (benefit) | - | - | 0.2 | 0.2 | - | - | 0.4 | 0.7 | 0.5 | 0.2 | 2.1 | 8.9 | 13.1 | 16.5 | 20.7 | 21.7 |
| Effective tax rate | 0.0% | 0.0% | -1.0% | -1.0% | 0.0% | 0.0% | -0.5% | -1.0% | -1.0% | -1.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| Net income (loss) from continuing operations | (20) | (26) | (22) | (21) | (47.7) | (244.0) | (88.4) | (70.9) | (49.3) | (15.3) | 7.9 | 33.5 | 49.3 | 62.0 | 77.9 | 81.4 |
| Net income margin % | -144% | -174% | -128% | -108% | -226% | -716% | -136% | -64% | -30% | -8% | 3% | 11% | 14% | 17% | 20% | 20% |
| (Loss) gain from discontinued operations, net of tax | - | - | - | - | 28 | (2) | - | - | - | - | - | - | - | - | - | - |
| Net income (loss) | (20) | (26) | (22) | (21) | (20) | (246) | (88) | (71) | (49) | (15) | 8 | 33 | 49 | 62 | 78 | 81 |
| **Basic EPS** | (0.17) | (0.22) | (0.18) | (0.17) | (1.45) | (3.37) | (0.75) | (0.58) | (0.39) | (0.12) | 0.06 | 0.24 | 0.35 | 0.43 | 0.53 | 0.55 |
| **GAAP Diluted EPS** | (0.17) | (0.22) | (0.18) | (0.17) | (1.45) | (3.37) | (0.75) | (0.58) | (0.39) | (0.12) | 0.05 | 0.21 | 0.29 | 0.36 | 0.43 | 0.44 |
| Total weighted average diluted shares | 115.5 | 118.1 | 119.4 | 120.4 | 33.0 | 72.5 | 118.4 | 122.8 | 126.6 | 130.3 | 165.7 | 163.1 | 169.0 | 174.5 | 179.7 | 184.7 |
| NOL | 234 | 260 | 282 | 302 | 117.2 | 214 | 302 | 372 | 421 | 436 | 426 | 384 | 321 | 243 | 144 | 41 |

 **CREDIT SUISSE**  Source: Company data, Credit Suisse estimates

Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com    99
Return to table of contents

# BlackSky Technology Inc. (BKSY)
## Cash flow statement

**BlackSky Technology (BKSY)**
Cash Flow Statement

| (US$ in millions, unless otherwise stated) | Q1'22 3/31/2022 | Q2'22 6/30/2022 | Q3'22E 9/30/2022 | Q4'22E 12/31/2022 | FY 2020 12/31/2020 | FY 2021 12/31/2021 | FY 2022E 12/31/2022 | FY 2023E 12/31/2023 | FY 2024E 12/31/2024 | FY 2025E 12/31/2025 | FY 2026E 12/31/2026 | FY 2027E 12/31/2027 | FY 2028E 12/31/2028 | FY 2029E 12/31/2029 | FY 2030E 12/31/2030 | FY 2031E 12/31/2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | | | | | | | | | | | | | | |
| Net income (loss) | (20.0) | (26.3) | (21.6) | (20.5) | (47.7) | (244.0) | (88.4) | (70.9) | (49.3) | (15.3) | 7.9 | 33.5 | 49.3 | 62.0 | 77.9 | 81.4 |
| Adjustments to reconcile net income (loss): | | | | | | | | | | | | | | | | |
| Depreciation and amortization | 7.4 | 9.2 | 9.5 | 9.5 | 9.8 | 14.3 | 35.5 | 43.1 | 48.3 | 44.8 | 54.3 | 59.0 | 68.2 | 72.4 | 75.5 | 76.4 |
| Gain on debt extinguishment | - | - | - | - | (0.3) | (4.1) | - | - | - | - | - | - | - | - | - | - |
| Bad debt expense | 0.0 | (0.0) | - | - | - | 0.1 | (0.0) | - | - | - | - | - | - | - | - | - |
| Stock-based compensation | 10.2 | 3.0 | 3.2 | 3.2 | 2.0 | 42.6 | 19.6 | 14.6 | 16.1 | 17.7 | 19.4 | 21.4 | 23.5 | 25.9 | 28.5 | 31.3 |
| Deferred taxes | | | | | | | | | | | - | 2.1 | 8.9 | 13.1 | 16.5 | 20.7 | 21.7 |
| Loss on issuance of Bridge Notes | - | - | - | - | - | 99.7 | - | - | - | - | - | - | - | - | - | - |
| Issuance costs for derivative liabilities | - | - | - | - | - | 48.0 | - | - | - | - | - | - | - | - | - | - |
| Amortization of debt discount and issuance costs | 0.5 | 0.5 | 0.5 | 0.1 | 1.1 | 1.8 | 1.7 | - | - | - | - | - | - | - | - | - |
| (Gain) loss on equity method investment | (0.3) | (1.2) | - | - | 1.0 | (1.0) | (1.5) | - | - | - | - | - | - | - | - | - |
| Loss on disposal of property and equipment | - | - | - | - | - | 0.0 | - | - | - | - | - | - | - | - | - | - |
| (Gain) loss on derivatives | (6.1) | 4.6 | - | - | 0.6 | (23.9) | (3.5) | - | - | - | - | - | - | - | - | - |
| Satelite impairment loss | - | 0.0 | - | - | - | 18.4 | 0.0 | - | - | - | - | - | - | - | - | - |
| **Change in operating assets and liabilities:** | (2.4) | (5.0) | 2.1 | 4.0 | 18.3 | (5.8) | (1.2) | 0.4 | (0.8) | (1.0) | (0.2) | (3.8) | (3.7) | (4.2) | (0.7) | (0.2) |
| Accounts receivable | (2.9) | 2.1 | (0.7) | (0.7) | 1.4 | 0.2 | (2.1) | (4.7) | (7.0) | (3.7) | (5.0) | (5.0) | (3.8) | (2.6) | (2.4) | (0.8) |
| Contract assets | (1.2) | (2.6) | 1.2 | 1.2 | (3.8) | 2.1 | (1.5) | (2.5) | (3.3) | (2.7) | (3.8) | (4.3) | (2.5) | (1.7) | (1.5) | (0.5) |
| Prepaid expenses and other current assets | 1.2 | 0.7 | (1.4) | (1.4) | 0.4 | (5.2) | (0.9) | (1.7) | (2.7) | (0.6) | (0.5) | (2.5) | (1.9) | (1.3) | (1.2) | (0.4) |
| Other assets | (0.0) | (0.0) | 0.0 | 0.0 | (1.0) | (0.3) | - | - | - | - | - | - | - | - | - | - |
| Accounts payable and accrued liabilities | 1.5 | (1.1) | (1.7) | 0.9 | 2.5 | 2.5 | (0.4) | 1.0 | 2.4 | 0.5 | 2.1 | 1.9 | 1.4 | 0.9 | 0.8 | 0.3 |
| Other current liabilities | (0.2) | 0.2 | 2.0 | (2.1) | (0.3) | (2.7) | - | - | - | - | - | - | - | - | - | - |
| Contract liabilities - current and long-term | 0.7 | (7.6) | 5.0 | 5.6 | 9.0 | (5.3) | 3.7 | 8.3 | 9.8 | 5.5 | 7.0 | 6.0 | 3.2 | 0.5 | 3.6 | 1.2 |
| Liability for estimated contract losses | (2.4) | (0.2) | (0.0) | 2.7 | 6.3 | (0.2) | - | - | - | - | - | - | - | - | - | - |
| Other liabilities | 0.8 | 3.7 | (2.3) | (2.3) | 3.9 | 3.0 | - | - | - | - | - | - | - | - | - | - |
| **Net cash used in operating activities** | (12.7) | (15.1) | (6.3) | (3.7) | (15.3) | (53.9) | (37.8) | (12.6) | 14.2 | 46.1 | 83.6 | 118.9 | 150.4 | 172.5 | 201.8 | 210.6 |
| | | | | | | | | | | | | | | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | | | | | | | | | | | | | | |
| Purchases of property, equipment, and software | (1.9) | (3.4) | (1.9) | (1.9) | (0.3) | (1.3) | (9.1) | (3.3) | (4.9) | (6.1) | (7.6) | (9.1) | (10.2) | (11.0) | (11.7) | (11.9) |
| Satellite procurement work in process | (11.5) | (8.7) | (9.9) | (11.9) | (18.1) | (62.6) | (42.0) | (55.9) | (59.3) | (60.0) | (62.5) | (67.5) | (68.5) | (58.0) | (60.9) | (63.9) |
| Sale (Purchase) of short-term investments | - | (43.8) | - | - | - | - | (43.8) | 43.8 | - | - | - | - | - | - | - | - |
| Purchase of domain name | - | - | - | - | - | (0.0) | - | - | - | - | - | - | - | - | - | - |
| Proceeds from equity method investment | - | 0.3 | - | (0.3) | - | 0.3 | - | - | - | - | - | - | - | - | - | - |
| **Net cash used in investing activities** | (13.4) | (55.5) | (11.8) | (14.1) | (18.4) | (63.6) | (94.9) | (15.4) | (64.2) | (66.1) | (70.1) | (76.6) | (78.7) | (69.0) | (72.6) | (75.9) |
| | | | | | | | | | | | | | | | | |
| **Free cash flow** | (26.1) | (27.2) | (18.1) | (17.5) | (33.7) | (117.8) | (88.9) | (72.0) | (50.0) | (19.9) | 13.5 | 42.3 | 71.7 | 103.5 | 129.2 | 134.7 |
| **Free cash flow less SBC** | (36.3) | (30.2) | (21.3) | (20.7) | (35.7) | (160.4) | (108.5) | (86.6) | (66.1) | (37.6) | (5.9) | 21.0 | 48.2 | 77.6 | 100.7 | 103.4 |
| | | | | | | | | | | | | | | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | | | | | | | | | | | | | | |
| Proceeds from recapitlization transaction | - | - | - | - | - | 244.9 | - | - | - | - | - | - | - | - | - | - |
| Payments of transaction costs related to sponsor earn-out shares | - | - | - | - | - | (0.3) | - | - | - | - | - | - | - | - | - | - |
| Proceeds from issuance of debt | - | - | - | - | 3.6 | 58.6 | - | 50.0 | 75.0 | (24.1) | - | (25.0) | (25.0) | (25.0) | (100.0) | - |
| Proceeds from options exercised | 0.0 | 0.0 | - | 5.8 | 0.0 | 0.1 | 5.8 | 3.3 | 3.6 | 4.0 | 4.5 | 3.1 | 3.9 | 4.7 | 5.6 | 6.4 |
| Proceeds from warrants exercised | - | - | - | - | - | 0.2 | - | - | - | - | - | - | - | - | - | - |
| Capital lease payments | - | - | - | - | (0.0) | (0.0) | - | - | - | - | - | - | - | - | - | - |
| Debt payments | - | - | - | - | - | (22.2) | - | - | - | - | - | - | - | - | - | - |
| Payments for debt issuance costs | - | - | - | - | (0.1) | (6.2) | - | - | - | - | - | - | - | - | - | - |
| Withholding tax payment on vesting of restricted stock awards and options exercised | (3.6) | (0.4) | - | - | (0.0) | - | (4.0) | - | - | - | - | - | - | - | - | - |
| **Net cash provided by financing activities** | (3.6) | (0.4) | - | 5.8 | 3.4 | 275.0 | 1.8 | 53.3 | 78.6 | (20.1) | 4.5 | (21.9) | (21.1) | (20.3) | (94.4) | 6.4 |
| | | | | | | | | | | | | | | | | |
| Effect of exchange rate changes on cash and cash equivalents | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Discops impact | - | - | - | - | (7.8) | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | |
| Net increase (decrease) in cash, cash equivalents, and restricted cash | (29.7) | (71.1) | (18.1) | (12.0) | (38.0) | 157.5 | (130.9) | 25.1 | 28.6 | (40.0) | 18.0 | 20.4 | 50.6 | 83.2 | 34.7 | 141.1 |
| Cash, cash equivalents and restricted cash at beginning of period | 168.1 | 138.4 | 67.3 | 49.3 | 48.6 | 10.6 | 168.1 | 37.2 | 62.4 | 90.9 | 50.9 | 68.9 | 89.3 | 139.8 | 223.0 | 257.8 |
| Cash, cash equivalents and restricted cash at end of period | 138.4 | 67.3 | 49.3 | 37.2 | 10.6 | 168.1 | 37.2 | 62.4 | 90.9 | 50.9 | 68.9 | 89.3 | 139.8 | 223.0 | 257.8 | 398.9 |
| | | | | | | | | | | | | | | | | |
| Diluted Shares Outstanding | 115 | 118 | 119 | 120 | 33 | 72 | 118 | 123 | 127 | 130 | 166 | 163 | 169 | 174 | 180 | 185 |
| **FCF/sh** | (0.23) | (0.23) | (0.15) | (0.15) | (1.02) | (1.63) | (0.75) | (0.59) | (0.40) | (0.15) | 0.08 | 0.26 | 0.42 | 0.59 | 0.72 | 0.73 |



# BlackSky Technology Inc. (BKSY)
## Balance sheet

**BlackSky Technology (BKSY)**
Balance Sheet

| (US$ in millions, unless otherwise stated) | Fiscal 2022 by Quarter | | | | Fiscal Year Ends December | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1'22 | Q2'22 | Q3'22E | Q4'22E | 2020 | 2021 | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E |
| | 3/31/2022 | 6/30/2022 | 9/30/2022 | 12/31/2022 | 12/31/2020 | 12/31/2021 | 12/31/2022 | 12/31/2023 | 12/31/2024 | 12/31/2025 | 12/31/2026 | 12/31/2027 | 12/31/2028 | 12/31/2029 | 12/31/2030 | 12/31/2031 |
| **Current assets** | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 135.9 | 64.8 | 49.3 | 37.2 | 5.1 | 165.6 | 37.2 | 62.4 | 90.9 | 50.9 | 68.9 | 89.3 | 139.8 | 223 | 258 | 399 |
| Restricted cash | 2.5 | 2.5 | 2.5 | 2.5 | 5.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 |
| Short-term investments | - | 43.8 | 43.8 | 43.8 | - | - | 43.8 | - | - | - | - | - | - | - | - | - |
| Acccounts receivable | 5.5 | 3.4 | 4.1 | 4.7 | 2.9 | 2.6 | 4.7 | 9.5 | 16.5 | 20.2 | 25.2 | 30.2 | 34.1 | 36.7 | 39.0 | 39.8 |
| Prepaid expenses & other | 5.0 | 4.3 | 5.7 | 7.1 | 1.0 | 6.3 | 7.1 | 8.9 | 11.5 | 12.1 | 12.6 | 15.1 | 17.0 | 18.3 | 19.5 | 19.9 |
| Contract assets | 2.9 | 5.5 | 4.3 | 3.2 | 3.8 | 1.7 | 3.2 | 5.7 | 9.0 | 11.7 | 15.5 | 19.7 | 22.2 | 24.0 | 25.5 | 26.0 |
| Total current assets | 151.8 | 124.4 | 109.7 | 98.6 | 18.2 | 178.7 | 98.6 | 88.9 | 130.5 | 97.4 | 124.7 | 156.8 | 215.7 | 304.5 | 344.3 | 487.1 |
| **Noncurrent assets** | | | | | | | | | | | | | | | | |
| PP&E, net | 67.1 | 83.9 | 84.1 | 84.2 | 20.9 | 70.6 | 84.2 | 86.4 | 99.0 | 119.6 | 132.8 | 145.4 | 154.9 | 162.0 | 156.2 | 152.6 |
| Goodwill | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 |
| Investment in equity method investees | 4.3 | 5.2 | 4.6 | 4.0 | 3.3 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Intangible assets, net | 2.3 | 2.2 | 2.3 | 2.5 | 3.8 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 |
| Satellite procurement work in process | 51.8 | 35.8 | 38.9 | 42.0 | 62.7 | 40.1 | 42.0 | 55.9 | 59.3 | 60.0 | 62.5 | 67.5 | 68.5 | 58.0 | 60.9 | 63.9 |
| Other assets | 0.6 | 0.3 | 2.3 | 6.6 | 1.7 | 0.6 | 6.6 | 8.3 | 3.3 | - | - | - | - | - | - | - |
| **Total assets** | **287.3** | **261.1** | **251.3** | **247.3** | **119.9** | **305.8** | **247.3** | **255.4** | **307.9** | **292.9** | **335.8** | **385.6** | **454.9** | **540.4** | **577.3** | **719.6** |
| | | | | | | | | 8.3 | | | | | | | | |
| **Current liabilities** | | | | | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | 15.5 | 13.9 | 12.1 | 10.4 | 8.0 | 10.8 | 10.4 | 11.4 | 13.9 | 14.4 | 16.5 | 18.4 | 19.8 | 20.7 | 21.5 | 21.8 |
| Amounts payable to equity method investees | 4.0 | 1.5 | 3.6 | 5.6 | 8.8 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 |
| Contract liabilities | 9.5 | 4.9 | 9.9 | 15.0 | 14.5 | 11.3 | 15.0 | 23.3 | 33.1 | 38.5 | 45.5 | 51.5 | 54.7 | 55.2 | 58.8 | 59.9 |
| Debt, current portion | - | - | - | - | 16.7 | - | - | - | - | - | - | - | - | - | - | - |
| Other current liabilities | 2.6 | 2.8 | 2.8 | 2.8 | 7.4 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 |
| Total current liabilities | 31.6 | 23.2 | 28.5 | 33.8 | 55.4 | 30.5 | 33.8 | 43.2 | 55.4 | 61.4 | 70.4 | 78.3 | 82.9 | 84.3 | 88.7 | 90.1 |
| **Noncurrent liabilities** | | | | | | | | | | | | | | | | |
| Liability for estimated contract losses | 3.6 | 3.4 | 4.7 | 6.1 | 6.3 | 6.1 | 6.1 | 6.1 | 6.1 | 6.1 | 6.1 | 6.1 | 6.1 | 6.1 | 6.1 | 6.1 |
| Long-term contract liabilities | 3.0 | - | 0.3 | 0.6 | 2.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| Derivative liabilities | 8.8 | 13.4 | 6.7 | - | - | 16.9 | - | - | - | - | - | - | - | - | - | - |
| Long-term debt, net | 71.9 | 72.4 | 72.9 | 73.1 | 84.9 | 71.4 | 73.1 | 123.1 | 198.1 | 173.9 | 173.9 | 148.9 | 123.9 | 98.9 | 0.1 | 0.1 |
| Other long-term liabilities | 1.5 | 5.2 | - | - | 3.6 | 0.7 | - | - | - | 2.4 | 10.7 | 24.6 | 43.7 | 67.2 | 94.9 | 125.9 |
| **Total liabilites** | **120.4** | **117.6** | **113.1** | **113.5** | **152.7** | **126.1** | **113.5** | **172.9** | **260.1** | **244.3** | **261.7** | **258.5** | **257.2** | **257.2** | **190.4** | **222.7** |
| Preferred Stock | | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Common Stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| APIC | 657.8 | 660.7 | 676.9 | 693.1 | 191.2 | 650.5 | 693.1 | 712.7 | 727.3 | 743.4 | 761.0 | 780.5 | 801.8 | 825.4 | 851.2 | 879.7 |
| Retained earnings (deficit) | (490.9) | (517.2) | (538.8) | (559.3) | (224.0) | (470.9) | (559.3) | (630.2) | (679.5) | (694.8) | (686.9) | (653.5) | (604.1) | (542.2) | (464.3) | (382.9) |
| Total stockholders' equity | 166.9 | 143.5 | 138.2 | 133.8 | (32.8) | 179.6 | 133.8 | 82.5 | 47.8 | 48.6 | 74.1 | 127.0 | 197.7 | 283.2 | 386.9 | 496.8 |
| **Total liabilities and stockholders' equity** | **287.3** | **261.1** | **251.3** | **247.3** | **119.9** | **305.8** | **247.3** | **255.4** | **307.9** | **292.9** | **335.8** | **385.6** | **454.9** | **540.4** | **577.3** | **719.6** |

# Mynaric AG Sponsored ADR (MYNA)

## Initiate with an Outperform rating and a $10 target price

Mynaric AG is a Munich-based manufacturer of free space optical communication equipment (laser comms). The company's primary focus is on aerospace markets—both space and airborne—which it is targeting with two products: the CONDOR terminal for inter-satellite links and the HAWK terminal for airborne communications. Over time, the company aims to provide fast, secure, wireless, and spectrum-free backbone connectivity capable of linking satellites, high-altitude platforms, unmanned aerial vehicles (UAVs), aircraft, ships, mobility platforms, and fixed locations on the ground. Mynaric is led by CEO Bulent Altan, who is a former head of avionics at SpaceX. Founder Joachim Horwath remains the firm's CTO. Mynaric has been public since 2017 on the Frankfurt stock exchange, and it listed its US ADR in 2021.

We are initiating coverage of Mynaric's US ADR (MYNA) with an Outperform rating and a $10 target price. Our investment case for Mynaric focuses on the following key factors:

- **Strong demand signals:** We believe that strong demand signals from military and commercial satellite operators derisk Mynaric's business plan and support the growth in our forecasts. These signals include $6.6b of funding over the next five years for an optical inter-satellite link (OISL) enabled constellation from the Space Development Agency (part of the US Space Force), as well as adoption of OISLs in the latest configuration of Starlink satellites. While SpaceX is vertically integrating this capability, we believe that its decision to deploy OISLs will generate demand from other broadband constellation developers that seek to be competitive on a $/bit basis. MYNA had 211 OISL terminals in backlog as of April 2022, which we believe supports production well into 2023.

- **Proven business model with attractive unit economics:** MYNA's business model is similar to other merchant suppliers of electronic systems, including L3Harris (particularly its radio business), HEICO's ETG segment, as well as more commercially oriented networking suppliers such as Ciena. Each of these businesses generates attractive gross margins in the 40%+ range and double-digit operating margins. We believe that MYNA, once scaled, should be able to earn similar margins with strong returns on capital. This is a highly attractive investment differentiator relative to many other space businesses, in our view.

- **Potential network effects:** As with any communications network, laser comms could benefit from Metcalfe's Law. Metcalfe's Law describes how the value of a network rises in proportion to the square of the number of its connected nodes. Given that Mynaric is one of the few laser communications companies with a multi-domain development focus (space and air for now, sea/land likely in the future), we believe that its success could potentially feed a virtuous cycle: the presence of its equipment in one domain improves the value of terminals in other domains since their interoperability will allow them to communicate across domains with one another (more connected nodes). As the value of the network increases from this connectivity, so should demand for Mynaric's products.

- **Valuation:** We value MYNA using a 5.5x EV/EBITDA multiple on CSe 2026 EBITDA, discounted back three years at 10%. Our $10 target price applies to Mynaric's US ADR. Risks: Downside risks include increased competition, lengthening of sales cycles, and technical risk.

# Mynaric AG Sponsored ADR (MYNA)
## Key Charts

### Unit Sales
*2022-23E supported by existing backlog*



### Avg. Unit Pricing (millions of Euros)
*N-T pricing stable, w/ growth as capability improves*



### Sales Trends (millions of Euros)
*Unit growth + pricing drive growth*



### Avg. Unit Material Cost (millions of Euros)
*Vendor savings, design refreshes drive improvement*



### Gross Margins (ex-direct labor)
*MYNA does not currently report/guide direct labor*



### EBITDA (millions of Euros)
*Inflection on improving gross profit*





# Mynaric AG Sponsored ADR (MYNA)
## Key Charts

**OCF (millions of Euros)**
*Trough OCF in 2022E, rising with EBITDA*



**Capex (millions of Euros)**
*Peak in 2023E for new HQ*



**FCF (millions of Euros)**
*Trough FCF in 2023E for capex expansion*



- We expect a strong increase in sales in 2023-2026. We see 2023-2025 sales growth primarily driven by the space segment, with 2026 sales driven by increased sales of airborne terminals.
- Ramp-up in sales volume and improving contribution margin should drive EBITDA/OCF improvement.
- We expect FCF burn to peak in 2023E, with an improvement in OCF more than offset by higher capex for a new HQ.
- We project 2026E FCF margins of 25%, driven by improved net income, low cash taxes, D&A outpacing capex, and stock comp add-back.

# Mynaric AG Sponsored ADR (MYNA)
## Free-space optical communications: Explainer

**What it is**

Free-space optical communications is a technology that allows information to be wirelessly transmitted through free space (Earth's atmosphere, outer space) by means of light propagation. This technique contrasts with traditional radio-frequency approaches used in the aerospace market, which use another part of the electromagnetic spectrum to accomplish the same goal. The technology has existed on the drawing board for several decades, but with minimal implementation effort behind it. However, a number of companies have recently emerged with working products and are now seeking to commercialize and industrialize it—Mynaric being one of them.

**Applications**

Adoption of free-space optics is furthest advanced in the Space domain. Here, the key use case is in OISLs, which allow satellites to communicate more rapidly and securely with one another—without use of regulated RF spectrum. The speed and security benefits offer battlefield advantages for national security customers and commercial advantages for business users. The technology also has the potential for use in airborne applications, where links can be used to communicate with other aircraft, space assets, or directly with the ground. Given line-of-sight issues, the technology likely has relatively limited applicability for ground-to-ground applications.

**Advantages**

Key advantages of laser communications include:
- Higher bandwidth capacity
- Lower latency
- Improved security (owing to narrow beam)
- Low power requirements
- License-free spectrum (not regulated by The International Telecommunication Union [ITU])

**Disadvantages**

Disadvantages include:
- Limited to one-to-one communications (owing to narrow beam)
- Technical limitations in adverse atmospheric conditions
    - For example, clouds/fog, rain, dust

Free-Space Optical Communications: Operational Schematic

# Mynaric AG Sponsored ADR (MYNA)
## Business overview

Mynaric is a Germany-headquartered manufacturer of optical laser communication equipment for aerospace communication networks. While satellites and airplanes have had connectivity solutions through traditional radio-frequency antenna for decades, Mynaric aims to augment—and in some cases replace—this communication infrastructure with faster, more secure, and spectrum-free laser communication equipment. While the company's products are most advanced in the area of optical inter-satellite links, the firm has also made advancements in air-to-air optical communication terminals and has experience in ground links. The company operates through two segments:

- **Space:** This segment focuses on selling optical inter-satellite link terminals for satellite-to-satellite communications. The company's sole product is the production-ready CONDOR Mk3. MYNA has secured several firm contracts for CONDOR including a key $36m contract with Northrop Grumman to supply 170 terminals. This segment is currently preparing for a production ramp-up, which we expect will primarily occur beginning in 2023.

- **Air:** The Air segment focuses on selling optical communications kits for airborne platforms. The company's primary product is its HAWK Mk1 terminal. HAWK Mk1 is a pre-production working prototype, and the company continues to hone and test the capability—alongside a major US A&D company (LHX). We believe this segment is two to three years behind the Space segment from a product commercialization standpoint, meaning material orders are likely one to two years away and material revenue two to three years away.

**Space: CONDOR Mk3**



**Airborne: HAWK Mk1**



# Mynaric AG Sponsored ADR (MYNA)
## Business overview

**Target Markets**

- **DoD:** US DoD has placed OISLs near the center of its future space architecture plans and has, in turn, sent a strong demand signal to the market. This has placed the DoD front and center of Mynaric's selling motion. We believe that this demand signal owes to the high value that the DoD places on the performance characteristics that OISLs provide—including advantages in data security, jamming resistance, latency, and bandwidth. Additionally, the large budgets of the national security community make these customers less price sensitive and less adverse to technical risk. We believe the national security community represents a large market for both space and air applications, and we note that the DoD space budget continues to grow at double-digit rates.

  - The Space Development Agency (SDA) is likely to be the largest near-term customer here given its buildout of a LEO satellite constellation for DoD data transfer. This constellation, known as the Transport Layer, will ultimately consist of 300-500 satellites on LEO orbit. Several defense firms have secured contracts from SDA to build satellites for this program, and Mynaric is the sole-source supplier to NOC.

- **Commercial customers:** We see commercial LEO constellations as another large market opportunity and highlight that industry-leader SpaceX has already incorporated laser links within its latest Starlink satellites. Other operators are likely to follow SpaceX, consistent with the historical pattern of SpaceX being a technology trailblazer. This could augment MYNA's long-term growth profile. We think many companies will leverage merchant suppliers such as MYNA to provide this solution given that most companies cannot vertically integrate this capability cost effectively due to their more limited scale relative to SpaceX/Starlink. We note MYNA has already signed commercial customers Capella and SpaceLink.

  - **Could SpaceX be a customer?** We do not expect SpaceX itself to become a customer of Mynaric. Our understanding is that SpaceX was open to bids for laser links in ~2019 but that the company's desired price-per-unit was $25k. No third-party provider was able to meet this target cost, which resulted in SpaceX insourcing this capability.

**Space: CONDOR Mk3**



**Airborne: HAWK Mk1**



# Mynaric AG Sponsored ADR (MYNA)
Business overview

**Differentiators**

- **Serial Production:** Mynaric's 17,200-sq-ft dedicated production facility in Oberpfaffenhofen, Germany, allows for scalable production to meet backlog demand across the company's target market verticals. Further, the company plans to outfit a new facility in Munich in 2023 that will be capable of producing 2,000 units/year, making MYNA one of the largest manufacturers of optical communication terminals globally.

- **Affordability:** Mynaric is heavily focused on cost-efficient solutions to decrease the cost of ownership and minimize cost per bit for its customers. The company makes heavy use of commercial off-the-shelf components utilized by more mature industries and is insourcing certain high-cost components to better control costs and support an enduring cost advantage.

- **Reliability:** The company conducts extensive testing of its products to ensure high reliability and low loss rates.

- **Standardization:** MYNA was an early adopter and proponent of standardization for optical laser links and was the first company to successfully demonstrate the implementation of the SDA's optical inter-satellite link industry standard. The company's focus on standardization and interoperability should help ensure that its technology will form part of any convergence toward an industry standard, positioning the company to capture large-volume deployments that might seek to use such a standard.

**Capacity**

- Mynaric is aiming for a production capacity of 2,000 units/year over the medium term. We believe its current capacity is likely ~100 units/year. Scaling production further will likely be driven by improving employee productivity (learning curve benefits), as well as additional capital investment (new Munich facility).

**Cyclicality expectations**

- **Space:** We expect MYNA's space business to exhibit some degree of cyclicality over a longer-term horizon. Peaks should occur during periods of new constellation buildouts and replacement demand, with periods of lower demand after constellation buildouts or between periods of replacement demand (LEO satellite lifetimes are typically three to nine years). Military demand—which is MYNA's primary market of focus— should be less cyclical than demand from commercial communications satellite (commsat) customers, particularly given the US DoD's increasing focus on iterative development and deployment of space assets (as opposed to once a decade refreshes).

- **Air:** We expect the air market to exhibit moderate long-term cyclicality, primarily determined by the cyclicality of the underlying US DoD budget. Over time, this business could also be tied to the commercial aviation market—depending on technical progress and the ultimate product/market fit.

# Mynaric AG Sponsored ADR (MYNA)
## Market opportunity: Potentially up to $1.5b/yr

Mynaric's product development is currently focused on the space and air domains. We believe that these markets could support annual demand of up to ~7,500 units, which could correspond to ~$1.5b of revenue assuming a $200k average selling price (ASP). This breaks down as follows:

- **Space:** Approximately 1,597 satellites were launched into orbit in 2021. Assuming four terminals per satellite (consistent with the SDA configuration), this indicates annual terminal demand of up to 6,388 units—conservatively assuming no growth in the number of satellites launched per year. At a $200k ASP, this suggests market demand of up to $1.3bn.

- **Air:** For aviation, we focus solely on the DoD. Including both retrofit demand and new OEM demand, we see potential annual terminal sales of 1,057 units, which at a $200k ASP corresponds to a market size of $211m.

Together, both markets represent around $1.5bn in potential demand. We believe that market penetration on this opportunity will be low in the near term, given that adoption rates will likely trend below their long-term potential while the market matures. Additionally, many satellite OEMs are vertically integrating this capability, which limits the market for external providers.

| Space: Bottom up analysis | | Note |
|---|---|---|
| Annual satellites launched | 1,597 | 2021 actuals per UCS database |
| OISLs per satellite | 4 | Configuration per SDA Award |
| Implied OISL demand | 6,388 | Calc |
| Average selling price ($m) | $ 0.20 | Pricing on SDA contract |
| TAM ($m) | $ 1,278 | Calc |

| Air: Bottom up analysis | | Note |
|---|---|---|
| DoD aviation Inventory | 14,095 | Congressional Research Service; Fixed + Rotary |
| Uptake rate | 50% | Assume half of inventory will add optical links |
| Annual retrofit rate | 5% | Assume spread over 20 years |
| Annual aftermarket demand | 352 | Calc |
| | | |
| New Aircraft production | 360 | Per DoD. Fixed + Rotary; Includes int'l F-35s |
| OISL uptake new aircraft | 50% | Assume half of production aircraft add optical links |
| Annual OEM demand | 180 | Calc |
| | | |
| Total annual demand (aircraft) | 532 | Sum |
| Terminals per aircraft | 3 | Assume nosecone, rear fuselage, bottom fuselage |
| Terminal demand | 1,057 | Calc |
| Average Selling Price ($m) | $ 0.20 | Pricing on SDA contract |
| Potential market size ($m) | $ 211 | Calc |
| | | |
| **Total ($m)** | $ 1,489 | Space + Air |

However, we believe the estimate is similarly too low in the long term, as the overall satellite market is likely to grow over time (as many LEO mega-constellations are still in the planning phase) and as the actual ASP applicable to the military aviation market could be far higher—we note that airborne radios based on decades-old technology continue to be placed on contract for ~$36k ASPs for 8,000+ unit production runs.

# Mynaric AG Sponsored ADR (MYNA)
## Manufacturing operations

Mynaric currently produces its terminals out of its Oberpfaffenhofen facility (17k sq ft), located outside of Munich. This facility is large enough to produce terminals currently in backlog (211; however, a larger facility is necessary to scale the business commensurate with management's longer-term goals. As such, Mynaric recently signed a lease—set to start in July 2023—for a 120k-sq-ft facility near Munich. This facility will enable the company to scale its operations to roughly 2,000 units/year and house its headquarters. The Oberpfaffenhofen facility will remain in operation, but primarily for component/subassembly manufacturing.

**Oberpfaffenhofen Facility Schematic**



**Oberpfaffenhofen Facility**
- **Status:** Operational
- **Lease start:** 2020
- **Size:** 1,600 sq meters (17,200 sq feet)
- **Facilities:** Production, assembly, testing, quality assurance, warehousing (see schematic)

**Munich Facility**
- **Status:** Planned (lease signed)
- **Lease start:** July 2023
- **Size:** 11,000 sq meters (120,000 sq ft)
- **Facilities:** Global headquarters and manufacturing (particularly final assembly)
- **Capacity:** 2,000 units per year over the medium term

# Mynaric AG Sponsored ADR (MYNA)
## Investment positives

### Strong demand signals

Many commercial space companies are inherently speculative in the sense that market demand for their products is unknown in advance of commercialization. They rely on a "build it and they will come" product development approach. This often creates an unfavorable risk/reward setup for public equities, as investors must allocate capital without knowing whether the product will actually generate demand—let alone accrue value for investors. MYNA's product offering is different in that there is both clear utility and clear sources of *funded* demand from the most credit-worthy of customers—the US government.

The primary demand signal comes from the US DoD, where the SDA is pushing for the adoption of optical laser links in its Transport Layer, which is a funded program of record to provide assured, resilient, low-latency military data, and connectivity worldwide to the warfighter. The Transport Layer is a key part of the DoD's Joint All Domain Command and Control (JADC2) vision and, in many ways, inextricable from it. Per the SDA requirements, optical inter-satellite links is a required technology in the SDA's constellation of 300-500 satellites that will fulfill this mission. Space Force budget documents show funding for this program growing from $187m in FY'21 to an average of over $1.4bn from FY'23-27.

Put simply, the US DoD is funding a multi-billion-dollar constellation construction effort that puts optical links at the core of the mission. For MYNA shareholders, the benefit of this demand signal has already partially manifested in the form of a $36m contract that MYNA secured from one of the SDA Tranche 1 prime contractors—Northrop Grumman. We highlight that the $36m secured by MYNA represents a minimum buy for Tranche 1 of the constellation. Should NOC secure additional contracts, the opportunity for MYNA could be substantially larger. Further, as the SDA is a leading-edge agency within the DoD in terms of technology adoption, we expect other agencies, such as the broader Space Force and the United States Air Force (USAF), to adopt the technology after it has been matured by the SDA.

### SDA Transport Layer Funding



### Transport Layer Tranche 1 Award Press Release

IMMEDIATE RELEASE

**Space Development Agency Makes Awards for 126 Satellites to Build Tranche 1 Transport Layer**

FEB. 28, 2022



With Industry Onboard, National Defense Space Architecture Ready to Take Shape

The Space Development Agency (SDA) today announced the awards of three prototype agreements worth approximately $1.8 billion to establish the foundation for Tranche 1 Transport Layer (T1TL), a mesh network of 126 optically-interconnected space vehicles (SV) that will provide a resilient, low-latency, high-volume data transport communication system, and be ready for launch starting in September 2024.

# Mynaric AG Sponsored ADR (MYNA)
## Investment positives

### Proven business model with strong profit potential

MYNA's business model is simple: invest the company's own money in research and development. Use that R&D know-how to develop compelling products that excel on their technical and operational merits. Establish an industrialized manufacturing process that can combine superior technical merits with a superior cost structure. Sell that product on commercial terms at a price well above the cost to manufacture it.

Arguably one of the closest comparisons here is L3Harris' communications business — specifically, the part that used to exist within standalone Harris Corp. This business engages in a similar company-funded R&D effort and commercial pricing terms with defense customers. Prior to the merger with L3, Harris' Communications segment routinely generated the highest margins in our Defense coverage—30% operating margins. While MYNA's long-term margin potential is likely below this given its smaller scale (meaning a smaller gross profit pool to absorb corporate overhead costs), it is, nevertheless, a useful way for thinking about the long-term profit potential for Mynaric. Another comp here is Ciena Corporation, which makes networking equipment for commercial markets. Ciena generates gross margins of 40-50% and low-double-digit operating margins. Heico's ETG segment also has similar characteristics, albeit with operating margins closer to 30%.

### Potential network effects

As with any communications network, laser comms could benefit from Metcalfe's Law and network effects. Given Mynaric is one of the few laser communications companies with a multi-domain development focus (space and air for now, sea/land likely in the future), we believe that its success could potentially feed a virtuous cycle: the presence of its equipment in one domain improves the value of terminals in other domains since their interoperability will allow them to communicate across domains with one another. As the size and value of the network increases, so should demand for Mynaric's products. The firm's adoption and usage of interoperability standards may expose this feedback loop to competition; however, a rising tide seems likely to lift all boats given the infancy of the overall market opportunity.

### Legacy Harris' Communications Systems
*Revenue, Gross Margin, and Operating Margin*



- Revenue (LHS)
- Gross Margin (RHS)
- Operating Margin (RHS)

### Ciena Corporation
*Revenue, Gross Margin, and Operating Margin*



- Revenue (LHS)
- Operating Margin (RHS)
- Gross Margin (RHS)

# Mynaric AG Sponsored ADR (MYNA)
## Investment negatives

### Cash flow negative

We expect Mynaric's cash burn will likely increase in both 2022E and 2023E as the company invests in personnel and capex to execute on its production ramp-up. We recognize that many firms with growing FCF burn are likely to remain laggards in the current market environment—a trend that could affect MYNA. Further, we think the firm will need to raise additional financing within the next 18 months. A higher-than-expected cost of capital associated with incremental debt or equity financing could add pressure on the equity. On the upside, we expect there could be low-cost funds available from the EU to support Mynaric as it seeks to scale its operations—though the timing and availability of such support are unknown.

### Competitive intensity

We believe that MYNA is a toward the top of its field from a technical standpoint, and we note that it was the only optical communications company we saw at recent space industry conferences with a functioning demo on display (demonstrating streaming video between two terminals). However, the competitive field remains in flux, with Mynaric facing stiff competition from at least six competitors, including TESAT SpaceCom (an Airbus subsidiary) and SA Photonics (a subsidiary of CACI).



**Free Cash Flow**

| Mynaric's Key Competitors | | | | |
|---|---|---|---|---|
| **Company** | **Location** | **Parent** | **Commercial Success** | **Key Contracts** |
| TESAT SpaceCom | Germany | Airbus subsidiary | High | SDA |
| Thales Alenia | Switzerland | Thales/Leonardo JV | High | Telesat Lightspeed / ESA |
| SA Photonics | USA | CACI subsidiary | Medium | DARPA Blackjack |
| General Atomics | USA | N/A | Medium | SDA |
| SpaceMicro | USA | N/A | Medium | SDA & Space Force |
| Ball Aerospace | USA | N/A | Low | None announced |

CREDIT SUISSE   Source: FactSet, Credit Suisse estimates                    Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com   113
Return to table of contents

# Mynaric AG Sponsored ADR  (MYNA)
## Management team



**Bulent Altan** – *Chief Executive Officer*
Mr. Altan is Mynaric's chief executive officer and is responsible for driving the company toward its goal of establishing itself as the market-leading global provider of laser communication products and systems. Mr. Altan began his career at the then newly established SpaceX in 2004, having graduated from Stanford University and the Technical University of Munich. At SpaceX, Mr. Altan was essential in growing the company's avionics department from seven people to over 200 and was responsible for the avionics and control of the Falcon rockets and Dragon capsules. Mr. Altan was also vice president of satellite mission assurance for the Starlink mega-constellation.



**Stefan Berndt-von Bülow** – *Chief Financial Officer*
Mr. Berndt-von Bülow is Mynaric's chief financial officer. With a 20-year background in auditing, tax consultancy, finance and accounting, as well as investor relations, Mr. Berndt-von Bülow accrued his experience at prominent German companies operating in the areas of currency technology and digital compliance and risk management. Mr. Berndt-von Bülow is responsible for Mynaric's capital structure, financial reporting obligations, and oversight of how and where Mynaric invests its funds.



**Joachim Horwath** – *Chief Technology Officer, Founder*
Mr. Horwath is Mynaric's chief technology officer. As the founder of Mynaric, Mr. Horwath has more than 20 years of experience in laser communications and has led the company's technical direction since its inception. In addition to necessary technical control, Mr. Horwath and his team perform important pioneering work on future technologies to ensure Mynaric's leadership in industrializing laser communications in the years to come.



**Tina Ghataore** – *Chief Commercial Officer*
Ms. Ghataore is Mynaric's chief commercial officer and president of Mynaric USA. An aerospace industry veteran with 20 years of experience in airborne and satellite communication and connectivity, Ms. Ghataore's career includes senior roles at Yahsat, Panasonic Avionics, and The Boeing Company. Ms. Ghataore has additionally helped shape connectivity strategies at Airbus and Thales, as well as at new space satellite start-ups. Ms. Ghataore manages all customer-facing activities, ensuring the launch of Mynaric's products in the various geographical and industrial target markets.



# Mynaric AG Sponsored ADR (MYNA)
## Valuation, target price, and risks

- **Target Price:** We value MYNA using a 5.5x EV/EBITDA multiple on CSe 2026 EBITDA, discounted back three years at 10%. Our 5.5x EV/EBITDA multiple represents a 50% discount to peers (LHX, CIEN, INFN), owing to MYNA's unique risk factors. Our $10 target price applies to Mynaric's US ADR.
- **Blue Sky Scenario:** Our Blue Sky scenario assumes '26 EBITDA is 20% higher than our base case, driven by stronger revenue and cost management. Further, this scenario assumes that the stock rerates to an 11.3 EV/EBITDA multiple on CSe '26 EBITDA, in-line with its peer group. This results in our $26 Blue Sky scenario.
- **Grey Sky Scenario:** Our Grey Sky Scenario assumes lower-than-expected new order activity and a delayed production ramp-up, resulting in 2026E EBITDA estimates 40% lower than our base case and an EV/EBITDA multiple of 2.8x (75% discount). This results in our $3 Grey Sky scenario.
- **Risks:** Downside risks include increased competition, lengthening of sales cycles, increased pricing pressure from government customers, liquidity risk and the risk of a dilutive equity raise, higher interest rates, and lower national security budgets. Additionally, a failure of partner Northrop Grumman to secure an award on the second tranche of the SDA's transportation layer satellites is a risk, as is vertical integration of optical links by commercial operators or defense primes. Upside risks include large contract award announcements, a faster-than-expected production ramp-up, and higher-than-expected operating leverage.

| Target Price | |
|---|---|
| 2026E EBITDA | 70 |
| EV/EBITDA Multiple | 5.5 |
| EV | 384 |
| Less: Net Debt | 14 |
| Mkt Cap | 370 |
| Sh Count | 6.6 |
| Valuation | 56 |
| Discount Rate | 10% |
| # Years | 3 |
| PV Factor | 0.75 |
| 12-mo Valuation | 42 |
| ADR Exchange | 25% |
| ADR Target Price (EUR) | 10.5 |
| EUR/USD Exchange | 1.00 |
| ADR Target Price (USD) | 10 |

| Blue Sky | |
|---|---|
| 2026E EBITDA | 84 |
| EV/EBITDA Multiple | 11.3 |
| EV | 945 |
| Less: Net Debt | 14 |
| Mkt Cap | 932 |
| Sh Count | 6.6 |
| Valuation | 140 |
| Discount Rate | 10% |
| # Years | 3 |
| PV Factor | 0.75 |
| 12-mo Valuation | 105 |
| ADR Exchange | 25% |
| ADR Blue Sky (EUR) | 26.3 |
| EUR/USD Exchange | 1.00 |
| ADR Blue Sky (USD) | 26 |

| Grey Sky | |
|---|---|
| 2026E EBITDA | 42 |
| EV/EBITDA Multiple | 2.8 |
| EV | 118 |
| Less: Net Debt | 14 |
| Mkt Cap | 104 |
| Sh Count | 6.6 |
| Valuation | 16 |
| Discount Rate | 10% |
| # Years | 3.0 |
| PV Factor | 0.75 |
| 12-mo Valuation | 12 |
| ADR Exchange | 25% |
| ADR Target Price (EUR) | 2.9 |
| EUR/USD Exchange | 1.00 |
| ADR Grey Sky (USD) | 3 |

# Mynaric AG Sponsored ADR  (MYNA)

## Income statement

**Mynaric (MYNA)**
Income Statement

| (€ in millions, unless otherwise stated) | Fiscal 2022 by Half | | Fiscal Year Ends December | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Presented under IFRS | H1'22E | H2'22E | FY 2020 | FY 2021 | FY 2022E | FY 2023E | FY 2024E | FY 2025E | FY 2026E |
| | 6/30/2022 | 12/31/2022 | 12/31/2020 | 12/31/2020 | 12/31/2022 | 12/31/2023 | 12/31/2024 | 12/31/2025 | 12/31/2026 |
| Air | - | - | 0.6 | - | - | 2.6 | 13.1 | 41.3 | 103.5 |
| Space | 0.4 | 4.9 | 0.1 | 2.4 | 5.3 | 44.1 | 123.5 | 177.9 | 210.8 |
| **Total revenue** | **0.4** | **4.9** | **1** | **2** | **5** | **47** | **137** | **219** | **314** |
| | | | | | | | | | |
| Segment EBIT | | | | | | | | | |
| **Air** | | | | | | | | | |
| Total expenses | (6) | (8) | (7.0) | (10.8) | (14.3) | (16.1) | (25.9) | (49.6) | (83.6) |
| Air segment operating profit / loss | (6.4) | (7.9) | (6.4) | (10.8) | (14.3) | (13.5) | (12.8) | (8.3) | 19.9 |
| Segment margin % | N/A | N/A | -1090% | N/A | N/A | -514% | -98% | -20% | 19% |
| | | | | | | | | | |
| **Space** | | | | | | | | | |
| Total expenses | (24) | (31) | (12.5) | (32.4) | (54.2) | (78.4) | (139.2) | (153.2) | (171.9) |
| Space segment operating profit / loss | (23.2) | (25.6) | (12.4) | (30.1) | (48.9) | (34.3) | (15.7) | 24.7 | 38.9 |
| Segment margin % | -5434% | -521% | -13768% | -1277% | -914% | -78% | -13% | 14% | 18% |
| | | | | | | | | | |
| Consolidated EBIT | | | | | | | | | |
| Air EBIT | (6.4) | (7.9) | (6.4) | (10.8) | (14.3) | (13.5) | (12.8) | (8.3) | 19.9 |
| Space EBIT | (23.2) | (25.6) | (12.4) | (30.1) | (48.9) | (34.3) | (15.7) | 24.7 | 38.9 |
| Other group expenses | (0.9) | (1.1) | (0.4) | (1.5) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) |
| **Group operating profit / loss (EBIT)** | **(30.6)** | **(34.6)** | **(19.3)** | **(42.4)** | **(65.2)** | **(49.8)** | **(30.5)** | **14.3** | **56.8** |
| EBIT margin % | -7150% | -703% | -2836% | -1799% | -1219% | -107% | -22% | 7% | 18% |
| | | | | | | | | | |
| Segment margins | | | | | | | | | |
| Air | | | | | | -514% | -98% | -20% | 19% |
| Space | | | | | | -78% | -13% | 14% | 18% |
| | | | | | | | | | |
| D&A | 2.7 | 3.3 | 1.8 | 4.5 | 6.0 | 8.4 | 12.4 | 14.2 | 12.9 |
| **EBITDA** | **(27.9)** | **(31.3)** | **(17.4)** | **(37.8)** | **(59.1)** | **(41.4)** | **(18.0)** | **28.5** | **69.8** |
| EBITDA margin % | -6515% | -636% | -2565% | -1607% | -1106% | -89% | -13% | 13% | 22% |
| | | | | | | | | | |
| Interest income (expense) | (0.3) | (0.5) | 0.0 | (2.1) | (0.8) | (6.9) | (14.0) | (12.0) | (6.0) |
| FX | 0.3 | 0.3 | (0.5) | 0.8 | 0.5 | - | - | - | - |
| Profit/loss before taxes | (30.6) | (34.9) | (19.8) | (43.7) | (65.5) | (56.7) | (44.5) | 2.3 | 50.8 |
| Income tax expense | (0.3) | (0.3) | - | (1.8) | (0.7) | (0.6) | (0.4) | (0.6) | (14.1) |
| Effective tax rate | -1.0% | -1.0% | 0.0% | -4.1% | -1.0% | -1.0% | -1.0% | 27.7% | 27.7% |
| Consolidated net profit / loss | (31.0) | (35.2) | (19.8) | (45.5) | (66.2) | (57.3) | (44.9) | 1.7 | 36.7 |
| FX | - | - | 0.4 | (0.5) | - | - | - | - | - |
| OCI | (31.0) | (35.2) | (19.4) | (46.0) | (66.2) | (57.3) | (44.9) | 1.7 | 36.7 |
| | | | | | | | | | |
| **EPS - Basic** | **(5.8)** | **(6.1)** | **(5.90)** | **(10.70)** | **(11.92)** | **(9.42)** | **(7.17)** | **0.26** | **5.53** |
| **EPS - Diluted** | **(5.8)** | **(6.1)** | **(5.90)** | **(10.70)** | **(11.92)** | **(9.42)** | **(7.17)** | **0.26** | **5.53** |
| | | | | | | | | | |
| Weighted average shares outstanding (basic) | 5.3 | 5.8 | 3.3 | 4.3 | 5.6 | 6.1 | 6.3 | 6.5 | 6.6 |
| Weighted average shares outstanding (diluted) | 5.3 | 5.8 | 3.3 | 4.3 | 5.6 | 6.1 | 6.3 | 6.5 | 6.6 |
| | | | | | | | | | |
| NOL | 140 | 175 | | 110 | 175 | 232 | 276 | 274 | 223 |

**CREDIT SUISSE**    Source: Company data, Credit Suisse estimates

Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com    116
Return to table of contents

# Mynaric AG Sponsored ADR  (MYNA)
## Cash flow statement

Mynaric (MYNA)
Cash Flow Statement

| (€ in thousands, unless otherwise stated) Presented under IFRS | Fiscal 2022 by Half | | Fiscal Year Ends December | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | H1'22E | H2'22E | FY 2020 | FY 2021 | FY 2022E | FY 2023E | FY 2024E | FY 2025E | FY 2026E |
| | 6/30/2022 | 12/31/2022 | 12/31/2020 | 12/31/2020 | 12/31/2022 | 12/31/2023 | 12/31/2024 | 12/31/2025 | 12/31/2026 |
| **Operating Activities** | | | | | | | | | |
| Net Income | (31) | (35) | (19.8) | (45.5) | (66.2) | (57.3) | (44.9) | 1.7 | 36.7 |
| Income Tax | 0.3 | 0.3 | - | 1.8 | 0.7 | 0.6 | 0.4 | 0.6 | 14.1 |
| D&A | 2.7 | 3.3 | 1.8 | 4.5 | 6.0 | 8.4 | 12.4 | 14.2 | 12.9 |
| Loss from disposal of non-current assets | - | | 0.1 | 0.0 | - | - | - | - | - |
| Interest Expense | 0.3 | 0.5 | (0.0) | 2.1 | 0.8 | 6.9 | 14.0 | 12.0 | 6.0 |
| Stock Compensation | 2.0 | 2.5 | 1.1 | 1.9 | 4.5 | 6.1 | 11.4 | 16.3 | 22.3 |
| FX Loss | - | - | 0.5 | (0.8) | - | - | - | - | - |
| Change in Assets & Liabilities | 4.2 | 8.6 | (0.7) | (3.5) | 12.8 | (1.4) | (12.1) | 17.2 | (5.2) |
| **Operating Cash Flow** | **(21.4)** | **(20.0)** | **(16.9)** | **(39.4)** | **(41.4)** | **(36.7)** | **(18.7)** | **62.0** | **86.9** |
| **Investing Activities** | | | | | | | | | |
| Acquisition of Intangible Assets | (1.5) | (1.5) | (8.3) | (3.3) | (3.0) | (2.5) | (2.0) | (1.0) | (1.0) |
| CAPEX | (7.4) | (9.0) | (6.7) | (7.6) | (16.3) | (27.3) | (19.7) | (6.3) | (6.3) |
| Other | - | - | 0.1 | - | - | - | - | - | - |
| **Investing Cash Flow** | **(8.9)** | **(10.5)** | **(14.9)** | **(11.0)** | **(19.3)** | **(29.8)** | **(21.7)** | **(7.3)** | **(7.3)** |
| **Financing Activities** | | | | | | | | | |
| Change in Stock | - | 11.2 | 61.7 | 58.2 | 11.2 | - | - | - | - |
| Proceds from issue of Convertible Notes | - | - | 5.0 | - | - | - | - | - | - |
| Proceeds from short-term loans | 10.0 | 5.0 | 2.5 | 7.5 | 15.0 | 85.0 | 75.0 | (25.0) | (75.0) |
| Repayment of short-term loans | - | - | (2.5) | (7.5) | - | - | - | - | - |
| Payments of lease liabailities | - | - | (0.7) | (1.1) | - | - | - | - | - |
| Interest Expenses paid | (0.3) | (0.5) | (0.6) | (2.4) | (0.8) | (6.9) | (14.0) | (12.0) | (6.0) |
| Other | - | - | 0.7 | - | - | - | - | - | - |
| **Financing Cash Flow** | **9.7** | **15.7** | **66.3** | **54.8** | **25.4** | **78.1** | **61.0** | **(37.0)** | **(81.0)** |
| Net cash used by discontinued operations | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | **(20.6)** | **(14.8)** | **34.4** | **4.4** | **(35.4)** | **11.5** | **20.5** | **17.7** | **(1.4)** |
| **Free Cash Flow** | **(28.8)** | **(29.0)** | **(23.7)** | **(47.0)** | **(57.7)** | **(64.1)** | **(38.5)** | **55.7** | **80.6** |
| Period Start Cash and Cash Equivalents | 48 | 28 | 8.9 | 43.2 | 48.1 | 12.8 | 24.3 | 44.9 | 62.6 |
| Period End Cash and Cash Equivalents | 28 | 13 | 43.2 | 48.1 | 12.8 | 24.3 | 44.9 | 62.6 | 61.2 |
| FX Impact | - | - | (0.1) | 0.5 | - | - | - | - | - |
| **Net Change in Cash and Cash Equivalents** | **(21)** | **(15)** | **34.4** | **4.4** | **(35.4)** | **11.5** | **20.5** | **17.7** | **(1.4)** |

# Mynaric AG Sponsored ADR  (MYNA)

## Balance sheet

**Mynaric (MYNA)**

Balance Sheet

| (€ in millions, unless otherwise stated) Presented under IFRS | Fiscal 2022 by Half | | Fiscal Year Ends December | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | H1'22E 6/30/2022 | H2'22E 12/31/2022 | FY 2020 12/31/2020 | FY 2021 12/31/2020 | FY 2022E 12/31/2022 | FY 2023E 12/31/2023 | FY 2024E 12/31/2024 | FY 2025E 12/31/2025 | FY 2026E 12/31/2026 |
| Non-Current Assets | | | | | | | | | |
| Intangible Assets | 20.8 | 21.6 | 17.9 | 20.0 | 21.6 | 22.7 | 23.2 | 22.6 | 22.1 |
| Right-of-use Assets | 9.4 | 9.9 | 7.9 | 8.8 | 9.9 | 12.5 | 13.5 | 12.4 | 11.4 |
| PP&E | 22.0 | 27.3 | 10.1 | 16.8 | 27.3 | 45.1 | 52.8 | 47.6 | 43.4 |
| Other | - | - | 0.4 | 0.4 | - | - | - | - | - |
| **Total Non-Current Assets** | **52.2** | **59** | **36.3** | **46.0** | **58.9** | **80.3** | **89.5** | **82.6** | **77.0** |
| Current Assets | | | | | | | | | |
| Inventories | 11.6 | 21.4 | 5.2 | 8.4 | 21.4 | 36.7 | 58.3 | 58.0 | 65.6 |
| Trade Receivables | 0.9 | 1.8 | 0.6 | - | 1.8 | 5.8 | 13.7 | 21.9 | 31.4 |
| Current Tax Assets | 5.5 | 5.5 | 1.3 | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 | 5.5 |
| Cash and Cash Equivalents | 27.6 | 12.8 | 43.2 | 48.1 | 12.8 | 24.3 | 44.9 | 62.6 | 61.2 |
| Other | - | - | - | - | - | - | - | - | - |
| **Total Current Assets** | **45.6** | **41.5** | **50.3** | **62.1** | **41.5** | **72.3** | **122.3** | **148.1** | **163.8** |
| **Total Assets** | **97.8** | **100.3** | **86.6** | **108.0** | **100.3** | **152.6** | **211.8** | **230.7** | **240.7** |
| Non-Current Liabilities | | | | | | | | | |
| Provisions | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Non-current Lease Liabilities | 7.4 | 7.4 | 6.8 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 |
| Loans | 10.0 | 15.0 | | - | 15.0 | 100.0 | 175.0 | 150.0 | 75.0 |
| Other | 2.0 | 13.2 | - | 1.8 | 13.2 | 13.8 | 14.2 | 14.9 | 29.0 |
| **Total Non-Current Liabilities** | **19.6** | **35.8** | **7.0** | **9.4** | **35.8** | **121.4** | **196.8** | **172.5** | **111.6** |
| Current Liabilities | | | | | | | | | |
| Provisions | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Current Lease Liabilities | 1.6 | 1.6 | 1.2 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 |
| Trade and Other Payables | 11.3 | 14.3 | 5.1 | 8.4 | 14.3 | 13.2 | 16.8 | 18.1 | 22.2 |
| Contract Liabilities | 5.7 | 22.0 | 1.2 | 0.3 | 22.0 | 41.0 | 54.8 | 78.6 | 86.4 |
| Others | 2.4 | 2.4 | 0.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 |
| **Total Current Liabilities** | **22.1** | **41.3** | **8.9** | **13.7** | **41.3** | **59.2** | **76.6** | **101.7** | **113.6** |
| **Total Liabilities** | **41.6** | **77.1** | **15.9** | **23.1** | **77.1** | **180.6** | **273.4** | **274.2** | **225.2** |
| Shareholders' Equity | | | | | | | | | |
| Share Capital | 5.2 | 5.2 | 4.0 | 5.2 | 5.2 | 5.2 | 5.2 | 5.2 | 5.2 |
| Capital Reserve | 174.9 | 177.1 | 108.2 | 172.6 | 177.1 | 183.1 | 194.5 | 210.9 | 233.2 |
| Exchange Rate Differences | - | - | 5.5 | - | - | - | - | - | - |
| Accumulated Deficit | (123.7) | (158.9) | (47.3) | (92.8) | (158.9) | (216.2) | (261.1) | (259.5) | (222.7) |
| Other | (0.2) | (0.2) | 0.3 | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) |
| **Total Shareholders' Equity** | **56.2** | **23.2** | **70.7** | **84.9** | **23.2** | **(28.0)** | **(61.6)** | **(43.5)** | **15.5** |
| **Total Liabilities & Shareholders' Equity** | **97.8** | **100.3** | **86.6** | **108.0** | **100.3** | **152.6** | **211.8** | **230.7** | **240.7** |

# Rocket Lab USA, Inc. (RKLB)

## Initiate with an Underperform rating, $3 target price

Founded in 2006, Rocket Lab is an end-to-end space company capable of delivering reliable launch services, spacecraft, satellite components, and on-orbit management. The company conducted its first successful commercial launch in 2018 with its small-lift Electron vehicle. Since then, it has conducted 26 launches. Rocket Lab is pursuing a vertical integration strategy and has recently closed >$150m of deals to expand its Space Systems segment. Additionally, RKLB is currently developing the medium-lift Neutron vehicle, which will compete directly with SpaceX's Falcon 9. The company was founded in New Zealand but moved its headquarters to the US in 2013 to better compete for government contracts.

We are initiating coverage of RKLB with an Underperform rating and a $3 target price. While we believe RKLB is best in class relative to its peers in many respects—track record, engineering excellence, opex discipline, liquidity—we are concerned about several risks and do not believe the current valuation sufficiently compensates for those risks. Specifically:

- **Starship potentially undermines Neutron's long-term opportunity:** Neutron is a key driver of our model, generating roughly half of the equity value in our DCF. Its success is, therefore, crucial to the stock's success. While the partially reusable Neutron should be competitive relative to Falcon 9 once it makes its debut (~2025), we are concerned about the vehicle's cost competitiveness relative to the fully reusable Starship under development by SpaceX. We believe that Starship's full and rapid reusability could drive a significant long-term advantage in marginal costs. While one could argue that the different classes of vehicles—medium-lift vs. super heavy—make this comparison irrelevant, we recently observed senior leadership from SpaceX at an industry conference stating that "we will fly Starships mostly empty if it means giving better service to our customers". We believe that this commitment makes it clear that the two vehicles will likely have competitive overlap. Our view is that competing with a low-cost provider is often challenging, which adds risk to RKLB's long-term equity value.

- **Neutron development risk:** While RKLB has traditionally used electric pump engines for its rockets, it is shifting to an oxygen-rich closed cycle engine for Neutron. This is a complex engine architecture that we believe carries added development risks. We note that Blue Origin's BE-4 engine has a similar architecture and has been in development for nearly eight years. The potential for development issues with this engine add risk to our model—not only in terms of near-term R&D costs, but also medium-term revenue if Neutron is delayed.

- **Reflexivity exposure:** As discussed elsewhere in this report, we are concerned that the space economy may experience unfavorable reflexivity from declining public and private space company valuations. Specifically for RKLB, lower valuations may drive a reduction in capital spend from earth intelligence firms and the broader space startup ecosystem.

- **Relative valuation:** RKLB is more expensive than most other "new space" companies, trading at 5x '23 sales, vs. 1x for SPIR, 1x for BKSY, 1x for LLAP (not covered), and 5.5x for PL (not covered).

- **Valuation & Risks:** We value RKLB using a DCF, incorporating 3% perpetual growth and a 10% WACC. This results in our $3 target price for RKLB. Downside risks include lower commercial space industry launch demand, competition, higher interest rates. Upside risks include strong bookings activity, Electron reusability, and gross margin improvement.

# Rocket Lab USA, Inc. (RKLB)
## Key Charts

### Sales Trends ($ in millions)
*Mid-decade growth curve driven by Neutron*



### GAAP Gross Profit & Margin Trends
*Electron reusability + Neutron drive improvements*



### Segment-Level Gross Margin Trends
*SS margins depressed following SolAero acquisition*




### GAAP Opex % of Sales
*Expecting solid operating leverage*



### Adj. EBITDA Trends ($ in millions)
*Largely following gross profit trend*

### Free Cash Flow Trends ($ in millions)
*SBC remains a significant % of FCF*



CREDIT SUISSE    Source: Company data, Credit Suisse estimates    Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com    120

Return to table of contents

# Rocket Lab USA, Inc. (RKLB)
## Key Charts

**Terminal Year (2031) Adj. EBITDA Bridge**



- Our long-term financial forecasts are heavily dependent on Neutron's success (roughly half of 2031E sales), as well as reusability for both vehicles.

- We assume significant opex leverage through our forecast horizon.

# Rocket Lab USA, Inc. (RKLB)
# Key Charts

## SPAC Projections vs. Actual/CSe

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| **SPAC Projections** | | | | | | | | |
| Sales | 14 | 48 | 35 | 69 | 176 | 267 | 450 | 749 |
| Adj. EBITDA | (32) | (24) | (36) | (48) | (20) | 26 | 119 | 168 |
| Free Cash Flow | (47) | (40) | (45) | (76) | (73) | (11) | 97 | 149 |
| | | | | | | | | |
| **Actual / CSe** | | | | | | | | |
| Sales | | | 35 | 62 | 219 | 316 | 430 | 509 |
| Organic Sales | | | 33 | 50 | 93 | 189 | 304 | 383 |
| Adj. EBITDA | | | (40) | (43) | (31) | (13) | 18 | 48 |
| Free Cash Flow | | | (53) | (97) | (125) | (55) | (19) | 48 |
| | | | | | | | | |
| **Actuals / CSe as % of Projections** | | | | | | | | |
| Sales | | | 100.5% | 90.2% | 124.5% | 118.2% | 95.5% | 68.0% |
| Organic Sales | | | 94.4% | 73.2% | 52.8% | 70.9% | 67.5% | 51.1% |
| Adj. EBITDA | | | 111.9% | 90.5% | 153.5% | -51.9% | 15.1% | 28.8% |
| Free Cash Flow | | | 117.5% | 128.3% | 171.9% | 500.1% | -19.4% | 32.1% |

# Rocket Lab USA, Inc. (RKLB)
## Business overview

Rocket Lab was founded primarily as a launch company, launching its first commercial flight in 2018 by means of its small-lift Electron rocket (300kg to LEO). While the company has experienced launch failures over the years, its overall success rate is 92% on 26 commercial launches and continues to improve (100% success since its de-SPAC). Its launch cadence for Electron is ramping up and currently tracking toward an average of a launch a month—double the once every two-month cadence achieved prior to the pandemic. Further, the company is working toward achieving reusability on Electron via a helicopter catch of the first-stage booster. Success here could unlock significant gross profit improvement and widen RKLB's competitive moat.

While these successes are important, the small-lift launch business is fundamentally limited in size, in part because it is not well suited for communication constellations—the largest source of demand for launch. As a result, the company is undertaking two separate and distinct growth initiatives to continue to expand its revenue opportunity:

- **Medium-lift launch:** Rocket Lab is currently developing a partially reusable medium-lift launch vehicle called Neutron. Announced on March 1, 2021, Neutron will have a fully reusable first stage and fairing and be capable of delivering 8,000kg to LEO in its reusable configuration (27x the capacity of Electron). The vehicle should be cost competitive with Falcon 9 and is well suited to fill in medium-lift launch capacity vacated by Soyuz (affected by Russia sanctions). Soyuz conducted 21 launches in 2021, which we value at approximately $1bn. We believe this represents a reasonable base-case market opportunity for Neutron.

- **Space systems:** While Neutron is key to growth in the latter half of this decade, RKLB is also driving additional near-term growth through another pillar: its Space Systems segment. This encompasses the design and manufacturing of integrated spacecraft, as well as the manufacturing and sale of spacecraft components (e.g., solar panels, star trackers) and software/services (e.g., flight software). In 2021 and 2022, this business primarily grew through acquisition, with Rocket Lab closing ~$200m of deals across Q4'21 and Q1'22. These deals primarily focused on spacecraft components such as star trackers, reaction wheels, and solar panels, as well as one acquisition (ASI) with a focus on software. However, the company secured a major organic win in Q1'22 with a $143m subcontract award from MDA to design and manufacture 17 spacecraft buses for Globalstar. As will be shown in later slides, we believe this Globalstar deal has strong long-term growth potential.

# Rocket Lab USA, Inc. (RKLB)
## Business overview: Electron

**Electron** is an orbital launch vehicle with a payload to LEO capacity of 300kg. The first launch was conducted in 2017, and the first commercial launch occurred in 2018. Excluding its inaugural launch, RKLB has achieved a 92% success rate across 26 launch attempts for Electron.

At a current price tag of around $7.0-7.5m/launch, Electron's cost/kg is among the highest in the industry, or ~$23,000/kg. Its ability to generate customer demand despite this cost relies on the vehicle's other selling points—its specialization for LEO small-sats, and its ability to offer dedicated missions for those satellites directly to their specific required orbits. These dedicated missions offer **customer-tailored orbits** and **reduced schedule risk** compared to rideshare missions on larger launch vehicles. For customers that value these parameters, cost per launch is the more important cost metric—and Electron fares significantly well there. This capability is particularly valuable for the national security community, as well as the earth intelligence companies that serve that community.


**Electron Rocket Configuration**



### Electron Launch Track Record



*Based on prospective numbers from SpaceX.

### Electron Cost/KG Comparison





# Rocket Lab USA, Inc. (RKLB)
## Business overview: Neutron

**Neutron** is Rocket Lab's answer to SpaceX's Falcon 9. Neutron, which is in development, will be a medium-lift launch vehicle capable of delivering 8,000kg to LEO and returning the first-stage booster to its launch pad. This is ~26x the payload capacity of Electron, albeit still ~65% less than Falcon 9. While its primary use case is expected to be for mega-constellation deployment—communication satellites—it can also serve government missions, deep space missions, and—theoretically—crewed missions. Similar to Falcon 9, Neutron's design contemplates a fully reusable first stage and an expendable second stage. Perhaps the most significant improvement relative to Falcon 9 is the clamshell fairing design, which allows the fairing to open and close—and thus remain attached to the rocket for reentry. This will improve reusability of the first stage and decrease the vehicle's marginal cost per flight.

We believe that Neutron is likely to have two key selling points:

- **Cost:** With a reusable first stage, reusable fairing, and component commonality with Electron (e.g., avionics), we believe that Neutron should have a compelling cost structure. We expect that pricing will be competitive with Falcon 9 and likely cheaper than legacy vendors (e.g., ULA, ArianeSpace). This would position the company well to capture market share across a broad range of customers—both government and commercial.

- **Competitive neutrality:** SpaceX's efforts with Starlink place it in direct competition with other companies seeking to build a similar broadband offering. As a result, we expect that many competitors will make efforts to avoid cross-subsidizing SpaceX and instead seek out neutral launch vendors for their services. Such behavior has already defined the industry, and we believe that Neutron is well positioned to compete on this vector. However, challenged LEO broadband economics and consolidation among legacy commsat providers are headwinds.

**Neutron Mockup**



### Neutron Key Parameters

| | Neutron |
|---|---|
| Capacity to LEO (kg) | 15T (expendable), 13t (reusable), 8t (return to pad) |
| First Launch (target date) | 2025 |
| Development Cost ($m) | 200 |
| Engine Type | Oxygen-Rich Closed Cycle |
| Propellant | LOX/Methane |
| Structure | Carbon Composite |
| Primary Use Case | Mega Constellation Deployment |
| Reusability | First Stage & Fairing |

# Rocket Lab USA, Inc. (RKLB)
## Business overview: Launch operations

**Launch Complex 1 (LC-1)**

Located in Mahia, New Zealand, LC-1 is Rocket Lab's high-volume launch complex. The company recently completed construction on a second operational launch pad at the facility, with the two pads together now capable of supporting up to 120 missions per year.

LC-1 is supported by a bi-lateral treaty between the US and New Zealand that allows US launch and spacecraft technology to be used on LC-1. This supports strong synergies with the company's US operations while allowing RKLB to take advantage of New Zealand's lower labor costs.

LC-1 is privately owned, meaning that RKLB does not have to share the facility with other launch providers and has complete control over its launch schedule and availability.

This facility has supported all of RKLB's launches to date.



**Operations**

Launch facilities in:
- New Zealand
- US

**Launch Complex 2 (LC-2)**

Located at Wallops Island, Virginia, LC-2 is a pre-operational launch pad at NASA's Wallops Flight Facility. The company has built out all of its physical infrastructure and is awaiting certification of its automated flight termination software. The pad is expected to be operational in Q4'22. LC-2 is licensed to launch 12 missions per year, though actual capacity may be higher than this. LC-2 can support 24-hour rapid call-up capability for responsive launch needs—a particularly salient selling point for the US DoD.

In addition to the current pad at LC-2, RKLB will soon begin construction on an additional pad nearby. This new pad will support launches for its Neutron vehicle.



# Rocket Lab USA, Inc. (RKLB)
## Business overview: Space Systems

Rocket Lab's Space Systems business is geared toward three primary offerings:

- **Satellites:** This business focuses on leveraging RKLB's vertical integration to deliver a configurable spacecraft for customers. By combining this offering with launch, ground services, and on-orbit mission expertise, Rocket Lab aims to create a turnkey package to enable customers to easily and affordably acquire a space capability. This business is headlined by the company's Photon family of small satellites, which are configurable for a variety of orbits and missions and integrate into the company's launch solutions. A recent $143m contract from MDA is the largest order seen by this business to date.
- **Satellite components:** Rocket Lab is also focused on making satellite components—both for itself and for sale to third parties. This makes up the largest part of the company's Space Systems sales—a trend driven by a string of acquisitions closed over the past roughly two years. These include Sinclair Interplanetary (reaction wheels, star trackers – closed April 2020), Advanced Solutions (software – closed October 2021), Planetary Systems (separation systems – closed December 2021), and SolAero Technologies (solar cells – closed January 2021).
- **Space applications:** This offering is more aspirational and represents a longer-term strategy to move up the space value chain and provide data and services to end customers (e.g., selling Earth observation data).

**Photon: Rocket Lab's Configurable Satellite Platform**     **Reaction Wheels**     **Star Tracker**

  

# Rocket Lab USA, Inc. (RKLB)
## Business overview: MDA/Globalstar contract

On February 24, 2022, Rocket Lab announced that it had been awarded a subcontract from MDA to design and manufacture 17 500kg spacecraft buses for Globalstar's new LEO satellites. This contract was valued at $143m and includes options for an additional nine satellites, as well as options for RKLB to supply satellite operations control, dispensers, and launch integration. All of the satellites are expected to be launched by the end of 2025. The vehicle will be designed and manufactured at RKLB's Long Beach production complex, where the company is building a new high-volume spacecraft manufacturing line.

**Revenue impact**

We expect revenue to primarily be recognized on delivery of satellites, which we believe will primarily occur in 2024 and 2025. Our model spreads revenue of $23m/$68.6m/$51.4m across 2023/2024/2025, respectively.

**Gross margin impact**

Management has acknowledged that the MDA contract award was highly competitive, and our channel checks suggest that the contract attracted more than 10 competitive bids. However, our checks indicate that while RKLB's price was competitive, the contract was not awarded solely on the basis of price, but also RKLB's technical capabilities and track record for execution. To the extent that RKLB was aggressive on price, we expect it was primarily on costing the components it makes in-house (e.g., selling at cost rather than a mark-up). Given these factors, we expect that the contract will ultimately generate positive gross margins, though it will likely be dilutive to Space Systems on a gross margin percentage basis. Additionally, we highlight that the contract has strategic value, as it establishes RKLB's spacecraft business with a strong customer endorsement while funding non-recurring engineering costs that may be utilized for future constellations.

**Cash flow dynamics**

We believe that the cash flow dynamics of this contract are likely to be unfavorable for RKLB in the short run, as the company must purchase inventories and hire direct labor/build WIP over the next 12-18 months before deliveries begin. We, therefore, expect that the contract may result in a negative working capital dynamic for RKLB in 2022/2023 before reversing in 2024/2025.

**Neutron**

With MDA satellite deliveries likely to occur in 2024 and 2025, this timeline lines up with RKLB's forecast timeline for the first launch of Neutron—which is scheduled for 2024. Given that the Globalstar launch contract has not yet been awarded, the satellite contract potentially offers RKLB a favorable position to sell its upcoming launch capability.



# Rocket Lab USA, Inc. (RKLB)
## Investor day 2022 recap

On September 21, 2022, Rocket Lab hosted its first investor day since its de-SPAC in 2021. Key takeaways included:

### The Big Picture

- **Space Systems:** While launch remains vital to RKLB's mid-term growth, RKLB's heavily emphasized the importance of Space Systems (and eventually, Space Applications) to grow the business in the long term. Pointing to recent acquisitions of SolAero and ASI, it presented itself as "not just a launch company", but an end-to-end space provider. While this shift helps diversify its revenue sources, we believe it places it in an exceptionally competitive industry.

- **Launch:** Growth in RKLB's launch business hinges primarily on both of RKLB's rockets, Electron and Neutron. On Electron, management sees improved profitability from: (1) roughly doubling launch cadence by 2025, aided by the opening of LC2 in December; (2) a roughly 50% reusability rate, with Electron improving both cadence and margins; and (3) various other efficiencies enabled by higher launch volume. On Neutron, RKLB reaffirmed the previously provided timeline of having the rocket complete in 2024 with commercial launch shortly thereafter. Further, RKLB provided an update on the technical capabilities of the upcoming Archimedes engine that will power Neutron. The firm announced an architectural change from an open-cycle architecture to an oxygen-rich closed-cycle engine. We believe this shift adds technical risk to the Neutron development effort.

### Financial Update

- **Guidance:** All 2022 financial guidance was reiterated.

- **TAM:** RKLB offered its own TAM estimates for its two segments and a prospective Space Applications market. Management's forecasts for the launch TAM appear quite high to us. Refer to the market sizing section of this report for our own analysis on the launch TAM.



**RKLB Addressable Market Estimates**

# Rocket Lab USA, Inc. (RKLB)
## Investment positives

**Proven track record**

Rocket Lab has been conducting successful launch operations since 2018. While this might seem a short time for the legacy companies in the space economy, the roughly four years of commercial experience accumulated by RKLB is significantly more than many of the new contenders on the scene—many of which don't yet have an operational vehicle. This should allow for accelerating momentum among government customers—which value experience and track record. Moreover, the engineering experience accumulated over these years helps to derisk the company's development effort with Neutron, while the operational and selling experience should enhance Neutron's ability to quickly gain market share.

**Ample growth runway**

Setting ambitious goals—but also achievable ones—is key for driving long-term estimate upside, investor interest, and—ultimately—a higher stock price. We believe that RKLB has set appropriately large goals that are at least technically achievable based on the company's track record. These goals—such as moving into medium-lift launch with Neutron and building a vertically integrated satellite manufacturer—are highly additive to the company's addressable market and long-term growth runway. This offers more potential upside to the long-term growth opportunity for RKLB (and, hence, long-term revenue estimates), and potential upside for the stock as it executes against its stated objectives. This contrasts favorably to many of RKLB's public peers that remain constrained to small niches of the space economy.

**Focus on reusability offers a clear path to attractive unit economics**

RKLB's launch economics are currently impaired by the expendability of Electron. This expendability drives high marginal costs per flight, as cost savings are fundamentally limited by the learning curve of its manufacturing operations. However, if RKLB achieves its goals of reusability for the first stage, then this would be transformative for the company's variable cost structure. We believe that around 65% of Electron's COGS are within the first stage. After accounting for refurbishment costs, our math suggests that reusability alone can drive a ~40-point gross margin improvement for reusable launches.

On May 2, 2022, RKLB successfully captured an Electron booster with a Sikorsky helicopter. While the pilot subsequently dropped the booster, we believe the company is on a path to achieving reusability by 2023. Our model assumes the first launch of a reused Electron in Q4'23, which drives a strong uptick in launch gross margins.

# Rocket Lab USA, Inc. (RKLB)
## Investment positives

### Clear path to attractive unit economics (continued)

Achieving reusability would contribute significantly to fixing RKLB's unit economics for Electron and likely ensure its long-term competitiveness relative to other new entrants in the small-lift launch space. Our channel checks within our industry network suggest that cost savings per flight from first-stage recovery could exceed Falcon 9 on a percentage basis, owing to the larger proportion of COGS within the first stage. We expect a successful first-stage catch and return would be a positive catalyst for the stock. Note that **Neutron** is designed from the beginning for reusability and could experience highly favorable long-run unit economics as a result.

With respect to the Space Systems business, we think long-term gross margins can approach 40-50% on a non-GAAP basis, with component and software gross margins likely trending above that range and satellite gross margins trending below owing to higher competitive intensity. However, SolAero and the recent MDA contract represent significant near-term headwinds.

**Cost discipline:** RKLB has demonstrated notable opex discipline, particularly relative to its peer group. Specifically, the company reported 2021 operating expenses of $100m, which was 29% less than public peer VORB and 37% less than ASTR. This spend discipline is particularly impressive when one considers that RKLB was the only company to be fully operational the entire year, and still more impressive when we factor in the company's higher sales and more ambitious development spend—including spend on Neutron.

While opex should continue to rise throughout our modeling horizon, we expect RKLB's cost discipline and engineering cost advantage (New Zealand talent is less expensive relative to the US) to drive a durably more competitive opex structure relative to its peer group. Within our model, this opex discipline helps support the high teens uFCF margins in our model's terminal year (2031).

### Electron COGS & Gross Margin Build
*$ in millions*



■ Avg. Cost / Electron Launch  — Electron gross margin %

### 2021A GAAP Operating Expenses
*$ in millions*



■ 2021  ■ Q1'22  ■ Q2'22

---



# Rocket Lab USA, Inc. (RKLB)

## Investment positives

**Strong liquidity position**

Weak liquidity and negative FCF is not a recipe for investment success, particularly during a Fed tightening cycle. However, Rocket Lab is not in that position, as it achieved the highest equity valuation ($4.8bn) of the recent cohort of Space SPACs and capitalized on it by raising $728m of cash net of transaction costs. While recent acquisitions and quarterly FCF burn have reduced this cushion somewhat, we think that RKLB should be able to finance the bridge to FCF breakeven without additional external financing.

This reduced liquidity risk offers an improved margin of safety and risk/reward dynamics for equity investors. It also offers more room for the company to make strategic decisions and invest for future growth. Indeed, to the extent that tighter conditions drive consolidation or a thinning out within the industry, RKLB could benefit by making prudent acquisitions, or by simply benefiting from the reduced competitive intensity.



# Rocket Lab USA, Inc. (RKLB)
## Investment negatives

### Starship poses competitive risk for Neutron

- Neutron is a key driver of our model, generating roughly half of the equity value in our DCF. Its success is, therefore, crucial to the stock's success.

- While Neutron should be competitive relative to Falcon 9 once it makes its debut (slated for 2024), we are concerned about the vehicle's cost competitiveness relative to Starship. While one could argue that the different classes of vehicles make this comparison irrelevant (as most launch buyers won't need all of Starship's lift capacity), comments from senior leadership at SpaceX indicate that the company will fly Starship at reduced load factors if needed—even sharply reduced load factors. This is enabled by Starship's full and rapid reusability, which may allow it to generate profits, even with aggressive pricing at low load factors (see figure below). Competing with a low-cost provider is often a challenge, and we think that's a justifiable concern for Neutron's long-term success and the stock's upside opportunity.

- Offsetting some of this risk is that RKLB is selling as a credibly neutral vendor—which should make it appealing to broadband communications companies competing against SpaceX. We note that the medium-lift Soyuz rocket conducted 21 launches in 2021, despite being uncompetitive to Falcon 9 on a $/kg basis. Additionally, we expect a solid level of government demand, as the US DoD has a history of supporting multiple launch vendors.* Nevertheless, Starship creates uncertainty for the long-term demand for Neutron and limits our willingness to more aggressively push our modeling assumptions.

> **"We will fly Starships mostly empty if it means giving better service to our customers."**
>
> -Senior SpaceX representative at a recent industry conference

### Neutron vs. Starship Cost Comparison

| Neutron vs. Starship | | | Comment |
|---|---|---|---|
| Falcon 9: $ price / kg | $ | 2,900 | Based on $67m list price and 22,800kg LEO capacity |
| Neutron: $ price / kg | $ | 2,900 | Assumed price match w/ Falcon 9; Similar reusability traits |
| | | | |
| Starship Capacity (kg) | | 100,000 | Per Starship specs |
| Load Factor | | 10% | Illustrative assumption |
| Filled capacity | | 10,000 | Calculation; Slightly higher than Neutron payload capacity |
| | | | |
| SpaceX Internal Cost | $ | 10,000,000 | As low as $2m per Elon Musk. 5x Inflator for conservatism |
| Gross Margin | | 60% | Assume strong SpaceX gross margin |
| Starship Price | $ | 25,000,000 | Calculation: Cost / (1-gross margin) |
| Starship $ / kg @ 10% load factor | $ | 2,500 | $28.5m price / 8,000 kg |
| | | | |
| Starship cost/kg over (under) Neutron ($) | $ | (400) | Calculation; $400/kg cheaper |
| Starship vs. Neutron % | | -13.8% | Calculation; 14% cheaper |

*While the DoD was instrumental in the creation of the ULA monopoly, this was owing to constrained space budgets and a lack of a commercial market in 2005, market forces that made the JV a necessity. With the commercial market ascendant and DoD budgets buoyant, we expect that the DoD will seek to support a broad supply base in the future.

 **CREDIT SUISSE**    Source: Credit Suisse estimates

# Rocket Lab USA, Inc. (RKLB)
## Investment negatives

### Neutron development carries financial and technical risk

Developing a new rocket is an expensive and risky endeavor; projects frequently experience significant timeline slippage and cost overruns. While RKLB's pedigree and experience help retire some of the risk, the shift to a new engine architecture (from electric pump to oxygen-rich closed cycle) likely complicates matters. We note that Blue Origin's BE-4 engine—which also features an oxygen-rich closed-cycle design—has seen significant delays, having first been announced in 2014 and still not flying as of September 2022. While RKLB's development track record is significantly stronger than Blue Origin's, we still think there's sizable technical risk here that may contribute to cost overruns beyond the $200m forecast by the company and/or delays in the development schedule for Neutron.

### High competitive intensity in space systems

Integrated small-satellite construction is an increasingly competitive market. A number of firms are attempting to sell their capability to a set of constellation operators that are increasingly vertically integrating the same capability in-house (e.g., Starlink, Spire), or building them through JVs (e.g., OneWeb, BlackSky). Competitors in this field include Millennium Space Systems (Boeing), Terran Orbital, York, Blue Canyon (Raytheon), Airbus, Phantom Space, LeoStella, and many others. This competitive intensity is likely to result in uneconomic returns for most manufacturers. Further, many of these competitors are now owned by large traditional A&D OEMs, meaning that they are unlikely to go away soon. Thus, RKLB's ultimate success is likely to tie closely with the company's success in selling all of its capabilities together in a single offering. As the saying goes, there are only two ways to make money in business: bundling and unbundling. RKLB is relying on the former to achieve success in Space Systems.

### Reflexivity exposure

As discussed elsewhere in this report, we are concerned that the space economy may experience unfavorable reflexivity from declining public and private space company valuations. Specifically for RKLB, lower valuations may drive a reduction in capital spend for earth intelligence firms. As the capex for these companies represents a sizable portion of RKLB's launch opportunity, a decline in that capex spend represents a one-for-one reduction in RKLB's addressable market. However, many of RKLB's Earth intel customers—such as BlackSky and HawkEye 360—are in fact heavily focused on military markets and have seen significant market traction (e.g., BKSY's recent $1bn EOCL award). This should limit some of the downside risk from reflexivity—as should the firm's $551m backlog.

### Valuation

RKLB is more expensive than most other "new space" companies, trading at 6x '23 sales and 26x CSe '23 gross profit, vs. 2x/3x for SPIR, 2x/7x for BKSY, and 6x/10x for PL.

# Rocket Lab USA, Inc. (RKLB)
## What would make us more constructive

**What would make us more constructive on the stock? We think some combination of the below factors would contribute significantly to enhancing our confidence in the long-term story:**

- Increases in the firm backlog to enhance near-/medium-term revenue visibility…preferably from government customers

- Gross margin improvement on Electron

    - Successful capture and return of Electron…achievement of Electron reusability milestone and step-function change in its gross margin profile

- Achievement of Archimedes development milestones, including start of testing at Stennis

- Improved gross margins at Space Solutions, particularly at SolAero

- Strong operating expense leverage

- Evidence that LEO mega-constellation economics can work for multiple providers (supporting Neutron business case)



CREDIT SUISSE

# Rocket Lab USA, Inc. (RKLB)
## Management team



**Peter Beck** – *Chief Executive Officer, President, and Founder*

Mr. Beck is the founder, president, and chief executive officer of Rocket Lab. Since founding the company in 2006, Mr. Beck has grown it into a global organization that develops and launches advanced rockets, satellites, and spacecraft. Mr. Beck has served on Rocket Lab's board of directors and as its president and chief executive officer since July 2013 and was appointed chairman of the board in May 2021.

Prior to founding Rocket Lab, Mr. Beck began his career in 1993 with an apprenticeship as precision engineer at global appliance manufacturer Fisher & Paykel, before moving into production machinery design, product design, and analysis. Mr. Beck later went to a government research institute in 2003 where he focused on advanced composites structures and materials for high-performance applications. While at the government lab, Mr. Beck led several complex engineering programs to optimize technologies including wind turbines and superconductors. Mr. Beck began building rockets at an early age, steadily increasing their size and complexity. In 2006, Mr. Beck founded Rocket Lab and led its efforts to successfully launch Atea-1 in 2009, which we believe is the first commercially developed rocket to reach space from the Southern Hemisphere.



**Adam Spice** – *Chief Financial Officer*

Mr. Spice has served as Rocket Lab's chief financial officer since May 2018 and has served as the secretary and treasurer since May 2021. From January 2011 until May 2018, Mr. Spice was vice president and chief financial officer at MaxLinear, Inc., a provider of radio frequency, analog, and mixed-signal integrated circuits for the connected home, wired and wireless infrastructure, and industrial and multimarket applications. From October 2009 to November 2010, Mr. Spice was the chief financial officer of Symwave Corporation, a venture-backed fabless semiconductor company until its sale to Standard Microsystems Corporation (SMSC). From July 2000 to September 2009, Mr. Spice held a variety of financial and operational executive roles at Broadcom Corporation. From June 1996 to July 2000, Mr. Spice worked as a finance manager for Intel. Mr. Spice has a Bachelor of Business Administration from Brigham Young University and an MBA from The University of Texas at Austin.

# Rocket Lab USA, Inc. (RKLB)
## Valuation, target price, and risks

### Valuation

- **Target Price:** We value RKLB using a DCF, incorporating 3% perpetual growth, and an 10% WACC. This results in our $3 target price for RKLB.

- **Blue Sky Scenario:** Our Blue Sky scenario assumes the stock rerates to a ~9x multiple on CSe '23 sales. This results in our $7 Blue Sky scenario.

- **Grey Sky Scenario:** Our Grey Sky scenario assumes the stock further rerates to a 7x multiple on CSe '23 sales. This results in our $2 Grey Sky scenario.

### Risks

Downside risks include increased competition, lengthening of sales cycles, increased pricing pressure from government customers, higher interest rates, and lower national security budgets. Reduced funding or a lack of commercial success for LEO broadband constellation is also a risk. Upside risks include large contract award announcements, achievement of Electron reusability, and a faster-than-expected development effort for Neutron.

| | | 2021 | 2022E | 2023E | 2024E | 2025E | 2026E |
|---|---|---|---|---|---|---|---|
| | Sales | 62.2 | 219.2 | 315.5 | 429.9 | 509.1 | 569.2 |
| | Organic Growth | 49.6% | 68.3% | 43.9% | 36.3% | 18.4% | 11.8% |
| | Gross Profit | (2) | 27 | 72 | 132 | 186 | 162 |
| | Adj. EBITDA | (43) | (31) | (13) | 18 | 48 | 25 |
| | FCF | (97.5) | (125.5) | (55.0) | (18.8) | 47.8 | 68.0 |
| | UFCF | (124.9) | (180.6) | (120.7) | (83.7) | (23.7) | (5.5) |
| **Current Price** | EV/Sales | 25.5 | 7.2 | 5.0 | 3.7 | 3.1 | 2.8 |
| | EV/Sales/Growth | 0.37 | 0.16 | 0.14 | 0.20 | 0.26 | |
| | EV/Gross Profit | (837.4) | 58.9 | 22.1 | 12.0 | 8.5 | 9.8 |
| | EV/EBITDA | | | (118) | 88 | 33 | 63 |
| **Target Price** | EV/Sales | 15.3 | 4.3 | 3.0 | 2.2 | 1.9 | 1.7 |
| | EV/Sales/Growth | 0.22 | 0.10 | 0.08 | 0.12 | 0.16 | |
| | EV/Gross Profit | (504) | 35.4 | 13.3 | 7.2 | 5.1 | 5.9 |
| | EV/EBITDA | | | (71) | 53 | 20 | 38 |
| **Blue Sky** | EV/Sales | 45.2 | 12.8 | 8.9 | 6.5 | 5.5 | 4.9 |
| | EV/Sales/Growth | 0.66 | 0.29 | 0.25 | 0.36 | 0.47 | |
| | EV/Gross Profit | (1,485) | 104.6 | 39.1 | 21.2 | 15.2 | 17.3 |
| | EV/EBITDA | | | (209) | 157 | 58 | 112 |
| **Grey Sky** | EV/Sales | 7.8 | 2.2 | 1.5 | 1.1 | 1.0 | 0.9 |
| | EV/Sales/Growth | 0.11 | 0.05 | 0.04 | 0.06 | 0.08 | |
| | EV/Gross Profit | (258.0) | 18.2 | 6.8 | 3.7 | 2.6 | 3.0 |
| | EV/EBITDA | | | (36) | 27 | 10 | 19 |

(US$ in millions, unless otherwise stated)

# Rocket Lab USA, Inc. (RKLB)
## Income statement

**Rocket Lab (RKLB)**
Income Statement

| (US$ in millions, unless otherwise stated) | Q1'22 3/31/2022 | Q2'22 6/30/2022 | Q3'22E 9/30/2022 | Q4'22E 12/31/2022 | FY 2021 12/31/2021 | FY 2022E 12/31/2022 | FY 2023E 12/31/2023 | FY 2024E 12/31/2024 | FY 2025E 12/31/2025 | FY 2026E 12/31/2026 | FY 2027E 12/31/2027 | FY 2028E 12/31/2028 | FY 2029E 12/31/2029 | FY 2030E 12/31/2030 | FY 2031E 12/31/2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fiscal 2022 by Quarter | | | | | | | Fiscal Year Ends December | | | | | | |
| Launch | 6.6 | 19.1 | 22.5 | 22.5 | 39.0 | 70.7 | 112.5 | 136.4 | 176.3 | 231.7 | 381.0 | 483.7 | 657.6 | 814.3 | 822.5 |
| Space Systems | 34.1 | 36.4 | 35.9 | 42.1 | 23.2 | 148.5 | 203.0 | 293.6 | 332.7 | 337.5 | 388.2 | 427.0 | 452.6 | 466.2 | 480.2 |
| **Sales** | 40.7 | 55.5 | 58.4 | 64.6 | 62.2 | 219.2 | 315.5 | 429.9 | 509.1 | 569.2 | 769.2 | 910.7 | 1,110.2 | 1,280.5 | 1,302.7 |
| Launch COGS | 7 | 21 | 23 | 22 | 54 | 74 | 97 | 102 | 110 | 192 | 369 | 320 | 405 | 410 | 398 |
| **Launch Gross Profit** | (1) | (2.3) | (0) | 0 | (15) | (3) | 15 | 35 | 66 | 40 | 12 | 164 | 253 | 404 | 425 |
| Launch gross margin | -12.0% | -12.0% | -1.5% | 1.6% | -38.0% | -4.3% | 13.6% | 25.4% | 37.5% | 17.3% | 3.3% | 33.8% | 38.4% | 49.7% | 51.7% |
| Space Systems COGS | 29.7 | 29.1 | 27.8 | 32.0 | 10.3 | 118.6 | 146.4 | 195.8 | 213.3 | 215.3 | 237.4 | 255.3 | 267.5 | 274.1 | 280.4 |
| **Space Systems Gross Profit** | 4.4 | 7.3 | 8.1 | 10.1 | 12.9 | 29.9 | 56.6 | 97.8 | 119.4 | 122.3 | 150.7 | 171.7 | 185.1 | 192.1 | 199.7 |
| Space systems gross margins | 13.0% | 20.0% | 22.5% | 23.9% | 55.6% | 20.1% | 27.9% | 33.3% | 36% | 36.2% | 38.8% | 40.2% | 40.9% | 41.2% | 41.6% |
| **Cost of sales** | 37.0 | 50.5 | 50.6 | 54.2 | 64 | 192 | 244 | 298 | 323 | 407 | 606 | 575 | 673 | 684 | 678 |
| **Gross profit** | 3.7 | 5.0 | 7.8 | 10.4 | (1.9) | 27 | 72 | 132 | 186 | 162 | 163 | 335 | 438 | 596 | 625 |
| Gross margin % | 9% | 9% | 13% | 16% | -3% | 12% | 23% | 31% | 36% | 29% | 21% | 37% | 39% | 47% | 48% |
| Incremental gross margin % | 10% | 6% | 38% | 10% | 37% | 18% | 47% | 53% | 67% | -39% | 0% | 122% | 51% | 93% | 127% |
| **R&D** | 13 | 19 | 22 | 23 | 42 | 77 | 105 | 128 | 144 | 135 | 145 | 170 | 206 | 237 | 241 |
| % of sales | 33% | 35% | 37% | 35% | 67.1% | 35.1% | 33.3% | 29.7% | 28.2% | 23.6% | 18.8% | 18.7% | 18.6% | 18.5% | 18.5% |
| % of incremental sales | | | | | 83.6% | 22.4% | 29.1% | 20.0% | 20.0% | -15.0% | 5.0% | 18.0% | 18.0% | 18.0% | 18.0% |
| **SG&A** | 23 | 19 | 20 | 21 | 58 | 84 | 89 | 97 | 105 | 113 | 129 | 141 | 157 | 170 | 172 |
| % of sales | 57% | 34% | 35% | 33% | 93.8% | 38.2% | 28.2% | 22.6% | 20.6% | 19.9% | 16.8% | 15.4% | 14.1% | 13.3% | 13.2% |
| % of incremental sales | | | | | | | | 7.0% | 10.0% | 14.0% | 8.0% | 8.0% | 8.0% | 8.0% | 8.0% |
| Operating expenses | 37 | 38 | 42 | 44 | 100 | 161 | 194 | 225 | 249 | 248 | 274 | 311 | 363 | 407 | 413 |
| **Operating income (loss)** | (33) | (33) | (34) | (34) | (102) | (134) | (122) | (92) | (63) | (86) | (111) | 25 | 75 | 190 | 212 |
| Operating income margin % | -81% | -60% | -59% | -52% | -164.0% | -61.0% | -38.7% | -21.5% | -12.4% | -15.1% | -14.4% | 2.7% | 6.8% | 14.8% | 16.3% |
| Incremental margins | | | | | -174% | -20% | 12% | 26% | 37% | -38% | -13% | 96% | 25% | 67% | 101% |
| Interest income (expense) | (3.0) | (2.4) | (2.1) | (2.1) | (6) | (10) | (8) | (3) | 3 | 4 | 4 | 4 | 4 | 4 | 4 |
| Change in fair value of warrants | 13 | - | - | - | (15) | 13 | - | - | - | - | - | - | - | - | - |
| Gain (loss) on FX | (0) | (4) | - | - | (1) | (4) | - | - | - | - | - | - | - | - | - |
| Other income, net | 0 | (0) | - | - | (1) | 0 | - | - | - | - | - | - | - | - | - |
| Pretax income (loss) | (22.3) | (39.5) | (36.4) | (35.6) | (124.8) | (133.7) | (130.1) | (95.3) | (60.4) | (82.1) | (107.2) | 28.1 | 78.7 | 193.1 | 215.6 |
| Income tax expense (benefit) | 4.4 | (2.1) | 0.4 | 0.4 | (7.5) | 3 | 1 | 1 | 1 | 1 | 1 | 6 | 17 | 41 | 45 |
| Effective tax rate | -19.7% | 5.2% | -1.0% | -1.0% | 6.0% | -2% | -1% | -1% | -1% | -1% | -1% | 21% | 21% | 21% | 21% |
| Net income (loss) | (26.7) | (37.4) | (36.7) | (35.9) | (117.3) | (136.8) | (131.4) | (96.3) | (61.0) | (82.9) | (108.2) | 22.2 | 62.2 | 152.6 | 170.3 |
| Foreign currency translation income (loss) | - | | | | | | | | | | | | | | |
| **Net income (loss) attributable to common stockholders** | (27) | (37) | (37) | (36) | (117.3) | (136.8) | (131.4) | (96.3) | (61.0) | (82.9) | (108.2) | 22.2 | 62.2 | 152.6 | 170.3 |
| Net income margin | -66% | -67% | -63% | -56% | -189% | -62% | -42% | -22% | -12% | -15% | -14% | 2% | 6% | 12% | 13% |
| **GAAP Basic EPS** | (0.06) | (0.08) | (0.08) | (0.08) | (0.56) | (0.29) | (0.28) | (0.20) | (0.13) | (0.17) | (0.22) | 0.04 | 0.12 | 0.29 | 0.32 |
| **GAAP Diluted EPS** | (0.06) | (0.08) | (0.08) | (0.08) | (0.56) | (0.29) | (0.28) | (0.20) | (0.13) | (0.17) | (0.22) | 0.04 | 0.11 | 0.27 | 0.30 |
| Total weighted average basic shares | 456.5 | 464.7 | 471.0 | 474.0 | 209.9 | 466.8 | 476.7 | 482.3 | 486.8 | 492.1 | 498.2 | 504.8 | 511.5 | 518.2 | 524.7 |
| Total weighted average diluted shares | 456.5 | 464.7 | 471.0 | 474.0 | 209.9 | 466.8 | 476.7 | 482.3 | 486.8 | 492.1 | 498.2 | 549.4 | 555.8 | 561.8 | 567.2 |
| NOL | 237 | 277 | 313 | 349 | 215 | 349 | 479 | 574 | 634 | 717 | 824 | 796 | 717 | 524 | 308 |



# Rocket Lab USA, Inc. (RKLB)
# Cash flow statement

**Rocket Lab (RKLB)**
Statement of Cash Flows

| (US$ in millions, unless otherwise stated) | Q1'22 3/31/2022 | Q2'22 6/30/2022 | Q3'22E 9/30/2022 | Q4'22E 12/31/2022 | FY 2020 12/31/2020 | FY 2021 12/31/2021 | FY 2022E 12/31/2022 | FY 2023E 12/31/2023 | FY 2024E 12/31/2024 | FY 2025E 12/31/2025 | FY 2026E 12/31/2026 | FY 2027E 12/31/2027 | FY 2028E 12/31/2028 | FY 2029E 12/31/2029 | FY 2030E 12/31/2030 | FY 2031E 12/31/2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | | | | | | | | | | | | | | |
| Net income (loss) | (26.7) | (37.4) | (36.7) | (35.9) | (55.0) | (117.8) | (136.8) | (131.4) | (96.3) | (61.0) | (82.9) | (108.2) | 22.2 | 62.2 | 152.6 | 170.3 |
| Adjustments to reconcile net income (loss) to net cash used in operating activities: | | | | | | | | | | | | | | | | |
| Depreciation and amortization | 6.1 | 7.6 | 8.1 | 8.6 | 9.3 | 10.9 | 30.5 | 37.8 | 45.3 | 44.7 | 43.1 | 46.5 | 44.4 | 48.6 | 50.8 | 55.1 |
| Stock-based compensation | 12.0 | 16.9 | 15.0 | 17.0 | 4.2 | 32.6 | 60.8 | 62.8 | 65.0 | 66.6 | 67.8 | 71.8 | 74.7 | 78.6 | 82.1 | 82.5 |
| Amortization of inventory step-up | - | - | - | - | - | 0.6 | - | - | - | - | - | - | - | - | - | - |
| Loss on disposal of assets | 0.0 | - | (0.0) | (0.0) | 1.5 | 0.2 | - | - | - | - | - | - | - | - | - | - |
| Loss on debt extinguishment | - | - | - | - | - | 0.5 | - | - | - | - | - | - | - | - | - | - |
| Amortization of debt issuance costs and discount | 0.7 | 0.7 | 0.7 | 0.7 | - | 1.5 | 2.8 | 1.4 | 0.7 | - | - | - | - | - | - | - |
| Noncash lease expense | 0.7 | 0.8 | 0.7 | 0.7 | 1.5 | 2.0 | 3.0 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 |
| Noncash expense (income) associated with liability-classified warrants | (13.5) | - | - | - | 2.6 | 15.3 | (13.5) | - | - | - | - | - | - | - | - | - |
| Deferred income taxes | (1.6) | 1.8 | - | - | (0.7) | (9.5) | 0.3 | - | - | - | - | - | 5.9 | 16.5 | 40.6 | 45.3 |
| Other | 2.5 | (2.5) | 2.5 | 2.3 | - | - | 4.8 | 8.0 | - | - | - | - | - | - | - | - |
| Change in operating assets and liabilities: | (6.6) | (26.2) | (5.3) | (5.3) | 8.8 | (8.0) | (43.4) | 4.6 | 2.1 | 21.2 | 65.6 | 22.3 | 72.7 | 55.2 | 0.5 | 35.6 |
| Accounts receivable | (5.6) | (7.3) | (1.8) | (1.8) | (0.5) | (7.3) | (16.6) | (18.0) | (18.5) | (10.5) | (2.4) | (15.0) | (4.1) | (23.0) | (6.9) | (2.5) |
| Contract assets | (3.7) | 1.4 | (2.2) | (2.2) | 5.0 | 1.8 | (6.7) | (3.9) | (4.6) | (3.2) | (2.4) | (8.0) | (5.7) | (8.0) | (6.8) | (0.9) |
| Inventory | (9.1) | (7.2) | (7.8) | (7.8) | (11.3) | (12.7) | (31.8) | (27.0) | (13.5) | (5.3) | (38.0) | (62.3) | (8.4) | (30.4) | (11.3) | 2.6 |
| Prepaid expenses and other current assets | (1.1) | (7.0) | 0.4 | 0.4 | (2.4) | (10.5) | (7.3) | (8.1) | (6.3) | 1.5 | 0.3 | (8.3) | (0.8) | (0.9) | 4.3 | (0.9) |
| Other noncurrent assets | 0.8 | 1.3 | - | - | - | (4.5) | 2.1 | - | - | - | - | - | - | - | - | - |
| Accounts payable | 0.8 | 1.2 | (1.5) | (1.5) | (1.6) | (4.5) | (1.1) | 3.8 | 4.5 | 3.1 | 7.9 | 18.5 | 1.6 | 14.2 | 8.1 | 8.0 |
| Accrued liabilities | (3.2) | (0.2) | 3.9 | 3.9 | 4.1 | 3.1 | 4.3 | 24.6 | 9.7 | 4.7 | 15.0 | 35.8 | (5.5) | 17.5 | 2.1 | (1.1) |
| Employee benefits payable | 0.5 | 3.5 | (0.2) | (0.2) | 1.5 | (0.3) | 3.6 | 2.7 | 2.5 | 2.0 | (0.0) | 2.1 | 3.0 | 4.3 | 3.7 | 0.5 |
| Contract liabilities | 10.7 | (6.2) | 3.1 | 3.1 | 15.9 | 27.5 | 10.7 | 30.0 | 27.8 | 28.6 | 84.8 | 59.1 | 92.1 | 81.1 | 6.9 | 29.4 |
| Other current liabilities | 4.3 | (4.8) | - | - | (0.8) | 0.8 | (0.6) | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Non-current lease liabilities | (0.8) | (0.9) | 0.8 | 0.8 | (1.0) | (1.8) | - | - | - | - | - | - | - | - | - | - |
| Other non-current liabilities | 0.0 | 0.0 | (0.0) | (0.0) | (0.2) | 0.4 | - | - | - | - | - | - | - | - | - | - |
| **Net cash used in operating activities** | (26.3) | (38.3) | (15.0) | (11.9) | (27.8) | (71.8) | (91.5) | (14.0) | 19.8 | 74.5 | 96.5 | 35.3 | 222.8 | 264.1 | 329.4 | 391.7 |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | | | | | | | | | | | | | | |
| Purchases of property and equipment | (6.2) | (12.8) | (7.5) | (7.5) | (25.1) | (25.7) | (34.0) | (41.0) | (38.7) | (26.7) | (28.5) | (34.6) | (36.4) | (44.4) | (51.2) | (52.1) |
| Cash paid for acquisitions, net of cash acquired | (65.6) | 0.5 | - | - | (12.2) | (66.4) | (65.1) | - | - | - | - | - | - | - | - | - |
| **Net cash used in investing activities** | (71.8) | (12.3) | (7.5) | (7.5) | (37.3) | (92.1) | (99.0) | (41.0) | (38.7) | (26.7) | (28.5) | (34.6) | (36.4) | (44.4) | (51.2) | (52.1) |
| **Free cash flow** | (32.6) | (51.1) | (22.5) | (19.4) | (52.9) | (97.5) | (125.5) | (55.0) | (18.8) | 47.8 | 68.0 | 0.7 | 186.3 | 219.7 | 278.2 | 339.6 |
| **Free cash flow less SBC** | (44.5) | (67.9) | (37.5) | (36.4) | (57.1) | (130.0) | (186.3) | (117.8) | (83.9) | (18.8) | 0.2 | (71.1) | 111.7 | 141.1 | 196.2 | 257.1 |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | | | | | | | | | | | | | | |
| Proceeds from the exercise of stock options | 1.4 | 1.8 | 2.4 | 2.4 | 1.0 | 3.1 | 8.0 | 9.6 | 4.7 | 6.3 | 7.9 | 10.2 | 11.4 | 12.5 | 13.6 | 14.7 |
| Proceeds from employee stock purchase plan | 1.0 | 1.1 | 1.0 | 1.0 | - | - | 4.1 | - | - | - | - | - | - | - | - | - |
| Proceeds from sale of employees RSU, net taxes | 12.1 | (11.8) | - | - | - | - | 0.3 | - | - | - | - | - | - | - | - | - |
| Fiancial lease payments | (0.0) | (0.1) | (0.1) | (0.1) | - | - | (0.3) | - | - | - | - | - | - | - | - | - |
| Proceeds from long-term revolving line of credit | - | - | - | - | - | 15.0 | - | - | - | - | - | - | - | - | - | - |
| Proceeds from long-term secured term loan | - | - | - | - | - | 98.9 | - | - | (100.1) | - | - | - | - | - | - | - |
| Repayments of long-term revolving line of credit | - | - | - | - | - | (15.0) | - | - | - | - | - | - | - | - | - | - |
| Net proceeds from issuance of Series E-1 Preferred Stock | - | - | - | - | 20.5 | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from Business Combination and PIPE Investment, net of transacti | - | - | - | - | - | 728.3 | - | - | - | - | - | - | - | - | - | - |
| Repurchase of shares and options from management, net | - | - | - | - | - | (30.4) | - | - | - | - | - | - | - | - | - | - |
| Other | - | (5.9) | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net cash provided by financing activities** | 14.4 | (15.0) | 6.3 | 6.3 | 21.5 | 799.9 | 12.1 | 9.6 | (95.4) | 6.3 | 7.9 | 10.2 | 11.4 | 12.5 | 13.6 | 14.7 |
| Effect of exchange rate changes on cash and cash equivalents | (0.6) | 4.4 | - | - | (0.2) | 2.1 | 3.9 | - | - | - | - | - | - | - | - | - |
| Net increase (decrease) in cash, cash equivalents, and restricted cash | (84.3) | (61.1) | (16.1) | (13.0) | (43.8) | 638.1 | (174.6) | (45.4) | (114.2) | 54.1 | 75.9 | 11.0 | 197.7 | 232.2 | 291.8 | 354.2 |
| Cash, cash equivalents and restricted cash at beginning of period | 692.1 | 607.8 | 546.6 | 530.5 | 97.7 | 53.9 | 692.1 | 517.5 | 472.1 | 357.9 | 412.0 | 487.8 | 498.8 | 696.5 | 928.7 | 1,220.5 |
| Cash, cash equivalents and restricted cash at end of period | 607.8 | 546.6 | 530.5 | 517.5 | 53.9 | 692.1 | 517.5 | 472.1 | 357.9 | 412.0 | 487.8 | 498.8 | 696.5 | 928.7 | 1,220.5 | 1,574.7 |



# Rocket Lab USA, Inc. (RKLB)

## Balance sheet

**Rocket Lab (RKLB)**
Balance Sheet

| (US$ in millions, unless otherwise stated) | Q1'22 3/31/2022 | Q2'22 6/30/2022 | Q3'22E 9/30/2022 | Q4'22E 12/31/2022 | 2020 12/31/2020 | 2021 12/31/2021 | 2022E 12/31/2022 | 2023E 12/31/2023 | 2024E 12/31/2024 | 2025E 12/31/2025 | 2026E 12/31/2026 | 2027E 12/31/2027 | 2028E 12/31/2028 | 2029E 12/31/2029 | 2030E 12/31/2030 | 2031E 12/31/2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 603.1 | 542.5 | 530.5 | 517.5 | 52.8 | 691.0 | 517.5 | 472.1 | 357.9 | 412.0 | 487.8 | 498.8 | 696.5 | 928.7 | 1,220.5 | 1,574.7 |
| Acccounts receivable | 33.0 | 40.2 | 42.0 | 43.8 | 2.7 | 14.0 | 43.8 | 61.9 | 80.4 | 90.9 | 93.3 | 108.3 | 112.4 | 135.4 | 142.3 | 144.7 |
| Contract assets | 5.9 | 4.4 | 6.6 | 8.8 | 2.0 | 2.5 | 8.8 | 12.6 | 17.2 | 20.4 | 22.8 | 30.8 | 36.4 | 44.4 | 51.2 | 52.1 |
| Inventory | 77.9 | 85.7 | 93.4 | 101.2 | 26.1 | 47.9 | 101.2 | 128.2 | 141.7 | 147.0 | 185.0 | 247.3 | 255.8 | 286.2 | 297.4 | 294.8 |
| Prepaid and other current assets | 26.3 | 33.6 | 33.3 | 32.9 | 9.4 | 19.5 | 32.9 | 41.0 | 47.3 | 45.8 | 45.5 | 53.8 | 54.6 | 55.5 | 51.2 | 52.1 |
| Total current assets | 746.2 | 706.4 | 705.8 | 704.2 | 93.1 | 774.8 | 704.2 | 715.9 | 644.5 | 716.1 | 834.5 | 939.1 | 1,155.8 | 1,450.2 | 1,762.7 | 2,118.5 |
| **Noncurrent assets** | | | | | | | | | | | | | | | | |
| PP&E, net | 99.6 | 97.0 | 89.3 | 81.6 | 49.8 | 65.3 | 81.6 | 97.4 | 101.7 | 92.8 | 87.1 | 83.3 | 83.3 | 86.0 | 92.4 | 92.4 |
| Intangible assets | 87.6 | 84.5 | 81.1 | 77.7 | 11.3 | 57.5 | 77.7 | 65.1 | 54.2 | 45.1 | 36.2 | 28.2 | 20.2 | 13.2 | 7.2 | 4.2 |
| Goodwill | 58.8 | 58.3 | 50.8 | 43.3 | 3.1 | 43.3 | 43.3 | 43.3 | 43.3 | 43.3 | 43.3 | 43.3 | 43.3 | 43.3 | 43.3 | 43.3 |
| Right-of-use assets - operating leases | 49.5 | 47.3 | 48.6 | 50.0 | 26.9 | 28.4 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| Restricted cash | 4.6 | 4.1 | 2.6 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 |
| Deferred income tax assets, net | 7.2 | 4.4 | 5.2 | 5.9 | 2.4 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 |
| Other non-current assets | 4.0 | 2.7 | - | - | - | 4.6 | - | - | - | - | - | - | - | - | - | - |
| Total assets | 1,057.5 | 1,004.8 | 983.4 | 963.8 | 187.9 | 980.8 | 963.8 | 978.7 | 900.6 | 954.2 | 1,058.0 | 1,150.8 | 1,359.5 | 1,649.7 | 1,962.6 | 2,315.4 |
| **Current liabilities** | | | | | | | | | | | | | | | | |
| Trade payables | 15.1 | 14.2 | 12.6 | 11.1 | 3.4 | 3.5 | 11.1 | 14.9 | 19.3 | 22.5 | 30.4 | 48.9 | 50.6 | 64.8 | 72.9 | 80.9 |
| Accrued expenses | 17.1 | 11.5 | 15.3 | 19.2 | 6.6 | 11.0 | 19.2 | 43.9 | 53.6 | 58.2 | 73.3 | 109.1 | 103.6 | 121.1 | 123.1 | 122.1 |
| Employee benefits payable | 23.0 | 13.6 | 13.4 | 13.3 | 4.6 | 8.3 | 13.3 | 16.0 | 18.6 | 20.5 | 20.5 | 22.6 | 25.6 | 29.9 | 33.6 | 34.1 |
| Contract liabilities | 97.1 | 90.7 | 93.8 | 96.9 | 26.1 | 59.7 | 96.9 | 126.9 | 154.7 | 183.4 | 268.2 | 327.3 | 419.3 | 500.4 | 507.3 | 536.7 |
| Current installments of long-term borrowings | 2.8 | 2.9 | 2.8 | 2.8 | - | 2.8 | 2.8 | 2.8 | - | - | - | - | - | - | - | - |
| Other current liabilities | 18.3 | 11.3 | 14.8 | 18.3 | 7.8 | 11.0 | 18.3 | 18.7 | 19.0 | 19.4 | 19.8 | 20.2 | 20.6 | 21.0 | 21.4 | 21.9 |
| Total current liabilities | 173.4 | 144.1 | 152.8 | 161.5 | 48.4 | 96.3 | 161.5 | 223.1 | 265.2 | 304.0 | 412.1 | 528.1 | 619.7 | 737.2 | 758.4 | 795.6 |
| **Noncurrent liabilities** | | | | | | | | | | | | | | | | |
| Long-term borrowings | 98.0 | 98.6 | 98.0 | 97.3 | - | 97.3 | 97.3 | 97.3 | - | - | - | - | - | - | - | - |
| Non-current lease liabilities | 48.1 | 46.1 | 37.2 | 28.3 | 27.3 | 28.3 | 28.3 | 28.3 | 28.3 | 28.3 | 28.3 | 28.3 | 28.3 | 28.3 | 28.3 | 28.3 |
| Public and private warrant liabilities | - | - | - | - | - | 58.2 | - | - | - | - | - | - | - | - | - | - |
| Other non-current liabilities | 5.4 | 2.4 | 18.7 | 54.2 | 3.9 | 2.3 | 54.1 | 78.0 | 88.7 | 99.4 | 111.5 | 128.6 | 151.7 | 187.6 | 248.0 | 311.3 |
| Total liabilites | 324.9 | 291.3 | 306.7 | 341.3 | 79.6 | 282.4 | 341.3 | 426.7 | 382.2 | 431.8 | 551.9 | 685.0 | 799.7 | 953.1 | 1,034.7 | 1,135.2 |
| Preferred Stock | - | - | - | - | 275.0 | - | - | - | - | - | - | - | - | - | - | - |
| Common Stock | 0.0 | 0.0 | 0.0 | 0.0 | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| APIC | 1,062.1 | 1,081.4 | 1,081.4 | 1,062.9 | 19.9 | 1,002.1 | 1,062.9 | 1,123.8 | 1,186.5 | 1,251.6 | 1,318.2 | 1,386.0 | 1,457.8 | 1,532.5 | 1,611.1 | 1,693.2 |
| Retained earnings (deficit) | (331.7) | (369.1) | (405.9) | (441.8) | (187.7) | (305.0) | (441.8) | (573.2) | (669.5) | (730.4) | (813.4) | (921.6) | (899.4) | (837.2) | (684.7) | (514.4) |
| AOCI | 2.2 | 1.2 | 1.2 | 1.3 | 1.1 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 |
| Total stockholders' equity | 732.6 | 713.5 | 676.7 | 622.5 | 108.3 | 698.4 | 622.5 | 551.9 | 518.4 | 522.5 | 506.2 | 465.8 | 559.8 | 696.6 | 927.8 | 1,180.2 |
| Total liabilities and stockholders' equity | 1,057.5 | 1,004.8 | 983.4 | 963.8 | 187.9 | 980.8 | 963.8 | 978.7 | 900.6 | 954.2 | 1,058.0 | 1,150.8 | 1,359.5 | 1,649.7 | 1,962.6 | 2,315.4 |



# Spire Global Inc. (SPIR)

## Initiate with a Neutral rating and $2 target price

Founded in 2012, Spire is a global provider of space-based data and analytics. Data are sold as a subscription offering and delivered via an easy-to-use application programming interface (API). Rather than delivering imagery—which most public earth intelligence companies are focused on—Spire is instead focused on radio frequency data, which it collects with a fleet of >110 nanosatellites. The company is vertically integrated, building its satellites, ground stations, and software solutions in-house and selling its offerings directly to customers. Spire's suite of data capabilities are used for such diverse applications as weather forecasting, maritime vessel tracking, commercial aircraft tracking, and RF signal geolocation.

We are initiating coverage of SPIR with a Neutral rating and $2 target price. While we appreciate the growth potential and strong unit economics of Spire's core offerings, we do not rate the stock as Outperform given the overhang from the recently announced $85m equity distribution agreement.

- **Strong growth outlook:** We believe Spire's greatest advantage is in its ability to add incremental sales through its diverse set of expanding product offerings. Key drivers include: the increased ingest of commercial data from global weather agencies—such as NOAA and the UK Met Office—continued momentum in maritime; the uptake of newly introduced solutions such as signal geolocation; future product introductions such as microwave sounding; and the expansion of the sales force into new geographies. This diversity of growth opportunities should help insulate Spire from near-term macroeconomic headwinds, though we caveat that the fast-growing Space Services business could experience some volatility.

- **Favorable unit economics…:** Spire sells data, and a single stream of that data can be sold to numerous customers. Thus, when the company adds a new customer, that customer generates incremental revenue with minimal incremental cost. Spire's business model is, therefore, software-like in its unit economics—meaning potential for 70%+ gross margins and healthy FCF margins. This contrasts favorably to other space companies, many of which—such as launch providers—have high marginal costs and, sometimes, negative gross margins. We see room for incremental gross margins to improve still further over time as Spire improves its ability to deliver value-added analytics.

- **…but some overhangs:** Following a 92.5% share price decline, SPIR entered into an $85m ATM equity distribution agreement on September 14, 2022. Should SPIR execute on the ATM, the offering could be substantially dilutive—increasing share count by as much as ~57% based on the current price. While it remains to be seen whether SPIR will sell shares—and if so, how many—we cannot rate the stock as Outperform given the potential market pressure from the offering. Further, we are concerned that the need to enter into such an agreement relates directly to management's Q4'21 acquisition of exactEarth—an acquisition which consumed $105m of cash. We believe this raises questions with respect to management's capital allocation process. We, therefore, initiate with a Neutral rating pending clarity on these items.

- **Valuation & Risks:** We value SPIR using a DCF, incorporating 3% perpetual growth and a 10% WACC. This results in our $2 target price for SPIR. Downside risks: high customer concentration, risk of customer churn, lengthening of sales cycles. Upside risks: major contract awards, stronger-than-expected gross margins.

# Spire Global Inc. (SPIR)
## Key Charts

### ARR Trends ($ in millions)
*Growth driven by new customers + expansion*



### Incremental ARR ($ in millions)
*Forecast gradual dollar-based acceleration*



### Sales Trends ($ in millions)
*Sales growth follows ARR*



### Gross Margin Trends
*exactEarth drives N-T pressure…strong L-T trends*



### Opex % of Sales
*Expect favorable L-T operating leverage*



### Operating Margin Trends
*Strong incremental margins drives L-T 20%+ OpM*



CREDIT SUISSE   Source: Company data, Credit Suisse estimates

Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com   142

Return to table of contents

# Spire Global Inc. (SPIR)
## Key Charts



**Adj. EBITDA ($ in millions)**
*Inflection to positive adj. EBITDA by 2024E*



**OCF ($ in millions)**
*Positive OCF by 2025E, driven by adj. EBITDA*



**FCF ($ in millions)**
*Expect FCF positive by 2026*

- We expect continued growth, driven primarily by weather, space services, and maritime.
- Business model supports strong long-term incremental gross margins.
- Growth + improving incremental GMs + opex management drive FCF inflection
- Near-term model upside potential from government weather data purchases; long-term model upside potential from increased value-add sell-through (e.g., predictive analytics).

# Spire Global Inc. (SPIR)
## Key Charts

**SPAC Projections vs. Actual/CSe**

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| **SPAC Projections** | | | | | | | | |
| Sales | 6 | 18 | 28 | 54 | 114 | 227 | 478 | 913 |
| Adj. EBITDA | (23) | (15) | (18) | (18) | 6 | 66 | 198 | 425 |
| Free Cash Flow | (35) | (24) | (29) | (34) | (14) | 41 | 166 | 357 |
| | | | | | | | | |
| **Actual / CSe** | | | | | | | | |
| Sales | 6 | 18 | 28 | 43 | 80 | 119 | 169 | 233 |
| Organic Sales | 6 | 18 | 28 | 42 | 62 | 101 | 151 | 215 |
| Adj. EBITDA | (23) | (15) | (18) | (38) | (31) | (18) | 3 | 24 |
| Free Cash Flow | (35) | (24) | (25) | (73) | (73) | (63) | (44) | (28) |
| | | | | | | | | |
| **Actuals / CSe as % of Projections** | | | | | | | | |
| Sales | | | 101.8% | 80.3% | 70.4% | 52.3% | 35.4% | 25.5% |
| Organic Sales | | | 101.8% | 77.0% | 54.5% | 44.3% | 31.6% | 23.5% |
| Adj. EBITDA | | | 98.0% | 208.4% | -518.2% | -26.8% | 1.7% | 5.7% |
| Free Cash Flow | | | 86.5% | 215.9% | 524.3% | -154.9% | -26.4% | -7.7% |



# Spire Global Inc. (SPIR)
## Business overview

**Business Overview**

While SPIR does not currently provide detailed segment reporting, the business itself is broadly divided into four product verticals. Three of these verticals—which form the historical core of the company—are focused on collecting and selling radio frequency data and analytics. The data are collected from a fully deployed constellation of cubesats (discussed below). The three RF verticals consist of: (1) maritime data—tracking seaborne vessels by way of satellite AIS signals; (2) aviation data—tracking aircraft from the collection of ADS-B transponder signals; (3) weather data—a variety of datasets that improve weather prediction forecasts or enable Spire to provide value-added weather predictions. Each of these businesses is capital light and offers strong unit economics, with incremental revenue coming with modest marginal cost. We believe the weather business is the largest of these three from an ARR and sales perspective and has the most room to grow. This view is driven by two factors: (1) weather agency budgets (US and international) increasingly allocate budget authority for commercial data purchases; (2) Spire can gradually move up the stack from raw data collection toward value-added weather forecasting. We think maritime is around a similar size as weather (helped by an acquisition in 2021—discussed later), while aviation is the smallest of the three.

The fourth business is space services, which essentially provides a hosted infrastructure capability to third parties seeking to establish a presence in space. Space services employs Spire's fully integrated satellite manufacturing operations, launch expertise (having launched over 140 satellites), and ground station infrastructure to allow customers to rapidly establish their own constellation in space in a capital-efficient manner. Alternatively, customers might seek to simply host a payload on a Spire satellite or deploy their own software on a Spire satellite. While this vertical is the latest to gain traction, we believe it is currently growing strongly in both percentage and dollar terms. Recent large deal announcements suggest that the business could be around 25% or more of ARR.

**Spire's Constellation**

Spire currently operates a fully deployed constellation of around 100 satellites. This constellation primarily consists of the company's 3U LEMUR cubesat platform, all of which are radio frequency sensing satellites. The company continues to upgrade its fleet of satellites, with its latest iteration of satellites including optical inter-satellite links—a technology that improves data transmission speeds, data security, and constellation capital efficiency (e.g., fewer satellites required to provide the same capability). Newer satellites also include additional sensing payloads. However, it is important to note that Spire's satellites are software defined—meaning that new capabilities do not necessarily always require new satellites and instead can be inserted onto the existing fleet by way of a software upgrade from a ground station uplink.



# Spire Global Inc. (SPIR)
## Business overview

### Two flavors of revenue
While Spire generates revenue from a variety of verticals (see the previous slide), one might segment these revenues into two broad categories: data/analytics and infrastructure. The first encompasses Spire's traditional businesses—satellite AIS (maritime), ADS-B (aviation), weather data, and predictive analytics associated with each of the above. The second broad category encompasses Spire's space services business.

While the company categorizes revenue here as SaaS subscription revenue—in-line with the rest of the business—we note that this revenue has a number of diverging traits. Perhaps most importantly, there is a hard dollar incremental COGS associated with building and launching satellites for the customer. This is likely to result in long-run unit economics—particularly incremental margins—trending lower for space services than for the data business. This business may also have greater working capital requirements (upfront w/c in year 1) and will be potentially more exposed to industry reflexivity if commercial space valuations continue to head lower. Specifically, higher industry financing costs will drive tighter opex/capex budgets and drive lower newer business formation, which in turn will drive reduced demand from companies seeking to establish space infrastructure. On the other hand, Spire might argue that its cost- and capital-efficient solution might be poised to gain market share in such an environment. While this is possible, falling tides are rarely absolute positives, in our opinion.

### Pricing
Spire prices its product on a value-provided basis. Attributes taken under consideration include the types of datafeeds purchased, the geographic regions covered, usage intent for the data (e.g., internal usage only, or redistribution), and any value-added services purchased with the data (e.g., analytics/insights from Spire).

### Go-to-market
Spire employs a typical enterprise-software go-to-market strategy. This includes the hiring of sales reps with $2m+ quotas and a hands-on B2B selling process. Spire does not currently offer self-serve or fremium/viral selling motions. Sales volume facilitated by third parties is relatively limited. With regard to incremental S&M spend, Spire is increasingly focused on top-of-funnel activities, as the company has seen improvements in accelerating its sales cycle when customer awareness of the product and its benefits are higher. Spire continues to add new geographies to its sales coverage, an important driver of continued long-term growth.



# Spire Global Inc. (SPIR)
## Business overview

**Innovation engine**

Spire is unique among space companies in its willingness to experiment and its ability to innovate and introduce new solution sets and capabilities for customers. The latest example of this is RF signal geolocation—a capability introduced in 2021. In short, the company developed a means to detect and locate RF signals with its existing fleet of satellites—a capability that was pushed through via a software update—and that has already resulted in a $10m+ contract with a defense contractor. Spire has also recently inserted optical inter-satellite links on its newest satellites, and we expect the company to introduce a microwave-sounding capability on satellites soon. Microwave-sounding data are crucial for weather prediction and would be a strong complement to Spire's existing capabilities in the weather vertical—helping to drive increased customer uptake and improved net revenue retention.

**Spire's RF Data Capabilities Over Time**



**Dual-class share structure**

Spire has two classes of common stock: Class A and Class B. Class A shares carry one vote per share, while Class B shares provide nine votes per share. Class B shares are held only by founders. Class B stock offers no economic rights. Based on the relative voting shares and shares outstanding, founders control approximately 43.8% of the voting power of Spire's capital stock (as of June 30, 2022). CEO Peter Platzer and COO Theresa Condor are married and together control 30.6% of the voting power. Note that Class B stock does not show up in the diluted share count for calculating EPS, since it does not offer economic rights.



# Spire Global Inc. (SPIR)
# Product overview: Satellite AIS

**Satellite-AIS:** Automatic Identification System (AIS) data refer to data emitted from transceivers on ships—a data emission that is mandated by international maritime treaty. Information includes vessel name, location, navigation status, speed, rate of turn, heading, and a timestamp. While originally developed as a short-range tracking network with a range of 75km, AIS messages can be collected by satellites, since the vertical range is significantly higher than the horizontal range. Data can be used for collision avoidance (the original use case), maritime security, search and rescue, cargo tracking & port management, macroeconomic analysis, and fishing fleet monitoring. While Spire has been collecting and selling Satellite-AIS data for several years, its capability in this domain was recently strengthened with its acquisition of exactEarth in late 2021.

## Satellite-AIS Use Case
*Identifying vessel location, capacity, status, heading*



# Spire Global Inc. (SPIR)
## Product overview: Satellite ADS-B

**Satellite ADS-B:** Automatic Dependent Surveillance—Broadcast (ADS-B) data are the aviation equivalent of satellite-AIS. The standard combines two different services—ADS-B Out and ADS-B In, with the former being the broadcast service. ADS-B Out broadcasts information such as aircraft identification, GPS location, altitude, ground speed, and other data. While these data were historically received by air traffic control ground stations and other aircraft, the capability to receive ADS-B signals by satellites was demonstrated by ESA in 2013.

Use cases of satellite ADS-B data include improved data capture where terrestrial collection systems are weaker or non-existent (oceans, mountains). This allows for improvements in air traffic management, route planning, search and rescue, and cargo tracking.

To date, this product has seen relatively limited uptake. Tight opex budgets by airlines likely play a part into this, so an improvement in the financial health of the travel industry may be supportive for demand trends.



### ADS-B Operational Schematic

**ADS-B**

The aircraft's ADS-B transponder broadcasts it's locations and other data to ground receiver

Satellite with ADS-B receiver

Aircraft get their locations from a Global Navigation Satellite System (GNSS) constellation

Ground stations transmit the aircraft's location to Air Traffic Control

Satellite transmits data to ground stations

# Spire Global Inc. (SPIR)
## Product overview: Radio Occultation

**Radio Occultation (RO):** GPS satellites are continuously emitting RF signals into the Earth's atmosphere. As they pass through the atmosphere, these signals are bent. The bending angle of the signal is dependent on the pressure, temperature, and water vapor concentration in the lower atmosphere and the electron density in the ionosphere. Thus, an RO satellite can scan the atmosphere vertically, deriving temperature/pressure/humidity data based on the bend angles of signals received—thus providing a thorough picture of atmospheric conditions. These measurements can be used to build weather forecasting models, monitor climate change, and conduct space and ionospheric research.

**RO Operational Schematic**



# Spire Global Inc. (SPIR)
## Product overview: GNSS Reflectometry

**GNSS Reflectometry (GNSS-R):** GNSS-R is similar to RO. However, whereas RO is focused on measuring how GPS signals are affected by the Earth's atmosphere, GNSS-R is focused on how those signals are affected by the Earth's surface. By measuring the distortion and delay of the reflected path, Spire is able detect things such as ocean surface height, wind speed and direction, soil moisture, humidity, and ice-layer density. These data are particularly relevant for the agricultural industry.

### Soil Moisture Measurements from GNSS-R



Calibrated Surface Soil Moisture (CSSM) 12km Grid

# Spire Global Inc. (SPIR)
## Product overview: RF Signal Geolocation

**RF Signal Location:** By leveraging instrumentation for its GNSS-R and RO capabilities (see prior slides), as well as the precise positioning capability of Spire's own satellites, Spire has recently proven an ability to detect and geolocate sources of RF signals.

This capability is particularly useful for national security applications, as adversaries increasingly employ GPS/GNSS jamming or spoofing to disrupt operations. By knowing where jamming/spoofing sources are coming from, operators can block out those signals or target them with kinetic weapons. Moreover, RF signal location can also be used in the maritime domain for dark vessel detection—i.e., vessels that have turned off their AIS transponders. This capability is also useful for government customers, as it allows for better detection of illegal activities often undertaken by dark vessels.

RF signal geolocation is a new capability recently developed by Spire. The capability was developed not by deploying new satellites, but rather by using the software-defined nature of its satellites to insert the capability on its existing fleet. Spire now has 40 satellites on orbit with this capability, and it recently secured a $10m+ contract to provide it to a defense contractor.

We believe the importance of this capability has been highlighted by the war in Ukraine, where jamming techniques have been used to reduce command and control capabilities. This recent coverage may be favorable for Spire, as the market may be more receptive to the value of Spire's solution.

**Results of GPS Spoofing on a Naval Vessel**



CREDIT SUISSE    Source: GAO

# Spire Global Inc. (SPIR)
## Industry verticals

As discussed previously, Spire's offerings currently span four primary verticals: maritime, aviation, weather, and space services.

- **Maritime:** Includes data, insights, and predictive analytics used for highly accurate ship monitoring, ship safety, and route optimization. While solutions primarily focus on satellite-AIS data collected by Spire's satellites, these data can also be used in conjunction with weather predictions provided by Spire's radio occultation capability, enabling improved routing and vessel safety.
  - **Use cases:** Vessel tracking, arrival estimates, berth planning, port optimization, disaster response, compliance reports, route optimizations, infrastructure monitoring (e.g., undersea cables, offshore drilling rigs), fisheries management, piracy surveillance, cargo tracking, macroeconomic analysis
  - **Customers:** Ship owners, ship operators, marine facilities (e.g., port operators), shipping operators, shipping managers, government regulators, economists, commodity producers, and financial firms
- **Aviation:** Includes data, insights, and predictive analytics used for aircraft monitoring, safety, and route optimization. Customers of this offering are most likely to be airlines, air-traffic control operators, and the financial community. Specific use cases include:
  - **Use cases:** Aircraft tracking, arrival estimates, aviation safety, route planning, and financial forecasting
  - **Customers**: Passenger airlines, cargo operators, aviation regulators, aftermarket service providers, and financial firms
- **Weather:** Includes data, insights, and predictive analytics used for highly accurate weather forecasting.
  - **Use cases:** Weather prediction
  - **Customers:** Civilian government agencies (e.g., NOAA), national security customers, airlines, commodity producers (agricultural, mining, oilfield services companies), commodity traders, food producers, logistics firms, other financial firms
- **Space Services:** Provides a means for customers to deploy and operate their own constellation of satellites and software applications using Spire's global infrastructure and operational expertise.
  - **Use cases:** Rapid deployment of wholly owned and operated space assets in a capital-efficient manner
  - **Customers:** Government agencies and earth intelligence companies

# Spire Global Inc. (SPIR)
## What customers are saying

"The live trials we've had over the last couple of months with the Met Office [UK national weather agency] and assimilating the data [from Spire] in the last month at our own Air Force office **have shown positive results as expected for global [weather] model performance.**"
–Mike Farrar, USAF Chief Scientist for Weather Operations

"I would agree that we definitely **want to continue increasing the number of radio occultation soundings that we have available to us**…Having a complement in high latitudes that's comparable to what we have at low latitudes from COSMIC-2 is definitely desirable"
– Jim Yoe, NOAA Joint Center for Satellite Data Assimilation

"Given the good performance of the innovation statistics for the Spire data, impact trials were run in the Met Office's NWP system. Tests were run assimilating data from the current observational network, and with no GNSS-RO data, adding data from Spire in various proportions, and replacing the data from the Metop-C satellite with data from Spire. **It was found that there is a substantial forecast benefit from assimilating Spire data.**" – UK Met Office Report

"Spire was a game changer in our application, the weather data provided was easy to use and considerably increased the accuracy of Quiron's algorithms. In Portugal, before Spire, Quiron used a combination of ground weather stations and other weather data sources. **Using data from Spire, we improved the resolution and quality of the data in remote locations and it allowed for a 30% increase in accuracy of fire risk zoning.**" – Quiron

"Since the addition of Spire D-AIS™ to Geonius™, we **reduced the number of alerting vessels by up to 84%** which reduces work on the part of loss prevention investigators, and increases confidence in our system." – Geollect

"After we integrated D-AIS into our internal AIS geospatial processing algorithms, **we have seen a 4% uplift in port call detection** for the dry bulk fleet. This is paramount for us to track global dry bulk trade with as high accuracy as possible." – Oceanbolt

# Spire Global Inc. (SPIR)
## Capital allocation: exactEarth acquisition

On September 14, 2021, Spire announced a definitive agreement to acquire exactEarth for $161.2m in cash and stock. Founded in 2009, exactEarth is a maritime vessel tracking company. Based on the value of consideration at the time of the deal announcement, Spire paid ~9x EV/TTM sales for exactEarth—representing a premium of more than 100% to the undisturbed share price. In an 8K-A filed in February 2022, exactEarth reported 29% sales growth for the nine months ended July 21, 2021, with 51% gross margins, -1% operating margins, and -4% FCF margins. We believe the elevated price paid by Spire for what appears to be an otherwise uncompelling asset is likely owes to two factors: (1) the unique revenue and cost synergies Spire expects to extract from exactEarth and (2) a competitive bid process and a potential defensive move to keep exactEarth from another competitor, which would otherwise weaken Spire's existing maritime AIS business. **While we explore these in more depth in the following slide, we also think that SPIR overpaid for this asset to some degree. Current and prospective investors should, therefore, place future capital allocation decisions under close scrutiny.**



**exactEarth Sales vs. Gross Margins**
*Sales (LHS) in thousands of USD*

**exactEarth Sales & Profitability Trends**
*Improving TTM trends, but longer-term results less impressive*

9% 8-yr sales CAGR



# Spire Global Inc. (SPIR)
## Capital allocation: exactEarth acquisition

**Deal rationale**

While Spire itself cited six factors as informing this acquisition, we believe the following are the most important:

- **Cross-sell:** exactEarth added 343 solution customers to Spire's business, more than doubling Spire's customer list. Given the maritime industry's exposure to global weather conditions, this provides a greater set of cross-sell opportunities of Spire's weather data and weather analytics solutions.

- **Cost reductions**: There are a variety of cost reduction solutions open to Spire as a result of this deal. One would be to move satellite AIS data collection away from LHX (exactEarth's current partner) and toward Spire's own constellation. This would improve exactEarth's gross margins, as exactEarth currently pays a 30% pass-through on incremental sales over $16m to LHX (see 8K/A excerpt below). Alternatively, or in addition to this, Spire can pursue ground station vendor savings and other areas of opex efficiency.

- **Consolidation**: One of the factors that we believe has historically made the space industry a generally disappointing sector for investment has been the resistance to consolidation. Spire has broken the mold by purchasing its main competitor within its maritime vertical. We expect the benefits of this to manifest through **improved pricing upon contract renewal dates.**

**exactEarth's Martime Traffic Monitoring Solution**



**Spire 8K/A Excerpt**

"The Company [exactEarth] has an agreement with L3Harris ("L3Harris Agreement") to receive satellite automatic identification system ("S-AIS") data from the L3Harris AppStar payloads on-board Iridium NEXT Constellation, Iridium's second-generation satellite constellation. As of October 31, 2020, there were 58 AppStar payloads on the Iridium NEXT Constellation commissioned and in service…Under the A&R L3Harris Agreement, the Company will pay a **30% share of S-AIS data revenues** for the portion of exactEarth annual S-AIS data revenue which is in excess of USD $16,000…"

# Spire Global Inc. (SPIR)
## Investment positives

**Compelling growth outlook**

We believe Spire's greatest advantage is its ability to add incremental sales through a diverse set of expanding opportunities. These sales should come with a highly favorable contribution margin (see next point), thus accelerating the company's path to cash flow breakeven and ultimately helping to provide an attractive risk/reward for the stock given its current valuation (1.6x EV/2022E sales). We see four primary drivers of our optimistic growth outlook for Spire:

- **Increased uptake of "legacy" solutions:** We expect Spire's investment in sales and marketing spend—including investments in top-of-funnel brand awareness—to drive faster sales cycles and increased customer additions over the coming quarters. Current trends in government procurement—including increased uptake of commercial space data providers from the likes of NOAA—also appear to be supportive. Potential revenue synergies from the exactEarth acquisitions—e.g., selling weather solutions to maritime AIS buyers—offer another avenue for growth along this pillar. Finally, a recovery in commercial air travel may drive higher opex budgets at airlines, driving increased demand for the company's aviation data.

- **Uptake of newly introduced solutions:** Spire's newly operational geolocation solution should be a strong driver of new customer additions over the coming 12-24 months. While the company faces some competition in this field from companies such as Hawkeye360 and Kleos Space, Spire has a larger fleet of satellites to collect the data. This results in higher revisit rates and—with Spire's new OISLs—faster and more secure transmission of this time-sensitive intelligence to customers.

- **Future product introductions:** We believe the introduction of microwave sounding payloads onboard Spire satellites will be a key driver of growth toward the middle of the decade. Microwave sounding is used extensively in weather prediction and would be a strong compliment to Spire's radio occultation data, enabling product bundling, as well as enhanced value from the company's weather prediction product. This could drive a large acceleration in net revenue retention (NRR) from existing weather customers.

- **Geographic expansion:** Spire continues to expand the global reach of its sales operations. Given Spire's global coverage and turnkey distribution approach, we believe that adding geographic breadth to its sales motion offers relatively low-hanging fruit for growth—albeit perhaps at lower revenue per customer in the near term.

# Spire Global Inc. (SPIR)
## Investment positives

**Attractive unit economics**

We see Spire as one of the few space sector companies capable of delivering compelling unit economics. This ultimately stems from the high gross margin potential of its core data product, which can generate incremental sales with minimal incremental cost. Assuming the company can continue to deliver solid revenue growth over the coming years, we expect this to drive strong incremental gross margins and favorable operating leverage. We believe that Spire could generate teens+ long-term FCF margins, assuming 70% incremental gross margins and declining opex as a percentage of sales. We further note that robust gross margins are not just theoretical—the company reported 64% GAAP gross margins in 2020, which was at the high end of its peer group.

## GAAP Gross Margins
*2019-2021 Actuals*



## GAAP Gross Margins
*2020-2021 Actuals; 2022-2032 CSe*



Note: *CS-adjusted metric inclusive of D&A

 **CREDIT SUISSE**  Source: Company data, Credit Suisse estimates

Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com  158

Return to table of contents

# Spire Global Inc. (SPIR)
## Investment positives

**Scalable and capital-light business model**

By collecting data once and selling it many times, Spire's business is uniquely scalable within our coverage universe. Achieving high rates of growth is not dependent on aggressive production targets, large amounts of incremental capex, or extensive new software development. Rather, it is almost entirely premised on Spire's selling motion. This decreases risk to our estimates, as those estimates are reliant on fewer variables compared to the rest of our coverage universe. Further, the capital-light nature of the business should drive a comparatively modest invested capital base, establishing high ROICs and paving the path for Spire to break the industry mold and earn a return on invested capital higher than its cost of capital.

**Limited competition**

By focusing on the RF space, we see Spire as better positioned from a competitive standpoint relative to other space companies. RF—particularly the parts of the spectrum that Spire focuses on—is currently a less competitive market than electro-optical imagery or synthetic-aperture radar (SAR) imagery. This should enable comparatively stronger pricing power, less churn, and higher market share.

**Large value-add opportunity**

While the sale of raw RF data is exposed to potential commoditization over the long term, we believe that RF itself allows for greater analytical insight relative to imagery, providing a means for Spire to increasingly differentiate itself and be more than just a provider of raw data. This view rests on RF's more machine-interpretable format, continuous data streams, and wider array of data streams and applications. If we just consider weather, an EO satellite can tell you where a storm is—RF data can tell you where its going, and what being in the storm is like.



**Capex Trends ($ in millions)**
*No capex surge here*

Source: Company data, Credit Suisse estimates

# Spire Global Inc. (SPIR)
## Investment negatives

**Capital allocation track record**

We have a negative view on the exactEarth acquisition that Spire completed in Q4'21 for $105m in cash proceeds, plus stock. We believe Spire significantly overpaid for what appears to us to be an unattractive asset, and we think a direct line can be drawn between this acquisition and recent financing activities that look to be quite costly to us (Blue Torch loan, and more recently a potentially $85m ATM equity distribution agreement—see next point). Whether the strategic benefits of the acquisition can make up for these costs remains an open question, and it may take some time to get an answer.

**Potentially significant equity dilution**

Following a 92.5% share price decline, SPIR entered into an $85m ATM equity distribution agreement on September 14, 2022. Should SPIR execute on the ATM, the offering could be substantially dilutive—increasing share count by as much as ~57% based on the current price. While it remains to be seen if SPIR will sell shares—and if so, how many—we cannot rate the stock as Outperform given the potential market pressure from the offering.

**Constrained liquidity**

While SPIR raised ~$233m net of transaction costs from its 2021 reverse recapitalization and PIPE financing, the company deployed nearly half of those proceeds for the cash portion of the exactEarth acquisition. Thus, while the company's quarterly burn rate has not been especially concerning ($19m in Q1'22), Spire's cash balance is nevertheless not where we'd like it to be. Based on the Q1 burn rate, the $91.6m of cash currently on the balance sheet should last the company approximately five quarters. While this is better than many of Spire's peers, we would like to see a thicker liquidity buffer to help derisk the equity.

**Space services creates reflexivity risk**

The majority of Spire's legacy business is not exposed to other space companies—it is instead geared toward government agencies, port operators, airlines, the financial industry, and the like. This means that the core data business has relatively modest exposure to space industry reflexivity that may arise from lower valuations. However, we believe that the space services business is likely more exposed to other space companies, which puts that portion of ARR and sales at risk. However, we believe that existing contracts in ARR are firm contracts, with relatively limited near-term risk. This negative would likely manifest in lower net new ARR in the coming quarters.



# Spire Global Inc. (SPIR)
## Valuation, target price, and risks

**Valuation**
- **Target Price:** We value SPIR using a DCF, incorporating 3% perpetual growth and a 10% WACC. This results in our $2 target price for SPIR.
- **Blue Sky Scenario:** Our Blue Sky scenario assumes the stock rerates to a ~5x multiple on CSe '23 sales. This results in our $4 Blue Sky scenario.
- **Grey Sky Scenario:** Our Grey Sky scenario assumes the stock further rerates to a 1x multiple on CSe '22 sales. This results in our $0.50 Grey Sky scenario.

**Risks**

Risks include high customer concentration and associated risk of churn on any large accounts, lengthening of sales cycles, lower-than-expected revenue synergies from exactEarth, increased pricing pressure from government customers, an inability to appropriately commercialize weather solutions, liquidity risk and the risk of a dilutive equity raise, lower space services demand, and higher interest rates. The high voting share of founders also introduces governance-related risks. Upside risks include new contract wins and better-than-expected gross margin performance.

|  |  | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
|  | Sales | 43.4 | 80.3 | 118.7 | 169.0 |
|  | Organic Growth | 45.9% | 47.3% | 47.8% | 42.4% |
|  | Gross Profit | 25 | 40 | 67 | 102 |
|  | FCF | (73.4) | (73.4) | (63.5) | (43.8) |
|  | UFCF | (77.1) | (70.4) | (52.6) | (29.8) |
| Current Price | EV/Sales | 3.5 | 1.9 | 1.3 | 0.9 |
|  | EV/Sales/Growth | 0.07 | 0.04 | 0.03 |  |
|  | EV/Gross Profit | 6.2 | 3.8 | 2.3 | 1.5 |
| Target Price | EV/Sales | 6.5 | 3.5 | 2.4 | 1.7 |
|  | EV/Sales/Growth | 0.14 | 0.07 | 0.06 |  |
|  | EV/Gross Profit | 11.5 | 7.0 | 4.2 | 2.8 |
| Blue Sky | EV/Sales | 13.0 | 7.0 | 4.7 | 3.3 |
|  | EV/Sales/Growth | 0.27 | 0.15 | 0.11 |  |
|  | EV/Gross Profit | 22.8 | 14.0 | 8.4 | 5.5 |
| Grey Sky | EV/Sales | 1.7 | 0.9 | 0.6 | 0.4 |
|  | EV/Sales/Growth | 0.04 | 0.02 | 0.01 |  |
|  | EV/Gross Profit | 3.0 | 1.8 | 1.1 | 0.7 |

# Spire Global Inc. (SPIR)
## Management team



**Peter Platzer** – *Chief Executive Officer, President, Director*
Mr. Platzer is one of Spire's co-founders and has served as President, Chief Executive Officer, and as one of Spire's directors since September 2012. Prior to this, Mr. Platzer served as Senior Portfolio Manager at Vegasoul Capital, LLC, an asset management firm, from September 2010 to September 2011, and as Director, Proprietary Trader at Deutsche Bank AG, from July 2007 to December 2010. Mr. Platzer also served as Head of Quantitative Research at TRG Management LP, also known as The Rohatyn Group, from May 2003 to July 2007. Mr. Platzer holds a Dipl. Ing (equivalent to B.S., M.S., and PhD qualification exam) in Physics from the Technical University of Vienna, an M.Sc. cum laude in Space Science and Management from the International Space University, and an M.B.A. summa cum laude from Harvard Business School.



**Thomas Krywe** - *Chief Financial Officer*
Mr. Krywe has served as Spires's Chief Financial Officer since October 2020. Mr. Krywe previously served as Co-Chief Financial Officer from December 2018 to October 2020, as Vice President, Finance and Sales Operations from June 2018 to December 2018, and as an Executive Financial Consultant from October 2017 to May 2018. Prior to joining Spire, Mr. Krywe served as Vice President, Finance at Jive Software, Inc., a communication software company, from September 2015 to September 2017, and as Senior Director of Finance of the Data Protection Division at Dell EMC, a data storage and information security company and subsidiary of Dell Technologies Inc., from January 2013 to September 2015. Mr. Krywe served as Vice President of Finance and Accounting at 2Wire, Inc., a home networking customer premises equipment manufacturer acquired by Arris International, Plc, from June 2008 to November 2012. Mr. Krywe holds a B.S. in Commerce, Finance from Santa Clara University.



**Theresa Condor** – *Chief Operating Office Officer, Director*
Theresa Condor is Chief Operating Officer at Spire and has served in a variety of roles since February 2013, most recently as Executive Vice President, General Manager of Space Services and Earth Intelligence. She has also served on Spire's board of directors since November 2015. From August 2008 to February 2012, Ms. Condor was with Citi Group Inc., where she served most recently as Vice President of Trade Risk Distribution at the Latin America Desk and previously as a Rotating Management Associate. Ms. Condor holds a B.A. in Government from Cornell University and an M.I.A. in International Finance and Policy from the School of International and Public Affairs at Columbia University.

# Spire Global Inc. (SPIR)
## Income statement

**Spire Global (SPIR)**
Income Statement

| (US$ in millions, unless otherwise stated) | Q1'22 3/31/2022 | Q2'22 6/30/2022 | Q3'22E 9/30/2022 | Q4'22E 12/31/2022 | FY 2020 12/31/2020 | FY 2021 12/31/2021 | FY 2022E 12/31/2022 | FY 2023E 12/31/2023 | FY 2024E 12/31/2024 | FY 2025E 12/31/2025 | FY 2026E 12/31/2026 | FY 2027E 12/31/2027 | FY 2028E 12/31/2028 | FY 2029E 12/31/2029 | FY 2030E 12/31/2030 | FY 2031E 12/31/2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fiscal 2022 by Quarter | | | | | | | Fiscal Year Ends December | | | | | | | |
| **Sales** | 18.1 | 19.4 | 19.6 | 23.3 | 28.5 | 43.4 | 80.3 | 118.7 | 169.0 | 233.1 | 317.3 | 412.3 | 498.3 | 571.4 | 619.7 | 640.4 |
| *y/y growth %* | 86% | 113% | 105% | 55% | | 52% | 85% | 48% | 42% | 38% | 36% | 30% | 21% | 15% | 8% | 3% |
| *y/y organic growth %* | 39% | 62% | 58% | 37% | | 46% | 47% | 48% | 42% | 38% | 36% | 30% | 21% | 15% | 8% | 3% |
| **Cost of sales** | 9.8 | 9.6 | 9.7 | 11.0 | 10.3 | 18.7 | 40.1 | 51.6 | 66.7 | 85.9 | 111.1 | 139.6 | 165.5 | 187.4 | 201.9 | 208.1 |
| **Gross profit** | 8.2 | 9.8 | 9.9 | 12.3 | 18.2 | 24.7 | 40.3 | 67.1 | 102.4 | 147.2 | 206.1 | 272.6 | 332.9 | 384.0 | 417.8 | 432.3 |
| *Gross margin %* | 46% | 51% | 51% | 53% | 64% | 57% | 50% | 57% | 61% | 63% | 65% | 66% | 67% | 67% | 67% | 68% |
| *Incremental gross margin %* | 22% | 43% | 45% | 65% | | 43% | 42% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
| *y/y growth %* | 29% | 82% | 134% | 42% | | 35% | 63% | 67% | 52% | 44% | 40% | 32% | 22% | 15% | 9% | 3% |
| **R&D** | 8.7 | 8.2 | 8.8 | 9.5 | 20.8 | 31.6 | 35.1 | 38.5 | 42.1 | 47.2 | 57.3 | 68.7 | 79.0 | 87.8 | 93.6 | 96.1 |
| *% of sales* | 48% | 42% | 50% | 45% | 72.8% | 72.9% | 43.6% | 32.5% | 24.9% | 20.2% | 18.1% | 16.7% | 15.9% | 15.4% | 15.1% | 15.0% |
| *% incremental sales* | 21% | 10% | 10% | -3% | | 73.0% | 9.5% | 8.8% | 7.0% | 8.0% | 12.0% | 12.0% | 12.0% | 12.0% | 12.0% | 12.0% |
| *y/y growth %* | 25% | 14% | 13% | -3% | | 52.4% | 11.2% | 9.7% | 9.1% | 12.2% | 21.4% | 19.9% | 15.0% | 11.1% | 6.6% | 2.7% |
| **S&M** | 6.9 | 6.7 | 6.8 | 7.1 | 10.3 | 20.4 | 27.5 | 34.5 | 44.6 | 60.6 | 81.6 | 105.4 | 126.9 | 145.2 | 157.2 | 162.4 |
| *% of sales* | 38% | 35% | 35% | 31% | 36.1% | 49.0% | 43.1% | 29.1% | 26.4% | 26.0% | 25.7% | 25.6% | 25.5% | 25.4% | 25.4% | 25.4% |
| *% incremental sales* | 35% | 18% | 15% | 10% | | 67.9% | 19.3% | 18.2% | 20.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| *y/y growth %* | 75% | 39% | 21% | 18% | | 98.3% | 34.9% | 25.4% | 29.2% | 35.9% | 34.7% | 29.1% | 20.4% | 14.4% | 8.3% | 3.3% |
| **G&A** | 12.7 | 11.3 | 10.5 | 10.9 | 12.5 | 40.5 | 45.3 | 43.5 | 47.1 | 51.5 | 57.4 | 64.1 | 70.1 | 75.2 | 78.6 | 80.1 |
| *% of sales* | 70% | 58% | 58% | 51% | 43.9% | 93.3% | 56.5% | 36.7% | 27.8% | 22.1% | 18.1% | 15.5% | 14.1% | 13.2% | 12.7% | 12.5% |
| *% incremental sales* | 51% | -106% | 10% | 12% | | 187.8% | 13.2% | -4.7% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% |
| *y/y growth %* | 51% | 63% | 27% | -36% | | 223.3% | 12.0% | -4.0% | 8.1% | 9.5% | 11.4% | 11.6% | 9.4% | 7.3% | 4.5% | 1.8% |
| Loss on satellite deorbit & launch failure | | | | | 0.7 | - | - | - | - | - | - | - | - | - | - | - |
| Operating expenses | 28 | 26 | 26 | 27 | 44 | 92 | 108 | 117 | 134 | 159 | 196 | 238 | 276 | 308 | 329 | 339 |
| **GAAP Operating income (loss)** | (20.0) | (16.4) | (16.1) | (15.2) | (26.0) | (67.8) | (67.7) | (49.4) | (31.3) | (12.1) | 9.8 | 34.5 | 56.9 | 75.9 | 88.4 | 93.8 |
| *Operating income margin %* | -111% | -85% | -82% | -65% | -91.3% | -156.4% | -84.4% | -41.6% | -18.5% | -5.2% | 3.1% | 8.4% | 11.4% | 13.3% | 14.3% | 14.6% |
| Interest income | 0 | 0 | - | - | 0.1 | 0.0 | 0.1 | - | - | - | - | - | - | - | - | - |
| Interest expense | (3) | (3) | (3.1) | (4.1) | (6.8) | (11.4) | (13.0) | (21.0) | (25.5) | (30.0) | (16.5) | (9.0) | (4.5) | - | - | - |
| Change in fair value of warrant liabilities | 6 | 4 | - | - | - | 65.4 | 9.7 | - | - | - | - | - | - | - | - | - |
| Loss on extinguishment of debt | | (23) | | | | | (22.5) | | | | | | | | | |
| Other income (expense), net | (1) | (3) | - | - | 0.6 | (5.0) | (3.3) | - | - | - | - | - | - | - | - | - |
| Pretax income (loss) | (17.9) | (40.4) | (19.2) | (19.3) | (32.1) | (18.8) | (96.7) | (70.4) | (56.8) | (42.1) | (6.7) | 25.5 | 52.4 | 75.9 | 88.4 | 93.8 |
| Income tax expense (benefit) | 0.3 | 0.1 | 0.2 | 0.2 | 0.4 | 0.5 | 0.7 | 0.7 | 0.7 | 0 | 0 | 5 | 11 | 16 | 19 | 20 |
| Effective tax rate | -1.6% | -0.2% | -1.0% | -1.0% | -1.2% | -2.6% | -0.8% | -1.0% | -1.0% | -1.0% | -1.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| Net income (loss) | (18.2) | (40.5) | (19.4) | (19.4) | (32.5) | (19.3) | (97.5) | (71.1) | (57.4) | (42.5) | (6.8) | 20.1 | 41.4 | 59.9 | 69.8 | 74.1 |
| *Net income margin %* | -100% | -209% | -99% | -84% | -114% | -45% | -121% | -60% | -34% | -18% | -2% | 5% | 8% | 10% | 11% | 12% |
| OCI | 1.9 | (2) | - | - | (0) | 2 | - | - | - | - | - | - | - | - | - | - |
| Comprehensive income (loss) | (16) | (43) | (19) | (19) | (33) | (18) | (97) | (71) | (57) | (43) | (7) | 20 | 41 | 60 | 70 | 74 |
| **Basic EPS** | (0.13) | (0.29) | (0.14) | (0.12) | (1.85) | (0.31) | (0.67) | (0.37) | (0.29) | (0.21) | (0.03) | 0.09 | 0.19 | 0.27 | 0.30 | 0.31 |
| **GAAP Diluted EPS** | (0.13) | (0.29) | (0.14) | (0.12) | (1.85) | (0.31) | (0.67) | (0.37) | (0.29) | (0.21) | (0.03) | 0.08 | 0.16 | 0.22 | 0.25 | 0.26 |
| Total weighted average basic shares | 139.3 | 139.7 | 141.9 | 158.3 | 17.6 | 62.1 | 144.8 | 190.1 | 198.1 | 203.7 | 209.2 | 214.6 | 220.1 | 225.5 | 231.0 | 236.5 |
| Total weighted average diluted shares (GAAP) | 139.3 | 139.7 | 141.9 | 158.3 | 17.6 | 62.1 | 144.8 | 190.1 | 198.1 | 203.7 | 209.2 | 259.9 | 265.4 | 271.0 | 276.9 | 282.9 |
| Total weighted average diluted shares (non-GAAP) | 139.3 | 139.7 | 141.9 | 158.3 | 17.6 | 62.1 | 144.8 | 190.1 | 198.1 | 203.7 | 254.6 | 259.9 | 265.4 | 271.0 | 276.9 | 282.9 |
| NOL | 272.7 | 313.1 | 332.3 | 351.5 | 161.9 | 255 | 351.5 | 422.0 | 478.8 | 520.9 | 527.6 | 502 | 450 | 374 | 286 | 192 |
| GAAP Net Income | (18.2) | (40.5) | (19.4) | (19.4) | (32.5) | (19.3) | (97.5) | (71.1) | (57.4) | (42.5) | (6.8) | 20.1 | 41.4 | 59.9 | 69.8 | 74.1 |
| Stock based compensation | 2.3 | 2.9 | 2.9 | 2.9 | 2.2 | 11.6 | 11.0 | 10.8 | 11.5 | 12.5 | 13.6 | 14.9 | 16.4 | 18.1 | 20.1 | 22.4 |
| M&A expenses | 3.0 | 1.5 | - | 0.0 | - | 9.7 | 4.5 | - | - | - | - | - | - | - | - | - |
| Intangible amortization | 1.9 | 1.7 | 1.7 | 1.4 | - | 0.6 | 6.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.2 | 3.2 | 3.2 | 3.2 | 3.2 |
| Debt extinguishment | | 22.5 | | | | | 22.5 | | | | | | | | | |
| Other | (5.2) | (1.0) | 0.2 | 0.2 | 0.04 | (60) | (5.8) | - | - | - | - | - | - | - | - | - |
| **Non-GAAP Net Income** | (16.1) | (12.9) | (14.7) | (14.9) | (30.3) | (57.3) | (58.6) | (56.6) | (42.1) | (26.3) | 10.5 | 38.2 | 60.9 | 81.3 | 93.1 | 99.6 |
| **Non-GAAP EPS** | (0.12) | (0.09) | (0.10) | (0.09) | (1.72) | (0.92) | (0.40) | (0.30) | (0.21) | (0.13) | 0.04 | 0.15 | 0.23 | 0.30 | 0.34 | 0.35 |



# Spire Global Inc. (SPIR)
# Cash flow statement

**Spire Global (SPIR)**
Cash Flow Statement

| (US$ in millions, unless otherwise stated) | Q1'22 3/31/2022 | Q2'22 6/30/2022 | Q3'22E 9/30/2022 | Q4'22E 12/31/2022 | FY 2020 12/31/2020 | FY 2021 12/31/2021 | FY 2022E 12/31/2022 | FY 2023E 12/31/2023 | FY 2024E 12/31/2024 | FY 2025E 12/31/2025 | FY 2026E 12/31/2026 | FY 2027 12/31/2027 | FY 2028 12/31/2028 | FY 2029 12/31/2029 | FY 2030 12/31/2030 | FY 2031 12/31/2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *Fiscal 2022 by Quarter* | | | | *Fiscal Year Ends December* | | | | | | | | | | | |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | | | | | | | | | | | | | | |
| Net income (loss) | (18.2) | (40.5) | (19.4) | (19.4) | (32.5) | (19.3) | (97.5) | (71.1) | (57.4) | (42.5) | (6.8) | 20.1 | 41.4 | 59.9 | 69.8 | 74.1 |
| Adjustments to reconcile net income (loss) to net cash used in operating activities: | | | | | | | | | | | | | | | | |
| Depreciation and amortization | 4.8 | 4.5 | 4.8 | 5.9 | 5.5 | 8.5 | 20.0 | 20.9 | 23.1 | 23.9 | 24.3 | 24.9 | 26.9 | 30.1 | 32.1 | 33.7 |
| Stock-based compensation | 2.3 | 2.9 | 2.9 | 2.9 | 2.2 | 11.6 | 11.0 | 10.8 | 11.5 | 12.5 | 13.6 | 14.9 | 16.4 | 18.1 | 20.1 | 22.4 |
| Amortization of operating lease assets | 0.6 | 0.6 | - | - | - | - | 1.1 | - | - | - | - | - | - | - | - | - |
| Accretion on carrying value of convertible notes | - | - | - | - | 4.5 | 2.1 | - | - | - | - | - | - | - | - | - | - |
| Amortization of debt issuance costs | 1.4 | 1.3 | - | - | 0.3 | 3.4 | 2.7 | - | - | - | - | - | - | - | - | - |
| Change in fair value of warrant liability | (5.8) | (3.9) | - | - | 0.2 | 1.6 | (9.7) | - | - | - | - | - | - | - | - | - |
| Change in fair value of contingent earnout liability | (0.5) | (0.2) | - | - | - | (67.0) | (0.7) | - | - | - | - | - | - | - | - | - |
| Deferred income tax | - | - | - | - | 0.1 | 0.5 | - | - | 0.6 | 0.4 | 0.1 | 5.3 | 11.0 | 15.9 | 18.6 | 19.7 |
| Loss on extinguishment of debt | - | 22.3 | - | - | 0.2 | 3.0 | 22.3 | - | - | - | - | - | - | - | - | - |
| Loss on disposal of property and equipment | - | - | - | - | 0.7 | - | - | - | - | - | - | - | - | - | - | - |
| Loss on impairment of intangible assets | - | - | - | - | - | 0.1 | - | - | - | - | - | - | - | - | - | - |
| **Change in operating assets and liabilities:** | 0.4 | (4.5) | 0.1 | 2.8 | 4.0 | (2.3) | (1.2) | (2.7) | (2.3) | (3.2) | (6.4) | (8.7) | (10.0) | (10.7) | (10.0) | (1.8) |
| Accounts receivable | 2.2 | (8.9) | 0.2 | 0.7 | (0.4) | (5.0) | (5.8) | (7.7) | (10.1) | (12.8) | (16.8) | (19.0) | (17.2) | (14.6) | (9.6) | (4.1) |
| Contract assets | (1.5) | (0.9) | (1.5) | (1.4) | (1.1) | (0.0) | (5.3) | (3.6) | (3.3) | (3.9) | (6.6) | (7.4) | (6.7) | (5.7) | (3.8) | (1.6) |
| Other current assets | 1.4 | 1.8 | (1.8) | (1.4) | 0.4 | (6.7) | - | - | - | - | - | - | - | - | - | - |
| Other long-term assets | 0.5 | 0.3 | (0.4) | (0.4) | (0.2) | 0.1 | - | - | - | - | - | - | - | - | - | - |
| Accounts payable | (0.8) | (2.0) | 3.5 | 4.9 | 1.1 | 2.3 | 5.6 | 1.1 | 3.7 | 4.7 | 6.2 | 7.0 | 6.3 | 5.4 | 3.5 | 1.5 |
| Accrued wages and benefits | (1.1) | (0.7) | 1.4 | 1.2 | 1.0 | 1.8 | 0.9 | 0.5 | 1.0 | 1.6 | 2.3 | 2.6 | 2.3 | 2.0 | 1.3 | 0.6 |
| Contract liabilities | (1.0) | 5.3 | (0.0) | (0.9) | 3.2 | 0.2 | 3.4 | 6.9 | 6.4 | 7.3 | 8.6 | 8.2 | 5.3 | 2.3 | (1.4) | 1.9 |
| Other accrued expenses | 1.1 | 0.8 | (1.7) | (0.1) | 0.5 | 2.8 | - | - | - | - | - | - | - | - | - | - |
| Other long-term liabilities | (0.4) | (0.3) | 0.3 | 0.3 | (0.5) | 2.2 | - | - | - | - | - | - | - | - | - | - |
| **Net cash used in operating activities** | (15.0) | (17.5) | (11.7) | (7.8) | (14.8) | (58.0) | (52.0) | (42.1) | (24.5) | (8.9) | 24.8 | 56.6 | 85.7 | 113.4 | 130.6 | 148.0 |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | | | | | | | | | | | | | | |
| Purchases of property, equipment, and software | (4.2) | (8.2) | (4.5) | (4.5) | (10.3) | (15.4) | (21.4) | (21.4) | (19.3) | (18.7) | (23.2) | (25.6) | (27.4) | (31.4) | (31.0) | (32.0) |
| Purchases of short-term investments | - | (20.6) | - | - | - | - | (20.6) | - | - | - | - | - | - | - | - | - |
| Sale of short-term investments | - | - | - | 20.6 | - | - | 20.6 | - | - | - | - | - | - | - | - | - |
| Investment in intangible assets | (0.0) | 0.0 | - | - | (0.1) | (0.2) | - | - | - | - | - | - | - | - | - | - |
| Payments made in connection with business acquisition, net | - | - | - | - | - | (105.3) | - | - | - | - | - | - | - | - | - | - |
| **Net cash used in investing activities** | (4.3) | (28.8) | (4.5) | 16.1 | (10.4) | (120.8) | (21.4) | (21.4) | (19.3) | (18.7) | (23.2) | (25.6) | (27.4) | (31.4) | (31.0) | (32.0) |
| **Free cash flow** | (19.2) | (25.8) | (16.2) | (12.2) | (25.1) | (73.4) | (73.4) | (63.5) | (43.8) | (27.6) | 1.6 | 31.0 | 58.3 | 82.0 | 99.6 | 116.0 |
| **Free cash flow less SBC** | (21.5) | (28.7) | (19.1) | (15.2) | (27.2) | (85.0) | (84.4) | (74.3) | (55.3) | (40.1) | (12.0) | 16.1 | 41.9 | 63.9 | 79.5 | 93.6 |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | | | | | | | | | | | | | | |
| Proceeds from reverse recapitalization and PIPE financing, equity issuance | - | - | 5.0 | 30.0 | - | 264.8 | 35.0 | 20.0 | - | - | - | - | - | - | - | - |
| Payments of transaction costs related to reverse recapitlization | - | - | - | - | - | (31.8) | - | - | - | - | - | - | - | - | - | - |
| Proceeds from long-term debt | 0.1 | 100.3 | - | - | 30.9 | 70.5 | 100.4 | 20.0 | 150.0 | - | (120.0) | - | (75.0) | (75.0) | - | - |
| Proceeds from issuance of convertible notes payable | - | - | - | - | 0.6 | 20.0 | - | - | - | - | - | - | - | - | - | - |
| Payments on redemption of long-term debt | - | (71.5) | - | - | (14.1) | (29.6) | (71.5) | - | - | - | - | - | - | - | - | - |
| Payments on redemption of warrants | - | - | - | - | - | (19.9) | - | - | - | - | - | - | - | - | - | - |
| Payments of debt issuance costs | - | (4.3) | - | 4.3 | (0.8) | (4.7) | - | - | - | - | - | - | - | - | - | - |
| Proceeds from exercise of stock options | 0.6 | 0.2 | - | (0.8) | 0.1 | 1.3 | - | 3.5 | 3.7 | 3.9 | 4.3 | 4.7 | 5.1 | 5.7 | 6.3 | 7.0 |
| Other | | 0.3 | | | | | | | | | | | | | | |
| **Net cash provided by financing activities** | 0.7 | 24.9 | 5.0 | 33.5 | 16.6 | 270.5 | 63.8 | 43.5 | 153.7 | 3.9 | (115.7) | 4.7 | (69.9) | (69.3) | 6.3 | 7.0 |
| | | 25.6 | | | | | | | | | | | | | | |
| Effect of exchange rate changes on cash and cash equivalents | 0.9 | 2.4 | - | - | 0.0 | 1.9 | - | - | - | - | - | - | - | - | - | - |
| Net increase (decrease) in cash, cash equivalents, and restricted cash | (17.7) | (19.0) | (11.2) | 41.9 | (8.5) | 93.7 | (9.6) | (20.0) | 109.9 | (23.6) | (114.1) | 35.6 | (11.5) | 12.7 | 105.9 | 122.9 |
| Cash, cash equivalents and restricted cash at beginning of period | 109.6 | 92.0 | 72.9 | 61.8 | 24.5 | 16.0 | 109.6 | 100.1 | 80.1 | 190.0 | 166.3 | 52.2 | 87.9 | 76.3 | 89.0 | 194.9 |
| Cash, cash equivalents and restricted cash at end of period | 92.0 | 72.9 | 61.8 | 103.6 | 16.0 | 109.6 | 100.1 | 80.1 | 190.0 | 166.3 | 52.2 | 87.9 | 76.3 | 89.0 | 194.9 | 317.9 |



# Spire Global Inc. (SPIR)

## Balance sheet

**Spire Global (SPIR)**
Balance Sheet

| (US$ in millions, unless otherwise stated) | Q1'22 3/31/2022 | Q2'22 6/30/2022 | Q3'22E 9/30/2022 | Q4'22E 12/31/2022 | 2020 12/31/2020 | 2021 12/31/2021 | 2022E 12/31/2022 | 2023E 12/31/2023 | 2024E 12/31/2024 | 2025E 12/31/2025 | 2026E 12/31/2026 | 2027 12/31/2027 | 2028 12/31/2028 | 2029 12/31/2029 | 2030 12/31/2030 | 2031 12/31/2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 91.6 | 72.5 | 61.8 | 100.1 | 15.6 | 109.3 | 100.1 | 80.1 | 190.0 | 166.3 | 52.2 | 87.9 | 76.3 | 89.0 | 194.9 | 317.9 |
| Marketable securities | - | 20.6 | 20.6 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts receivable | 7.8 | 16.4 | 16.2 | 16.0 | 3.7 | 10.2 | 16.0 | 23.7 | 33.8 | 46.6 | 63.5 | 82.5 | 99.7 | 114.3 | 123.9 | 128.1 |
| Contract assets | 3.6 | 4.4 | 5.9 | 7.4 | 0.9 | 2.1 | 7.4 | 11.0 | 14.3 | 18.2 | 24.8 | 32.2 | 38.9 | 44.6 | 48.4 | 50.0 |
| Restricted cash, current | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other current assets | 8.5 | 6.5 | 8.3 | 10.1 | 2.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 |
| Total current assets | 111.5 | 120.4 | 112.7 | 133.6 | 22.3 | 131.6 | 133.6 | 124.9 | 248.2 | 241.2 | 150.5 | 212.6 | 225.0 | 258.0 | 377.3 | 506.0 |
| **Noncurrent assets** | | | | | | | | | | | | | | | | |
| PP&E, net | 52.1 | 55.1 | 55.9 | 56.8 | 20.5 | 48.7 | 56.8 | 61.0 | 61.0 | 59.5 | 62.0 | 66.0 | 69.6 | 74.1 | 76.2 | 77.8 |
| Operating Lease Assets | 11.0 | 10.1 | 10.1 | 10.1 | - | - | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 |
| Goodwill | 54.2 | 52.5 | 53.1 | 53.6 | - | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 | 53.6 |
| Customer relationships | 24.1 | 22.8 | 21.9 | 21.1 | - | 24.4 | 21.1 | 19.2 | 17.3 | 15.5 | 13.6 | 12.0 | 10.4 | 8.8 | 7.2 | 5.6 |
| Intangible assets, net | 18.7 | 16.9 | 16.7 | 16.4 | 0.8 | 19.8 | 16.4 | 14.6 | 12.7 | 10.8 | 9.0 | 7.4 | 5.8 | 4.2 | 2.6 | 1.0 |
| Other long-term assets, including restricted cash | 11.8 | 11.1 | 25.0 | 11.4 | 0.9 | 12.1 | 14.5 | 11.2 | 6.3 | 1.0 | - | | | | | |
| Total assets | 283.4 | 288.9 | 295.4 | 303.0 | 44.4 | 290.2 | 306.1 | 294.6 | 409.1 | 391.7 | 298.9 | 361.7 | 374.5 | 408.8 | 527.1 | 654.1 |
| **Current liabilities** | | | | | | | | | | | | | | | | |
| Accounts payable | 7.2 | 4.4 | 7.9 | 11.4 | 1.8 | 5.8 | 11.4 | 12.6 | 16.3 | 21.0 | 27.1 | 34.1 | 40.4 | 45.7 | 49.2 | 50.7 |
| Accrued wages and benefits | 4.6 | 3.8 | 5.2 | 6.6 | 1.6 | 5.6 | 6.6 | 7.1 | 8.2 | 9.7 | 12.0 | 14.5 | 16.9 | 18.8 | 20.1 | 20.7 |
| Contract liabilities, current portion | 6.5 | 12.1 | 12.1 | 12.0 | 8.1 | 8.6 | 12.0 | 19.0 | 25.4 | 32.6 | 41.2 | 49.5 | 54.8 | 57.1 | 55.8 | 57.6 |
| Warrant liabilities, current portion | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other accrued expenses | 7.7 | 8.3 | 6.6 | 4.9 | 1.8 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 |
| Total current liabilities | 26.0 | 28.5 | 31.7 | 35.0 | 13.3 | 25.0 | 35.0 | 43.6 | 54.7 | 68.2 | 85.2 | 102.9 | 116.9 | 126.5 | 130.0 | 133.9 |
| **Noncurrent liabilities** | | | | | | | | | | | | | | | | |
| Long-term debt, non-current | 52.7 | 96.9 | 96.9 | 96.9 | 26.6 | 51.1 | 100.0 | 120.0 | 270.0 | 270.0 | 150.0 | 150.0 | 75.0 | - | - | - |
| Contingent earnout liabilities | 10.9 | 10.7 | 11.0 | 11.4 | - | 11.4 | 11.4 | 11.4 | 11.4 | 11.4 | 11.4 | 11.4 | 11.4 | 11.4 | 11.4 | 11.4 |
| Convertible notes payable, net | - | - | - | - | 48.6 | - | - | - | - | - | - | - | - | - | - | - |
| Deferred income tax liabilities | 0.8 | 0.8 | 0.8 | 0.8 | 0.3 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| Warrant liability | 5.6 | 5.3 | 8.4 | 11.5 | 4.0 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 |
| Operating Lease Liabilities | 10.1 | 9.4 | 9.4 | 9.4 | - | - | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 |
| Other long-term liabilities | 1.8 | 1.1 | - | - | 0.2 | 1.6 | - | - | - | - | 4.5 | 15.8 | 33.5 | 56.8 | 83.7 | 112.6 |
| Total liabilites | 107.9 | 152.8 | 158.3 | 165.0 | 93.2 | 101.3 | 168.0 | 196.6 | 357.7 | 371.3 | 272.8 | 301.9 | 258.5 | 216.4 | 246.7 | 279.6 |
| Preferred Stock | - | - | - | - | 153.3 | - | - | - | - | - | - | - | - | - | - | - |
| Common Stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| APIC | 421.5 | 424.9 | 445.0 | 465.2 | 10.1 | 418.6 | 465.2 | 496.2 | 507.1 | 518.6 | 531.1 | 544.7 | 559.6 | 576.0 | 594.1 | 614.2 |
| Accumulated other comprehensive income | 2.6 | 0.3 | 0.5 | 0.7 | (1.0) | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 |
| Retained earnings (deficit) | (248.6) | (289.1) | (308.5) | (327.9) | (211.1) | (230.5) | (327.9) | (399.1) | (456.5) | (499.0) | (505.8) | (485.7) | (444.3) | (384.4) | (314.5) | (240.4) |
| Total stockholders' equity | 175.5 | 136.1 | 137.1 | 138.0 | (48.7) | 188.9 | 138.0 | 97.9 | 51.4 | 20.4 | 26.1 | 59.8 | 116.0 | 192.4 | 280.3 | 374.5 |
| Total liabilities and stockholders' equity | 283.4 | 288.9 | 295.4 | 303.0 | 44.4 | 290.2 | 306.1 | 294.6 | 409.1 | 391.7 | 298.9 | 361.7 | 374.5 | 408.8 | 527.1 | 654.1 |

# Virgin Orbit Holdings, Inc. (VORB)
## Initiate with an Underperform Rating, $1 Target Price

Notionally founded in 2017 via a spin-off, Virgin Orbit is a small-sat launch company. Whereas most small-sat launch companies provide their service from a ground-launched rocket, VORB's solution differs by using an air launch approach. More specifically, the company employs a Boeing 747-400 to deploy its two-stage "LauncherOne" vehicle from an altitude of 35,000 ft. Key differentiators enabled by this solution include mobile and flexible deployments, rapid and unpredictable launch, reduced environmental effect, and tailored orbits.

We are initiating coverage of VORB with an Underperform rating and a $1 target price. Key drivers of our Underperform rating include:

- **Negative gross margins:** VORB currently generates negative gross margins, with Q1 COGS of $17.4m corresponding to one rocket launch (no launches occurred in Q2 to rebaseline COGS). Given that the high-end of the company's near-term revenue guidance is $12m/launch, we think VORB will continue to generate negative gross margins until 2024E, when further increases in launch rate drive sufficient learning curve benefits to reach gross margin breakeven. We see the current market environment as unlikely to support share price outperformance of negative gross margin businesses—particularly when combined with lumpy underlying revenue.

- **Elevated cash burn and limited liquidity:** In addition to negative gross margins, VORB is also incurring substantial opex—$80m in H1'22, or $160m/yr annualized. These losses are driving substantially negative FCF, with the company burning $123m of FCF in H1'22. We expect ~$103m of burn in H2, which compares to a June 30, 2022, cash balance of $122m. Additional financing may, therefore, be required, and such financing may be costly to current equity holders.

- **Reflexivity exposure:** While VORB's 2022 launch manifest is primarily government oriented, our understanding is that the 2023 manifest leans more heavily toward commercial customers and commercial prospects. We believe that this exposes VORB to valuation reflexivity in the space economy. Specifically, lower public and private space valuations may drive reduced capital availability to commercial space companies. This may drive reduced capex, which should ultimately manifest in reduced launch budgets—resulting in reduced demand for VORB's high-cost services. This could drive deferrals of launches slated to occur in 2023, and/or an inability to source demand for available launch slots in H2'23. This may drive downside to Credit Suisse and consensus estimates.

- **What would make us more constructive:** Improved bookings, increased visibility on COGS, improved DoD budget support for responsive launch, and a stronger balance sheet.

- **Valuation & Risks:** We value VORB using a DCF, incorporating 3% perpetual growth, and a 10% WACC. This results in our $1 target price for VORB. Risks: Downside risks include increased competition, lengthening of sales cycles, and technical risk. Upside risks include large contract awards, successful execution of the upcoming Cornwall launch, and improvements in cost of goods sold.

# Virgin Orbit Holdings, Inc. (VORB)
## Key Charts

### Launch Trends
*International adoption expands launch numbers*



### Sales Trends
*Spaceports, O&M drive non-launch revenue*

■ Spaceport / other sales
■ Launch sales



### ASP Trends
*Prices increasing over time as defense mix improves*



### Gross Margin Trends
*Higher ASPs and volumes drive inflection in '24*



### Adj. EBITDA Trends
*Higher gross profit = EBITDA positive in 2025E*



# Virgin Orbit Holdings, Inc. (VORB)
## Key Charts

### OCF Trends
*Favorable w/c trends supports +ve OCF in '25E*



### FCF Trends
*Inflection lags OCF owing to capex spike*



### Change in Net Working Capital Trends
*Launch generally drives supportive w/c trends*



### Capex Trends
*Spike in '24/'25 to raise production capacity*



- Early launches have had low ASPs and limited learning curve benefits, resulting in negative gross profit to date.
- Combined with a high opex base, VORB is in a challenged cash flow situation.
- VORB's expectation is that improving ASPs and declining variable cost can turn gross margins positive, and in turn drive EBITDA and OCF/FCF toward breakeven.
- Standard launch industry payment terms are highly favorable to the launch provider, with ~60% of launch price collected six months prior to launch. As gross margins turn positive, this should result in pre-delivery payments outstripping inventory growth, driving the net working capital benefit in our model.
- We project 2026E to be a pivotal year, with FCF turning positive and revenue continuing to ramp up. The primary risk is demand and pricing.

# Virgin Orbit Holdings, Inc. (VORB)
## Key Charts

### SPAC Projections vs. Actual/CSe

| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|
| **SPAC Projections** | | | | | | | |
| Sales | 4 | 15 | 70 | 331 | 914 | 1,554 | 2,063 |
| Adj. EBITDA | (122) | (156) | (151) | (17) | 229 | 504 | 854 |
| Free Cash Flow | (156) | (155) | (222) | (120) | 90 | 547 | 889 |
| | | | | | | | |
| **Actual / CSe** | | | | | | | |
| Sales | 4 | 7 | 34 | 118 | 265 | 354 | 423 |
| Adj. EBITDA | (122) | (140) | (178) | (147) | (82) | (11) | 34 |
| Free Cash Flow | (156) | (179) | (225) | (162) | (135) | (28) | 43 |
| | | | | | | | |
| **Actuals / CSe as % of Projections** | | | | | | | |
| Sales | 100.0% | 49.2% | 48.3% | 35.6% | 29.0% | 22.8% | 20.5% |
| Adj. EBITDA | 100.0% | 90.0% | 118.0% | 863.4% | -35.9% | -2.3% | 3.9% |
| Free Cash Flow | 100.0% | 115.7% | 101.1% | 134.6% | -149.7% | -5.0% | 4.9% |

# Virgin Orbit Holdings, Inc. (VORB)
## Business overview

Virgin Orbit is a pure-play launch company. The company launches satellites weighing up to 500kg to a 230km LEO orbit, or a 300kg payload to a 500km sun-synchronous orbit (SSO). All launches are conducted from its LauncherOne system—an air-launch system that deploys its two-stage LauncherOne rocket from a 747-400 aircraft flying at 35,000 ft. ASPs are currently $6-12m/launch. While the firm originally intended to develop a space solutions business—which drove around 20% of the terminal-year revenue forecast in its SPAC projections—that business plan appears to be shelved for now.

VORB has three principal types of customers:

- **Commercial:** Primarily includes earth intelligence companies. Past customers include Spire Global and SatRevolution. Customers in the backlog include Arqit and HyperSat. We believe that commsat operators are unlikely to ever be major customers, since such customers must typically launch either many small satellites or a smaller number of large satellites. The former cannot be launched economically from VORB's system, while the latter do not fit within LauncherOne's payload constraints.

- **Civil:** The primary civilian agency buyer is NASA. NASA's AMES and Langley research centers have funded the launch of a number of payloads with VORB, including payloads designed by leading US technical universities. NASA has selected VORB as a participant in the agency's $300m/5yr Venture-Class Acquisition of Dedicated Rideshare (VADR) contract vehicle. We caution that the VADR contract is an indefinite-delivery/indefinite-quantity (IDIQ) contract, the value of which can often be *de minimis* in the absence of actual tasking awards. Competitors RKLB and ASTR are also on the VADR IDIQ.

- **National security:** National security customers have been the primary users of VORB's solutions to date. Indeed, three of four launches in 2022 are US DoD missions, while the remaining fourth launch is headlined by a UK MoD/US NRO collaboration. National security is likely to be VORB's largest market over the long term, given VORB's unique capabilities in providing responsive launch (important to the DoD) and sovereign launch (useful for foreign allies/partners of the US).

**LauncherOne Deploying from 747**



**Second-Stage Ignition**



**Satellite Deployment**



# Virgin Orbit Holdings, Inc. (VORB)
## Business overview

**Pricing:** VORB has guided near-term revenue per launch to be $6-12m. Government launches tend to be at or above the high end of this level, while commercial launches are typically toward the low end or midpoint. Potential responsive launch solutions are likely to be above the high end of the range, given the relative value-added. We note that revenue from launches conducted through Q1'22 has trended meaningfully below $6-12m, as these contracts were mostly booked prior to the company achieving technical feasibility—and thus were sold at a steep discount. We expect average price per launch to trend toward $12m/launch for this year's STP-28 missions (two launches), and closer to $8m for the upcoming Cornwall mission. As the 2023 manifest is somewhat more oriented toward commercial customers, we expect the average 2023 launch to come in below the $12m mark, albeit still higher than 2022 levels. VORB's pricing is ~60% higher per launch than RKLB's Electron.

**Capacity:** VORB has a 195,000-sq-ft HQ facility in Long Beach, California. This facility is used for design, engineering, manufacturing, integration, assembly, test, and payload processing. Five rockets are currently in production, and the plant is capable of supporting the production of up to 20 rockets annually.

**Working capital:** Being a pure-play launch provider, VORB should benefit from the favorable working capital dynamics that define the launch industry. Specifically, the launch business typically sees significant pre-delivery payments, with payments due upon contract signing, 18 months pre-launch, 12 months pre-launch, six months pre-launch, and the final payments collected by or before the launch date. Typically, 60% of the launch price will be collected at T-6 months. Thus, as the business achieves positive gross margins, the net cash inflows from pre-delivery payments should exceed any required inventory build, manifesting in positive cash flows from net working capital as the business grows.

**Backlog:** VORB reported a firm backlog of $163m as of June 30, 2022 (up $6m Q/Q). We estimate that $32m of this backlog will be recognized through revenue over the remainder of 2022, leaving $131m of backlog to be recognized in 2023 and beyond. The company has a further $419m of signed, non-binding memoranda of understanding (MOU) and letters of intent (LOI).

**Long Beach Factory Floor**



**Payload Integration at Long Beach**



# Virgin Orbit Holdings, Inc. (VORB)

## LauncherOne system

Virgin Orbit launches its rocket (LauncherOne) from a modified Boeing 747-400 aircraft (CosmicGirl). Owing to an initial velocity near Mach 1 and a 35,000-ft launch elevation, VORB believes that this approach allows for a more efficient launch capability—a gain that the company estimates at 30%. While the company cites a number of advantages, we believe the following are the most important:

- **Mobile and flexible:** With the LauncherOne system, payloads can be launched from anywhere in the world, in any direction. VORB is currently able to launch from either its main spaceport in Mojave for high-inclination orbits, as well as in Guam for low- and mid-inclination orbits. Once relatively minor ground infrastructure is established, the fundamentally mobile and flexible nature of the system also allows it to be sold as a sovereign launch capability to foreign governments. This is particularly relevant for the national security community, as it would allow nations to fully own the deployment of national security assets to space from satellite production to launch, separation, operations, and deorbit. This compares to the existing paradigm where many nations are forced to rely on partner countries for launch.

- **Responsive:** VORB's technical and operational footing allows for a highly responsive launch capability that can accommodate customer demand on short notice. The technical enablers include a relatively simple pre-launch routine and minimal infrastructure requirements, as well as an ability to navigate adverse weather. The operational aspect refers to the company's willingness to produce launcher vehicles ahead of demand, creating a (limited) inventory of "white tails," which can be tasked with short-term demand. Responsiveness is a particularly important selling point to the national security community, which may require new capabilities to be launched on short notice to provide ensured and resilient access to space.



### LauncherOne System Review

**LAUNCHERONE**
- 70 ft in length
- 57,000 lbm is the typical takeoff weight of a LauncherOne rocket, including the satellites
- 8,000 mph is the typical maximum speed of LauncherOne's first stage
- 17,500 mph is the typical maximum speed of LauncherOne's second stage
- 99+% is manufactured in the USA
- 75% — the amount of atmosphere LauncherOne has cleared at the point of release
- 5 sec time between release of LauncherOne and ignition of NewtonThree

The payload module consists of a conical payload adapter and a clamshell fairing with a cylindrical payload volume capped with an aerodynamically optimized nose cone profile. The fairing consists of two clamshell halves, which separate early in the second stage engine burn.

For many orbits, the second stage performs two burns to optimize performance. A third burn may also be used for disposal orbit modification or controlled de-orbit.

**SECOND STAGE**
- 59 in. / 1.5m Outer Diameter
- Composite Structure

**FIRST STAGE**
- 72 in. / 1.8m Outer Diameter
- Composite Structure
- An Autonomous Flight Safety System (AFSS) provides thrust termination during the first stage engine burn to ensure safe operation of the launch vehicle

**NEWTONTHREE (N3)**
3 min run time
73,500 lbf / 327 kN vacuum thrust
LOX/RP-1 Pump-Fed Engine

**INTERSTAGE ADAPTER**

**NEWTONFOUR (N4)**
- 6 min run time
- Completed in 2 burns to allow circularization of the desired orbit
- 5,000 lbf of thrust

**PAYLOAD**
- Maximum payload mass: 500 kg
- Typical altitude: 500-1000 km

**COSMICGIRL**
- Boeing 747-400 aircraft
- 225 ft in length
- 211 ft wingspan
- 550,000 lbm is the typical mass of everything that leaves the ground
- 35,000 ft, mach 0.67, 27° FPA are the typical flight conditions of Cosmic Girl at the moment LauncherOne is released



# Virgin Orbit Holdings, Inc. (VORB)
## Target markets: Sovereign launch

As discussed on the prior slide, the mobile and flexible nature of the LauncherOne system makes it well adapted as a sovereign launch capability. Such a capability is valuable for three reasons:

- **Security for classified payloads:** Transferring sensitive national security payloads to a third-party launch provider located in a foreign jurisdiction is generally unpreferable to governments, as such actions may expose the payload to a variety of espionage-related risks. LauncherOne's ability to bypass this risk may, therefore, be valued by nations that have historically had to rely on third parties.

- **Availability:** Relying on third parties for launch creates availability risk. Specifically, what happens if providers are forced by their host jurisdiction to prioritize that jurisdiction's own payloads? Sovereign launch bypasses some of these risks, as it would give the host country assured access to space. The primary caveat here is International Traffic in Arms Regulations (ITAR), and US sanctions, which could compromise availability based on US foreign policy — though this risk is likely low for US allies, which are likely to be the only countries capable of purchasing the capability from VORB in the first place.

- **National pride:** Space missions have historically been a source of national status. Acquiring a sovereign launch capability places nations on the path to conducting such missions cheaply from their own soil. We view this as the weakest selling point, however, as we believe that the payload limitations of LauncherOne necessarily make such missions limited in their potential ambition or scope.

**VORB's Fully Transportable Launch System**



**VORB's Geographic Reach**



Launches conducted or signed agreements to conduct launches in: US, Guam, UK, Japan, Brazil

---

# Virgin Orbit Holdings, Inc. (VORB)
## Target markets: Responsive launch

**Responsive Launch**

The launch industry has historically been defined by 12-month+ lead times. Such long lead times have typically been shorter than the lead times to design and build a satellite, so they have not often been an issue However, as the satellite industry has shifted toward small-sats and particularly standardized cubesat designs, the ability to produce a satellite and have it ready to deploy has accelerated meaningfully. Perhaps more importantly, space has emerged as a contested domain from a national defense perspective—meaning that existing satellite infrastructure is vulnerable to attack.

Put together, these two trends provide the means and the motive to develop a shorter lead-time launch capability. Within the DoD and Congress, such a capability is typically called responsive launch. In this case, responsive launch refers to the ability to provide continuous access to space in a rapid, flexible, and unpredictable manner. With such a capability, the US could reconstitute space assets if attacked, or alternatively deploy space assets more rapidly on an as-needed basis. Such a capability could also have more limited use cases for commercial operators—e.g., if they experience a satellite failure.

The DoD has already made some progress here, including a recent successful mission, dubbed Tactically Responsive Launch-2, which saw a Northrop Grumman Pegasus XL vehicle fly with 21 days notice. Further, Congress has recently identified responsive launch capability as a national security priority and included $50m of funding authorization in the 2022 Omnibus Appropriations Act. While it is unclear how large such a program could ultimately be, the current $50m funding is focused primarily on planning and demonstration; should a program of record be established within the next few years, we expect it could be several times the size of this early funding. VORB would likely be well positioned to capture a meaningful share of this.

### Responsive Launch as Described in the 2022 NDAA

"The Secretary of Defense, in consultation with the Director of National Intelligence, shall support the tactically responsive launch program under subsection (a) during the period covered by the future-years defense program submitted to Congress under section 221 of title 10, United States Code, in 2022 to ensure that the program addresses the following: (A) The ability to rapidly place on-orbit systems to respond to urgent needs of the commanders of the combatant commands or to reconstitute space assets and capabilities to support national security priorities if such assets and capabilities are degraded, attacked, or otherwise impaired, including such assets and capabilities relating to protected communications and intelligence, surveillance, and reconnaissance. (B) The entire launch process, including with respect to launch services, satellite bus and payload availability, and operations and sustainment on-orbit."

# Virgin Orbit Holdings, Inc. (VORB)
## Target markets: Responsive launch

**Virgin Orbit and the competition**

The LauncherOne system should be a competitive candidate for a responsive launch solution given its minimal requirements for infrastructure, as well as its air-launch deployment which allows it to take off from anywhere, in most weather conditions.

We see Northrup Grumman's Pegasus XL vehicle, which is a similar air-launched vehicle, as LauncherOne's main competition. Pegasus' maiden mission occurred in 1990, and since then, the vehicle has conducted over 40 launches. Pegasus employs a three-stage engine, consisting of three solid rocket motors (SRMs). While the Pegasus vehicle is likely to be far more expensive than VORB's LauncherOne, we see its use of SRMs as leveling the playing field. Specifically, SRMs are well adapted for standby missions, since the fuel is included within the engine itself—the rocket does not need to be fueled prior to launch—and the SRMs have a relatively long and stable shelf-life. It is partially for this reason that SRMs have historically been used by the DoD for standby missions—consider that intercontinental ballistic missiles (ICBM) are similarly powered by solid rocket motors. We note that ICBMs are in some sense the ultimate responsive launch capability, since they must be capable of launch on extremely short notice (<30 minutes).

Thus, while Pegasus is likely to be much more expensive than other solutions, it may also be considered more appropriate for the mission, particularly for the US Air Force, which is used to procuring SRM-powered rockets for other standby capabilities. We note that cost alone is rarely the deciding factor in DoD procurement, particularly when Congress is offering substantial budget authority.

Finally, we also note that Rocket Lab's LC-2 pad can support 24-hour rapid call-up capability for defense needs, and thus its Electron and Neutron vehicles could also contest for a part of the responsive launch market.

**Pegasus XL Rocket on Underbelly of L-1011 Aircraft**



**Pegasus XL Mission Profile**



# Virgin Orbit Holdings, Inc. (VORB)
## What's required for GAAP EBIT breakeven

Given that VORB is a pure-play launch company, we can work backward from an estimate of steady-state opex to derive the required annual launch cadence to achieve GAAP EBIT breakeven. Our estimates, which are outlined in the figure below, suggest that breakeven could be achieved at a cadence of **27 launches per year**. This is a relatively simple scenario that assumes pricing holds at $12m/launch and gross margins ramp up to an optimistic 50% (from negative in 2022E).

We believe that this launch rate is quite demanding relative to where we sit today. RKLB, which has been launching rockets since 2017, is only now hitting a double-digit launch rate. Further, 27 launches is in excess of the manufacturing capacity of VORB's current manufacturing facilities (15-18 rockets/year). And finally, we note that this would represent 2x the total small-lift launch market in 2021 (excluding China).

One potential means of bridging the gap based on the current manufacturing footprint is through potential licensing/equipment/O&M sales from sovereign launch customers. Such sales could reduce the required launch rate toward a level achievable by the existing manufacturing footprint.

Additionally, it is important to note that cash flow breakeven could potentially occur ahead of EBIT breakeven—with the main driver being VORB's ability to benefit from positive working capital trends. However, a rise in capex above maintenance levels to fund manufacturing expansion could offset this.

### VORB Breakeven Math: 27 Launches Required @ $12m ASP and 50% Gross Margin

| Breakeven Math | | Notes |
|---|---|---|
| Steady-state OpEx | 161 | ~2025 CSe |
| Required profit level | – | Targeting breakeven |
| Required gross profit | 161 | Calc |
| Assumed gross margin | 50% | Simplifying assumption |
| Required sales | 322 | Calc |
| ASP | 12 | High-end of guidance range |
| Implied launches | 27 | Calc |
| | | |
| 2022 launch guide | 4 | Q2 Guidance |
| Req launch rate increase | 6.71x | Calc |
| | | |
| 2021A small lift launches | 13 | Excludes China |
| Implied market share | 206% | Calc. Note: Assumes no market growth |

CREDIT SUISSE    Source: Virgin Orbit, Credit Suisse estimates

# Virgin Orbit Holdings, Inc. (VORB)
## Investment positives

**Potentially strong long-term growth opportunity**

VORB's air-launched approach is a new addition to the marketplace—or at least comparatively new at a more compelling price relative to Pegasus XL. In our view, by advancing this differentiated capability, VORB is likely positioned to tap into potential latent sources of demand and expand the market for small-lift launch beyond the ~13 launches (ex-China) conducted in 2021.

As mentioned, the zone of expansion is likely to exist in the markets of sovereign and responsive launch. While it is challenging to assess how large the market for sovereign or responsive launch might be, the quick calculation described below suggests that it could be substantial in the long run.

- **Sovereign launch:** The space domain of military operations has historically been led by just three countries—the US, Russia, and China. As the war in Ukraine highlights the importance of space-based intelligence, we expect that additional nations will likely expand their presence in space. This is likely to drive demand for their own launch capability, which VORB can offer as a comparatively turnkey solution. We highlight that global defense expenditures in 2021 amounted to $2,113bn, of which $953bn was outside of the US/China/Russia. Assuming these nations spend 0.2% of their total defense budget on launch—similar to the DoD—this would equate to ~$1.9bn of annual launch demand. Capturing a substantial share of this would be exceptionally difficult given challenges around ITAR, payload requirements, the presence of existing launch providers (e.g., Ariane in Western Europe, Mitsubishi in Japan), and non-sovereign competition from other new-space providers. However, if a minority of the market were addressable by VORB, then this could be a meaningful financial driver for the company (see figure below).
- **Responsive launch:** For responsive launch, we note that if 10% of the FY'23 DoD's launch budget were allocated toward responsive providers, this could offer $150m of revenue opportunity. Assuming 50% dollar-based market share, this would correspond to six launches/year for VORB, or about a quarter of the demand necessary to hit EBIT breakeven.

### Global Military Expenditure Breakdown, $bn



### Sovereign Launch: Back-of-the-Envelope Market Sizing

| Sovereign Launch Market Potential ($ in millions) | | Notes |
|---|---|---|
| Global military expenditures, ex-US/China/Russia | 953,100 | Per SIPRI |
| % Allocated toward launch | 0.20% | DoD budget allocation |
| Potential global military launch demand | $ 1,906 | Calc |
| % addressable by VORB | 20% | CS assumption |
| VORB revenue potential | $ 381 | Calc |
| Revenue per launch | 12 | VORB guidance (high-end) |
| Launches | 32 | Calc |



Source: SIPRI, DoD, Credit Suisse estimates

# Virgin Orbit Holdings, Inc. (VORB)
## Investment positives

**Pricing power**

While the air-launch approach of VORB's system drives its strong unit growth potential (see previous slide), that same capability also drives pricing potential. More specifically, it should enable the company to escape potential forces of commoditization and pricing pressure, as it offers solutions to problems that many competing vendors cannot offer—e.g., sovereign launch, geographically flexible launch, ability to launch from landlocked locations, and the ability to launch in comparatively adverse weather. While we expect that there is a limit to the pricing power this may drive—particularly with respect to commercial customers, where such power is likely very limited—it nevertheless should sustain stronger pricing with government customers, in our view.

**Focus**

We appreciate that VORB is solely focused on its launch business for now, rather than entering multiple other markets with uncertain ROICs and uncertain long-term market demand. This should constrain opex growth and capex requirements in the near term, helping the company in its efforts to bridge toward cash flow breakeven.

**Favorable working capital dynamics**

We like the favorable working capital dynamics of the launch business, with collections occurring meaningfully ahead of launch. This should result in a faster bridge to FCF breakeven relative to EBIT breakeven.

---



# Virgin Orbit Holdings, Inc. (VORB)
## Investment negatives

**Non-recurring revenue mix; firm backlog limited**

VORB's revenue is low-volume, non-recurring, lumpy, and benefits from limited to no lock-in. This is likely to drive high variability in quarterly/annual results, as well as continuous exposure to competitive pressure. Businesses with revenue of this nature typically garner lower market multiples. While this negative factor could be offset by a multi-year backlog, the company's current backlog only sustains our estimates through 2023.

**Negative gross margins**

VORB currently generates substantially negative gross margins, with Q1 COGS of $17.4m on one launch. Given that the high end of the company's price range is $12m/launch, we think VORB will continue to generate negative gross margins until next year, when an approximate doubling of the launch rate (CSe) potentially drives sufficient learning curve benefits to reach gross margin breakeven. We do not expect positive gross margins until 2024E.

**High cash burn**

Considering the company's trend of negative gross profit and elevated SG&A (Q2 SG&A 47% higher than RKLB), VORB appears likely to be substantially FCF negative for the foreseeable future. VORB burned $67m of cash in Q1 and $56m in Q2. While positive working capital trends should drive improvement in H2, the overall picture remains unfavorable, in our view. Without substantial infrastructure/O&M sales from sovereign launch, our calculation suggests that EBIT breakeven is unlikely to occur until the company achieves a cadence of 27 launches per year—a level that is at or above the capacity of the company's current manufacturing facilities. While VORB may be able to achieve FCF breakeven prior to EBIT breakeven (owing to favorable working capital), such a trend is likely to be fleeting and result in only modestly positive FCF. We expect that VORB will likely not achieve positive OCF and FCF until 2026E.

**Limited liquidity**

While negative cash flows are often to be expected for an early-stage company such as VORB, another issue is that the company has relatively limited liquidity. It ended Q2 with $122m of cash on the balance sheet. This should be enough to sustain the company through year-end, but not much beyond that, in our view.

As a result, VORB will likely need to raise additional financing, which is likely to come at a high cost in the current market environment.



# Virgin Orbit Holdings, Inc. (VORB)
## Investment negatives

**Commercially exposed 2023 manifest**

As discussed elsewhere in this report, we are concerned that the space economy may experience unfavorable reflexivity from declining public and private valuations. Specifically for VORB, lower valuations and higher financing costs may drive cost cutting and a reduction in capital spending for earth intelligence companies. As the capex for these companies represents the bulk of VORB's commercial revenue opportunity, a decline in their capex spending represents a one-for-one reduction in VORB's commercial addressable market. We note that VORB's 2023 manifest is more weighted toward commercial launches than the 2022 manifest, which was primarily government missions. As a result, this reflexivity could drive weakness in forward revenues for VORB.

**Lack of upside potential from commsat market**

On the basis of $/kg, VORB is generally not competitive. Its cost per kg is approximately in-line with RKLB's Electron, though significantly higher than the less-proven Rocket 3 vehicle from Astra. More importantly, the cost is approximately 4x that of a Falcon 9 rideshare, 8x more than a dedicated Falcon 9, and likely at least one order of magnitude more expensive than Starship.

Given the high costs per unit weight and the small payload capacity, the LauncherOne system is unlikely to be used significantly for communications constellations. Such constellations require low cost and medium-lift or above mass capabilities.

As a result, while companies such as RKLB have potential upside asymmetry if the satellite broadband market were to grow substantially or if they were awarded a launch service contract from just one of the mega-constellation operators, VORB does not have the same optionality. This drives less probabilistic upside for long-term numbers and a more constrained market opportunity.

**Reflexivity in the Space Economy**



**Small-Lift Launch Cost Comparison**



# Virgin Orbit Holdings, Inc. (VORB)
## Investment negatives

**Regulatory uncertainty in sovereign launch market**

As indicated previously, one of the areas where we see the best product/market fit for LauncherOne is in offering a sovereign launch capability to foreign governments—something that ground-launched competitors are unable to do in many jurisdictions owing to geographic constraints. However, launch companies are subject to ITAR, which restrict the export of such a solution. While it is a fact that ITAR will allow exports to many US allies and partners, it is currently unclear which countries those are (beyond those that have already received approval) and how such restrictions may change over time. This makes it more challenging to define the size of the market. Further, compliance with ITAR may also drive longer-than-typical sales cycles, which would limit the company's ability to fill replacement demand in the event that customers drop out or delay launches currently in the manifest. Finally, the compliance requirements with offering a launch capability to a foreign country could also be a challenge, and we believe may have played a role in the delays seen to date at Cornwall.

**Shareholder concentration**

VORB has a highly concentrated ownership structure, with 75% and 18% of shares owned by just two parties. Share price action for VORB can, therefore, be heavily influenced by the presence of just two sellers, both of whom will continue to see lock-up expiries over the next 18 months.

### Virgin Orbit Holder Analysis

| Holder | Ownership % |
|---|---|
| Sir Richard Branson / Virgin Group | 75% |
| Mubadala Investment Co. | 18% |
| All Others | 7% |

### Virgin Orbit Lock-up Criteria*

| Event | Criteria | Date/ Expected Date |
|---|---|---|
| Merger closed | N/A | 29-Dec-21 |
| 25% Unlock | 180 days post-close | 28-Jun-22 |
| 25% Unlock | 18 months post-close | 30-Jun-23 |
| 50% Unlock | 24 months post-close | 30-Dec-23 |

*Blackout policies adopted by VORB may push unlock earlier (as described in the S-1 filing).



# Virgin Orbit (VORB)
## What would make us more constructive

**What would make us more constructive on the stock? We think some combination of the below factors would contribute significantly to enhancing our confidence in the long-term story:**

- Increases in the firm backlog to enhance near-/medium-term revenue visibility…preferably from government customers

- Improved visibility on current rocket unit costs and cost progression

- Demonstrated customer demand for sovereign launch

- Visibility in foreign government willingness to pay for sovereign launch and pay for long-term contracts

- Improved visibility into DoD responsive launch demand (e.g., supportive funding trends in the DoD's Future Years Defense Program [FYDP])

- Demonstrated ability to secure pricing higher than $12m/launch

- Strong operating expense leverage

- Improved balance sheet

# Virgin Orbit Holdings, Inc.
## Management team



**Dan Hart** – *Chief Executive Officer, President*

Mr. Hart joined Virgin Orbit, LLC as its president in March 2017 and has served as president and chief executive officer of Virgin Orbit, LLC since June 2017. From 1983 until Mr. Hart joined Virgin Orbit, LLC, Mr. Hart held various aerospace leadership roles at The Boeing Company, where he most recently served as vice president of government satellite systems. In that position, Mr. Hart oversaw Boeing's government satellite programs while developing and managing missions for the DoD, NASA, NOAA, and other national programs. Mr. Hart's portfolio included marquee programs such as Global Positioning System (GPS), Wideband Global SATCOM, the Tracking and Data Relay Satellites (TDRS) system, and the X-37 spaceplane. Mr. Hart holds a Bachelor of Science degree in Physics from the State University of New York at Albany and attended the Harvard Business School Advanced Management Program.



**Brita O'Rear** - *Chief Financial Officer*

Ms. O'Rear has served as vice president and chief financial officer of Virgin Orbit, LLC since July 2017 and is responsible for leading all corporate finance, budgeting, and accounting efforts across the business. Prior to joining Virgin Orbit, LLC, from July 2016 to May 2017, Ms. O'Rear led the finance and accounting team at Astronics Test Systems. From 2013 to mid-2016, Ms. O'Rear served as the vice president of finance at Thales Avionics InFlyt Experience and Thales North America. From 1997 to 2013, Ms. O'Rear served as the Deputy CFO and senior director of finance at Thales Avionics In-Flight Entertainment. Prior to Thales Avionics, Ms. O'Rear held finance roles at B/E Aerospace and Lockheed Martin. Ms. O'Rear holds a Bachelor of Science degree in Accounting and Finance from California State University of Fullerton and a Master of Business Administration degree from the University of Redlands.



**Jim Simpson** – *Chief Strategy Officer*

Mr. Simpson has served as chief strategy officer of Virgin Orbit, LLC since November 2020 and is responsible for defining Vieco USA's strategy and leading business development efforts across all end markets. Prior to joining Virgin Orbit, LLC full-time, Mr. Simpson served as a board member of VO Holdings, Inc. from May 2019 through November 2020. Mr. Simpson previously served as chief executive officer of Saturn Satellite Networks, Inc., a manufacturer of communications satellites, chief executive officer of ABS Corporation, a satellite connectivity and service provider, and as senior vice president for Strategy & Business Development at Aerojet Rocketdyne, where he led the company's new business capture and strategic alignment initiatives. Prior to these roles, Mr. Simpson spent 35 years at Boeing in various leadership roles within the Satellite & Launch Business. Mr. Simpson holds Bachelor of Science and Master of Science degrees in Materials Engineering from University of California, Los Angeles, and a Master of Business Administration degree from University of Southern California Marshall School of Business.

# Virgin Orbit (VORB)
## Valuation, target price, and risks

### Valuation

- **Target Price:** We value VORB using a DCF, incorporating 3% perpetual growth, and a 10% WACC. This results in our $1 target price for VORB.
- **Blue Sky Scenario:** Our Blue Sky scenario assumes the stock rerates to an ~8x multiple on CSe '24 sales. This results in our $6 Blue Sky scenario.
- **Grey Sky Scenario:** Our Grey Sky scenario assumes the stock further rerates to a 3x multiple on CSe '23 sales. This results in our $0.50 Grey Sky scenario.

### Risks

Downside risks include increased competition, lengthening of sales cycles, higher-than-expected launch costs, an inability to contain operating expense growth, increased pricing pressure from government customers, liquidity risk and the risk of a dilutive equity raise, and higher interest rates. Upside risks include large contract award announcements, changes in retail investor sentiment, and faster-than-expected cost reductions.

| | | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| | Sales | 7.4 | 33.8 | 118.0 | 265.0 |
| | Organic Growth | 92.3% | 357.7% | 249.1% | 124.6% |
| | FCF | (179.3) | (224.5) | (161.5) | (134.7) |
| | UFCF | (195.8) | (237.5) | (179.7) | (154.2) |
| **Current Price** | EV/Sales | 153.0 | 33.4 | 9.6 | 4.3 |
| | EV/Sales/Growth | 0.43 | 0.13 | 0.08 | |
| **Target Price** | EV/Sales | 68.7 | 15.0 | 4.3 | 1.9 |
| | EV/Sales/Growth | 0.19 | 0.06 | 0.03 | |
| **Blue Sky** | EV/Sales | 295.4 | 64.5 | 18.5 | 8.2 |
| | EV/Sales/Growth | 0.83 | 0.26 | 0.15 | |
| **Grey Sky** | EV/Sales | 46.0 | 10.0 | 2.9 | 1.3 |
| | EV/Sales/Growth | 0.13 | 0.04 | 0.02 | |

(US$ in millions, unless otherwise stated)

# Virgin Orbit (VORB)
## Income statement

**Virgin Orbit Holdings, Inc**
Income Statement

| (US$ in millions, unless otherwise stated) | Fiscal 2022 by Quarter | | | | Fiscal Year Ends December | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'22 3/31/2022 | Q2'22 6/30/2022 | Q3'22E 9/30/2022 | Q4'22E 12/31/2022 | FY 2020 12/31/2020 | FY 2021 12/31/2021 | FY 2022E 12/31/2022 | FY 2023E 12/31/2023 | FY 2024E 12/31/2024 | FY 2025E 12/31/2025 | FY 2026E 12/31/2026 | FY 2027E 12/31/2027 | FY 2028E 12/31/2028 | FY 2029E 12/31/2029 | FY 2030E 12/31/2030 | FY 2031E 12/31/2031 |
| Launch | 1.8 | - | 12.0 | 18.0 | | 6.0 | 31.8 | 90.0 | 176.0 | 240.0 | 293.8 | 346.1 | 399.6 | 454.0 | 509.5 | 514.6 |
| Spaceport infrastructure, O&M, and licensing | - | - | - | - | | - | - | 25 | 85 | 110 | 125 | 140 | 155 | 170 | 202 | 209 |
| Engineering services / other | 0 | - | 1 | 1 | 3.8 | 1.4 | 2.0 | 3.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| **Sales** | 2.1 | 0.0 | 12.5 | 19.2 | 3.8 | 7.4 | 33.8 | 118.0 | 265.0 | 354.0 | 422.8 | 490.1 | 558.6 | 628.0 | 715.7 | 727.3 |
| **COGS** | 17.4 | 3.4 | 21.7 | 46.9 | 3.2 | 37.9 | 88.0 | 160.1 | 250.2 | 265.9 | 283.9 | 302.3 | 320.6 | 338.5 | 361.9 | 348.2 |
| **Gross profit** | (15.3) | (3.4) | (9.2) | (27.7) | 0.7 | (30.5) | (54.2) | (42.1) | 14.8 | 88.1 | 138.8 | 187.8 | 238.0 | 289.5 | 353.9 | 379.1 |
| Gross margin % | -726% | -68440% | -74% | -144% | 18% | -413% | -160% | -36% | 6% | 25% | 33% | 38% | 43% | 46% | 49% | 52% |
| Incremental gross margin % | 540% | -544% | -74% | | | -879% | -90% | 14% | 39% | 82% | 74% | 73% | 73% | 74% | 73% | 218% |
| **SG&A** | 32.4 | 27.8 | 27.3 | 26.7 | 43.0 | 92.8 | 114.3 | 104.2 | 110.1 | 116.3 | 121.2 | 125.9 | 130.7 | 135.5 | 141.7 | 142.5 |
| % of sales | 1536% | 556900% | 218% | 139% | 1119.9% | 1256.5% | 338.2% | 88.3% | 41.6% | 32.9% | 28.7% | 25.7% | 23.4% | 21.6% | 19.8% | 19.6% |
| % incremental sales | -378% | -436% | | | | 1404.6% | 81.4% | -12.0% | 4.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% |
| **R&D** | 10.8 | 9.1 | 9.0 | 8.8 | 137.1 | 48.1 | 37.7 | 37.5 | 41.9 | 44.5 | 50.0 | 56.8 | 63.6 | 70.6 | 79.3 | 80.5 |
| % of sales | 512% | 182700% | 72% | 46% | 3571.2% | 651.0% | 111.4% | 31.7% | 15.8% | 12.6% | 11.8% | 11.6% | 11.4% | 11.2% | 11.1% | 11.1% |
| % incremental sales | 205% | 147% | | | | -2512.2% | -40.3% | -0.3% | 3.0% | 3.0% | 8.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Operating expenses | 43 | 37 | 36 | 36 | 180 | 141 | 152 | 142 | 152 | 161 | 171 | 183 | 194 | 206 | 221 | 223 |
| **GAAP Operating income (loss)** | (59) | (40) | (45) | (63) | (179) | (171) | (206) | (184) | (137) | (73) | (32) | 5 | 44 | 83 | 133 | 156 |
| Operating income margin % | -2774% | -808040% | -364% | -329% | -4673.6% | -2320.4% | -610.0% | -155.7% | -51.8% | -20.6% | -7.7% | 1.0% | 7.8% | 13.3% | 18.6% | 21.5% |
| Incremental operating margins | 713% | -254% | | | | 228.6% | -131.9% | 26.6% | 31.7% | 72.4% | 58.7% | 55.7% | 56.3% | 57.2% | 56.4% | 201.5% |
| Change in fair value of equity investments | (4) | (5) | - | - | - | 6.8 | (8.8) | - | - | - | - | - | - | - | - | - |
| Change in fair value of liability classified warrants | - | 12 | - | - | - | 3.7 | 11.7 | - | - | - | - | - | - | - | - | - |
| Interest expense, net | (0) | (0) | - | - | (4.9) | (0.0) | - | - | (5.0) | (10.0) | (15.0) | (15.0) | (10.0) | - | - | - |
| Other income (expense), net | 0 | 0 | | | 62.7 | 3.6 | 0.3 | - | - | - | - | - | - | - | - | - |
| Pretax income (loss) | (62.6) | (33.3) | (45.4) | (63.2) | (121.6) | (157.3) | (203.0) | (183.8) | (142.2) | (82.8) | (47.4) | (9.9) | 33.7 | 83.4 | 132.9 | 156.1 |
| Income tax expense (benefit) | - | 0.0 | 0.4 | 0.6 | 0.0 | 0.0 | 1.0 | 1.8 | 1.4 | 0.8 | 0.5 | 0.1 | 7.1 | 17.5 | 27.9 | 32.8 |
| Effective tax rate | 0.0% | 0.0% | -1.0% | -1.0% | 0.0% | 0.0% | -0.5% | -1.0% | -1.0% | -1.0% | -1.0% | -1.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| Net income (loss) from continuing operations | (62.6) | (33.3) | (45.8) | (63.8) | (121.7) | (157.3) | (204.0) | (185.6) | (143.6) | (83.6) | (47.9) | (10.0) | 26.6 | 65.9 | 105.0 | 123.3 |
| Net income margin % | -2964% | -665840% | -367% | -333% | -3168% | -2130% | -604% | -157% | -54% | -24% | -11% | -2% | 5% | 10% | 15% | 17% |
| (Loss) gain from discontinued operations, net of tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net income (loss) | (63) | (33) | (46) | (64) | (122) | (157) | (204) | (186) | (144) | (84) | (48) | (10) | 27 | 66 | 105 | 123 |
| **Basic EPS** | (0.19) | (0.10) | (0.13) | (0.17) | (0.50) | (0.55) | (0.59) | (0.47) | (0.31) | (0.18) | (0.10) | (0.02) | 0.06 | 0.14 | 0.22 | 0.25 |
| **GAAP Diluted EPS** | (0.19) | (0.10) | (0.13) | (0.17) | (0.50) | (0.55) | (0.59) | (0.47) | (0.31) | (0.18) | (0.10) | (0.02) | 0.05 | 0.13 | 0.20 | 0.24 |
| Total weighted average basic shares | 335 | 335 | 343 | 369 | 244.2 | 287.5 | 345.7 | 398.0 | 467.4 | 469.4 | 471.8 | 474.4 | 477.3 | 480.3 | 483.5 | 486.8 |
| Total weighted average diluted shares | 335 | 335 | 343 | 369 | 244.2 | 287.5 | 345.7 | 398.0 | 467.4 | 469.4 | 471.8 | 474.4 | 507.8 | 512.1 | 516.1 | 519.7 |
| NOL | 463 | 496 | 541 | 605 | | 400 | 603 | 787 | 929 | 1,012 | 1,059 | 1,069 | 1,035 | 952 | 819 | 663 |

**CREDIT SUISSE**    Source: Company data, Credit Suisse estimates    Scott Deuschle | 212-325-6116 | scott.deuschle@credit-suisse.com    185
Return to table of contents

# Virgin Orbit (VORB)
## Cash flow statement

**Virgin Orbit Holdings, Inc**
Statement of Cash Flows

| (US$ in millions, unless otherwise stated) | Q1'22 3/31/2022 | Q2'22 6/30/2022 | Q3'22E 9/30/2022 | Q4'22E 12/31/2022 | Q1'23 3/31/2023 | Q2'23 6/30/2023 | Q3'23 9/30/2023 | Q4'23 12/31/2023 | FY 2020 12/31/2020 | FY 2021 12/31/2021 | FY 2022E 12/31/2022 | FY 2023E 12/31/2023 | FY 2024E 12/31/2024 | FY 2025E 12/31/2025 | FY 2026E 12/31/2026 | FY 2027E 12/31/2027 | FY 2028E 12/31/2028 | FY 2029E 12/31/2029 | FY 2030E 12/31/2030 | FY 2031E 12/31/2031 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | | | | | | | | | | | | | | | | | | |
| Net income (loss) | (62.6) | (33.3) | (45.8) | (63.8) | (51.0) | (44.1) | (46.7) | (43.8) | (121.7) | (157.3) | (204.0) | (185.6) | (143.6) | (83.6) | (47.9) | (10.0) | 26.6 | 65.9 | 105.0 | 123.3 |
| Adjustments to reconcile net income (loss) to net cash used in operating activities: | | | | | | | | | | | | | | | | | | | | |
| Depreciation and amortization | 3.3 | 3.2 | 3.5 | 3.9 | 4.3 | 4.3 | 4.3 | 4.3 | 14.0 | 14.4 | 14.0 | 17.0 | 29.2 | 31.9 | 33.8 | 29.4 | 27.9 | 25.1 | 28.6 | 29.1 |
| Stock-based compensation | 3.8 | 2.6 | 2.5 | 3.1 | 5.0 | 5.0 | 5.0 | 5.0 | 3.2 | 10.6 | 12.0 | 20.0 | 25.9 | 29.4 | 32.2 | 34.9 | 37.6 | 40.4 | 43.9 | 44.4 |
| Inventory write-down | 1.6 | - | - | - | - | - | - | - | - | 4.1 | 1.6 | - | - | - | - | - | - | - | - | - |
| Write-off of right-of-use assets | - | 0.1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred taxes | - | - | - | - | - | - | - | - | - | - | 0.1 | - | - | - | - | - | - | - | - | - |
| Non-cash interest on long-term debt, due to Parent Company | - | - | - | - | - | - | - | - | 4.8 | - | - | - | - | - | - | - | 7.1 | 17.5 | 27.9 | 32.8 |
| Non-cash investment in Sky and Space | - | - | - | - | - | - | - | - | - | (1.7) | - | - | - | - | - | - | - | - | - | - |
| Change in fair value of equity investments | 4.2 | 4.6 | - | - | - | - | - | - | - | (6.8) | 8.8 | - | - | - | - | - | - | - | - | - |
| Change in fair value of liability classified warrants | - | (11.7) | - | - | - | - | - | - | - | (3.7) | (11.7) | - | - | - | - | - | - | - | - | - |
| **Change in operating assets and liabilities:** | (12.0) | (16.3) | (12.8) | 15.7 | 1.8 | 1.8 | 1.8 | 1.8 | (43.3) | (13.6) | (25.3) | 7.1 | 6.8 | 33.7 | 50.6 | 16.7 | 19.7 | 15.4 | (22.6) | 0.4 |
| Accounts receivable | (1.4) | (7.8) | 1.4 | 1.4 | (4.4) | (4.4) | (4.4) | (4.4) | (1.4) | 1.3 | (6.4) | (17.8) | (26.8) | (11.4) | (6.1) | (11.2) | (11.4) | (11.6) | (14.6) | (1.9) |
| Contract assets | - | (3.1) | - | 3.1 | - | - | - | - | - | (3.1) | - | - | - | - | - | - | - | - | - | - |
| Inventory | (6.7) | (20.6) | (37.0) | (5.3) | (21.2) | (21.2) | (21.2) | (21.2) | (0.1) | (37.9) | (69.6) | (84.6) | (29.2) | 4.9 | 16.9 | (12.7) | (12.6) | (12.4) | (16.1) | 9.4 |
| Prepaid expenses and other current assets | (3.0) | (1.3) | 4.2 | (2.0) | (1.3) | (1.3) | (1.3) | (1.3) | 0.3 | (1.3) | (2.0) | (5.0) | (12.1) | (4.5) | (5.5) | (5.4) | (5.5) | (5.6) | (7.0) | (0.9) |
| Other noncurrent assets | 1.9 | 0.0 | (1.0) | (1.0) | - | - | - | - | (0.1) | (0.0) | - | - | - | - | - | - | - | - | - | - |
| Due (to) from related party, net | - | (0.0) | 0.0 | 0.0 | - | - | - | - | 0.9 | (0.1) | - | - | - | - | - | - | - | - | - | - |
| Accounts payable | (2.3) | 1.1 | 2.9 | 2.7 | 5.2 | 5.2 | 5.2 | 5.2 | (0.5) | 6.6 | 4.3 | 20.9 | 14.5 | 3.1 | 3.6 | 3.7 | 3.6 | 3.6 | 4.7 | (2.7) |
| Other long-term liabilities | (0.3) | (0.4) | 0.3 | 0.3 | - | - | - | - | (0.5) | 2.1 | - | - | - | - | - | - | - | - | - | - |
| Accrued liabilities | (1.3) | 0.1 | 1.9 | 1.9 | 5.4 | 5.4 | 5.4 | 5.4 | 5.9 | 5.3 | 2.6 | 21.6 | 14.5 | 3.9 | 4.5 | 4.6 | 4.6 | 4.5 | 5.8 | (3.4) |
| Deferred revenue | 1.3 | 15.7 | 14.4 | 14.4 | 18.0 | 18.0 | 18.0 | 18.0 | (48.1) | 13.5 | 45.8 | 72.2 | 45.9 | 37.6 | 37.2 | 37.8 | 40.9 | 36.8 | 4.6 | - |
| Other, net | (0.1) | (0.1) | 0.1 | 0.1 | - | - | - | - | 0.1 | (0.1) | - | - | - | - | - | - | - | - | - | - |
| **Net cash used in operating activities** | (51.6) | (50.7) | (52.6) | (41.1) | (40.0) | (33.1) | (35.7) | (32.7) | (143.0) | (154.0) | (204.5) | (141.5) | (81.7) | 11.4 | 68.8 | 71.1 | 118.9 | 164.3 | 182.8 | 230.0 |
| | | | | | | | | | | | | | | | | | | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | | | | | | | | | | | | | | | | | | |
| Purchases of property and equipment | (5.0) | (5.3) | (4.9) | (4.9) | (5.0) | (5.0) | (5.0) | (5.0) | (13.3) | (25.3) | (20.0) | (20.0) | (53.0) | (38.9) | (25.4) | (24.5) | (22.3) | (25.1) | (28.6) | (29.1) |
| Purchase on investment | - | - | - | - | - | - | - | - | - | (5.0) | - | - | - | - | - | - | - | - | - | - |
| Proceeds from sale of property and equipment | - | - | - | - | - | - | - | - | (0.0) | - | - | - | - | - | - | - | - | - | - | - |
| **Net cash used in investing activities** | (5.0) | (5.3) | (4.9) | (4.9) | (5.0) | (5.0) | (5.0) | (5.0) | (13.4) | (30.3) | (20.0) | (20.0) | (53.0) | (38.9) | (25.4) | (24.5) | (22.3) | (25.1) | (28.6) | (29.1) |
| | | | | | | | | | | | | | | | | | | | | |
| **Free cash flow** | (66.6) | (55.9) | (57.5) | (46.0) | (45.0) | (38.1) | (40.7) | (37.7) | (156.4) | (179.3) | (224.5) | (161.5) | (134.7) | (27.5) | 43.4 | 46.6 | 96.6 | 139.2 | 154.2 | 200.9 |
| **Free cash flow less SBC** | (70.4) | (58.6) | (60.0) | (49.1) | (50.0) | (43.1) | (45.7) | (42.7) | (159.5) | (189.9) | (236.5) | (181.5) | (160.6) | (57.0) | 11.2 | 11.7 | 59.0 | 98.8 | 110.2 | 156.6 |
| | | | | | | | | | | | | | | | | | | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | | | | | | | | | | | | | | | | | | | |
| Proceeds from debt issuance (repayment) | - | - | - | - | - | - | - | - | - | - | - | - | 50.0 | - | - | - | (50.0) | - | - | - |
| Payments of finance lease obligations | (0.1) | (0.1) | 0.1 | 0.1 | - | - | - | - | (0.2) | (0.3) | - | - | - | - | - | - | - | - | - | - |
| Proceeds from the exercise of stock options | - | 0.7 | 0.4 | 0.4 | 0.2 | 0.2 | 0.2 | 0.2 | 0.4 | 2.8 | 1.4 | 0.9 | 1.2 | 1.7 | 2.1 | 2.6 | 3.0 | 3.5 | 4.0 | 4.4 |
| Advances to stock option holders | - | - | - | - | - | - | - | - | (0.0) | 0.0 | - | - | - | - | - | - | - | - | - | - |
| Parent Company contributions | - | - | - | - | - | - | - | - | 150.0 | 169.1 | - | - | - | - | - | - | - | - | - | - |
| Parent Company distributions | - | - | - | - | - | - | - | - | (118.5) | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from convertible debt | - | 50.0 | (50.0) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from reverse recapitalization / equity issuance | - | - | 50.0 | 100.0 | - | - | - | 200.0 | - | 200.1 | 150.0 | 200.0 | - | - | - | - | - | - | - | - |
| Payment of transaction costs related to reverse recapitalization | - | - | - | - | - | - | - | - | - | (19.3) | - | - | - | - | - | - | - | - | - | - |
| **Net cash provided by financing activities** | (0.1) | 50.6 | 0.5 | 100.5 | 0.2 | 0.2 | 0.2 | 200.2 | 31.7 | 352.5 | 151.4 | 200.9 | 51.2 | 1.7 | 2.1 | 2.6 | (47.0) | 3.5 | 4.0 | 4.4 |
| | | | | | | | | | | | | | | | | | | | | |
| Effect of exchange rate changes on cash and cash equivalents | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | | | | | |
| Net increase (decrease) in cash, cash equivalents, and restricted cash | (66.7) | (5.4) | (57.0) | 54.4 | (44.8) | (37.9) | (40.5) | 162.5 | (124.7) | 168.2 | (73.1) | 39.4 | (83.5) | (25.9) | 45.5 | 49.1 | 49.6 | 142.7 | 158.1 | 205.4 |
| Cash, cash equivalents and restricted cash at beginning of period | 194.9 | 128.2 | 122.8 | 65.8 | 120.3 | 75.5 | 37.6 | (2.9) | 151.4 | 26.7 | 194.9 | 121.8 | 161.1 | 77.7 | 51.8 | 97.3 | 146.4 | 196.0 | 338.7 | 496.8 |
| Cash, cash equivalents and restricted cash at end of period | 128.2 | 122.8 | 65.8 | 120.3 | 75.5 | 37.6 | (2.9) | 159.6 | 26.7 | 194.9 | 121.8 | 161.1 | 77.7 | 51.8 | 97.3 | 146.4 | 196.0 | 338.7 | 496.8 | 702.2 |
| Cash and cash equivalents | 127.4 | 122.0 | 65.0 | 119.4 | 74.7 | 36.8 | (3.7) | 158.8 | 22.4 | 194.1 | 120.9 | 160.3 | 76.8 | 50.9 | 96.5 | 145.6 | 195.2 | 337.9 | 496.0 | 701.3 |
| Restricted cash | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 4.4 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |



# Virgin Orbit (VORB)
## Balance sheet

**Virgin Orbit Holdings, Inc**
Balance Sheet

| (US$ in millions, unless otherwise stated) | Fiscal 2022 by Quarter | | | | Fiscal Year Ends December | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1'22 3/31/2022 | Q2'22 6/30/2022 | Q3'22E 9/30/2022 | Q4'22E 12/31/2022 | FY 2020 12/31/2020 | FY 2021 12/31/2021 | FY 2022E 12/31/2022 | FY 2023E 12/31/2023 | FY 2024E 12/31/2024 | FY 2025E 12/31/2025 | FY 2026E 12/31/2026 | FY 2027E 12/31/2027 | FY 2028E 12/31/2028 | FY 2029E 12/31/2029 | FY 2030E 12/31/2030 | FY 2031E 12/31/2031 |
| **Current assets** | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 127 | 122 | 66 | 121 | 22 | 194 | 121 | 160 | 77 | 51 | 96 | 146 | 195 | 338 | 496 | 701 |
| Restricted cash | 1 | 1 | 1 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Acccounts receivable | 4 | 11 | 10 | 8 | 3 | 2 | 8 | 26 | 53 | 64 | 70 | 82 | 93 | 105 | 119 | 121 |
| Contract assets | - | - | 3 | 5 | - | 3 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Inventory | 45 | 67 | 104 | 104 | 0 | 34 | 104 | 188 | 218 | 213 | 196 | 209 | 221 | 233 | 250 | 240 |
| Prepaid expenses & other | 11 | 15 | 11 | 7 | 6 | 5 | 7 | 12 | 24 | 28 | 34 | 39 | 45 | 50 | 57 | 58 |
| Total current assets | 187 | 216 | 194 | 246 | 37 | 239 | 246 | 393 | 377 | 362 | 402 | 481 | 560 | 732 | 928 | 1,127 |
| **Noncurrent assets** | | | | | | | | | | | | | | | | |
| PP&E, net | 64 | 66 | 67 | 67 | 49 | 61 | 67 | 70 | 94 | 101 | 93 | 88 | 82 | 82 | 82 | 82 |
| Right-of-use assets | 14 | 13 | 14 | 15 | 14 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Investments | 9 | 5 | 9 | 13 | - | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| Other noncurrent assets | 1 | 1 | - | 5 | 0 | 3 | 5 | - | - | 21 | 66 | 61 | 48 | - | - | - |
| Total assets | 276 | 301 | 283 | 346 | 101 | 332 | 346 | 491 | 500 | 513 | 590 | 658 | 719 | 843 | 1,038 | 1,237 |
| **Current liabilities** | | | | | | | | | | | | | | | | |
| Accounts payable | 8 | 9.06 | 12 | 15 | 3 | 10 | 15 | 36 | 50 | 53 | 57 | 60 | 64 | 68 | 72 | 70 |
| Current portion of lease obligation | 2 | 1 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Current postion of provision of contract losses | 5 | 5 | 5 | 5 | | | 5 | - | - | - | - | - | - | - | - | - |
| Accrued and other current liabilities | 22 | 23 | 25 | 26 | 18 | 24 | 26 | 48 | 63 | 66 | 71 | 76 | 80 | 85 | 90 | 87 |
| Deferred revenue | 19 | 37 | 42 | 47 | 4 | 12 | 47 | 106 | 142 | 169 | 196 | 223 | 251 | 286 | 291 | 291 |
| Due to related party | - | - | - | - | 0 | 0 | - | - | - | - | - | - | - | - | - | - |
| Total current liabilities | 56 | 75 | 85 | 95 | 27 | 48 | 95 | 191 | 256 | 290 | 325 | 361 | 397 | 440 | 455 | 449 |
| **Noncurrent liabilities** | | | | | | | | | | | | | | | | |
| Lease obligation, net | 14 | 13 | 13 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 |
| Deferred revenue, net | 23 | 21 | 30 | 40 | 24 | 29 | 40 | 53 | 63 | 74 | 84 | 94 | 107 | 109 | 109 | 109 |
| Long-term debt | - | 50 | - | - | 235 | - | - | - | 50 | 100 | 150 | 150 | 100 | - | - | - |
| Public and private placement warrant liabilities | 20 | 9 | 14 | 20 | - | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Provision for contract losses and other long-term liabilities | 8 | 10 | 9 | 8 | 0 | 8 | 8 | - | - | - | - | - | - | - | - | - |
| Other non-current liabilities | - | - | 1 | - | - | - | - | 17 | 24 | - | - | - | - | 76 | 111 | 149 |
| Total liabilites | 122 | 177 | 152 | 176 | 300 | 119 | 176 | 295 | 427 | 498 | 594 | 640 | 639 | 659 | 710 | 741 |
| Preferred Stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Common Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| APIC | 1,037 | 1,040 | 1,093 | 1,194 | 463 | 1,033 | 1,194 | 1,406 | 1,426 | 1,452 | 1,481 | 1,514 | 1,548 | 1,586 | 1,626 | 1,670 |
| Retained earnings (deficit) | (883) | (916) | (962) | (1,024) | (663) | (820) | (1,024) | (1,210) | (1,354) | (1,437) | (1,485) | (1,495) | (1,469) | (1,403) | (1,298) | (1,174) |
| AOCI | (0) | (0) | (0) | (0) | 0 | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| Total stockholders' equity | 154 | 124 | 131 | 170 | (200) | 213 | 170 | 196 | 72 | 15 | (4) | 18 | 80 | 183 | 329 | 496 |
| Total liabilities and stockholders' equity | 276 | 301 | 283 | 346 | 101 | 332 | 346 | 491 | 500 | 513 | 590 | 658 | 719 | 843 | 1,038 | 1,237 |

# Disclosures

## Valuation Methodology and Risks

### Target Price and Rating
**Valuation Methodology and Risks: (12 months) for BlackSky Technology Inc (BKSY.N)**

**Method:** We value BKSY using a DCF, incorporating CSe 3% perpetual growth and a 10% WACC. This results in our $3 target price for BKSY. We rate shares Outperform as we expect share price performance greater than the rest of our Space coverage universe.

**Risk:** Risks to our Outperform rating and $3 target price include increased competition, slower-than-expected ramp on the EOCL contract, lengthening of sales cycles, higher-than-expected capex for Gen 3 satellites, increased pricing pressure from government customers, liquidity risk and the risk of a dilutive equity raise, and higher interest rates.

### Target Price and Rating
**Valuation Methodology and Risks: (12 months) for Mynaric (MYNA.OQ)**

**Method:** We value MYNA using a 5.5x EV/EBITDA multiple on 2026 EBITDA, discounted back 3 years at 10%. Our $10 target price applies to Mynaric's U.S. ADR. We rate shares Outperform as we expect more upside relative to the rest of our coverage universe.

**Risk:** Risks to our $10 target price and Outperform rating include increased competition, lengthening of sales cycles, increased pricing pressure from government customers, liquidity risk and the risk of a dilutive equity raise, higher interest rates, and lower national security budgets. Additionally, a failure of partner Northrop Grumman to secure an award on second tranche of the SDA's transportation layer satellites is also a risk. Vertical integration of optical links by commercial operators or defense primes is also a risk.

### Target Price and Rating
**Valuation Methodology and Risks: (12 months) for Rocket Lab (RKLB.OQ)**

**Method:** We value RKLB using a DCF, incorporating CSe 3% perpetual growth and a 10% WACC. This results in our $3 target price for RKLB. We rate shares Underperform as we expect performance to lag the rest of our coverage universe.

**Risk:** Risks to the upside to our Underperform rating and $3 target price include large contract award announcements, achievement of Electron reusability, and a faster-than-expected development effort for Neutron. Downside risks include increased competition, lengthening of sales cycles, increased pricing pressure from government customers, higher interest rates, and lower national security budgets. Reduced funding or a lack of commercial success for LEO broadband constellation is also a risk.

### Target Price and Rating
**Valuation Methodology and Risks: (12 months) for Spire Global (SPIR.N)**

**Method:** Our target price of $2 is based on a DCF valuation methodology which incorporates a 10% WACC and 3% perpetual growth. We rate SPIR Neutral as we expect performance similar to the rest of our coverage universe.

**Risk:** Risks to our $2 target price and Neutral rating include increased competition, high customer concentration and associated risk of churn on any large accounts, lengthening of sales cycles, customer credit risk, increased pricing pressure from government customers, an inability to appropriately commercialize weather solutions, liquidity risk and the risk of a highly dilutive equity raise, and higher interest rates. The high voting share of founders also introduces governance-related risks. Upside risks include major new contract announcements, better gross margin performance.

### Target Price and Rating
**Valuation Methodology and Risks: (12 months) for Virgin Orbit (VORB.OQ)**

**Method:** We value VORB using a DCF, incorporating 3% perpetual growth and a 10% WACC. This results in our $1.0 target price for VORB. We rate VORB Underperform as we expect downside relative to the rest of our coverage universe.

**Risk:** Upside risks to our Underperform rating and $1.0 target price include large contract award announcements, changes in retail investor sentiment, and faster-than-expected cost reductions. Downside risks include increased competition, lengthening of sales cycles, higher-than-expected launch costs, an inability to contain operating expense growth, increased pricing pressure from government customers, liquidity risk and the risk of a dilutive equity raise, and higher interest rates.

**Companies Mentioned** (Price as of 07-Oct-2022)
Airbus SE (AIR.PA, €92.33)
Amazon com Inc.,(AMZN.OQ, $114.56)
Ast Spacemobile (ASTS.OQ, $7.18)
Astra (ATRA.BRQ, lei7.18)
Astra International (ASII.JK, Rp6,475)
Astronics (ATROB.PK, $61.9999845)
BlackSky Technology Inc (BKSY.N, $1.58, OUTPERFORM[V], TP $3.0)
Boeing (BA.N, $129.79)
CACI International, Inc. (CACI.N, $260.76)
Ciena Corporation (CIEN.N, $40.59)
Citigroup Inc. (C.N, $42.19)
Dell Technologies (DELL.N, $34.6)
Deutsche Bank (DB.N, $7.87)
DoorDash (DASH.N, $49.39)
Eutelsat Communications (ETL.PA, €8.41)
Garmin Ltd (GRMN.N, $79.7)
HEICO (HEI.N, $147.99)
Infinera (INFN.OQ, $4.96)
Kleos Space (KSS.AX, A$0.33)
L3Harris Technologies, Inc. (LHX.N, $224.32)
Lockheed Martin (LMT.N, $403.96)
MDA (MDA.TO, C$7.16)
Maxar Technologies Ltd. (MAXR.N, $20.59)
Microsoft (MSFT.OQ, $234.24)
Mitsubishi Electric (6503.T, ¥1,347)
Momentus (MNTS.OQ, $1.34)
Motorola Solutions (MSI.N, $229.85)
Mynaric (MYNA.OQ, $5.2, OUTPERFORM[V], TP $10.0)
Northrop Grumman (NOC.N, $496.09)
Planet Labs (PL.N, $5.94)
Raytheon Technologies (RTX.N, $84.01)
Redwire (RDW.N, $2.67)
Rocket Lab (RKLB.OQ, $4.36, UNDERPERFORM[V], TP $3.0)
SES (SES.N, $5.16)
Spire Global (SPIR.N, $1.07, NEUTRAL[V], TP $2.0)
T-Mobile US (TMUS.OQ, $137.59)
Terran Orbital (LLAP.N, $1.95)
Thales (TCFP.PA, €112.35)
Virgin Orbit (VORB.OQ, $2.86, UNDERPERFORM[V], TP $1.0)
Yahsat (YAHSAT.AD, Dhs2.68)

### Disclosure Appendix

**Analyst Certification**

I, Scott Deuschle, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

**As of December 10, 2012 Analysts' stock rating are defined as follows:**

**Outperform (O) :** The stock's total return is expected to outperform the relevant benchmark* over the next 12 months.

**Neutral (N) :** The stock's total return is expected to be in line with the relevant benchmark* over the next 12 months.

**Underperform (U) :** The stock's total return is expected to underperform the relevant benchmark* over the next 12 months.

*Relevant benchmark by region: As of 10th December 2012, Japanese ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. As of 2nd October 2012, U.S. and Canadian as well as European (excluding Turkey) ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. For Latin America, Turkey and Asia (excluding Japan and Australia), stock ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark (India - S&P BSE Sensex Index; for China A share the relevant index is the Shanghai Shenzhen CSI 300 (CSI300); prior to 2nd October 2012 U.S. and Canadian ratings were based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe. For Australian and New Zealand stocks, the expected total return (ETR) calculation includes 12-month rolling dividend yield. An Outperform rating is assigned where an ETR is greater than or equal to 7.5%; Underperform where an ETR less than or equal to 5%. A Neutral may be assigned where the ETR is between - 5% and 15%. The overlapping rating range allows analysts to assign a rating that puts ETR in the context of associated risks. Prior to 18 May 2015, ETR ranges for Outperform and Underperform ratings did not overlap with Neutral thresholds between 15% and 7.5%, which was in operation from 7 July 2011.

**Restricted (R) :** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

**Not Rated (NR) :** Credit Suisse Equity Research does not have an investment rating or view on the stock or any other securities related to the company at this time.

**Not Covered (NC) :** Credit Suisse Equity Research does not provide ongoing coverage of the company or offer an investment rating or investment view on the equity security of the company or related products.

**Volatility Indicator [V] :** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

Analysts' sector weightings are distinct from analysts' stock ratings and are based on the analyst's expectations for the fundamentals and/or valuation of the sector* relative to the group's historic fundamentals and/or valuation:

**Overweight :** The analyst's expectation for the sector's fundamentals and/or valuation is favorable over the next 12 months.

**Market Weight :** The analyst's expectation for the sector's fundamentals and/or valuation is neutral over the next 12 months.


**CREDIT SUISSE**

**Underweight :** The analyst's expectation for the sector's fundamentals and/or valuation is cautious over the next 12 months.

*An analyst's coverage sector consists of all companies covered by the analyst within the relevant sector. An analyst may cover multiple sectors.*

Credit Suisse's distribution of stock ratings (and banking clients) is:

### Global Ratings Distribution

| Rating | Versus universe (%) | Of which banking clients (%) |
|---|---|---|
| Outperform/Buy* | 54% | (28% banking clients) |
| Neutral/Hold* | 34% | (20% banking clients) |
| Underperform/Sell* | 10% | (19% banking clients) |
| Restricted | 1% | |

Please click here to view the MAR quarterly recommendations and investment services report for fundamental research recommendations.

*For purposes of the NYSE and FINRA ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.*

#### Important Global Disclosures

Credit Suisse's research reports are made available to clients through our proprietary research portal on CS PLUS. Credit Suisse research products may also be made available through third-party vendors or alternate electronic means as a convenience. Certain research products are only made available through CS PLUS. The services provided by Credit Suisse's analysts to clients may depend on a specific client's preferences regarding the frequency and manner of receiving communications, the client's risk profile and investment, the size and scope of the overall client relationship with the Firm, as well as legal and regulatory constraints. To access all of Credit Suisse's research that you are entitled to receive in the most timely manner, please contact your sales representative or go to https://plus.credit-suisse.com.

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: https://www.credit-suisse.com/sites/disclaimers-ib/en/managing-conflicts.html.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

Credit Suisse has decided not to enter into business relationships with companies that Credit Suisse has determined to be involved in the development, manufacture, or acquisition of anti-personnel mines and cluster munitions. For Credit Suisse's position on the issue, please see https://www.credit-suisse.com/media/assets/corporate/docs/about-us/responsibility/banking/policy-summaries-en.pdf.

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities

Please refer to the firm's disclosure website at https://rave.credit-suisse.com/disclosures/view/selectArchive for the definitions of abbreviations typically used in the target price method and risk sections.

*See the Companies Mentioned section for full company names*

Credit Suisse currently has, or had within the past 12 months, the following as investment banking client(s): BKSY.N, MYNA.OQ, VORB.OQ

Credit Suisse provided investment banking services to the subject company (BKSY.N, MYNA.OQ, VORB.OQ) within the past 12 months.

Credit Suisse has managed or co-managed a public offering of securities for the subject company (MYNA.OQ) within the past 12 months.

Within the past 12 months, Credit Suisse has received compensation for investment banking services from the following issuer(s): BKSY.N, MYNA.OQ, VORB.OQ

Credit Suisse expects to receive or intends to seek investment banking related compensation from the subject company (VORB.OQ) within the next 3 months.

Credit Suisse or a member of the Credit Suisse Group is a market maker or liquidity provider in the securities of the following subject issuer(s): BKSY.N, MYNA.OQ, RKLB.OQ, SPIR.N, VORB.OQ

A member of the Credit Suisse Group is party to an agreement with, or may have provided services set out in sections A and B of Annex I of Directive 2014/65/EU of the European Parliament and Council ("MiFID Services") to, the subject issuer (BKSY.N, MYNA.OQ, VORB.OQ) within the past 12 months.

For date and time of production, dissemination and history of recommendation for the subject company(ies) featured in this report, disseminated within the past 12 months, please refer to the link: https://rave.credit-suisse.com/disclosures/view/report?i=744206&v=700i8yh07by3yd25qymkh6x.

#### Important Regional Disclosures

Singapore recipients should contact Credit Suisse AG, Singapore Branch for any matters arising from, or in connection with, this research report.

Analysts who conduct site visits of covered issuers are not permitted to accept payment or reimbursement for travel expenses from the issuer for the site visit.

For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit https://www.credit-suisse.com/sites/disclaimers-ib/en/canada-research-policy.html.

Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment.

---

To the extent any Credit Suisse equity research analyst employed by Credit Suisse International (a "UK Analyst") has interactions with a Spanish domiciled client of Credit Suisse AG or its affiliates, such UK Analyst will be acting for and on behalf of Credit Suisse Bank (Europe), S.A., with respect only to the provision of equity research services to Spanish domiciled clients of Credit Suisse AG or its affiliates.

Pursuant to CVM Resolution No. 20/2021, of February 25, 2021, the author(s) of the report hereby certify(ies) that the views expressed in this report solely and exclusively reflect the personal opinions of the author(s) and have been prepared independently, including with respect to Credit Suisse. Part of the author(s)´s compensation is based on various factors, including the total revenues of Credit Suisse, but no part of the compensation has been, is, or will be related to the specific recommendations or views expressed in this report. In addition, Credit Suisse declares that: Credit Suisse has provided, and/or may in the future provide investment banking, brokerage, asset management, commercial banking and other financial services to the subject company/companies or its affiliates, for which they have received or may receive customary fees and commissions, and which constituted or may constitute relevant financial or commercial interests in relation to the subject company/companies or the subject securities.

This research report is authored by:

**Credit Suisse Securities (USA) LLC**_____ Scott Deuschle ; Will Jackson

#### Important Credit Suisse HOLT Disclosures

The HOLT methodology does not assign ratings or a target price to a security. It is an analytical tool that involves use of a set of proprietary quantitative algorithms and warranted value calculations, collectively called the HOLT valuation model, that are consistently applied to all the companies included in its database. Third-party data (including consensus earnings estimates) are systematically translated into a number of default variables and incorporated into the algorithms available in the HOLT valuation model. The source financial statement, pricing, and earnings data provided by outside data vendors are subject to quality control and may also be adjusted to more closely measure the underlying economics of firm performance. These adjustments provide consistency when analyzing a single company across time, or analyzing multiple companies across industries or national borders. The default scenario that is produced by the HOLT valuation model establishes a warranted price for a security, and as the third-party data are updated, the warranted price may also change. The default variables may also be adjusted to produce alternative warranted prices, any of which could occur. The warranted price is an algorithmic output applied systematically across all companies based on historical levels and volatility of returns. Additional information about the HOLT methodology is available on request.

CFROI, CFROE, HOLT, HOLT Lens, HOLTfolio, "Clarity is Confidence" and "Powered by HOLT" are trademarks or registered trademarks of Credit Suisse Group AG or its affiliates in the United States and other countries.

HOLT is a corporate performance and valuation advisory service of Credit Suisse.

© 2022 Credit Suisse Group AG and its subsidiaries and affiliates. All rights reserved.

There is currently no universal definition or exhaustive list defining the issues or factors that are covered by the concept of "ESG" (Environmental, Social, Governance). If not indicated otherwise, 'ESG' is used interchangeably with the terms 'sustainable' and 'sustainability'. Unless indicated otherwise, the views expressed herein are based on CS' own assumptions and interpretation of ESG at the time of drafting. CS' views on ESG may evolve over time and are subject to change.

Where a sustainability assessment is identified as including elements which track environmental, social or governance (ESG) objectives, CS is, wholly or in part, reliant on third-party sources of information (including, but not limited to, such information produced by the issuing/manufacturing company itself) and external guidance. These sources of information may be limited in terms of accuracy, availability and timeliness. It is possible that the data from ESG data providers may be incorrect, unavailable (e.g., not existing, or absence of look-through), or not fully updated. CS has not sought to independently verify information obtained from public and third-party sources and makes no representations or warranties as to accuracy, completeness or reliability of such information. Additionally, as global laws, guidelines and regulations in relation to the tracking and provision of such data are evolving, all such disclosures are made on a non-reliance basis and are subject to change. Unless required by applicable law, CS is not obliged to provide updates on sustainability assessments. Any updates might be subject to a time lag, due to e.g. lack of available data.

An ESG assessment reflects the opinion of the assessing party (CS or external parties such as rating agencies or other financial institutions). In the absence of a standardized ESG assessment system, each assessing party has its own research and analysis framework/methodology. Therefore, ESG assessment or risk levels given by different assessing parties to the same company can vary. Further, ESG assessment is limited to considering company performance against certain ESG criteria only and does not take into account the other factors needed to assess the value of a company.

Important disclosures regarding companies that are the subject of this report are available by calling +1 (877) 291-2683. The same important disclosures, with the exception of valuation methodology and risk discussions, are also available on Credit Suisse's disclosure website at https://rave.credit-suisse.com/disclosures. For valuation methodology and risks associated with any recommendation, price target, or rating referenced in this report, please refer to the disclosures section of the most recent report regarding the subject company.





CREDIT SUISSE