# Exhibit 91

Expenses > 730 Research and Development > 730-10 Overall > 730-10-00 Status

FASB Codification

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 730-10-00 Status

> **General Note:** The Status Section identifies changes to this Subtopic resulting from Accounting Standards Updates. The Section provides references to the affected Codification content and links to the related Accounting Standards Updates. Nonsubstantive changes for items such as editorial, link and similar corrections are included separately in Maintenance Updates.

## General

> 

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| **Acquisition by a Not-for-Profit Entity** | Added | Accounting Standards Update No. 2010-07 | 01/28/2010 |
| **Business** | Amended | Accounting Standards Update No. 2017-01 | 01/05/2017 |
| **Corporate Joint Venture** | Added | Accounting Standards Update No. 2023-05 | 08/23/2023 |
| **Joint Venture** | Added | Accounting Standards Update No. 2023-05 | 08/23/2023 |
| 730-10-15-4 | Amended | Accounting Standards Update No. 2023-05 | 08/23/2023 |
| 730-10-15-4 | Amended | Accounting Standards Update No. 2010-07 | 01/28/2010 |
| 730-10-25-1 | Amended | Accounting Standards Update No. 2023-05 | 08/23/2023 |
| 730-10-25-1 | Amended | Accounting Standards Update No. 2010-07 | 01/28/2010 |

| 730-10-55-1 | Amended | Accounting Standards Update No. 2012-04 | 10/01/2012 |
| 730-10-60-5 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.

Expenses > 730 Research and Development > 730-10 Overall > 730-10-05 Overview and Background

FASB Codification

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 730-10-05 Overview and Background

> **General Note:** The Overview and Background Section provides overview and background material for the guidance contained in the Subtopic. It does not provide the historical background or due process. It may contain certain material that users generally consider useful to understand the typical situations addressed by the standards. The Section does not summarize the accounting and reporting requirements.

## General

## >

**05-1** The Research and Development Topic establishes standards of financial accounting and reporting for **research and development** costs. The Overall Subtopic specifies:

    a.  Those activities that shall be identified as research and development for financial accounting and reporting purposes

    b.  The elements of costs that shall be identified with research and development activities

    c.  The accounting for research and development costs

    d.  The financial statement disclosures related to research and development costs.

**05-2** At the time most research and development costs are incurred, the future benefits are at best uncertain. In other words, there is no indication that an economic resource has been created. Moreover, even if at some point in the progress of an individual research and development project the expectation of future benefits becomes sufficiently high to indicate that an economic resource has been created, the question remains whether that resource should be recognized as an asset for financial accounting purposes. Although future benefits from a particular research and development project may be foreseen, they generally cannot be measured with a reasonable degree of certainty. There is normally little, if any, direct relationship between the amount of current

research and development expenditures and the amount of resultant future benefits to the entity. Research and development costs therefore fail to satisfy the suggested measurability test for accounting recognition as an asset.

**05-3** Also, there is often a high degree of uncertainty about whether research and development expenditures will provide any future benefits. Thus, even an indirect cause and effect relationship can seldom be demonstrated. Because there is generally no direct or even indirect basis for relating costs to revenues, the principles of associating cause and effect and systematic and rational allocation cannot be applied to recognize research and development costs as expenses. That is, the notion of matching, when used to refer to the process of recognizing costs as expenses on any sort of cause and effect basis, cannot be applied to research and development costs. The general lack of discernible future benefits at the time the costs are incurred indicates that the immediate recognition principle of expense recognition should apply.

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.

Expenses > 730 Research and Development > 730-10 Overall > 730-10-05 Overview and Background

FASB Codification

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 730-10-05 Overview and Background

> **General Note:** The Overview and Background Section provides overview and background material for the guidance contained in the Subtopic. It does not provide the historical background or due process. It may contain certain material that users generally consider useful to understand the typical situations addressed by the standards. The Section does not summarize the accounting and reporting requirements.

## General

## >

**05-1** The Research and Development Topic establishes standards of financial accounting and reporting for **research and development** costs. The Overall Subtopic specifies:

   a.  Those activities that shall be identified as research and development for financial accounting and reporting purposes

   b.  The elements of costs that shall be identified with research and development activities

   c.  The accounting for research and development costs

   d.  The financial statement disclosures related to research and development costs.

**05-2** At the time most research and development costs are incurred, the future benefits are at best uncertain. In other words, there is no indication that an economic resource has been created. Moreover, even if at some point in the progress of an individual research and development project the expectation of future benefits becomes sufficiently high to indicate that an economic resource has been created, the question remains whether that resource should be recognized as an asset for financial accounting purposes. Although future benefits from a particular research and development project may be foreseen, they generally cannot be measured with a reasonable degree of certainty. There is normally little, if any, direct relationship between the amount of current

research and development expenditures and the amount of resultant future benefits to the entity. Research and development costs therefore fail to satisfy the suggested measurability test for accounting recognition as an asset.

**05-3** Also, there is often a high degree of uncertainty about whether research and development expenditures will provide any future benefits. Thus, even an indirect cause and effect relationship can seldom be demonstrated. Because there is generally no direct or even indirect basis for relating costs to revenues, the principles of associating cause and effect and systematic and rational allocation cannot be applied to recognize research and development costs as expenses. That is, the notion of matching, when used to refer to the process of recognizing costs as expenses on any sort of cause and effect basis, cannot be applied to research and development costs. The general lack of discernible future benefits at the time the costs are incurred indicates that the immediate recognition principle of expense recognition should apply.

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.

Expenses > 730 Research and Development > 730-10 Overall > 730-10-10 Objectives

FASB Codification

---

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 730-10-10 Objectives

> **General Note:** The Objectives Section provides the high-level objectives that the Subtopic is intended to accomplish or attain. The Section does not summarize or discuss the main principles of accounting and reporting requirements.

## General

## >

**10-1** The objective of this Subtopic is to provide guidance related to **research and development** costs.

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.

Expenses > 730 Research and Development > 730-10 Overall > 730-10-15 Scope and Scope Exceptions

FASB Codification

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 730-10-15 Scope and Scope Exceptions

> **General Note:** The Scope and Scope Exceptions Section outlines the items (for example, the entities, transactions, instruments, or events) to which the guidance in the Subtopic does or does not apply. In some cases, the Section may contain definitional or other text to frame the scope.

## General

## > Overall Guidance

**15-1** The Scope Section of the Overall Subtopic establishes the pervasive scope for all Subtopics of the Research and Development Topic. Unless explicitly addressed within specific Subtopics, the following scope guidance applies to all Subtopics of the Research and Development Topic.

## > Entities

**15-2** The guidance in the Research and Development Topic applies to all entities, including the following:

   a. Entities in the extractive industries whose **research and development** activities are comparable in nature to research and development activities of other entities, such as development or improvement of processes and techniques including those employed in exploration, drilling, and extraction.

## > Transactions

**15-3** The guidance in the Research and Development Topic applies to the following transactions and activities:

a.  Those activities aimed at developing or significantly improving a product or service (referred to as product) or a process or technique (referred to as process) whether the product or process is intended for sale or use. A process may be a system whose output is to be sold, leased, or otherwise marketed to others. A process also may be used internally as a part of a manufacturing activity or a service activity where the service itself is marketed.

**15-4** The guidance in this Topic does not apply to the following transactions and activities:

a.  Accounting for the costs of research and development activities conducted for others under a contractual arrangement, which is a part of accounting for contracts in general. Indirect costs, including indirect costs that are specifically reimbursable under the terms of a contract, are also excluded from the scope of this Topic.

b.  Activities that are unique to entities in the extractive industries, such as prospecting, acquisition of mineral rights, exploration, drilling, mining, and related mineral development.

c.  The acquisition, development, or improvement of a process by an entity for use in its selling or administrative activities. A process may be intended to achieve cost reductions as opposed to revenue generation. However, (e) specifically excludes market research or market testing activities from research and development activities. Those activities were excluded because they relate to the selling function of an entity. Thus, while in the broadest sense of the word, a process may be used in all of an entity's activities, the acquisition, development, or improvement of a process by an entity for use in its selling or administrative activities shall be excluded from the definition of research and development activities. To the extent, therefore, that the acquisition, development, or improvement of a process by an entity for use in its selling or administrative activities includes costs for computer software, those costs are not research and development costs. Examples of the excluded costs of software are those incurred for development by an airline of a computerized reservation system or for development of a general management information system. See Subtopic 350-40 for guidance related to costs of computer software developed or obtained for internal use and Subtopic 985-20 for computer software intended to be sold, leased, or marketed.

d.  Routine or periodic alterations to existing products, production lines, manufacturing processes, and other ongoing operations even though those alterations may represent improvements.

e.  Market research or market testing activities.

f.  Research and development assets acquired in a business combination or an **acquisition by a not-for-profit entity**. If tangible and intangible assets acquired in that manner are used in research and development activities, they are recognized and measured at fair value in accordance with Subtopic 805-20, regardless of whether they have an alternative future use. After recognition, tangible assets acquired in a business combination or an acquisition by a not-for-profit entity that are used in research and development activities are accounted for in

accordance with their nature. After recognition, intangible assets acquired in a business combination or an acquisition by a not-for-profit entity that are used in research and development activities are accounted for in accordance with Topic 350.

---

**Pending Content:**

**Transition Date:** *(P) January 1, 2025; (N) January 1, 2025* | **Transition Guidance:** 805-60-65-1

805-60-65-1

The guidance in this Topic does not apply to the following transactions and activities:

a.  Accounting for the costs of research and development activities conducted for others under a contractual arrangement, which is a part of accounting for contracts in general. Indirect costs, including indirect costs that are specifically reimbursable under the terms of a contract, are also excluded from the scope of this Topic.

b.  Activities that are unique to entities in the extractive industries, such as prospecting, acquisition of mineral rights, exploration, drilling, mining, and related mineral development.

c.  The acquisition, development, or improvement of a process by an entity for use in its selling or administrative activities. A process may be intended to achieve cost reductions as opposed to revenue generation. However, (e) specifically excludes market research or market testing activities from research and development activities. Those activities were excluded because they relate to the selling function of an entity. Thus, while in the broadest sense of the word, a process may be used in all of an entity's activities, the acquisition, development, or improvement of a process by an entity for use in its selling or administrative activities shall be excluded from the definition of research and development activities. To the extent, therefore, that the acquisition, development, or improvement of a process by an entity for use in its selling or administrative activities includes costs for computer software, those costs are not research and development costs. Examples of the excluded costs of software are those incurred for development by an airline of a computerized reservation system or for development of a general management information system. See Subtopic 350-40 for guidance related to costs of computer software developed or obtained for internal use and Subtopic 985-20 for computer software intended to be sold, leased, or marketed.

d.  Routine or periodic alterations to existing products, production lines, manufacturing processes, and other ongoing operations even though those alterations may represent improvements.

e.  Market research or market testing activities.

f.  Research and development assets acquired in a business combination, acquired in an **acquisition by a not-for-profit entity**, or recognized by a **joint venture** upon formation. If tangible and intangible assets acquired in that manner are used in research and development activities, they are recognized and measured at fair value in accordance with

Subtopic 805-20, regardless of whether they have an alternative future use. After recognition, tangible assets acquired in a business combination, acquired in an acquisition by a not-for-profit entity, or recognized by a joint venture upon formation that are used in research and development activities are accounted for in accordance with their nature. After recognition, intangible assets acquired in a business combination, acquired in an acquisition by a not-for-profit entity, or recognized by a joint venture upon formation that are used in research and development activities are accounted for in accordance with Topic 350.

**15-5** The guidance in this Topic may or may not apply to the following transactions and activities:

a.  Development of computer software internally for its own use. If development of computer software is undertaken for the entity's own use, the software may be intended, for example, to be used in the research and development activities of the entity or as a part of a newly developed or significantly improved product or process. See Subtopic 350-40 for guidance related to costs of computer software developed or obtained for internal use.

b.  Costs incurred to purchase or lease computer software developed by others are not research and development costs under this Subtopic unless the software is for use in research and development activities. See also paragraph 985-20-25-1.

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.

Expenses > 730 Research and Development > 730-10 Overall > 730-10-15 Scope and Scope Exceptions

FASB Codification

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 730-10-15 Scope and Scope Exceptions

> **General Note:** The Scope and Scope Exceptions Section outlines the items (for example, the entities, transactions, instruments, or events) to which the guidance in the Subtopic does or does not apply. In some cases, the Section may contain definitional or other text to frame the scope.

## General

## > Overall Guidance

**15-1** The Scope Section of the Overall Subtopic establishes the pervasive scope for all Subtopics of the Research and Development Topic. Unless explicitly addressed within specific Subtopics, the following scope guidance applies to all Subtopics of the Research and Development Topic.

## > Entities

**15-2** The guidance in the Research and Development Topic applies to all entities, including the following:

a.  Entities in the extractive industries whose **research and development** activities are comparable in nature to research and development activities of other entities, such as development or improvement of processes and techniques including those employed in exploration, drilling, and extraction.

## > Transactions

**15-3** The guidance in the Research and Development Topic applies to the following transactions and activities:

a.  Those activities aimed at developing or significantly improving a product or service (referred to as product) or a process or technique (referred to as process) whether the product or process is intended for sale or use. A process may be a system whose output is to be sold, leased, or otherwise marketed to others. A process also may be used internally as a part of a manufacturing activity or a service activity where the service itself is marketed.

**15-4** The guidance in this Topic does not apply to the following transactions and activities:

a.  Accounting for the costs of research and development activities conducted for others under a contractual arrangement, which is a part of accounting for contracts in general. Indirect costs, including indirect costs that are specifically reimbursable under the terms of a contract, are also excluded from the scope of this Topic.

b.  Activities that are unique to entities in the extractive industries, such as prospecting, acquisition of mineral rights, exploration, drilling, mining, and related mineral development.

c.  The acquisition, development, or improvement of a process by an entity for use in its selling or administrative activities. A process may be intended to achieve cost reductions as opposed to revenue generation. However, (e) specifically excludes market research or market testing activities from research and development activities. Those activities were excluded because they relate to the selling function of an entity. Thus, while in the broadest sense of the word, a process may be used in all of an entity's activities, the acquisition, development, or improvement of a process by an entity for use in its selling or administrative activities shall be excluded from the definition of research and development activities. To the extent, therefore, that the acquisition, development, or improvement of a process by an entity for use in its selling or administrative activities includes costs for computer software, those costs are not research and development costs. Examples of the excluded costs of software are those incurred for development by an airline of a computerized reservation system or for development of a general management information system. See Subtopic 350-40 for guidance related to costs of computer software developed or obtained for internal use and Subtopic 985-20 for computer software intended to be sold, leased, or marketed.

d.  Routine or periodic alterations to existing products, production lines, manufacturing processes, and other ongoing operations even though those alterations may represent improvements.

e.  Market research or market testing activities.

f.  Research and development assets acquired in a business combination or an **acquisition by a not-for-profit entity**. If tangible and intangible assets acquired in that manner are used in research and development activities, they are recognized and measured at fair value in accordance with Subtopic 805-20, regardless of whether they have an alternative future use. After recognition, tangible assets acquired in a business combination or an acquisition by a not-for-profit entity that are used in research and development activities are accounted for in

accordance with their nature. After recognition, intangible assets acquired in a business combination or an acquisition by a not-for-profit entity that are used in research and development activities are accounted for in accordance with Topic 350.

---

**Pending Content:**

**Transition Date:** *(P) January 1, 2025; (N) January 1, 2025* | **Transition Guidance:** 805-60-65-1

805-60-65-1

The guidance in this Topic does not apply to the following transactions and activities:

a.  Accounting for the costs of research and development activities conducted for others under a contractual arrangement, which is a part of accounting for contracts in general. Indirect costs, including indirect costs that are specifically reimbursable under the terms of a contract, are also excluded from the scope of this Topic.

b.  Activities that are unique to entities in the extractive industries, such as prospecting, acquisition of mineral rights, exploration, drilling, mining, and related mineral development.

c.  The acquisition, development, or improvement of a process by an entity for use in its selling or administrative activities. A process may be intended to achieve cost reductions as opposed to revenue generation. However, (e) specifically excludes market research or market testing activities from research and development activities. Those activities were excluded because they relate to the selling function of an entity. Thus, while in the broadest sense of the word, a process may be used in all of an entity's activities, the acquisition, development, or improvement of a process by an entity for use in its selling or administrative activities shall be excluded from the definition of research and development activities. To the extent, therefore, that the acquisition, development, or improvement of a process by an entity for use in its selling or administrative activities includes costs for computer software, those costs are not research and development costs. Examples of the excluded costs of software are those incurred for development by an airline of a computerized reservation system or for development of a general management information system. See Subtopic 350-40 for guidance related to costs of computer software developed or obtained for internal use and Subtopic 985-20 for computer software intended to be sold, leased, or marketed.

d.  Routine or periodic alterations to existing products, production lines, manufacturing processes, and other ongoing operations even though those alterations may represent improvements.

e.  Market research or market testing activities.

f.  Research and development assets acquired in a business combination, acquired in an **acquisition by a not-for-profit entity**, or recognized by a **joint venture** upon formation. If tangible and intangible assets acquired in that manner are used in research and development activities, they are recognized and measured at fair value in accordance with

Subtopic 805-20, regardless of whether they have an alternative future use. After recognition, tangible assets acquired in a business combination, acquired in an acquisition by a not-for-profit entity, or recognized by a joint venture upon formation that are used in research and development activities are accounted for in accordance with their nature. After recognition, intangible assets acquired in a business combination, acquired in an acquisition by a not-for-profit entity, or recognized by a joint venture upon formation that are used in research and development activities are accounted for in accordance with Topic 350.

**15-5** The guidance in this Topic may or may not apply to the following transactions and activities:

a.  Development of computer software internally for its own use. If development of computer software is undertaken for the entity's own use, the software may be intended, for example, to be used in the research and development activities of the entity or as a part of a newly developed or significantly improved product or process. See Subtopic 350-40 for guidance related to costs of computer software developed or obtained for internal use.

b.  Costs incurred to purchase or lease computer software developed by others are not research and development costs under this Subtopic unless the software is for use in research and development activities. See also paragraph 985-20-25-1.

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.

Expenses > 730 Research and Development > 730-10 Overall > 730-10-20 Glossary

FASB Codification

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 730-10-20 Glossary

> **General Note:** The Master Glossary contains all terms identified as glossary terms throughout the Codification. Clicking on any term in the Master Glossary will display where the term is used. The Master Glossary may contain identical terms with different definitions, some of which may not be appropriate for a particular Subtopic. For any particular Subtopic, users should only use the glossary terms included in the particular Subtopic Glossary Section (Section 20).

## Acquiree

The **business** or businesses that the **acquirer** obtains control of in a **business combination**. This term also includes a nonprofit activity or business that a not-for-profit acquirer obtains control of in an **acquisition by a not-for-profit entity**.

## Acquirer

The entity that obtains control of the **acquiree**. However, in a **business combination** in which a **variable interest entity** (VIE) is acquired, the primary beneficiary of that entity always is the acquirer.

## Acquisition by a Not-for-Profit Entity

A transaction or other event in which a not-for-profit acquirer obtains control of one or more nonprofit activities or businesses and initially recognizes their assets and liabilities in the acquirer's financial statements. When applicable guidance in Topic 805 is applied by a **not-for-profit entity**, the term **business combination** has the same meaning as this term has for a for-profit entity. Likewise, a reference to business combinations in guidance that links to Topic 805 has the same meaning as a reference to acquisitions by not-for-profit entities.

## Business

Paragraphs 805-10-55-3A through 55-6 and 805-10-55-8 through 55-9 define what is considered a business.

## Business Combination

A transaction or other event in which an **acquirer** obtains control of one or more businesses. Transactions sometimes referred to as true mergers or mergers of equals also are business combinations. See also **Acquisition by a Not-for-Profit Entity**.

## Corporate Joint Venture

A corporation owned and operated by a small group of entities (the joint venturers) as a separate and specific business or project for the mutual benefit of the members of the group. A government may also be a member of the group. The purpose of a corporate joint venture frequently is to share risks and rewards in developing a new market, product or technology; to combine complementary technological knowledge; or to pool resources in developing production or other facilities. A corporate joint venture also usually provides an arrangement under which each joint venturer may participate, directly or indirectly, in the overall management of the joint venture. Joint venturers thus have an interest or relationship other than as passive investors. An entity that is a subsidiary of one of the joint venturers is not a corporate joint venture. The ownership of a corporate joint venture seldom changes, and its stock is usually not traded publicly. A noncontrolling interest held by public ownership, however, does not preclude a corporation from being a corporate joint venture.

## Joint Venture

An entity owned and operated by a small group of businesses (the joint venturers) as a separate and specific business or project for the mutual benefit of the members of the group. A government may also be a member of the group. The purpose of a joint venture frequently is to share risks and rewards in developing a new market, product, or technology; to combine complementary technological knowledge; or to pool resources in developing production or other facilities. A joint venture also usually provides an arrangement under which each joint venturer may participate, directly or indirectly, in the overall management of the joint venture. Joint venturers thus have an interest or relationship other than as passive investors. An entity that is a subsidiary of one of the joint venturers is not a joint venture. The ownership of a joint venture seldom changes, and its equity interests usually are not traded publicly. A minority public ownership, however, does not preclude an entity from being a joint venture. As distinguished from a **corporate joint venture**, a joint venture is not limited to corporate entities.

## Legal Entity

Any legal structure used to conduct activities or to hold assets. Some examples of such structures are corporations, partnerships, limited liability companies, grantor trusts, and other trusts.

## Not-for-Profit Entity

An entity that possesses the following characteristics, in varying degrees, that distinguish it from a business entity:

    a.  Contributions of significant amounts of resources from resource providers who do not expect commensurate or proportionate pecuniary return

    b.  Operating purposes other than to provide goods or services at a profit

    c.  Absence of ownership interests like those of business entities.

Entities that clearly fall outside this definition include the following:

    a.  All investor-owned entities

    b.  Entities that provide dividends, lower costs, or other economic benefits directly and proportionately to their owners, members, or participants, such as mutual insurance entities, credit unions, farm and rural electric cooperatives, and employee benefit plans.

## Research and Development

Research is planned search or critical investigation aimed at discovery of new knowledge with the hope that such knowledge will be useful in developing a new product or service (referred to as product) or a new process or technique (referred to as process) or in bringing about a significant improvement to an existing product or process.

Development is the translation of research findings or other knowledge into a plan or design for a new product or process or for a significant improvement to an existing product or process whether intended for sale or use. It includes the conceptual formulation, design, and testing of product alternatives, construction of prototypes, and operation of pilot plants.

## Variable Interest Entity

A **legal entity** subject to consolidation according to the provisions of the Variable Interest Entities Subsections of Subtopic 810-10.

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.

Expenses > 730 Research and Development > 730-10 Overall > 730-10-25 Recognition

FASB Codification

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 730-10-25 Recognition

> **General Note:** The Recognition Section provides guidance on the required criteria, timing, and location (within the financial statements) for recording a particular item in the financial statements. Disclosure is not recognition.

## General

## > Accounting for Research and Development Costs

**25-1 Research and development** costs encompassed by this Subtopic shall be charged to expense when incurred. As noted in paragraph 730-10-15-4(f), this Topic does not apply to tangible and intangible assets acquired in a business combination or in an **acquisition by a not-for-profit entity** that are used in research and development activities.

> **Pending Content:**
>
> **Transition Date:** *(P) January 1, 2025; (N) January 1, 2025* | **Transition Guidance:** 805-60-65-1
>
> 805-60-65-1
>
> **Research and development** costs encompassed by this Subtopic shall be charged to expense when incurred. As noted in paragraph 730-10-15-4(f), this Topic does not apply to tangible and intangible assets acquired in a business combination, acquired in an **acquisition by a not-for-profit entity**, or recognized by a **joint venture** upon formation that are used in research and development activities.

## > Elements of Costs to Be Identified with Research and Development Activities

**25-2** Elements of costs shall be identified with research and development activities as follows (see Subtopic 350-50 for guidance related to website development):

a.  Materials, equipment, and facilities. The costs of materials (whether from the entity's normal inventory or acquired specially for research and development activities) and equipment or facilities that are acquired or constructed for research and development activities and that have alternative future uses (in research and development projects or otherwise) shall be capitalized as tangible assets when acquired or constructed. The cost of such materials consumed in research and development activities and the depreciation of such equipment or facilities used in those activities are research and development costs. However, the costs of materials, equipment, or facilities that are acquired or constructed for a particular research and development project and that have no alternative future uses (in other research and development projects or otherwise) and therefore no separate economic values are research and development costs at the time the costs are incurred. See Topic 360 for guidance related to property, plant, and equipment; the Impairment or Disposal of Long-Lived Assets Subsections of Subtopic 360-10 for guidance related to impairment and disposal; and paragraphs 360-10-35-2 through 35-6 for guidance related to depreciation.

b.  Personnel. Salaries, wages, and other related costs of personnel engaged in research and development activities shall be included in research and development costs.

c.  Intangible assets purchased from others. The costs of intangible assets that are purchased from others for use in research and development activities and that have alternative future uses (in research and development projects or otherwise) shall be accounted for in accordance with Topic 350. The amortization of those intangible assets used in research and development activities is a research and development cost. However, the costs of intangibles that are purchased from others for a particular research and development project and that have no alternative future uses (in other research and development projects or otherwise) and therefore no separate economic values are research and development costs at the time the costs are incurred.

d.  Contract services. The costs of services performed by others in connection with the research and development activities of an entity, including research and development conducted by others in behalf of the entity, shall be included in research and development costs.

e.  Indirect costs. Research and development costs shall include a reasonable allocation of indirect costs. However, general and administrative costs that are not clearly related to research and development activities shall not be included as research and development costs.

## > Computer Software

**25-3** When software for use in research and development activities is purchased or leased, its cost shall be accounted for as specified by (c) in the preceding paragraph and paragraph 730-10-25-1. That is, the cost shall be charged to expense as incurred unless the software has alternative future uses (in research and development or otherwise).

**25-4** Development of software to be used in research and development activities includes costs incurred by an entity in developing computer software internally for use in its research and development activities, are research and development costs and, therefore, shall be charged to expense when incurred. The alternative future use test does not apply to the internal development of computer software; paragraph 730-10-25-2(c) applies only to intangibles purchased from others. This includes costs incurred during all phases of software development because all of those costs are incurred in a research and development activity.

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.

Expenses > 730 Research and Development > 730-10 Overall > 730-10-50 Disclosure

FASB Codification

---

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 730-10-50 Disclosure

> **General Note:** The Disclosure Section provides guidance regarding the disclosure in the notes to financial statements. In some cases, disclosure may relate to disclosure on the face of the financial statements.

## General

## >

**50-1** Disclosure shall be made in the financial statements of the total **research and development** costs charged to expense in each period for which an income statement is presented. Such disclosure shall include research and development costs incurred for a computer software product to be sold, leased, or otherwise marketed.

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.

Expenses > 730 Research and Development > 730-10 Overall > 730-10-55 Implementation Guidance and Illustrations

FASB Codification

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 730-10-55 Implementation Guidance and Illustrations

> **General Note:** The Implementation Guidance and Illustrations Section contains implementation guidance and illustrations that are an integral part of the Subtopic. The implementation guidance and illustrations do not address all possible variations. Users must consider carefully the actual facts and circumstances in relation to the requirements of the Subtopic.

## General

## > Implementation Guidance

## >> Examples of Activities Typically Included in Research and Development

**55-1** The following activities typically would be considered **research and development** within the scope of this Topic (unless conducted for others under a contractual arrangement—see paragraph 730-10-15-4[a]):

a.  Laboratory research aimed at discovery of new knowledge

b.  Searching for applications of new research findings or other knowledge

c.  Conceptual formulation and design of possible product or process alternatives

d.  Testing in search for or evaluation of product or process alternatives

e.  Modification of the formulation or design of a product or process

f.  Design, construction, and testing of preproduction prototypes and models

g.  Design of tools, jigs, molds, and dies involving new technology

h.  Design, construction, and operation of a pilot plant that is not of a scale economically feasible to the entity for commercial production

i. Engineering activity required to advance the design of a product to the point that it meets specific functional and economic requirements and is ready for manufacture

j. Design and development of tools used to facilitate research and development or components of a product or process that are undergoing research and development activities.

## >> Examples of Activities Typically Excluded from Research and Development

55-2 The following activities typically would not be considered research and development within the scope of this Topic:

a. Engineering follow-through in an early phase of commercial production

b. Quality control during commercial production including routine testing of products

c. Trouble-shooting in connection with break-downs during commercial production

d. Routine, ongoing efforts to refine, enrich, or otherwise improve upon the qualities of an existing product

e. Adaptation of an existing capability to a particular requirement or customer's need as part of a continuing commercial activity

f. Seasonal or other periodic design changes to existing products

g. Routine design of tools, jigs, molds, and dies

h. Activity, including design and construction engineering, related to the construction, relocation, rearrangement, or start-up of facilities or equipment other than the following:

1. Pilot plants (see [h] in the preceding paragraph)

2. Facilities or equipment whose sole use is for a particular research and development project (see paragraph 730-10-25-2[a]).

i. Legal work in connection with patent applications or litigation, and the sale or licensing of patents.

## >> Scope Application to Certain Nonrefundable Advance Payments

55-3 Nonrefundable advance payments for future research and development activities for materials, equipment, facilities, and purchased intangible assets that have an alternative future use (in research and development projects or otherwise) are within the scope of this Subtopic. Subtopic 730-20 provides guidance on accounting for nonrefundable advance payments for goods

or services that have the characteristics that will be used or rendered for future research and development activities pursuant to an executory contractual arrangement.

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.

Expenses > 730 Research and Development > 730-10 Overall > 730-10-60 Relationships

FASB Codification

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

# 730-10-60 Relationships

> **General Note:** The Relationships Section contains links to guidance that may be helpful to, but not required by, a user of the Subtopic. This Section may not be all-inclusive. The relationship items are organized according to the Topic structure in the Codification.

## General

## > Other Assets and Deferred Costs

**60-1** For guidance regarding design and development costs for products to be sold under long-term supply arrangements, see Subtopic 340-10.

## > Intangibles—Goodwill and Other

**60-2** For guidance related to the costs of internal-use computer software, see Subtopic 350-40.

**60-2A** For guidance related to website development costs, see Subtopic 350-50.

**60-3** [Paragraph not used].

## > Software

**60-4** For guidance regarding costs incurred to establish the technological feasibility of a computer software product to be sold, leased, or otherwise marketed, see paragraph 985-20-25-1.

**60-5** For guidance related to a funded software-development arrangement, see paragraphs 730-20-15-1A and 985-20-25-12.

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.