**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE SPIRE GLOBAL, INC. SECURITIES LITIGATION | Master File No. 1:24-cv-1458-MSN-WEF |

**2ND DECLARATION OF JEFFREY P. JUSTMAN IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

I, Jeffrey P. Justman, declare as follows:

1.      I submit this declaration in further support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint in the above action. The facts set forth herein are based upon my personal knowledge, information, and belief, unless otherwise stated.

2.      I am a partner with the law firm of Faegre Drinker Biddle & Reath LLP, and I am counsel of record in this case for Defendants Spire Global, Inc., Peter Platzer, Leonardo Basola, and Thomas Krywe.

3.      Attached hereto as **Exhibit 92** is a true and correct copy of a Spire Form 8-K, dated December 20, 2024.

4.      Attached as **Exhibit A** hereto is a chart reflecting which of the exhibits to Defendants' motion to dismiss were cited in Plaintiff's Amended Complaint, Dkt. 57.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 21, 2025                    _/s/ Jeffrey P. Justman_____
                                            Jeffrey P. Justman