# Exhibit A

**Exhibits Referenced In Defendants' Motion To Dismiss, Dkt. 62**

| Exhibit Number | Exhibit Description | Paragraph Cited in Complaint, Dkt. 57? |
|---|---|---|
| 1. | Spire's annual report for 2023 filed on Form 10-K, dated March 6, 2024 | ¶¶ 73, 75, 87, 97, 107, 114 |
| 2. | Spire press release and related Form 8-K, dated December 2, 2024 | ¶¶ 41, 124 |
| 3. | Spire's annual report for 2022 filed on Form 10-K, dated March 15, 2023 | ¶¶ 73, 74, 83, 93, 103, 113 |
| 4. | Spire's Q1 2022 quarterly report filed on Form 10-Q, dated May 11, 2022 | ¶¶ 72, 80, 90, 100, 110 |
| 5. | Spire's Q1 2022 quarterly press release and related Form 8-K, dated May 11, 2022 | ¶¶ 28, 54 |
| 6. | Spire's Q1 2022 earning call transcript, dated May 11, 2022 | ¶¶ 25, 55 |
| 7. | Spire's Q2 2022 quarterly report filed on Form 10-Q, dated August 10, 2022 | ¶¶ 73, 81, 91, 101, 111 |
| 8. | Spire's Q2 2022 quarterly press release and related Form 8-K, dated August 10, 2022 | ¶ 56 |
| 9. | Spire's Q2 2022 earnings call transcript, dated August 10, 2022 | ¶ 57 |
| 10. | Spire's Q3 2022 quarterly report filed on Form 10-Q, dated November 9, 2022 | ¶¶ 73, 82, 92, 102, 112 |
| 11. | Spire's Q3 2022 quarterly press release and related Form 8-K, dated November 9, 2022 | ¶¶ 28, 58 |
| 12. | Spire's Q3 2022 earnings call transcript, dated November 9, 2022 | ¶ 59 |
| 13. | Spire's Q4 2022 quarterly press release and related Form 8-K, dated March 8, 2023 | ¶¶ 28, 60 |
| 14. | Spire's Q4 2022 earnings call transcript, dated March 8, 2023 | ¶ 61 |
| 15. | Spire's Q1 2023 quarterly report filed on Form 10-Q, dated May 10, 2023 | ¶¶ 73, 84, 94, 104, 114 |
| 16. | Spire's Q1 2023 quarterly press release and related Form 8-K, dated May 10, 2023 | ¶¶ 28, 62 |
| 17. | Spire's Q1 2023 earnings call transcript, dated May 10, 2023 | ¶ 63 |
| 18. | Spire's Q2 2023 quarterly report filed on Form 10-Q, dated August 9, 2023 | ¶¶ 73, 85, 95, 105, 114 |
| 19. | Spire's Q2 2023 quarterly press release and related Form 8-K, dated August 9, 2023 | ¶¶ 29, 64 |
| 20. | Spire's Q2 2023 earnings call transcript, dated August 9, 2023 | ¶ 65 |
| 21. | Spire's Q3 2023 quarterly report filed on Form 10-Q, dated November 8, 2023 | ¶¶ 73, 86, 96, 106, 114 |

| Exhibit Number | Exhibit Description | Paragraph Cited in Complaint, Dkt. 57? |
|---|---|---|
| 22. | Spire's Q3 2023 quarterly press release and related Form 8-K, dated November 8, 2023 | ¶ 66 |
| 23. | Spire's Q3 2023 earnings call transcript, dated November 8, 2023 | ¶¶ 67, 77 |
| 24. | Spire's Q4 2023 quarterly press release and related Form 8-K, dated March 6, 2024 | ¶ 68 |
| 25. | Spire's Q4 2023 earnings call transcript, dated March 6, 2024 | ¶¶ 31, 69 |
| 26. | Spire's Q1 2024 quarterly report filed on Form 10-Q, dated May 15, 2024 | ¶¶ 73, 88, 98, 108, 114 |
| 27. | Spire's Q1 2024 quarterly press release and related Form 8-K, dated May 15, 2024 | ¶ 70 |
| 28. | Spire's Q1 2024 earnings call transcript, dated May 15, 2024 | ¶ 78 |
| 29. | Canaccord Conference Transcript, dated March 27, 2023, | ¶¶ 76, 122 |
| 30. | Spire notification of late filing filed on Form 12b-25, dated August 14, 2024 | ¶ 33 |
| 31. | Craig Hallum Analyst Report, dated August 15, 2024 | ¶ 129 |
| 32. | Spire Form 8-K, dated August 27, 2024 | ¶ 35 |
| 33. | Stock Price Chart | - |
| 34. | Spire notification of late filing filed on Form 12b-25, dated November 4, 2024 | ¶¶ 37, 38 |
| 35. | Craig Hallum Analyst Report, dated November 14, 2024 | ¶ 40 |
| 36. | Emerging Growth Virtual Conference Transcript, dated May 31, 2023 | ¶ 122 |
| 37. | Spire Form 8-K, dated May 17, 2023 | - |
| 38. | Spire press release and related Form 8-K, dated December 3, 2024 | ¶ 41 |
| 39. | Spire Form 8-K, dated December 16, 2024 | - |
| 40. | Form 4 filed March 6, 2023, related to February 22, 2023, transaction for Thomas Krywe | - |
| 41. | Form 4 filed March 6, 2023, related to February 23, 2023, transaction for Thomas Krywe | - |
| 42. | Form 4 filed March 6, 2023, related to February 24, 2023, transaction for Thomas Krywe | - |
| 43. | Form 4 filed March 6, 2023, related to February 22, 2023, transaction for Peter Platzer | - |
| 44. | Form 4 filed March 6, 2023, related to February 23, 2023, transaction for Peter Platzer | - |
| 45. | Form 4 filed March 6, 2023, related to February 24, 2023, transaction for Peter Platzer | - |
| 46. | Form 4 filed March 6, 2023, related to February 22, 2023, transaction for Peter Platzer and Theresa Condor | - |

| Exhibit Number | Exhibit Description | Paragraph Cited in Complaint, Dkt. 57? |
|---|---|---|
| 47. | Form 4 filed March 6, 2023, related to February 23, 2023, transaction for Peter Platzer and Theresa Condor | - |
| 48. | Form 4 filed March 6, 2023, related to February 24, 2023, transaction for Peter Platzer and Theresa Condor | - |
| 49. | Form 4 filed April 18, 2023, related to April 14, 2023, transaction for Thomas Krywe | - |
| 50. | Form 4 filed April 18, 2023, related to April 14, 2023, transaction for Peter Platzer | - |
| 51. | Form 4 filed April 18, 2023, related to April 14, 2023, transaction for Peter Platzer and Theresa Condor | - |
| 52. | Form 4 filed May 30, 2023, related to May 22, 2023, transaction for Thomas Krywe | - |
| 53. | Form 4 filed May 30, 2023, related to May 23, 2023, transaction for Thomas Krywe | - |
| 54. | Form 4 filed May 30, 2023, related to May 24, 2023, transaction for Thomas Krywe | - |
| 55. | Form 4 filed May 30, 2023, related to May 22, 2023, transaction for Peter Platzer | - |
| 56. | Form 4 filed May 30, 2023, related to May 23, 2023, transaction for Peter Platzer | - |
| 57. | Form 4 filed May 30, 2023, related to May 24, 2023, transaction for Peter Platzer | - |
| 58. | Form 4 filed May 30, 2023, related to May 22, 2023, transaction for Peter Platzer and Theresa Condor | - |
| 59. | Form 4 filed May 30, 2023, related to May 23, 2023, transaction for Peter Platzer and Theresa Condor | - |
| 60. | Form 4 filed May 30, 2023, related to May 24, 2023, transaction for Peter Platzer and Theresa Condor | - |
| 61. | Form 4 filed August 24, 2023, related to August 20, 2023, transaction for Peter Platzer | - |
| 62. | Form 4 filed August 24, 2023, related to August 20, 2023, transaction for Thomas Krywe | - |
| 63. | Form 4 filed August 24, 2023, related to August 20, 2023, transaction for Peter Platzer and Theresa Condor | - |
| 64. | Spire press release and related Form 8-K, dated August 30, 2023 | - |
| 65. | Form 4 filed September 7, 2023, related to September 5, 2023, transaction for Leonardo Basola | - |
| 66. | Form 4 filed October 4, 2023, related to October 2, 2023, transaction for Peter Platzer | - |
| 67. | Form 4 filed October 4, 2023, related to October 2, 2023, transaction for Peter Platzer and Theresa Condor | - |
| 68. | Form 4 filed November 16, 2023, related to November 14, 2023, transaction for Leonardo Basola | - |

| Exhibit Number | Exhibit Description | Paragraph Cited in Complaint, Dkt. 57? |
|---|---|---|
| 69. | Form 4 filed November 16, 2023, related to November 15, 2023, transaction for Leonardo Basola | - |
| 70. | Form 4 filed November 22, 2023, related to November 21, 2023, transaction for Peter Platzer | - |
| 71. | Form 4 filed November 22, 2023, related to November 21, 2023, transaction for Peter Platzer and Theresa Condor | - |
| 72. | Form 4 filed February 23, 2024, related to February 21, 2024, transaction for Peter Platzer | - |
| 73. | Form 4 filed February 23, 2024, related to February 22, 2024, transaction for Peter Platzer | - |
| 74. | Form 4 filed February 23, 2024, related to February 21, 2024, transaction for Peter Platzer and Theresa Condor | - |
| 75. | Form 4 filed February 23, 2024, related to February 22, 2024, transaction for Peter Platzer and Theresa Condor | - |
| 76. | Form 4 filed March 11, 2024, related to March 7, 2024, transaction for Leonardo Basola | - |
| 77. | Form 4 filed March 11, 2024, related to March 7, 2024, transaction for Peter Platzer | - |
| 78. | Form 4 filed March 11, 2024, related to March 7, 2024, transaction for Peter Platzer and Theresa Condor | - |
| 79. | Form 4 filed August 23, 2024, related to March 15, 2024, transaction for Peter Platzer | - |
| 80. | Form 4 filed August 23, 2024, related to March 15, 2024, transaction for Leonardo Basola | - |
| 81. | Form 4 filed August 23, 2024, related to August 12, 2024, transaction for Leonardo Basola | - |
| 82. | Spire press release and related Form 8-K, dated November 4, 2024 | - |
| 83. | Canaccord Genuity Analyst Report, dated September 27, 2022 | ¶ 121 |
| 84. | Credit Suisse Analyst Report, dated October 11, 2022 | ¶ 26 |
| 85. | Credit Suisse Analyst Report, dated November 11, 2022 | ¶ 27 |
| 86. | Canaccord Genuity Analyst Report, dated March 9, 2023 | ¶ 27 |
| 87. | Canaccord Genuity Analyst Report, dated August 10, 2023 | ¶ 30 |
| 88. | Craig Hallum Analyst Report, dated June 5, 2024 | ¶ 121 |
| 89. | Canaccord Genuity Analyst Report, dated August 27, 2024 | ¶ 36 |
| 90. | Accounting Standards Codification (ASC) Topic 606 (Revenue from Contracts with Customers) | ¶¶ 45, 46, 47 |
| 91. | Accounting Standards Codification (ASC) Topic 730 (Research & Development Costs) | ¶¶ 49, 50 |