IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE SPIRE GLOBAL, INC. SECURITIES LITIGATION | No. 1:24-cv-01458-MSN-WEF |

## ORDER

Whereas on March 14, 2025 this Court dismissed the amended complaint in this case without prejudice, and provided Plaintiff 30 days to file a second amended complaint, and Plaintiff has neither filed such a complaint nor appealed this Court's order, the Clerk is directed to close this civil action.

It is **SO ORDERED**.

_____/s/_____

Hon. Michael S. Nachmanoff
United States District Judge

May 20, 2025
Alexandria, Virginia